# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**F I L E D**

JUL 1 9 2007

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

Wyeth

Plaintiff(s),

v.

Mylan Pharmaceuticals Inc.

Defendant(s).

(CIVIL)(CRIMINAL) NO:   1:07-CV-91

# O R D E R

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Barbara R. Rudolph, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

Enter: July 19, 2007

Irene M. Keeley
United States District Judge