# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

JUL 1 9 2007

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

Wyeth

**Plaintiff(s),**

v.

Mylan Pharmaceuticals Inc.

(CIVIL)(CRIMINAL) NO: ___1:07-CV-91___

**Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Basil J. Lewris, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: July 19, 2007

_____
United States District Judge