IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
SEP 20 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

WYETH

      Plaintiff,

v.

MYLAN PHARMACEUTICALS INC.

      Defendant.

CIVIL ACTION NO. 1:07-CV-91

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Robert L. Florence , it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: SEPTEMBER 20, 2007

*[signature: Irene M. Keeley]*
United States District Judge