IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
SEP 2 0 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

WYETH

Plaintiff,

v.

MYLAN PHARMACEUTICALS INC.

Defendant.

CIVIL ACTION NO. 1:07-CV-91

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of <u>Timothy H. Kratz</u>, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: September 20, 2007

Irene M. Keeley
United States District Judge