IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
(CLARKSBURG)

FILED
DEC 7 - 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

WYETH

    Plaintiff,

v.

MYLAN PHARMACEUTICALS INC.,

    Defendant.

Civil Action No.: 1:07-CV-91
(Judge Keeley)

## AGREED ORDER

Whereas Defendant has filed a motion to strike Plaintiff's allegations concerning willful infringement and Plaintiff has agreed to amend the complaint to withdraw the allegations of willful infringement without prejudice and Defendant has agreed to withdraw its motion without prejudice, the parties hereby agree to the following order:

1.    The attached amended complaint shall be entered and nothing in the amended complaint shall be construed as an allegation of willful infringement.

2.    Defendant hereby withdraws its motion to strike the allegations of willful infringement without prejudice.

3.    Plaintiff reserves the right to request discovery independently relevant to allegations in the amended complaint whether or not the discovery is relevant also to willful infringement.

4.    Defendant reserves the right to object to improper discovery requests relevant to willful infringement.

So ordered this 7th day of December, 2007.

_____
Judge Keeley
United States District Court Judge

## PREPARED AND PRESENTED BY:

Wyeth, Plaintiff


By: /s/ James F. Companion

James F. Companion (WV Bar No. 790)
John Porco (WV Bar No. 6946)
SCHRADER BYRD & COMPANION PLLC
The Maxwell Centre
32-20th Street
Suite 500
Wheeling, WV 26003
Telephone: (304) 233-3390
Facsimile: (304) 233-2769

Basil J. Lewris, *admitted pro hac vice*
Allen M. Sokal, *admitted pro hac vice*
Robert D. Litowitz, *admitted pro hac vice*
Linda A. Wadler, *admitted pro hac vice*
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
*Attorneys for Plaintiff*
*Wyeth*


Mylan Pharmaceuticals Inc., Defendant

By: /s/ Gordon H. Copland

Gordon H. Copland (WV Bar No. 828)
Michael B. Pallay (WV Bar No. 9397)

2

STEPTOE & JOHNSON PLLC
P.O. Box 2190
~~Clarksburg, WV 26302~~
Telephone: (304) 624-8000

Timothy H. Kratz, *admitted pro hac vice*
Lynn E. Eccleston, *admitted pro hac vice*
Robert J. Waddell, Jr., *admitted pro hac vice*
Robert L. Florence, *admitted pro hac vice*
MCGUIREWOODS L.L.P.
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309
Telephone: (404) 443-5500
Facsimile: (404) 443-5599
*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant(s):

>Gordon H. Copland
>STEPTOE & JOHNSON PLLC
>Bank One Center East
>P.O. Box 2190
>Clarksburg, West Virginia 26302-2190

>/s/   John Porco         .

>James F. Companion (WV Bar No. 790)
>E-mail: jfc@schraderlaw.com
>John Porco (WV Bar No. 6946)
>E-mail: jp@schraderlaw.com
>SCHRADER BYRD & COMPANION PLLC
>The Maxwell Centre
>32-20th Street, Suite 500
>Wheeling, WV  26003
>Telephone:  (304) 233-3390
>Facsimile:  (304) 233-2769