**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

| | |
|---|---|
| _____ ) | |
| WYETH,                                  ) | |
|                Plaintiff,        ) | |
|                     ) | |
|            v.                     ) | Civil Action No. 1:07 CV91 |
|                     ) | (Judge Irene M. Keeley) |
| MYLAN PHARMACEUTICALS, INC.,            ) | |
|                     ) | |
|              Defendant.       ) | |
| _____ ) | |

**PLAINTIFF WYETH'S BIOGRAPHICAL SKETCHES
OF PROPOSED EXPERT WITNESSES**

Pursuant to the Court's Scheduling Order of November 13, 2007 [D.E. 39], Plaintiff Wyeth submits herewith biographical sketches of the experts it intends to call as witnesses at trial.

**Wyeth's Proposed Expert Witnesses**

Wyeth lists hereunder the name and general specialties of the experts it proposes to call as witnesses at trial.  The listed experts' specialties are also set forth in detail in their expert reports that have been served in this case, and in the attached curriculum vitae.

> 1.    Dr. Henry Grabowski (live)
>      Department of Economics
>      Duke University
>      213 Social Sciences
>      Box 90097
>      Durham, North Carolina   27708-0097

Professor Henry G. Grabowski, Ph.D., is an expert in the field of the economics of the pharmaceutical and health industries.  He has over 40 years of experience in the study of

economics, much of it in the pharmaceutical and health care industries.  Dr. Grabowski holds a

B.S. in Engineering Physics from Lehigh University, and both master's and doctorate degrees in

Economics from Princeton University.  After receiving his Ph.D., Dr. Grabowski held positions

at Yale University as an Assistant Professor of Economics and as a Research Associate at the

National Bureau of Economic Research.  In 1972, Dr. Grabowski became an Associate Professor

of Economics at Duke University.  In 1976, he became a Full Professor of Economics at Duke

University, and in 2009, he became Professor Emeritus there.  From 1983 to present, Dr.

Grabowski has also served as the Director of Duke University's Program in Pharmaceuticals and

Health Economics, that focuses on the study of economics of these industries.  Over his career he

has taught a graduate level course on economic and policy issues facing the pharmaceutical

industry.

Dr. Grabowski also served on the Board of Directors for Triangle Pharmaceuticals, Inc.

prior to its acquisition by Gilead Pharmaceuticals in 2003.  Triangle Pharmaceuticals was a

development stage company focusing on antiviral therapies.  Dr. Grabowski has also consulted

with numerous pharmaceutical companies during his career.  Dr. Grabowski has also been an

advisor and consultant to a number of government agencies including the National Academy of

Sciences, the Federal Trade Commission, the General Accounting Office, and the Office of

Technology Assessment.  Dr. Grabowski has also served as a Research Fellow at the

International Institute of Management in Berlin, Germany, as a Visiting Scholar at the Health

Care Financing Administration from 1979 to 1980, and for the Office of Health Economics in

London, and the Centre for Medicines Research in London.

Dr. Grabowski's academic and research specialties include the pharmaceutical industry

and health economics, the economics of innovation, government regulation of business, and

2

industrial organization.  Dr. Grabowski has authored numerous books, articles and papers on economic issues facing the pharmaceutical industry.  He has also testified before several Congressional committees regarding such issues as effective patent life for pharmaceuticals, competition by generic pharmaceutical companies, health care reform legislation during the Clinton Administration, and more recently on a possible abbreviated  regulatory system for biologics.  Under a series of grants from the National Science Foundation, Dr. Grabowski examined the economics of research and development (R&D) of the pharmaceutical industry, and the effect of government policies on innovation in the industry.

Dr. Grabowski is also an Adjunct Scholar and Advisory Board member for Health Policy Research at the American Enterprise Institute for Public Policy Research.  He is on the Board of Scientific Advisors for the American Council of Science and Health.  Dr. Grabowski is also an Associate Editor for The Quarterly Review of Economics and Finance, and previously served as an Associate Editor for The Journal of Research in Pharmaceutical Economics.

A more detailed description of Dr. Grabowski's professional experience appears in his CV, which is attached as Exhibit A.

2. Dr. Eric Hollander (live)
Neuropharmacology Services, LLC, and
Institute of Clinical Neurosciences
300 Central Park West
Suite 1C
New York, New York   10024

Dr. Eric Hollander, a practicing psychiatrist and former professor of psychiatry, has over 20 years of experience in the fields of psychiatry and psychopharmacology, including depression and anxiety, the treatment of depression and anxiety, and the use and prescription of pharmaceutical antidepressants and anxiolytics.  Dr. Hollander received a Bachelors of Arts degree in psychology from Brandeis University in 1978, and a medical degree from the State

University of New York, Downstate Medical College in 1982.  He was a resident in internal medicine and psychiatry at Mount Sinai from 1982-1986, was Chief Resident in Psychiatry Research during his last year of residency, completed a fellowship in psychopharmacology and anxiety disorders at Columbia University College of Physicians and Surgeons and New York State Psychiatric Institute from 1986-1988, and has been a practicing psychiatrist since he completed his residency in 1986.  In his clinical work, Dr. Hollander has personally treated over a thousand patients suffering from psychiatric disorders including depression and anxiety.  In his teaching, he has taught courses on the diagnosis, psychopharmacology and neurobiology of anxiety, mood and compulsive/impulsive disorders as well as on autism and developmental disorders.  He is currently a Research Attending Psychiatrist at Montefiore Medical Center University Hospital for Albert Einstein College of Medicine in New York and the Director of the Institute of Clinical Neuroscience and Director of Neuropharmacology Services in New York, New York.

Dr. Hollander began his teaching career in 1986 as an Instructor of Clinical Psychiatry at Columbia University.  He became Assistant Professor at Columbia University in 1988, and Associate Professor in 1992.  In 1993 he transitioned to Mount Sinai School of Medicine as an Associate Professor of Psychiatry.  Dr. Hollander became a full Professor of Psychiatry in 1996.  During his 15 years at Mt. Sinai, Dr. Hollander was the Chairman of Psychiatry, the Director of the Compulsive, Impulsive, and Anxiety Disorder Program, the Director of Clinical Psychopharmacology, the Director of the Seaver Autism Research Center, the Director of Greater New York Autism Center of Excellence at the Mount Sinai School of Medicine, and the Esther and Joseph Klingenstein Professor of Psychiatry.  During his tenure at Mt. Sinai, Dr. Hollander had 700 psychiatrists reporting directly or indirectly to him.

Dr. Hollander has extensive experience with the diagnosis and treatment of depression and anxiety disorders and with prescribing practices for antidepressant medications.  He has written more than 500 articles on psychiatry and psychopharmacology and has edited or co-edited several textbooks related to anxiety disorders.  In addition, Dr. Hollander has received numerous awards, including a Distinguished Fellow Award from the American Psychiatric Association, Distinguished Investigator Awards from the National Alliance for Research in Schizophrenia and Depression, and a Research Scientist Development Award from the National Institute of Mental Health.

A more detailed description of Dr. Hollander's professional experience appears in his CV, which is attached as Exhibit B.

> 3.      Dr. James W. McGinity (live)
>         College of Pharmacy
>         The University of Texas at Austin
>         Austin, Texas   78712-1074

Dr. James W. McGinity is a pharmaceutical scientist with over 35 years of practical hands on experience in the fields of pharmaceutical processing and extended release technologies, as well as experience in training those newly becoming skilled in the art of pharmaceutical research and development.  Dr. McGinity received a Bachelor of Pharmacy degree from the University of Queensland in 1967, and a Ph.D. in Physical Pharmacy from the University of Iowa in 1972.

After receiving his Ph.D., Dr. McGinity worked as a Research Investigator for E.R. Squibb and Sons, in New Brunswick, New Jersey.  While at E.R. Squibb, Dr. McGinity developed formulations for oral, ophthalmic and topical drug products.  Dr. McGinity joined the faculty at the School of Pharmacy at Texas Southern University in 1973 as an Associate

Professor of Pharmacy.  Dr. McGinity then moved to the College of Pharmacy at the University

of Texas in 1976, where he still teaches.  In his time at the University of Texas, Dr. McGinity

has held the titles of Assistant Professor, Associate Professor, and finally full Professor as of

1985.  Dr. McGinity was the Assistant Director and Director of the Drug Dynamics Institute at

the College of Pharmacy from September 1979 to August 2008, and the Division Head of

Pharmaceutics from 1983 until August 2007.  Dr. McGinity has taught numerous graduate and

undergraduate courses including Product Development, Advanced Manufacturing Pharmacy,

Advanced Pharmaceutical Processes, and Pharmaceutical Dosage Forms.

Dr. McGinity's research interests include preformulation, materials science, tablet

technology, film coating and pellet technologies, pharmaceutical processing, and the design of

extended release dosage forms.  Dr. McGinity has published over 160 articles in peer-reviewed

journals, over 25 book chapters, has been named as an inventor on 23 US patents, and has

delivered over 300 presentations at scientific meetings.  The majority of Dr. McGinity's

publications and presentations focus on oral extended release formulations.   Dr. McGinity also

serves on the editorial board of 9 peer-reviewed journals and is the US editor for the European

Journal of Pharmaceutics and Biopharmaceutics and the co-editor of the textbook Aqueous

Polymeric Coatings for Pharmaceutical Dosage Forms.

In addition to his work in academia, Dr. McGinity served for ten years as the Chief

Executive Officer of PharmaForm, L.L.C., a fee-for-service and drug delivery research and

development company.  Dr. McGinity's tenure as CEO of PharmaForm ended when the

company was purchased by a public Canadian Pharmaceutical Company in January 2007, but

Dr. McGinity has continued to consult for the company since that time.  In connection with his

work for Evonik, a supplier of acrylic polymers used primarily in film coatings for

pharmaceutical products, he has provided information on the properties and applications of

Evonik's products to pharmaceutical scientists in both academia and the pharmaceutical industry.

Throughout his career, Dr. McGinity has also served as a pharmaceutical formulation consultant

to not only numerous innovator and generic companies, but to the FDA as well.

Dr. McGinity is a frequent lecturer at International Symposia and Conferences.  He is

also the recipient of many honors and awards, and is currently scheduled to receive the 2009

Distinguished Alumnus Award from the College of Pharmacy from the University of Iowa on

October 10, 2009.

A more detailed description of Dr. McGinity's professional experience appears in his CV,

which is attached as Exhibit C.

4.       Dr. Ronald J. Sawchuk (live)
         Department of Pharmaceutics
         College of Pharmacy
         Room 9-143 Weaver-Densford Hall
         University of Minnesota
         308 Harvard Street, N.E.
         Minneapolis, Minnesota   55455

Dr. Ronald A. Sawchuk is an expert in the fields of pharmacokinetics,

pharmacodynamics, and biopharmaceutics.  He has over 35 years of experience in academia, and

has served as a consultant to the pharmaceutical industry for more than 25 years.  Dr. Sawchuk

has both a Bachelor and Master's of Science in Pharmacy degree from the University of Toronto,

and a Ph.D. in Pharmaceutical Chemistry with a focus in Pharmacokinetics from the University

of California, San Francisco.  Dr. Sawchuk's research currently focuses on neuropharmaceutics

and the delivery of drugs to the central nervous system.

Dr. Sawchuk began his teaching career as an Instructor in Pharmaceutics at the

University of Minnesota in 1971.  He became an Assistant Professor of Pharmaceutics in 1972,

an Associate Professor in 1977, and a Full Professor in 1983.  Dr. Sawchuk has served as Associate Director and Director of the Clinical Pharmacokinetics Laboratory at the College of Pharmacy at the University of Minnesota.  He has also served as the Director of Graduate Studies in Pharmaceutics and the Head of the Department of Pharmaceutics at the University of Minnesota.  Dr. Sawchuk currently holds the titles of Morse Alumni Distinguished Teaching Professor of Pharmacokinetics, and Director of the Bioanalytic and Pharmacokinetic Services Laboratory, at the University of Minnesota College of Pharmacy. He has taught classes in pharmacokinetics, advanced pharmacokinetics, basic pharmacokinetic modeling, and advanced neuropharmaceutics.

Dr. Sawchuk is currently on the editorial board of *Xenobiotica* and the editorial advisory boards of the *AAPS Journal* and the *Saudi Pharmaceutical Journal*, and has recently served for more than ten years on the editorial board of the *Journal of Pharmaceutical Sciences*.  He has written six books/chapters, over 100 peer-reviewed scientific publications, and over 175 abstracts.  Dr. Sawchuk is an inventor on a patent for methods and compositions for applying pharmacologic agents to the ear.  He is also a frequent invited lecturer at universities, workshops, and pharmaceutical companies, and has served as the co-chair, co-organizer or scientific advisor for numerous symposia.

Dr. Sawchuk was the recipient of the 2007 American Pharmacists Association (APhA) Research Achievement Award in the Pharmaceutical Sciences, in recognition for his contributions in the area of basic pharmaceutical sciences and specifically for his work in the areas of concentration monitoring of antibiotics and in microdialysis pharmacokinetics.  His other honors include the Weaver Medal of Honor, and as a fellow with the American Association of Pharmaceutical Scientists and the American Association for the Advancement of Science.

In addition to his experience in academia, Dr. Sawchuk has served as a consultant to pharmaceutical companies and/or taught courses at companies such as Sandoz Pharmaceuticals, Novartis AG, Abbott Laboratories, Bristol-Myers Squibb, Schering Plough Corp., Millennium Pharmaceuticals, Gilead Sciences, Boehringer-Ingelheim Pharmaceuticals, Lundbeck Research, Theravance, Inc., Allergan, Inc., Genentech, and the U.S. Patent and Trademark Office.

A more detailed description of Dr.Sawchuk's professional experience appears in his CV, which is attached as Exhibit D.

            5.      Dr. Dhiren R. Thakker (live)
                    University of North Carolina School of Pharmacy
                    Division of Molecular Pharmaceutics
                    301 Pharmacy Lane
                    Beard Hall, Room #26
                    Chapel Hill, North Carolina   27599-7360

Professor Dhiren R. Thakker, Ph.D., is an expert in fields of pharmacokinetics and drug metabolism, including the absorption, metabolism, and distribution of drugs in the body.  He has over 35 years of experience in government, private industry, and academia.  Dr. Thakker has a B.Pharm from the University of Bombay, a masters degree in pharmaceutical chemistry from Columbia University, and a doctorate degree in biochemistry from the University of Kansas. After receiving his Ph.D., Dr. Thakker held positions at the National Institutes of Health, conducting research in various areas, including research involving drug metabolism.  Dr. Thakker later moved to the United States Food and Drug Administration's (FDA) Division of Biochemistry and Biophysics, Center for Drugs and Biologics, where he led a group, had his own research program, and also served as an internal expert to the FDA on the development of biopharmaceuticals.

After several years at the FDA, Dr. Thakker took a position in the Department of Drug Metabolism at Glaxo Inc., where he dealt with issues involving drug absorption, metabolism, excretion, and distribution.  Dr. Thakker subsequently became the head of the department in 1990 and Director in 1992.  While at Glaxo he  had responsibility for supervising over 40 scientists involved in drug discovery and development, including the evaluation of pharmaceutical formulations, such as extended release dosage forms.  Dr. Thakker's research at Glaxo also included the impact of efflux transporters on drug absorption, metabolism, and distribution, as well as research in the areas of cytochrome P450 metabolic enzymes.

While working at Glaxo, Dr. Thakker also was an adjunct professor in the Department of Pharmacology, School of Medicine, and Division of Medicinal Chemistry and Natural Products, School of Pharmacy, at the University of North Carolina, Chapel Hill.  In 1996 after leaving Glaxo, he was appointed Ferguson Distinguished Professor at the School of Pharmacy, with a joint appointment in the Department of Pharmacology.  From 1998 to 2008, he also served as the Associate Dean for Research and Graduate Education and currently serves as the Associate Dean for Economic Development and International Partnerships.

Dr. Thakker's current areas of research include cytochrome P450-mediated drug metabolism, mechanisms of drug absorption across the gastrointestinal epithelium, the interaction of drug metabolizing enzymes and P-glycoprotein efflux transporter, and drug disposition in pediatric populations.  He teaches courses in pharmaceutics and drug metabolism to graduate and professional students, and pharmaceutical scientists.  Dr. Thakker also consults and lectures on the integration of ADME (absorption, distribution, metabolism, excretion) properties in drug discovery for optimizing clinical drug candidates.

Dr. Thakker also is a Fellow of the American Association of Pharmaceutical Scientists. He has coauthored over 150 articles and numerous textbook chapters in the fields of drug transport mechanisms, drug adsorption, and drug metabolism.  He also has served as an editor and currently serves on editorial boards of several peer reviewed journals.  Dr. Thakker is an inventor on patents and patent applications in the fields of drug metabolism, absorption enhancers, and screening of drug candidates for metabolic stability.

A more detailed description of Dr. Thakker's professional experience appears in his CV, which is attached as Exhibit E.

| | | |
|---|---|---|
| 6. | Dr. Ronald A. Thisted (live) | |
| | Department of Health Studies | Department of Statistics |
| | The University of Chicago | The University of Chicago |
| | 5841 South Maryland Avenue (MC 2007) | 5734 University Avenue |
| | Chicago, Illinois   60637 | Chicago, Illinois 60637 |

Dr. Thisted is a biostatistician and epidemiologist with over thirty years of experience in the design, execution, and analysis of clinical trials.  He has a Bachelors degree in Mathematics and Philosophy from Pomona College, and a Master's and Ph.D. in Statistics from Stanford University.

Dr. Thisted has served on the faculty at the University of Chicago since 1976, when he was appointed Assistant Professor in the Department of Statistics.  Beginning in 1999, he has served as Chairman of the Department of Health Studies, which encompasses the fields of biostatistics, epidemiology, and health services research.  He also holds joint appointments as a Professor at the University in the Departments of Health Studies, Anesthesia and Critical Care, and Statistics.  In addition to his own research, Dr. Thisted supervises graduate students in statistics and health studies, and teaches undergraduate, graduate students, medical students, residents and medical fellows in statistical methods, epidemiology and research design.  He also

11

contributes to an advanced course in pharmacoepidemiology, which relates to monitoring the consequences of drug use in a population, and also includes studying side effects.

Dr. Thisted has been regularly involved in the design and statistical analysis of clinical trials since the late 1970s.  In this capacity, he serves as Scientific Director of the Biostatistics Core Facility of the University of Chicago Cancer Research Center, where he provides scientific oversight, guidance and management to Ph.D. and Master's level statisticians in the design and analysis of clinical studies for over 50 on-going collaborations.  Dr. Thisted also consults with pharmaceutical and medical device companies seeking regulatory approval to market new products in the U.S. and foreign countries.  In conjunction with this work he has had numerous interactions with the FDA including pre-NDA meetings to discuss the types of studies and data analyses that will be conducted to support potential approval of a drug, and discussions of specific issues raised by the FDA during the approval process.

Dr. Thisted has authored or co-authored over 90 original articles in peer-reviewed scientific publications, including The New England Journal of Medicine, The Archives of General Clinical Psychiatry, Journal of the American Medical Association, and Journal of the American Statistical Association.  He has authored a book in the field of statistical computation, and contributed over 25 book chapters, comments, reviews and other publications to the statistical literature.  Dr. Thisted is an elected fellow of the American Association for the Advancement of Science and the American Statistical Association.  He is also a member of the American Public Health Association, the Association for Computing Machinery, the Biometric Society, and the Institute of Mathematical Statistics.

A more detailed description of Dr. Thisted's professional experience appears in his CV, which is attached as Exhibit F.

This 6th day of October, 2009.                    Respectfully submitted,


                                                  By: ___/s/ John Porco_____
                                                  John Porco (WV Bar No. 6946)
                                                  *jp@schraderlaw.com*
                                                  James F. Companion (WV Bar No. 790)
                                                  *jfc@schraderlaw.com*
                                                  SCHRADER BYRD & COMPANION PLLC
                                                  The Maxwell Centre
                                                  32 Twentieth Street, Suite 500
                                                  Wheeling, West Virginia 26003
                                                  Telephone: (304) 233-3390
                                                  Facsimile: (304) 233-2769

                                                  Attorneys for Plaintiff Wyeth


OF COUNSEL:

Basil J. Lewris, Esq. (admitted *pro hac vice*)
Robert D. Litowitz, Esq. (admitted *pro hac vice*)
Linda A. Wadler, Esq. (admitted *pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW,**
     **GARRETT & DUNNER, L.L.P.**
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

| | |
|---|---|
| WYETH, | ) |
| | ) **Civil Action No. 1:07-CV-91** |
| | ) **(Judge Irene M. Keeley)** |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MYLAN PHARMACEUTICALS, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that PLAINTIFF WYETH'S BIOGRAPHICAL SKETCHES OF PROPOSED EXPERT WITNESSES was electronically filed with the Clerk of the Court on October 6, 2009, using the CM/ECF system, which will send notification of such filing to the following:

Gordon H. Copland, Esq.
**STEPTOE & JOHNSON PLLC**
229 Main Street
Chase Tower, 6th Floor
P.O. Box 2190
Clarksburg, West Virginia 26302-2190
*gordon.copland@steptoe-johnson.com*

Timothy H. Kratz, Esq.
**McGUIREWOODS LLP**
The Proscenium, Suite 2100
1170 Peachtree Street, NE
Atlanta, Georgia 30309
*tkratz@mcguirewoods.com*

WYETH, Plaintiff

By:    /s/ John Porco
John Porco (WV Bar No. 6946)
*jp@schraderlaw.com*
James F. Companion (WV Bar No. 790)
*jfc@schraderlaw.com*
SCHRADER BYRD & COMPANION PLLC
The Maxwell Centre
32 Twentieth Street, Suite 500
Wheeling, West Virginia 26003
Telephone: (304) 233-3390
Facsimile: (304) 233-2769

Attorneys for Plaintiff

# Exhibit A

CV of Dr. Grabowski

VITA

Henry George Grabowski

| | | | |
|---|---|---|---|
| Office: | Department of Economics<br>Duke University<br>305 Social Sciences<br>Box 90097<br>Durham, N.C.  27708-0097 | Home: | 800 Cedar Falls Road<br>Chapel Hill, N.C.  27514 |

| | | | |
|---|---|---|---|
| Telephone: | (919) 660-1839 | Telephone: | (919) 929-7023 |
| Fax: | (919) 684-8974 | | |
| E-mail: | grabow@econ.duke.edu | | |

Born:   September 20, 1940 in Scranton, Pennsylvania
        Married, three children

Education:

      Lehigh University, B.S., Engineering Physics, 1962
      Princeton University, M.A., Economics, 1964
      Princeton University, Ph.D., Economics, 1967

Professional Career:

      Assistant Professor in Economics Department, Yale University, 1967-1971
      Research Associate, National Bureau of Economic Research, 1971-1972
      Associate Professor in Economics Department, Duke University, 1972-1976
      Professor in Economics Department, Duke University, 1976-
      Research Fellow, International Institute of Management, Berlin, Germany, 1976
      Visiting Scholar, Health Care Financing Administration, Office of Research,
        Washington, D.C. 1979-1980
      Director, Program in Pharmaceuticals and Health Economics, Duke
        University, 1983-

Professional Organizations and Board Memberships:

>   Adjunct Scholar and Advisory Board Member for Health Policy Research,
>     American Enterprise Institute for Public Policy Research
>   Board of Scientific Advisors, American Council on Science and Health
>   Associate Editor, The Quarterly Review of Economics and Finance
>   Associate Editor, Journal of Research in Pharmaceutical Economics

Major Fields of Interest:

>   Industrial Organization            Government Regulation of Business
>   Economics of Innovation            Pharmaceutical Industry-Health
>   Economics

Publications

Books and Monographs:

>   Drug Regulation and Innovation:  Empirical Evidence and Policy Options, (American
>   Enterprise Institute for Public Policy Research:  Washington, D.C.), 1976.
>
>   The Impact of Regulation on Industrial Innovation (with John Vernon) (National Academy
>   of Sciences:  Washington, D.C.), 1979.
>
>   The Regulation of Pharmaceuticals: Balancing the Benefits and Risks (with John Vernon)
>   (American Enterprise Institute for Public Policy Research:  Washington, D.C.), 1983.
>
>   Health Reform and Pharmaceutical Innovation (American Enterprise Institute for Public
>   Policy Research:  Washington, D.C.), 1994.
>
>   The Search for New Vaccines:  The Effects of the Vaccines for Children Program,
>   (American Enterprise Institute for Public Policy Research:  Washington, D.C.), 1997.

Articles:

>   "A Graph-Oriented Model for Research Management," (with Oscar Morgenstern and R. W.
>   Shepherd), in M. C. Yovits, D. M. Gilford, E. Staveley, and H. D. Lerner, eds., Research
>   Program Effectiveness, (Gordon and Breach:  New York), 1966, pp. 187-216.

2

"The Determinants and Effects of Industrial Research and Development Expenditures," Journal of Political Economy, Vol. 76, No. 2, March/April, 1968, pp. 292-306; reprinted in K. S. Palda, ed., Readings in Managerial Economics, (Prentice-Hall), 1973; also reprinted in S. Yamey, ed., Economics of Industrial Structure: Selected Readings, (Penguin Modern Economics Series), 1973.

"Industrial Organization: The Role and Contribution of Econometrics," (with Dennis Mueller), American Economic Review, Vol. 60, No. 2, May 1970, pp. 100-104.

"Demand Shifting, Optimal Firm Growth, and Rule-of-Thumb Decision Making," Quarterly Journal of Economics, Vol. 84, May 1970, pp. 217-235.

"Non-Price Competition in the Cigarette Industry: A Comment," (with Dennis Mueller), Antitrust Bulletin, Vol. 40, Winter 1970, pp. 257-292.

"Imitative Advertising in the Cigarette Industry," (with Dennis C. Mueller), The Journal of American and Foreign Antitrust and Trade Regulation, Vol. 16, No. 2, Summer 1971, pp. 257-292.

"Determinants and Distributional Aspects of Enrollment in U.S. Higher Education," (with A. Corazzini and D. Dugan), Journal of Human Resources, Winter 1972, pp. 39-59.

"Managerial and Stockholder Welfare Models of Firm Expenditures," (with Dennis Mueller), Review of Economics and Statistics, Vol. 54, February 1972, pp. 9-24.

"Rivalry in Research and Development: An Empirical Study," (with Nevins D. Baxter), Journal of Industrial Economics, Vol. 21, No. 2, July 1973, pp. 209-235.

"Advertising and Resource Allocation: A Critique," in Salvatore F. Davita, ed., Advertising and the Public Interest, (American Marketing Association), 1974.

"Life Cycle Effects on Corporate Returns on Retentions," (with C. Dennis Mueller), Review of Economics and Statistics, Vol. 57, November 1975, pp. 400-409.

"Structural Effects of Regulation on Innovation in the Ethical Drug Industry," (with John Vernon), Chapter 10, in Robert T. Masson and P. David Qualls, eds., Essays on Industrial Organization in Honor of Joe S. Bain, (Ballinger Publishing Company: Cambridge), 1976, pp. 181-205.

"The Effects of Advertising on the Interindustry Distribution of Demand," in Occasional Papers of National Bureau of Economic Research, Explorations in Economic Research, Vol. 3, Winter 1976, pp. 21-75.

3

"The Effects of Regulatory Policy on the Incentives to Innovate:  An International Comparative Analysis," (with John Vernon and Lacy Glenn Thomas), in Emery A. Link and Samuel Mitchell, eds., Impact of Public Policy on Drug Innovation and Pricing, (American University:  Washington, D.C.), 1976, pp. 47-93.

"Consumer Protection Regulation in Ethical Drugs," (with John Vernon), American Economic Review, Vol. 67, February 1977, pp. 359-364.

"Estimating the Effects of Regulation on Innovation:  An International Comparative Analysis of the Pharmaceutical Industry," (with John M. Vernon and Lacy Glenn Thomas), Journal of Law and Economics, Vol. 21, No. 1, April 1978, pp. 133-163.

"The Effects of Advertising on IntraIndustry Shifts on Demand," in Occasional Papers of National Bureau of Economic Research, Explorations in Economic Research, Vol. 4, No. 5, Fall 1978, pp. 675-701.

"Consumer Product Safety Regulation," (with John M. Vernon), American Economic Review, Vol. 68, May 1978, pp. 284-289.

"Industrial Research and Development, Intangible Capital Stocks, and Firm Profit Rates," (with Dennis Mueller), Bell Journal of Economics, Vol. 9, No. 2, Fall 1978, pp. 328-343.

"New Studies on Market Definition, Concentration, Theory of Supply, Entry and Promotion," (with John M. Vernon), in Robert I. Chien, ed., Issues in Pharmaceutical Economics, (Lexington Books:  Lexington, Mass.), 1979, pp. 29-52.

"Regulation of the United States Pharmaceutical Industry:  Current Problems and Policy Developments," in George Teeling-Smith, ed., Medicines for the Year 2000, (Office of Health Economics:  London, England), 1979, pp. 57-74.

The Effects of Product Quality Regulation on Innovation in the U.S. Pharmaceutical Industry, Final Report for the National Science Foundation Grant PRA 75-19823 (National Technical Information Services, Washington, D.C.), 1979.

"The Impact of Regulation on Innovation," Food Drug Cosmetic Law Journal, Vol. 34, No. 10, October 1979, pp. 555-560.

"Substitution Laws and Innovation in the Pharmaceutical Industry," (with John Vernon), Law and Contemporary Problems, Winter/Spring Issue, 1979, pp. 43-66.

4

"Regulation and the International Diffusion of Pharmaceuticals," in Robert B. Helms, ed., The International Supply of Medicines, (American Enterprise Institute for Public Policy Research:  Washington, D.C.), 1980, pp. 5-36.

"The Determinants of R&D Expenditures," (with John Vernon), in Robert B. Helms, ed., Drugs and Health, (American Enterprise Institute for Public Policy Research:  Washington, D.C.), 1981, pp. 3-20.

"Regulation and Industrial Innovation," in Industrial Innovation and Public Policy Options: Background Papers for a Colloquium, (National Academy Press:  Washington, D.C.), 1981, pp. 65-81.

"Auto Safety Regulation:  An Analysis of Market Failure," (with Richard J. Arnould), The Bell Journal of Economics, Vol. 12, No. 1, Spring 1981, pp. 27-48.

"Public Policy and Innovation:  The Case of Pharmaceuticals," Technovation, Vol. 1, 1982, pp. 157-189.

"A Sensitivity Analysis of Expected Profitability of Pharmaceutical Research and Development," (with John Vernon), Managerial and Decision Economics, Vol. 3, No. 1, March 1982, pp. 36-40.

"Public Policy and Pharmaceutical Innovation," Health Care Financing Review, Vol. 4, No. 1, September 1982, pp. 75-87.

"An Evaluation of the Maximum Allowable Cost Program," (with Jean P. Gagnon), in The Effectiveness of Medicines in Containing Health Care Costs, Proceedings of a Symposium of the National Pharmaceutical Council, Washington, D.C., 1982, pp. 81-113.

"The Pharmaceutical Industry," (with John M. Vernon), in Richard R. Nelson, ed., Government and Technical Progress - A Cross-Industry Analysis, (Pergamon Press:  New York), 1982, pp. 283-360.

"Automobile Safety Regulation:  A Review of the Evidence," (with Richard J. Arnould), in Richard O. Zerbe, ed., Research in Law and Economics, Vol. 5, 1983, pp. 233-267.

"The Impact of Patent and Regulatory Policies on Drug Innovation," Medical Marketing & Media, Vol. 18, No. 10, October 1983, pp. 42-63.

"A Computer Simulation Model of Pharmaceutical Innovation," (with John Vernon), in Bjorn Lindgren, ed., Pharmaceutical Economics, (Swedish Institute for Health Economics and Liber Forlag:  Lund, Sweden), 1984, pp. 159-175.

5

Studies on Drug Substitution, <u>Patent Policy and Innovation in the Pharmaceutical Industry</u>, Final report to the National Science Foundation available from the National Technical Information Services, Number PB-85-109700, Washington, D.C., 1985.

"Organizational Capital and the Choice between Specialization and Diversification," (with Michael Gort and Robert McGuckin), <u>Managerial and Decision Economics</u>, Vol. 6, No. 1, March 1985, pp. 2-10.

"Economic Aspects of Vaccine Innovation and Manufacturing," (with Lawrence De Brock), Chapter 4, in <u>Vaccine Supply and Innovation</u>, (National Academy Press:  Washington, D.C.), 1985, pp. 45-64.

"Longer Patents for Lower Imitation Barriers:  The 1984 Drug Act," (with John Vernon), <u>The American Economic Review</u>, Vol. 76, May 1986, pp. 195-198.

"Health Care Cost Containment and Pharmaceutical Innovation," in <u>Proceedings of the Conferences on Health Care and the Elderly</u>, (Washington, D.C.), 1986, pp. 25-28.

"Pioneers, Imitators, and Generics--A Simulation Model of Schumpeterian Competition," (with John Vernon), <u>The Quarterly Journal of Economics</u>, August 1987, pp. 491-525.

"The Health/Economic Benefits of Drug Therapy:  Efficacy, Low Risk, Cost Effectiveness, Patient Information and Emancipation," <u>Swiss Pharma</u>, Vol. 9, No. 3a, 1987, pp. 29-31.

"Impact of Patent and Regulatory Policies on Drug Innovation," <u>Proceedings of the Second Annual Shearson Lehman Hutton Conference on Legal and Regulatory Issues Affecting Biotechnology and Health Care</u>, (Shearson Lehman Hutton, Inc.:  New York), October 1988, pp. 5-16.

"Medicaid Patients' Access to New Drugs," <u>Health Affairs</u>, Winter 1988, pp. 102-114.

"Price and Availability Tradeoffs of Automobile Insurance Regulation," (with W. Kip Viscusi and William N. Evans), <u>Journal of Risk and Insurance</u>, Vol. LVI, No. 2, June 1989, pp. 275-299.

"An Analysis of U.S. International Competitiveness in Pharmaceuticals," <u>Managerial and Decision Economics</u>, Special Issue, 1989, pp. 27-33.

"Economic Scales and Tests," (with Ronald W. Hansen), in B. Spilker, ed., <u>Quality of Life Assessments in Clinical Trials</u>, (Raven Press, Ltd.:  New York), 1990, pp. 61-69.

"Innovation and International Competitiveness in Pharmaceuticals," in Arnold Heertje and Mark Perlman, eds., Evolving Technology and Market Structure: Studies in Schumpeterian Economics, (University of Michigan Press), 1990, pp. 167-185.

"A New Look at the Returns and Risks to Pharmaceutical R&D," (with John Vernon), Management Science, Vol. 36, No. 7, July 1990, pp. 804-821.

"The Changing Economics of Pharmaceutical Research and Development," in Annetine C. Gelijns and Ethan A. Halm, eds., The Changing Economics of Medical Technology, (National Academy Press: Washington, D.C.), 1991, pp. 35-52.

"Product Liability in the Pharmaceuticals: Comments on Chapters Eight and Nine," in Peter W. Huber and Robert E. Litan, eds., The Liability Maze: The Impact of Liability Law on Safety and Innovation, (Brookings Institution: Washington, D.C.), 1991, pp. 360-366.

"The Cost of Innovation in the Pharmaceutical Industry," (with Joseph DiMasi, Ronald Hansen and Louis Lasagna), Journal of Health Economics, Volume 10, 1991, pp. 107-142.

"Pharmaceutical Research and Development: Returns and Risk," Sixth Annual Centre for Medicines Research Lecture 1991, Centre for Medicines Research, Surrey, England, 1991.

"The Effect of Medicaid Formularies on the Availability of New Drugs," (with Stuart O. Schweitzer and S. Renee Shiota), PharmacoEconomics, Vol. 1 (Suppl. 1), 1992, pp. 32-40.

"The Costs and Returns to Pharmaceutical Research and Development," Rivista Internazionale di Scienze sociali, (International Social Studies Review), September 1992, pp. 347-358.

"Brand Loyalty, Entry and Price Competition in Pharmaceuticals After the 1984 Drug Act," (with John M. Vernon), Journal of Law and Economics, Vol. 35, No. 2, October 1992, pp. 331-350.

"Pharmaceuticals and Health Care Costs," Proceedings of the First International Health Care Forum, Health Care Policy and the Pharmaceutical Industry, Gotemba, Japan, 1993.

"Health Reform and Pharmaceutical Innovation," Seton Hall Law Review, Vol. 24, No. 3, 1994, pp. 1221-1259.

"Innovation and Structural Change in Pharmaceuticals and Biotechnology," (with John Vernon), Industrial and Corporate Change, Vol. 3, No. 2, 1994, pp. 435-449.

"Returns to R&D on New Drug Introductions in the 1980s," (with John Vernon), Journal of Health Economics, Vol. 13, 1994, pp. 383-406.

7

"Research and Development Costs for New Drugs by Therapeutic Category: A Study of the U.S. Pharmaceutical Industry," (with Joseph A. DiMasi, Ronald W. Hansen, and Louis Lasagna), PharmacoEconomics, Vol. 7, No. 2, 1995, pp. 152-169.

"Economic Evaluation of Drug Treatment for Psychiatric Disorders:  The New Clinical Trial Protocol," (with Gary Zarkin, Josephine Mauskopf, Heather A. Bannerman, and Richard H. Weisler), Chapter 161, in Floyd E. Bloom and David J. Kupfer, eds., Psychopharmacology: The Fourth Generation of Progress, (Raven Press, Ltd.: NY), 1995, pp. 1897-1905.

"R&D Costs, Innovative Output and Firm Size in the Pharmaceutical Industry," (with Joseph A. DiMasi and John Vernon), International Journal of the Economics of Business, Vol. 2, No. 2, 1995, pp. 201-219, (special volume honoring Merton J. Peck of Yale University).

"Price and Profit Control, New Competitive Dynamics and the Economics of Innovation in the Pharmaceutical Industry," in Adrian Towse, ed., Industrial Policy and the Pharmaceutical Industry, (Office of Health Economics: London), 1995, pp. 77-91.

"Economic Scales and Tests," (with Ronald W. Hansen), in B. Spilker, ed., Quality of Life and Pharmacoeconomics in Clinical Trials, Second Edition, (Lippincott-Raven Press: Philadelphia), 1996, pp. 79-84.

"Returns to Pharmaceutical R&D:  Prospects Under Health Care Reform," (with John Vernon), in Robert Helms, ed., Competitive Strategies in the Pharmaceutical Industry, (AEI Press:  Washington, D.C.), 1996, pp. 194-207.

"Longer Patents for Increased Generic Competition:  The Waxman-Hatch Act After One Decade," PharmacoEconomics, Vol. 10, Suppl. 2, 1996, pp. 110-123.

"The Effect of Pharmacoeconomics on Company Research and Development Decisions," Pharmacoeconomics Vol. 11, No. 5, May 1997, pp. 389-397.

"The Impact of Cost-Effectiveness on Public and Private Policies in Health Care:  An International Perspective," (Edited Symposium Volume with Frank Sloan), in Social Science & Medicine, Vol 45, No. 4, August 1997.

"Pharmacy Benefit Management, Cost-Effectiveness Analysis and Drug Formulary Decisions," (with C. Daniel Mullins), Social Science & Medicine, Vol. 45, No. 4, August 1997, pp. 535-544.

"Public Policy and Innovation in Pharmaceuticals and Biotechnology," in Demetri

8

Kantarelis, editor, <u>Business and Economics for the 21st Century, Volume I</u>, Business and Economic Society International, Worcester, Mass., 1997, pp. 343-349.

"The Role of Cost-Effectiveness Analysis in Managed Care Decisions," <u>Pharmacoeconomics</u>, Vol. 14, suppl. 1, 1998, pp. 15-24.

"The Determinants of Pharmaceutical Research and Development Expenditures," (with John Vernon), <u>Journal of Evolutionary Economics</u>, Vol. 10, 2000, pp. 201-215.

"Effective Patent Life in Pharmaceuticals," (with John Vernon), <u>International Journal of Technology Management</u>, Vol. 19, Nos. 1/2, 2000, pp. 98-120.

"The Distribution of Sales from Pharmaceutical Innovation," (with John Vernon) <u>PharmacoEconomics</u>, Vol. 18, suppl. 1, 2000, pp. 21-32.

"Pressures from the Demand Side: Market Dynamics and Industrial Structures," (with John Vernon), in Hannah Kettler, ed., <u>Consolidation and Competition in the Pharmaceutical Industry</u>, Office of Health Economics, London, 2001, pp. 62-79.

"Returns on Research and Development for 1990s New Drug Introductions," (with John Vernon and Joe DiMasi). <u>PharmacoEconomics</u>, Vol. 20, Supplement 3, 2002.

"Patents, Innovation and Access to New Pharmaceuticals," <u>Journal of International Economics Law</u> Vol 5, No. 4, December 2002, pp 849-860.

"Patents and New Product Development in the Pharmaceuticals and Biotechnology Industries," in John Duca, ed., Science and Cents: the Economics of Biotechnology, <u>Federal Reserve Bank of Dallas</u>, 2003.

"The Price of Innovation: New Estimates of Drug Development Costs," (with Joseph DiMasi and Ronald Hansen). <u>Journal of Health Economics</u>, Vol. 22, 2003, pp.141-185.

"The Ripple Effects of a Restrictive Medicaid Formulary (editorial), <u>American Journal of Managed Care</u>, Vol. 9, No. 10, October 2003, pp. 648-649.

"Are the Economics of Pharmaceutical R&D Changing? Productivity, Patents and Political Pressures," <u>PharmcoEconomics</u>, Vol. 22, Suppl. 2, 2004, pp. 15-24.

"R&D Costs and Returns by Therapeutic Category" (with Joseph DiMasi and John Vernon), <u>Drug Information Journal</u>, Vol. 38, No. 3, 2004, pp. 211-223.

"Increasing R&D Incentives for Neglected Diseases: Lessons from the Orphan Drug Act," in Maskus KE and Reichman JH, eds., <u>International Public Goods, and Transfer of</u>

9

<u>Technology Under a Globalized Intellectual Property Regime</u>, Cambridge University Press, 2005, pp. 457-480.

"Encouraging the Development of New Vaccines," <u>Health Affairs</u>, Vol. 24, No. 3, 2005, pp. 697-704.

"Extraordinary Claims Require Extraordinary Evidence," and "Setting the Record Straight on Setting the Record Straight: Response to Light and Warburton's Rejoinder," (with Joseph DiMasi and Ronald Hansen) <u>Journal of Health Economics</u>, 2005 Vol. 24, No.5, pp. 1034 and 1049.

"Developing Drugs for Developing Countries," (with David Ridley and Jeffrey Moe) <u>Health Affairs</u> March/April 2006 Vol. 25 No. 2, pp 313-324.  .

"Entry and Competition in Generic Biologics" (with David Ridley and Kevin Schulman), forthcoming in <u>Managerial and Decision Economics</u>, 2006.

"The Quantity and Quality of Worldwide New Drug Introductions 1982 – 2003" (with Richard Wang), <u>Health Affairs</u>,  March/April 2006, Vol. 25 No. 2, pp. 452-460.

"Generic Competition in the U.S. Pharmaceutical Industry" (with Atanu Saha, Howard Birnbaum, Paul Greenberg, and Oded Bizan), forthcoming in <u>International Journal of the Economics of Business</u>, 2006.

"How Did the 2003 Prescription Drug Re-Importation Bill Pass the House?" (with Omar Gobcalasis, Mike Adams and Edward Tower), forthcoming in <u>Economics and Politics</u>, 2006.

"Spending on Post-approval Drug Safety" (with David Ridley, Judith Kramer, Hugh Tilson, and Kevin Schulman), in <u>Health Affairs</u>, March/April, 2006, Vol. 25 No. 2, pp. 429-436.

<u>Papers Presented at Major Professional Conferences</u>:
<u>(Selected Presentations since 1990)</u>

"Brand Loyalty, Entry, and Price Competition after the 1984 Act," Applied Econometric Association Meetings, Ankara, Turkey, June, 1990; also, Second World Congress in Health Economics, Zurich, Switzerland, September 1990.

"First Mover Advantages, Price and Non-Price Competition in Pharmaceuticals," American Economic Association Meetings, December 1990.

"International Competition in Pharmaceutical R&D," National Science Board on Industrial

10

Support for R&D, U.S. National Science Foundation, Washington, D.C., January 1991.

"Research and Development in an Era of Global Competition," Conference on American Pharmaceuticals in the Global Village, U.S. Department of State, Washington, D.C., June 1991.

"Pharmaceutical Research and Development: Returns and Risk," Centre for Medicines Research Annual Lecture 1991, Royal College of Physicians, London, England, July 1991.

"The Effect of Medicaid Formularies on the Availability of New Drugs," Tufts University Conference, Cost Containment and Pharmaceuticals: Issues for Future Research, Talloires, France, July 1991.

"Innovative Structure and Performance of the Pharmaceutical Industry," Second International Conference on the Economics of Innovation, University of Milan, Piacenza, Italy, June 1992.

"Pharmaceuticals and Health Care Costs," International Health Care Forum on Health Care Policy and the Pharmaceutical Industry, Gotemba, Japan, October 1992.

"Innovation and Structural Change in Pharmaceuticals and Biotechnology," American Economic Association Meetings, Anaheim, California, January 1993.

"Pharmaceutical R&D Costs, Prices and Profits," Conference on Pharmaceutical Industry Research, Innovation and Public Policy, Harvard University, John F. Kennedy School of Government, February 1993.

"Pharmaceutical R&D Returns: Prospects Under Health Care Reform," American Enterprise Institute Conference on Competitive Strategies in the Pharmaceutical Industry, October 1993.

"Health Care Reform--Implications for Pharmaceutical Innovation," Drug Information Association Workshop on Health Economics, Lisbon, Portugal, November 1993.

"The Administration's Health Reform Plan--Implications for Pharmaceutical Innovation," testimony before Congressman Waxman's House Subcommittee on Health and the Environment, February 1994.

"Socially Optimal Reimbursement and Utilization Policies for Pharmaceuticals," Hungarian National Social Insurance Administration, Budapest, Hungary, April 1994.

"Pharmaceuticals and Quality of Life: An Economist's Perspective," Forum Engelberg, Engelberg, Switzerland, April 1994.

11

"Price and Profit Control, New Competitive Dynamics and the Economics of Innovation in the Pharmaceutical Industry," Office of Health Economics Symposium on Industrial Policy, London, England, June 1994.

"Health Reform and Pharmaceutical Innovation," American Enterprise Institute, Washington, D.C., July 1994.

"R&D Costs, Innovational Output and Firm Size," Yale University Festschrift Honoring Merton J. Peck, New Haven, Connecticut, September 1994.

"The Effects of Increased Government Purchases on Vaccine R&D," testimony before the Subcommittee on Health and the Environment on the Vaccines for Children's Program, June 1995.

"PharmacoEconomics and Pharmaceutical Innovation," to IFPMA Conference on PharmacoEconomics in the year 2000, Geneva, Switzerland, February 1995.

"Development of New Pharmaceuticals," to the Third Princeton Conference on Drug Discovery and Development, Princeton, New Jersey, May 1995.

"Longer Patents for Increased Generic Competition: The Waxman-Hatch Act After One Decade," Tufts University Conference on Cost Containment Health Care Reform and Pharmaceutical Innovation, Talloires, France, July 1995.

"The Roles of Government in the Drug Regulation Process: Lessons from Other Nations," presented to Conference on Health Financing and Health Economics, Beijing, China, October 1995.

"The Use of Cost-Effectiveness Analysis by Pharmaceutical Benefit Management Companies," to Duke University Conference on Cost-Effectiveness Analysis in Decision Making," November 1995.

"The Effects of the Waxman Hatch Act on Drug Innovation and Generic Competition," Testimony before the U.S. Senate Judiciary Committee, March 1996.

"International Patent Policies and Pharmaceutical Innovation," to University of Vienna, May 1996.

"Public Policies and Pharmaceutical Innovation" to Jagellion University, Krakow, Poland, May 1996.

"Financing Health Care in Pharmaceuticals and Biotechnology," to OECD Workshop,

12

Paris, July 1996.

"Health Care and Innovation" to Seminar on Approaches to Cost Containment in Health Care, Kasteel de Willenburg, The Hague, October 1996.

"Pharmaceutical Innovation, Cost-Effectiveness Research and Emerging Regulatory Issues," American Enterprise Institute, Washington, D.C., November 1996.

"The Role of Cost-Effectiveness Analysis in Managed Care," Tufts University Center for the Study of Drug Development Conference, Talloires, France, July 1997.

"Public Policy and Innovation in Pharmaceuticals and Biotechnology," Business and Economics Society International Conference, Athens, Greece, July 1997.

"The Determinants of Pharmaceutical Research and Development Expenditures," Schumpeterian Society Meetings, Vienna, Austria, June 1998.

"Effective Patent Life in Pharmaceuticals," U.S. House of Representatives Colloquium for House Staff Members, June 1999.

"The Distribution of Sales from Pharmaceutical Innovation," Schumpeterian Society Meetings, Manchester England, June, 2000.

"New Research on the Returns to Pharmaceutical R&D," American Enterprise Institute, Washington, D.C., October 2000.

"Patent Policy Issues in Pharmaceuticals" Robert Wood Johnson Foundation Colloquium on the Pharmaceutical Industry, Washington, D.C., March 2001.

"Returns to Pharmaceutical R&D in the 1990s" Tufts University Conference, Center for the Study of Drug Development, Talloires France, July, 2001.

"Patents, Innovation and Access to New Pharmaceuticals," American Association for the Advancement of Science, Annual Meetings, Boston, February 2002.

"Patents and the Development of New Pharmaceuticals in Pharmaceuticals and Biotechnology Industry," Federal Reserve Bank of Dallas, April 2002.

"Returns to Pharmaceutical R&D," American Economic Association Meetings, Washington, DC, January 2003.

"Increasing R&D Incentives for Neglected Diseases," Duke University Law School Conference, April 2003; St. Vincent's College, September 2003; Georgetown University,

13

October 2003, Columbia University, December 2003.

"Are the Economics of Pharmaceutical R&D Changing?  Productivity, Patents, and Political Pressures," Tufts University Center for the Study of Drug Development Conference, Talloires, France, July 2003.

"Global Returns on R&D From New Drug Introductions," Keio University, Tokyo, Japan, September 2003.

"R&D Costs and Returns by Therapeutic Category," Southern Economic Association Meetings, San Antonio, Texas, November 2003.

"The Hatch-Waxman Act and Drug Innovation," Food and Drug Law Institute Conference, Washington, DC, December 2004.

"Developing Drugs for Developing Countries," American Economic Association Meetings, Philadelphia, PA, January 2005; also International Health Economics Congress, Barcelona, Spain, July 2005.

"Generic Competition in Pharmaceuticals," International Conference on Pharmaceutical Innovation, Taipei, Taiwan, May 2005.

"Impact of Generic Competition on Pharmaceutical Markets," International Health Economics Congress, Barcelona, Spain, July 2005.

Research Grants and Government Projects:

Principal Investigator, National Science Foundation Grant to Yale University, "Collaborative Research on Determinants of Selected Firm Outlays," June 1969 - December 1970.   ($9,800.00)

Principal Investigator, National Science Foundation Grant to NBER for research on "The Returns to Firm Investment Outlays, Plant and Equipment and Advertising Outlays," 1972-1974.   ($47,900.00)

Principal Investigator, National Science Foundation Grant for Research on "The Effect of Product Quality Regulation on Innovation:  The Case of the U.S. Ethical Pharmaceutical Industry," 1975-1978.   ($111,700.00)

Consultant, Federal Trade Commission project on "The Effects of Repealing Anti-Substitution Laws on Drug Innovation," 1977-1978.

Study Rapporteur, National Academy of Sciences Committee on Technology and International Economic and Trade Issues, "The Impact of Government Regulation on Innovation," 1978-1979.

Principal Investigator, National Science Foundation Grant to Duke University for "Studies on Drug Substitution, Patent Policy and Innovation," 1979-1982. ($125,979.00)

Advisory Panel Member, Office of Technology Assessment, The Patent System and Its Assessment on New Technological Enterprises, 1982-1983.

Principal Investigator, Environmental Protection Agency Grant to Investigate the Effects of Regulation on Innovation in Pesticides, (with Kip Viscusi of the Fuqua School of Business), 1983-1984.

Member, Committee on Public-Private Sector Relations in Vaccine Innovation," Institute of Medicine, National Academy of Sciences, 1983-1985.

Principal Investigator, General Accounting Office, Research Project on the Effects of Different State Regulations on Automobile Insurance Premiums and Availability, 1984-1985.

Principal Investigator, Duke University, Program in Pharmaceuticals and Health Economics, Project on Cost Containment and Pharmaceutical Innovation, 1985-1991.

Principal Investigator, Duke University, Program in Pharmaceuticals and Health Economics, Project on Returns to Pharmaceutical R&D, 1990-1994.

Principal Investigator, Program in Pharmaceuticals and Health Economics, "Public Policy and Innovation in the Vaccine Industry," 1995-1997.

Principal Investigator, Program in Pharmaceuticals and Health Economics, "New Research on the Costs and Returns to R&D," 1998-2002.

Principal Investigator, "Increasing R&D Incentives for Neglected Diseases," 2002–2005.

Henry Grabowski

May 30, 2007

Companies for which I have consulted over the past year

Allergan

Amgen

Astra-Zeneca

Brystol-Myers Squibb

Elan Pharmaceuticals

Endo Pharmaceuticals

Fujisawa Pharmaceuticals

Genentech

Glaxo-SmithKline

Johnson & Johnson

Merck

Novartis

Pfizer

Roche

Shire Pharmaceuticals

UCB

Valeant Pharmaceuticals

Warner-Chillcott

Wyeth

**Exhibit 3**

Testimony Since 2003:

Arbitration hearing, *NeoPharm, Inc. v. Pharmacia & Upjohn Co.*, Washington, DC, December 2003 (confidential).

Deposition, *New River Pharms v DSM Pharms*, U. S. District Court for the Eastern District of Tennessee, March 2004.

Deposition, *Sanofi-Synthelabo et. al v. Apotex, Inc.*, U. S. District Court for the Southern District of New York, November 2004.

Deposition, *In re Bristol-Myers Squibb Securities Litigation*, Civil Action No. 00-1990, (SRC) U. S. District Court for the District of New Jersey, January 2005.

Deposition, *Wyeth v. Teva Pharmaceuticals*, Civil Action No., 03-1293 (KSH), U. S. District Court for the District of New Jersey, June 2005.

Deposition, *Xcel Pharmaceuticals v. Kali Laboratories*, U. S. District Court for the District of New Jersey, May 2006.

Deposition, *Pfizer Inc. v. Teva Pharmaceuticals*, U.S. District Court for the District of New Jersey, Civil Action No. 04-754 (JCL) August 2006. Testimony December 2006

Deposition, Arbitration Hearing, *Elan Pharmaceuticals v. King Pharmaceuticals*, New York, NY August 2006.

Arbitration Testimony, *Elan Pharmaceuticals v. King Pharmaceuticals*, New York, NY September 2006.

Deposition, *UCB S.A., et al., v. Mylan Laboraries, Inc., et al.,* United States District Court for the Northern District of Georgia, Civil Action No: 1:04-CV-0683 (WSD) December 2006.

Deposition, *State of Colorado, et al., v. Warner Chilcott Holdings Company III, LTD., et al.,* United States District Court for the District of Columbia, Civil Action No: 1:05CV02182 (CKK) January 2007.

# Exhibit B

CV of Dr. Hollander

## CURRICULUM VITAE

### ERIC HOLLANDER, MD, DFAPA, FACNP

**Present Positions:**    Esther and Joseph Klingenstein Professor and Chair
Director-NIH STAART Greater New York Autism Center of Excellence
Director-Seaver Autism Research Center
Director-Compulsive, Impulsive and Anxiety Disorders Program
Director-Clinical Psychopharmacology
Department of Psychiatry
Mount Sinai School of Medicine
One Gustave L. Levy Place, Box 1230
New York, N.Y.  10029

**Telephone Number:**    212/659-8287
**FAX Number:**    212/987-4031
**E-Mail:**    eric.hollander@mssm.edu

Born:    Los Angeles, California  (6/19/57)

Education:

| | | |
|---|---|---|
| 1978 | B.A. | Brandeis University, Waltham, MA |
| 1982 | M.D. | State University of New York Downstate Medical College, Brooklyn, NY |

**Internship:**

| | | |
|---|---|---|
| 1982 - 1983 | Internal Medicine | Mount Sinai Hospital, NY, NY |

**Residency:**

| | | |
|---|---|---|
| 1983 - 1986 | Psychiatry | Mount Sinai Hospital, NY, NY |
| 1985 - 1986 | Chief Resident-Psychiatry Research | Clinical Research Unit and Alzheimer's Disease Research Center - Mount Sinai School of Medicine, NY, NY |

**Fellowship:**

| | | |
|---|---|---|
| 1986 - 1988 | NIMH Psychiatry Research Fellowship | Columbia University College of Physicians & Surgeons and NYS Psychiatric Institute |
| 1988 - 1989 | Dana Foundation Fellow | Columbia University |
| 1988 - 1993 | NIMH Research Scientist Development Award | Columbia University |

**Licensure:**

New York State License: 155389       Year:  1983

DEA License:  AH2289420

Diplomate - American Board of Psychiatry and Neurology (29504) 1987

| | |
|---|---|
| <u>Honors:</u> | 2007, William A. Console, MD Master Teacher Award in Psychiatry<br>Alumni Association, College of Medicine, SUNY Downstate Medical Center |
| | 2005, Best Doctors, NY Magazine |
| | 2005, Chair - NIH STAART Autism Steering Committee |
| | 2005, Secretary/Treasurer - International Society for Research In Impulsivity (ISRI) |
| | 2005, Director – International College of Obsessive Compulsive Spectrum Disorders (ICOCS) |
| | 2005, Chair – DSM-V Research Planning Agenda Workgroup on Obsessive Compulsive Behavior Spectrum Disorders |
| | 2005, Member – APA Practice Guidelines – Obsessive Compulsive Disorder |
| | 2003, Distinguished Fellow – American Psychiatric Association |
| | 2003, Substance Abuse and Mental Health Administration (SAMHSA)<br>National Registry of Effective Prevention Programs (NREPP), U.S. Department Of Health and Human Services |
| | 2003, Best Doctors, *New York Magazine* |
| | 2002, Fellow – American College of Neuropsychopharmacology |
| | 2002 – present, Chair - DSM-V Work Group on Obsessive Compulsive Spectrum Disorders, APA |
| | 2002, Best Doctors In America |
| | 2002, Autism Clinical Trials Task Force, Cure Autism Now (CAN) |
| | 2002, Best Doctors, *New York Magazine* |
| | 2001, Best Doctors, *New York Magazine* |
| | 2001, Best Doctors, *New York Post* |
| | 2000-2001, Society of Biological Psychiatry, George N. Thompson Award Committee |
| | 1999, Fellow, American Psychiatric Association |
| | 1998, NARSAD Distinguished Investigator Award |
| | 1998, Full Membership, American College of Neuropsychopharmacology |
| | 1999, Section Editor, ACNP, <u>Neuropsychopharmacology:  The Fifth Generation of Progress</u> |
| | 1998, DSM-IV-R Work Group Chair, Impulse Control Disorder Section |

C.V. - Eric Hollander, M.D.                    2

1998, Nolan D.C. Lewis Visiting Professor and Scholar, Carrier Foundation

1997, Scientific Director, CNS Research Foundation

1996, Founding Editor
     *CNS Spectrums: The International Journal of Neuropsychiatric Medicine*

1996, Scientific Advisory Board, Anxiety Disorders Association of America

1994, Best Mental Health Specialists in the U.S.A. - Good Housekeeping

1994, The Best Doctors in America, Woodward/White, Inc.

1993, Chairman, OC Foundation Awards Committee

1993, International OCD Council Founding Member

1993, Secretary, OCD Section, World Psychiatric Association

1992, Member, DSM-IV Work Group - Obsessive Compulsive Disorder

1992, Member, DSM-IV Work Group - Body Dysmorphic Disorder

1992, Scientific Advisory Board, OC Foundation

1991, American College of Neuropsychopharmacology, Associate Member

1990, American Psychiatric Association/Wisnieski Young Psychiatrist Research Award, First Place, New York, NY

1990, Collegium Internationale Neuro-Psychopharmacologium Rafaelsen Fellowship Award, Kyoto, Japan

1988-1993, Research Scientist Development Award National Institute of Mental Health

1988-1989, Dana Foundation Fellow (Columbia University)

1986, American Psychiatric Association/Penwalt Resident Research Award, First Place, Washington, DC

1986, Marcel Heiman Memorial Award for Outstanding Research Mount Sinai School of Medicine, Department of Psychiatry

1986, M. Ralph Kaufman Prize, Outstanding Resident in Psychiatry Mount Sinai School of Medicine, Department of Psychiatry

1985-1986, Solomon W. Ginsburg Fellow: Group for the Advancement of Psychiatry

1978, General Honors, Brandeis University

**Patents and Inventions**:
Oxytocin in Autism and Social Attachment Disorders (US patent issued)

C.V. - Eric Hollander, M.D.                    3

Mementine in Autism, Compulsive and Impulsive Disorders (US patent application)
Fluoxetine in Autism (Orphan Designation: Food and Drug Administration)
Internet Addiction - YBOCS (US Copyright)
Pathological Gambling – YBOCS (US Copyright)
Fluvoxamine Gambling Treatment Program (SAMHSA)


**Founding Editor:**  *CNS Spectrums:  The International Journal of Neuropsychiatric Medicine*

**Editorial Advisory Board:**  *Neuropsychopharmacology (1997 – 1999)*

*Research In Autism Spectrum Disorders*

*World Journal of Biological Psychiatry*

*Medscape Psychiatry & Mental Health*

*Psychiatric Annals*

*Focus on OCD*

*Primary Psychiatry* (past)

*Mental Fitness*

*International Journal of Psychiatry in Clinical Practice*

*Journal of Gambling Studies*

*Wager*

*Clinical Neuropsychiatry*

*Contemporary Psychiatry*

*Mount Sinai Journal of Medicine (Associate Editor)*

**Reviewer:**  *Archives of General Psychiatry*

*American Journal of Psychiatry*

*Biological Psychiatry*

*Psychiatry Direct*

*Psychiatry Research*

*Journal of Neuropsychiatry and Clinical Neuroscience*

*Journal of the American Medical Association*

*Journal of Nervous and Mental Disorders*

**Hospital Appointments:**

1986 - 1992   Assistant Attending Psychiatrist, The Presbyterian Hospital

C.V. - Eric Hollander, M.D.                 4

| | |
|---|---|
| 1992 - 1993 | Associate Attending Psychiatrist, The Presbyterian Hospital |
| 1988 - 1993 | Attending Psychiatrist, The New York State Psychiatric Institute |
| 1988 - 1993 | Director, Obsessive Compulsive Disorder Biological Studies Program The New York State Psychiatric Institute |
| 1989 - 1993 | Director, Anxiety Diagnostic & Recruitment Unit, NYS Psychiatric Institute |
| 1993 - 1994 | Associate Director, Academic Affairs, Queens Hospital Center |
| 1993 - 1994 | Vice Chairman, Department of Psychiatry, Mount Sinai School of Medicine |
| 1993 - Present | Director, Clinical Psychopharmacology, Mount Sinai School of Medicine |
| 1994 - 2003 | Clinical Director, Seaver Autism Research Center |
| 1994 - Present | Director, Compulsive, Impulsive and Anxiety Disorders Program |
| 1996 - Present | Attending Psychiatrist, The Mount Sinai Hospital |
| 2003 – Present | Director, Seaver Autism Research Center |
| 2003 – Present | Director, Greater NY Autism Research Center of Excellence |

**Academic Appointments:**

| | |
|---|---|
| 1986 - 1988 | Instructor in Clinical Psychiatry, Columbia University P & S |
| 1988 - 1992 | Assistant Professor of Clinical Psychiatry, Columbia University P & S |
| 1992 - 1993 | Associate Professor of Clinical Psychiatry, Columbia University P & S |
| 1993 - 1996 | Associate Professor of Psychiatry, Mount Sinai School of Medicine |
| 1996 - Present | Professor of Psychiatry, Mount Sinai School of Medicine |

**Teaching (Mount Sinai School of Medicine and Columbia University P & S):**

Phenomenology Course – PGY II Residents

Neuroscience Course – PGY III Residents

Outpatient Psychopharmacology Course - PGY III Residents

Psychopharmacology Supervision - PGY III Residents

Anxiety Disorder Lectures - MS I and MS II Medical Students

OCD Lectures - PGY II and III Psychiatry and Neurology Residents

Neuroscience Review Course - Neurology Department

Outpatient Psychopharmacology Clinic - PGY III Residents

OCD CME Course Director - 8 Conferences at Mt. Sinai and Columbia

Journal Club and Grand Rounds - chair, Mt. Sinai/Queens Hospital Center

Pharmacology Lectures - MS IV Medical Students

Chairman and Organizer, 7 Conferences on the Diagnosis, Neurobiology, Genetics and Treatment of Autism in association with CAN, NAAR, ASA, and NARSAD


Chairman and Organizer
    First International Conference on OCD, Capri, March 1993
    Second International Conference on OCD, Guadaloupe, March 1996
    Third International Conference on OCD, Madeira, Portugal, 1998
    Fourth International Conference on OCD, St. Thomas, V.I., 2000
    Fifth International Conference on OCD, Sardinia, 2001
    Sixth International Conference on OCD, Lanzarote, 2003

Participant, Anxiety Disorders in African-Americans Conference, 1993

Fellowship Supervisor, Program for Minority Research Training in Psychiatry
    American Psychiatric Association

**Professional Organizations:**

    Academia, Medicina & Psychiatria Foundation (Fellow)

    American College of Neuropsychopharmacology
        Fellow (2002)
        Member (1998-Present)
        Finance Committee (1999-present)
        Section Editor, ACNP, Psychopharmacology: The Fifth Generation of Progress
        Editorial Advisory Board, Neuropsychopharmacology
        Associate Member (1992-1996)

    American Federation for Clinical Research

    American Medical Association

    American Psychiatric Association (Distinguished Fellow)
        Member, Committee on Resident Research Award Review

    American Psychopathological Association

    American Society of Clinical Psychopharmacology

    Anxiety Disorders Association of America (Scientific Advisory Board)

    Asociacion Argentina de Trastornos de Ansiedad

    Collegium Internationale Neuro-Psychopharmacologicum

    European College of Neuropsychopharmacology - Corresponding Member

    Group for the Advancement of Psychiatry

Solomon Ginsburg Fellow (1985-1986), Medical Education Committee

International College of Obsessive Compulsive Spectrum Disorders (Company Director)

International Council on OCD (Founding Member)

International Society for Research on Impulsivity and Impulse Control Disorders
President  Elect - 2006
(Secretary Treasurer - FY2005)

National Board of Medical Examiners (Test Material Development Committee)

Obsessive Compulsive Foundation (Scientific Advisory Board)

Society of Biological Psychiatry
       Scientific Program Committee
       George N. Thompson Award Committee

World General Medical Council (Fellow)

World Health Organization Committee on Priority Treatments for Mental Health Disorders
       Priority Treatments for Obsessive Compulsive Disorder

**Consulting:**

US Congress and Senate, Joint Committee on NIH Funding Issues

Psychopharmacology Consult, Health and Hospitals Corporation

Scientific Advisory Boards
       Obsessive Compulsive Foundation
       Anxiety Disorders Association of America
       CNSR Foundation
       Autism Society of America Foundation
       QSAC
       NAMI
       Cure Autism Now

Scientific Advisory Boards
       Solvay Pharmaceuticals
       Abbott Neuroscience
       Wyeth-Ayerst Laboratories
       SmithKline Beecham
       Lilly Neuroscience
       Ortho-McNeil
       Roche Laboratories
       Pfizer Pharmaceuticals
       Pharmacia/Upjohn
       Callisto Pharmaceuticals, Inc.
       Somaxan Pharmaceuticals

Medical Lecture Program/Speakers Program
       Abbott Pharmaceuticals
       Bristol Myers/Squibb Pharmaceuticals
       Eli Lilly and Company

Forrest Pharmaceuticals
GlaxoSmithKline
Novartis Pharmaceuticals
Pfizer Pharmaceuticals
Pharmacia/Upjohn
Smith Kline Beecham
Solvay Pharmaceuticals
Wyeth Ayerst Laboratories

First International OCD Conference Organizer - Solvay/Upjohn - 1993, Capri
Second International OCD Conference Organizer - Solvay/Upjohn - 1996, Guadaloupe
Third International OCD Conference Organizer - Solvay/Upjohn - 1998, Madeira
Fourth International OCD Conference Organizer – Solvay/Upjohn – 2000, St. Thomas
Fifth International OCD Conference Organizer – Solvay/Upjohn – 2001, Sardinia
First, Second, Third Columbia University OCD Conference Organizer - Ciba Geigy/CME
First Mt. Sinai/OC Foundation OCD Conference - 1994 - Solvay/Upjohn
First, Second, Third Mt. Sinai/Seaver Center Autism Conference
First Mt. Sinai/Seaver Center Autism Conference for Educators

**Administrative:**

Director, Anxiety Diagnostic and Recruitment Unit
  MHCRC, New York State Psychiatric Institute

Director, Compulsive and Impulsive Disorders Program
  New York State Psychiatric Institute

Director, Open Treatment Component
  Mental Health Clinical Research Center
  New York State Psychiatric Institute

Member, Quality Assurance Committee
  New York State Psychiatric Institute
  Queens Hospital Center

Member, Incident Review Committee
  New York State Psychiatric Institute

Member, Medical Staff Committee
  New York State Psychiatric Institute
  Queens Hospital Center

Member, Continuing Medical Education Committee
  Columbia University, College of Physicians and Surgeons

Member, Medical Education Committee, Medical Ethics
  Group for the Advancement of Psychiatry

Member, Scientific Program Committee
  Society for Biological Psychiatry

Consultant, Health and Hospitals Corporation
  Psychopharmacology Issues

Member, Managed Care Committee - Psychiatry
  Mount Sinai School of Medicine

Member, Operating Committee
      Mount Sinai School of Medicine

Member, Continuing Medical Education Committee, Postgraduate School
      Mount Sinai School of Medicine

Member, Promotions Committee
      Mount Sinai School of Medicine

Chair, Outpatient Psychiatry Research Committee
      Mount Sinai School of Medicine

Chair, Psychiatry Research Incident Review Board
      Mount Sinai School of Medicine

Chair, Space Appropriations Committee, Psychiatry Outpatient Research Center, Atran E
      Mount Sinai School of Medicine

Member, Special Investigation Committee-Scientific Integrity
      Mount Sinai School of Medicine

Member-Internal Committee-Neurology Departmental Review
      Mount Sinai School of Medicine

Co-Chair-Planning Committee-Institute for Brain Disorders


Patient Advocacy Groups

Obsessive-Compulsive Foundation
      Member, Scientific Advisory Board
      Director, Scientific Awards Committee
      Member, Minorities and Research Committee

International Obsessive-Compulsive Council
      Founding Member
      Secretary

Anxiety Disorders Association of America
      Member, Scientific Advisory Board

World Psychiatric Association, Section on Anxiety and OCD
      Secretary

Cure Autism Now,
      Chair, Scientific Advisory Group – Treatment Guidelines
      Chair, Autism Clinical Trials Task Force (ACTTF)
      Chair – Clinical Trials Network (CTN)

Committees
Incident Review Committee - NYS Psychiatric Institute
Faculty Staff Committee - NYS Psychiatric Institute
Quality Assurance Committee - NYS Psychiatric Institute, Queens Hospital Center
Chairman - Grand Rounds Committee - Queens Hospital Center
Chairman - Journal Club Committee - Queens Hospital Center

Operating Committee - MSSM Psychiatry Department
Senior Investigators Committee - MSSM Psychiatry Department
Clinical Directors Committee - MSSM Psychiatry Department
Affiliate Clinical Directors Committee - MSSM Psychiatry Department
Trauma Committee - Victim Services, Inc.
   Trauma Planning Subcommittee - Victim Services, Inc.
Service Directors Committee - Queens Hospital Center
Managed Care Committee - Mt. Sinai School of Medicine
Continuing Medical Education Committee – Mt. Sinai School of Medicine
Promotions Committee – Mt. Sinai School of Medicine

Grant Reviewer
NIMH – 1996-2005 - RO1, K grants, RUPP-PI
NIDA – 1995-2003 - RO1, K grants

Current Funded Grants:
 Principal Investigator

(2003-2008). NIH – Greater New York Autism Research Center of Excellence: The STAART Program. (1 U54 MH66673-01). Annual Direct Cost $ 1,417,295 Total Direct Cost $ 7,149,157.

(2003-2008). NIH – Greater New York Autism Research Center of Excellence: The STAART Program. (1 U54 MH66673-01). Liquid Citalopram Supplement. Annual Direct Cost $ 100,000.

(2003-2008). NIMH - NRSA Institutional Research Training Grants – Training in Psychopharmacology and Outcomes Research (1 T32 MH62996-01). Annual Annual Direct Cost $ 50,127   Total Costs $ 455,353.

(2005-2008). FDA – Fluoxetine in Pediatric Body Dysmorphic Disorder (FD-R-002613-01) Annual Direct Cost $ 289,387 Total Direct Cost $ 884,873.

(1994-2007). Seaver Foundation - Seaver Autism Research Center (Eric Hollander, M.D., Director) Annual Cost $ 1,250,000 Total Cost $ 13,000,000.

(2007-2009) UJAFJP – Seaver Center Social Skills Project Annual Direct Cost $ 74,166

(2006-2007). CAN – Clinical Trials Network Infrastructure. Annual Direct Cost $ 102,488  Total Direct Cost $ 112,737.

(2006-2007). CAN – A multi-site double-blind placebo-controlled trial of memantine vs. placebo in children with autism targeting motor skills. Annual Direct Cost $ 54,393  Total Direct Cost $ 59,842.

(2006-2008). BMS – Aripiprazole Treatment in Children with Autistic Disorder Annual Direct Cost $ 19,835

Co-Principal Investigator

(2000-2004). CDC – Pharmacotherapy of Sexually Compulsive MSM – Jonathan Morgenstern, PI, Annual Direct Cost $ 244,172  Total Direct Cost $ 712,324.

(1998-2003). <u>Solvay Pharmaceuticals</u> - Brain Imaging of the Effects of Lithobid and Lithium Carbonate In Bipolar and Cyclothymic Patients - Monte Buchsbaum, PI, Total Direct Cost $ <u>252,000</u>.

<u>Co-Investigator</u>

(2000-2006). <u>NIDA</u> – Interdisciplinary Training In Drug Abuse Research (T32 DA 07135-21) – Stuart C. Sealfon, M.D., P.I., Annual Direct Cost $ <u>359,568</u>  Total Direct Cost $ <u>1,797,840</u>.

<u>Pending Grants</u>:
  <u>Principal Investigator</u>

<u>NIH</u> – Mount Sinai Interdisciplinary Developmental Science Award

<u>NIMH</u> – Lithium vs. Naltrexone vs. Placebo in Impulse Dyscontrol (Pathological Gambling) Annual Direct Cost $ <u>225,000</u>      Total Direct Cost $ <u>381,375</u>

<u>NIMH</u> – Efficacy and Safety of Risperidone Augmentation in SRI-Resistant OCD Annual Direct Cost $ <u>225,000</u>      Total Direct Cost $ <u>381,375</u>

<u>Prior Funded Grants</u>

(2001-2006). <u>FDA</u> – Fluoxetine vs. Placebo  In Adult Autistic Disorder. (FD-R-002026-01)  Annual Direct Cost $ <u>203,771</u>  Total Direct Cost $ <u>607,930</u>.

(2001-2006). <u>NINDS</u> – Divalproex Sodium/Placebo In Child/Adolescent Autism. (1 R21 NS43979-01)  Annual Direct Cost $ <u>100,000</u>  Total Direct Cost $ <u>300,000</u>.

(1998-2003). <u>FDA</u> - Liquid Fluoxetine vs. Placebo in Child/Adolescent Autism. (FD-R-001404-01)  Annual Direct Cost $ <u>116,242</u>  Total Direct Cost $ <u>349,637</u>  Total Cost $ <u>592,635</u>.

(1999-2003). <u>NIMH</u> - Pharmacotherapy of Adolescent Body Dysmorphic Disorder (1 RO1 MH58935-01A1)  Annual Direct Cost $ <u>66,578</u>  Total Direct Cost $ <u>112,850</u>  Total Cost $ <u>475,247</u>.

(2002-2003). <u>Abbott Laboratories</u> – An Open-Label Trial of Divalproex Sodium Extended Release In Borderline Personality Disorder.  Total Direct Cost $ <u>143,115.00</u>.

(2001-2003). <u>Pfizer Pharmaceuticals</u> – Efficacy of Sertraline in the Treatment of Binge Eating Disorder Among Obese Children and Adolescents.  Total Direct Cost $ <u>50,000</u>.

(2001-2003). <u>Forrest Laboratories</u> – Treatment of Internet Addiction with Citalopram. Total Direct Cost $ <u>50,000</u>.

(2001-2003). <u>Contral Pharma</u> – Nalmefene in the Treatment of Pathological Gambling: A Placebo Controlled Dose Reponse Study.  Total Direct Cost $ <u>100,000</u>.

(2001-2003). <u>Pfizer</u> – Multicenter Trial of Ziprasidone Augmentation in Serotonin Reuptake Inhibitor-Resistant Obsessive-Compulsive Disorder.  Total Direct Cost $ <u>144,663</u>.

(2001-2003). <u>Callisto</u> – Autoimmune Investigations In Obsessive-Compulsive Disorders. Total Direct Cost $ <u>10,000</u>.

(2001-2003). <u>Pfizer</u> – Phase II, Twelve Week, Double Blind and Placebo Controlled Study

To Evaluate the Safety and Efficacy of Two Doses of CP-448,187 (1.5mg and 3.0mg) In Subjects with Obsessive Compulsive Disorder.  Total Direct Cost $ 100,000.

(1998-2003).  Abbott Laboratories – Divalproex Sodium vs. Placebo In Childhood/Adolescent Autism:  A Double-Blind Placebo Controlled Study Followed by Fluoxetine Augmentation. Total Cost $ 86,000.

(1998-2003).  Lilly Laboratories – Olanzapine vs. Placebo Crossover Study of Autistic Disorder: Effect of fMRI Imaging.  Total Cost $ 150,000.

(1998-2003).  Bristol-Myers Squibb - Serzone Treatment Study in Pathological Gambling. Total Direct Cost $ 40,000.

(1998-2003).  Solvay Pharmaceuticals - Double-Blind Parallel Trial of Lithobid, Lithium Carbonate and Placebo In Lithium Treatment Naive Bipolar and Cyclothymic Patients Presenting To A Pathological Gambling Clinic.  Total Annual Direct Cost $  127,306   Total Cost $ 254,612.

(1998-2003).  PBO Foundation - Research and Clinical Program for OCD and Related Disorders. Total Annual Direct Cost $ 90,910.

(1997-2003).  Janssen Pharmaceuticals - Risperidone in Refractory OCD:  Positron Emission Tomography Imaging.  Annual Direct Cost $ 120,000.

(1995-2003).  Lilly Research Labs - Prozac and Regional Metabolic Activity  in Autism.  Total Direct Cost $ 30,000.

(1998-2003).  Smith-Kline Beecham – A Double-Blind Placebo-Controlled Flexible Dose Study of the Efficacy and Tolerability of Paroxetine on Generalized Anxiety Disorder. Total Direct Cost $ 60,120.

(1999-2003).  Solvay Pharmaceuticals – A Multicenter, Double-Blind, Randomized, Parallel Group Study of the Efficacy and Safety of a Flexible Dose Regimen of Fluvoxamine CR versus Placebo in Outpatients with Obsessive Compulsive Disorder. Total Direct Cost $ 100,000.

(1999-2003).  Abbott Pharmaceuticals – Divalproex Sodium vs Placebo in Intermittent Explosive Disorder.  Total Direct Cost $ 100,000.

(1999-2003).  Solvay Pharmaceuticals – Fluvoxamine vs. Placebo In the Treatment of Generalized Social Phobia.  Total Direct Cost $ 100,000.

(1998-2002).  NIMH - Divalproex Sodium/Placebo In Borderline PD (1 RO3 MH56974-01). Annual Direct Cost $ 49,988  Total Direct Cost $ 99,762  Total Cost $ 169,097.

(1997-2002).  NIDA - Serotonergic/Norepinephrine Function in Pathological Gambling. (1 RO1 DA10234-01A2) Annual Direct Cost $ 251,126  Total Direct Cost $ 984,926 Total Cost $ 1,669,450.

(1997-2001).  Glaxo-Wellcome - Sumatriptan Challenge In Autism and Asperger's Disorder.  Total Direct Cost $ 50,000.

(1998-2000).  Cure Autism Now - Fluoxetine/Placebo Treatment of Childhood/Adolescent Autism:  Clinical Predictors & Dimensional Severity.  Total Cost $ 56,100.

(1998-1999).  Cure Autism Now - D8/17 Positivity in Autism:  Implications for Etiology, Subtyping and Treatment.  Total Cost $ 15,000.

(1998-1999).  NARSAD Distinguished Investigator Award - D8/17 Positivity in Autism:  Implications for Etiology, Subtyping and Treatment.  Total Cost $ 85,525.

(1988-1993).  NIMH Research Scientist Development Award - "Psychobiology of Obsessive Compulsive and Related Disorders", NIMH.  MH-00750. Annual Costs $ 72,150, Total Costs $ 360,750.

(1994-1997).  FDA Orphan Drug Grant - Clomipramine/Desipramine Crossover in BDD (FD-R-000941-01) Annual Direct Costs - $ 198,871  Total Direct Cost $ 398,600

(1995-1998).  Abbott Pharmaceuticals - Valproate Treatment of Borderline Personality Disorder.  Total Direct Cost $ 25,000.

(1997-1998).  SmithKline Beecham Pharmaceuticals - A Double-Blind, Placebo-Controlled, Flexible Dosing Trial to Evaluate the Efficacy of Modified Release Paroxetine In the Treatment of Panic Disorder.  Annual Direct Cost $ 25,000.

(1997-1998).  Upjohn Pharmaceuticals - Double Blind Placebo Controlled Fluvoxamine Treatment of Pathological Gambling.  Annual Direct Cost $ 100,000.

(1994-1996)  Upjohn Pharmaceuticals - Double Blind Placebo Controlled Fluvoxamine Treatment of Pathological Gambling.  Annual Direct Cost $ 100,000.

(1993-1994).  Solvay Pharmaceuticals - Fluvoxamine/Clomipramine Treatment of OCD.  Annual Direct Cost $ 52,500.

(1992-1993).  Smith Kline Pharmaceuticals - Effect of Paroxetine on SPECT/Cerebral Blood Flow in OCD.  Annual Direct Cost $ 15,000.

(1989-1994).  Mental Health Clinical Research Center (NIMH) - Open Treatment Component (DF Klein, PI) $ 200,420.

(1990-1992).  American Psychiatric Association/McArthur Foundation - DSM-IV Field Trial for Obsessive-Compulsive Disorder.  Annual Direct Cost $ 10,000.

(1991-1993).  Smith Kline Beecham Pharmaceuticals - Paroxetine Treatment of Obsessive-Compulsive Disorder.  Annual Direct Cost $ 100,000.

(1990-1991).  Child Psychiatry Research Center Grant - Psychobiology of Childhood Obsessive-Compulsive Disorder.  $ 2,220.

(1990-1991).  Child Psychiatry Research Center Grant - Follow-up Study: Collaborative Perinatal Project Soft Signs and Anxiety Disorders.  $ 2,000.

(1990-1991).  Biomedical Research Support Grant - Research Foundation for Mental Hygiene to New York State Psychiatric Institute.  Psychobiology of Impulsive Personality Disorders. $ 3,000.

(1988-1989).  Biomedical Research Support Grant - Research Foundation for Mental Hygiene to New York State Psychiatric Institute.  5HT Enhanced Cerebral Blood Flow and Auditory Evoked Potentials and Repeat Challenges During Treatment in OCD.  $ 6,200.

(1988-1989).  Biomedical Research Support Grant - Columbia University College of Physicians and Surgeons.  Apomorphine Challenges in Cocaine Abuse.  $ 5,000.

(1987-1988).  Biomedical Research Support Grant - Research Foundation for Mental Hygiene to New York State Psychiatric Institute.  Biological Challenges in Normal Controls.  $ 4,500.

(1987).  Biomedical Research Support Grant - Research Foundation for Mental Hygiene to New York State Psychiatric Institute.  Biological Challenges in Obsessive-Compulsive Disorder.  $ 3,642.

(1987).  Biomedical Research Support Grant - Research Foundation for Mental Hygiene to New York State Psychiatric Institute.  Neuropsychiatric Investigations of Obsessive-Compulsive Disorder.  $ 4,964.

B.  Co-Principal Investigator

NIMH - MH43845-Psychobiology of Obsessive Compulsive Disorder.  35% Effort. (Dr. M. Liebowitz, PI), Total Direct Costs $ 356,412.

NIMH - MH44175-A Family Study of Obsessive Compulsive Disorder.  10% Effort. (Dr. Abby Fyer, PI).  Total Direct Costs $ 464,798.

(1991).  Biomedical Research Support Grant - Research Foundation for Mental Hygiene - Neuropharmacology and Neuropsychology of Pathological Gambling. (C. DeCaria, PI).  $ 4,490.

(1991).  Biomedical Research Support Grant - Research Foundation for Mental Hygiene - CT Findings and Soft-Signs in OCD (D. Stein, PI). $ 2,000.

C.  Director

Mental Health Clinical Research Center (NIMH).  Anxiety Diagnostic and Recruitment Center Component (DF Klein, PI).  $ 508,000.

D.  Co-Investigator

NIMH-Endogenous ERP's in Obsessive Compulsive Disorder.  RO1 Grant. (J. Towey, PI)  Total Direct Costs $ 133,461.

NIMH-Chlorimipramine and Behavior Therapy for Obsessive Compulsive Disorder. RO1 Grant.  (M. Liebowitz, PI)  Total Direct Costs $ 766,224.

(1988-1989).  Biomedical Research Support Grant - Research Foundation for Mental Hygiene to New York State Psychiatric Institute.  M-CPP Challenge in Eating Disorders (C. Buttinger, PI) $ 5,000.

E.  Overall Preceptor

NAAR/Bristol-Myers Squibb Research Fellowship in Autism and Neuropharmacology Neuropharmacology, Neuroimaging, Immunology, Molecular Biology, and Molecular Genetics Charles Cartwright, M.D.  Total Annual Direct Cost $ 60,000

NAAR/Bristol-Myers Squibb Research Fellowship in Autism and Neuropharmacology Neuropharmacology, Neuroimaging, Molecular Neurobiology Sherie Novotny, M.D.  Total Annual Direct Cost $ 60,000

C.V. - Eric Hollander, M.D.                    14

<u>Prior Co-Investigator</u>

(1996-2000). <u>NIMH First Award</u> - Fluoxetine vs. Placebo Treatment of Depersonalization Disorder (MH55582) - Daphne Simeon, PI, Annual Direct Cost $ <u>70,000</u>.

(1996-1998). <u>Theodore & Vada Stanley Foundation</u> - Positron Emission Tomography and Emotion Interpretation in Autistic Adults - Bonnie Aronowitz, PI, Annual Direct Cost $ <u>64,000</u>.

<u>Selected Presentations:</u>

Over 300 scientific presentations at American Psychiatric Association, Society of Biological Psychiatry, American College of Neuropsychopharmacology, World Federation of Societies of Biological Psychiatry, Psychiatry Research Society, International Catecholamine Conf, Neuropharmacology of Serotonin Conf, AEP, CINP, ECNP and at many grant rounds at psychiatry departments in the USA and Europe/South America/Africa.

<u>Chairman-Scientific Symposium</u>

| | |
|---|---|
| 1988 | Society of Biological Psychiatry - "Obsessive Compulsive Disorders" |
| 1989 | American Psychiatric Association - "Predictors of Treatment Outcome in OCD" |
| 1989 | American Psychiatric Association - "Overlap of Tourette's Syndrome & OCD" |
| 1989 | World Federation Societies Biological Psychiatry |
| | "Update on Drug Treatment of OCD" and "Psychobiology of OCD" |
| 1990 | American Psychiatric Association - "Update on the Treatment of OCD" |
| 1990 | American Psychiatric Association - "Overlap of Eating Disorders and OCD" |
| 1991 | Columbia University CME - "New Directions in OCD" |
| 1992 | American Psychiatric Association - "Obsessive-Compulsive Related Disorders" |
| 1992 | American Psychiatric Association - "Impulsivity and Compulsivity" |
| 1993 | First International OCD Conference, Capri |
| 1993 | American Psychiatric Association - "OCD Spectrum Disorders" |
| 1994 | American Psychiatric Association - "OCD Spectrum" and "Neuropsychology of OCD" |
| 1994 | CINP, Washington, DC - "New Developments: Functional Imaging of OCD and TS" |
| 1995 | American Psychiatric Association - |
| | "Overview and Psychopharmacology of Body Dysmorphic Disorder" |
| | "Impulsivity and Compulsivity: Phenomenology and Treatment" |
| 1996 | American College of Neuropsychopharmacology - |
| | "Oxytocin in Neuropsychiatric Illness: Studies Relevant to Autism"; |
| | "Strategies for Defining a More Homogeneous Phenotype of Autism for Family/ |
| | Genetic Studies" |
| 1996 | American Psychiatric Association - "OCD: State of the Art and Practical Management" |
| 1997 | American Psychiatric Association - |
| | "Gambling: Biological/Genetic, Treatment, Government and Gaming Concerns" |
| | "Predictors of Treatment Response in Mood and OCD-Related Disorders" |
| | "Recent Advances in Autism and Asperger's Disorder" |
| | "CNS Spectrums - Emerging Neuropsychiatric Concepts" |
| 1998 | American Psychiatric Association – |
| | "Genetics of OCD" |
| 1998 | American College of Neuropsychopharmacology |
| | "Neuropsychopharmacology of Pathological Gambling" |
| 1999 | American Psychiatric Association – |
| | "New Perspectives in the Treatment of Impulsivity" |
| 2000-2005 | |
| | Multiple symposia at APA, ACNP, NCDEU annual meetings |

<u>Fellows:</u>

1.  Dan J. Stein, M.D.
Columbia University/NYS Psychiatric Institute Postdoctoral Research Fellow
NARSAD Young Investigator Award - "Psychobiology of the Personality Dimensions"

2.  Daphne Simeon, M.D.
Columbia University/NYS Psychiatric Institute Postdoctoral Research Fellow
NIMH Postdoctoral Research Fellowship
NARSAD Young Investigator Award - "Depersonalization:  Diagnosis, Biology, Treatment"

3.  Michael Hwang, M.D.
Program for Minority Research Training in Psychiatry, American Psychiatric Association
"Neurological Aspects of OCD and TS"

4.  Allison McCarley
Program for Minority Research Training in Psychiatry, American Psychiatric Association
"Sexual Side Effects of Serotonin Reuptake Blockers:
Stanley Scholar Program, Columbia University

5.  Robert Grossman, M.D.
NIMH Postdoctoral Research Fellow - Mt. Sinai School of Medicine
Psychobiology of Self-Injurious Behavior

6.  Scott Cherkasky, M.D.
Mt. Sinai Geriatric Research Fellow
OCD in the Geriatric Population

7.  Cheryl Wong, M.D.
ACNP/Glaxo Wellcome Fellow
APA/PMRTP Research Fellow

8.  Charles Cartwright, M.D.
NAAR/BMS Neuropsychopharmacology of Autism Fellow

9.  Sherie Novotny, M.D.
NARSAD Young Investigator Award – "Pharmacological Treatment of Autism:  Treating the Dimensions"
Mt. Sinai and Seaver Center Research Fellow

10. Alic ia Kaplan, M.D.
Mt. Sinai and Seaver Center Research Fellow

11. Sallie Jo Hadley, M.D.
Mt. Sinai and Seaver Center Research Fellow

12. Stace y Wasserman, M.D.
Mt. Sinai and Seaver Center Research Fellow

13. Alic ia Kaplan, M.D.
Mt. Sinai School of Medicine

14. Evdokia  Anagnostou, M.D.
Mt. Sinai and Seaver Center Research Fellow

15. Lat ha Soorya, Ph.D.

Mt. Sinai School of Medicine, NIH Fellow
Training In Psychopharmacology and Outcomes Research

16.  Ljilja Radulovic, M.D.
Mt. Sinai School of Medicine

17. Heather Berlin, Ph.D.
Mt. Sinai School of Medicine, NIH Fellow
Training In Psychopharmacology and Outcomes Research

18.  Jennifer Bartz, Ph.D.
Mt. Sinai and Seaver Center Research Fellow

19. Danielle Halperin, PhD
NIDA T32 fellow

20. Ting Wang, PhD
NIDA T32 fellow

21. Ilana Slaff, MD
Seaver/YAI Fellow

Dissertation Committee:

1.  Concetta DeCaria - Doctor of Philosophy in Psychology (Neuropsychology)
Dissertation:  "Psychobiology of Pathological Gambling"

Current Research Activities:
Neuropharmacology/
Neuropsychiatry/
Functional Imaging/
Pharmacological and Psychological Treatment/
of
Autism
Obsessive-Compulsive Disorder
Body Dysmorphic Disorder
Pathological Gambling
Impulsive/Aggressive Personality Disorders
Impulse Control Disorders
OC Related Disorders

Publications

1.  Nurnberger JI, Simmons-Alling S, Kessler L, Jimerson S, Shreiber J, Hollander E, Tamminga C, Nadi N, Goldstein DS, Gershon ES. Separate mechanisms for behavioral, cardiovascular, and hormonal responses to dextroamphetamine in man. Psychopharmacology, 84:200-204, 1984.

2.  Hollander E, Mohs RC, Davis KL. Cholinergic approaches to the treatment of Alzheimer's disease. British Medical Bulletin 42:97-100, 1986.

3.  Hollander E, Mohs RC, Davis KL. Antemortem markers of Alzheimer's disease. Neurobiology of Aging 7:367-387, 1986.

4.  Davidson M, Kendler KS, Mohs RC, Hollander E, Ryan T, Davis KL. Effect of apomorphine infusion on plasma homovanillic acid in normal subjects. J Psychiatric Research 20(2):131-135, 1986.

5.  Mohs RC, Hollander E, Haroutunian V, Davidson M, Davis B, Giordani B, Horvath TB, Davis KL. Cholinomimetics in Alzheimer's disease. In: Proceedings of World Congress of Biological Psychiatry 1986.

6.  Davidson M, Mohs RC, Hollander E, Davis BM, Ryan T, Horvath TB, Davis KL. Physostigmine in patients with Alzheimer's disease. Psychopharmacology Bulletin 22:101-105, 1986.

7.  Johns CA, Mohs RC, Hollander E, Davis BM, Greenwald BS, Horvath TB, Davis KL. Clinical studies of the cholinergic deficit in Alzheimer's disease. In: International Conference: The Dynamics of Cholinergic Function, Monograph edited by I. Hanin. Plenum Press, New York, 1986.

8.  Davis KL, Hollander E, Davidson M, Davis BM, Mohs RC, Horvath TB. Induction of depression with oxotremorine in patient with Alzheimer's disease. American Journal of Psychiatry 144:468-471, 1987.

9.  Hollander E, Davidson M, Mohs RC, Horvath TB, Davis BM, Zemishlany Z, Davis KL. RS 86 in the treatment of Alzheimer's disease: cognitive and biologic effects. Biological Psychiatry 22(9):1067-1078, 1987.

10. Hollander E, Kapell LA, Mohs RC, Davidson M, Davis BM, Horvath TB, Davis KL. Oral Physostigmine in the treatment of Alzheimer's disease. Geriatric Medicine Today 6(4): 68-76, 1987.

11. Davidson M, Mohs RC, Hollander E, Zemishlany Z, Powchik P, Ryan T, Davis KL. Lecithin and piracetam in Alzheimer's disease. Biological Psychiatry 22(1):112-114, 1987. (letter)

12. Liebowitz MR, Fyer AJ, Gorman JM, Campeas R, Levin A, Sandberg D, Hollander E, Papp L. Pharmacotherapy of social phobia: a condition distinct from panic attacks. Psychosomatics 28(6):305-308, 1987.

13. Hollander E. Non-tartrazine allergy with desipramine. Am J Psychiatry 144(9):1247, 1987. (letter)

14. Liebowitz MR, Campeas R, Hollander E. MAOI's: impact on social behavior. Psychiatry Research 22(1):89-90, 1987. (letter)

15. Hollander E, Liebowitz MR, Gorman JM. Anxiety disorders. In: American Psychiatric Press Textbook of Psychiatry, Talbott JA, Hales RE, Yudofsky SG, eds. American Psychiatric Press, Washington, D.C., 1988, pp. 443-493.

16.     Hollander E, Fay M, Cohen B, Campeas R, Gorman JM, Liebowitz MR.  Serotonergic
        and noradrenergic sensitivity in obsessive-compulsive disorder:  behavioral findings.
        Am J Psychiatry 145(8):1015-1017, 1988.

17.     Davidson M, Mohs RC, Kendler KS, Davis B, Johns CA, Hollander E, Horvath TB,
        Davis KL.  Plasma homovanillic acid concentration in schizophrenic patients.
        Biomedicine and Pharmacotherapy (in press).

18.     Liebowitz MR, Gorman JM, Fyer AJ, Campeas R, Levin AP, Sandberg D, Hollander E,
        Papp L, Goetz D.  Pharmacotherapy of social phobia:  an interim report of a placebo
        controlled comparison of phenelzine and atenolol.  J Clin Psychiatry 49(7):252-257, 1988.

19.     Hollander E, Fay M, Klein DF, Liebowitz MR.  Catecholaminergic and monoaminergic
        effects in obsessive-compulsive disorder.  In:  Progress in Catecholamine Research,
        Part C: Clinical Aspects, edited by Belmaker KH, Sandler M, Dahlstrom A.  New York:
        Alan R. Liss, Inc., 1988, pp. 377-383.

20.     Hollander E, Fay M, Liebowitz MR.  Clonidine and clomipramine in obsessive compulsive
        disorder.  Am J Psychiatry 145(3):388-389, 1988. (letter)

21.     Hollander E, Liebowitz MR.  Augmentation of antiobsessional treatment with fenfluramine.
        Am J Psychiatry 145(10):1314-1315, 1988. (letter)

22.     Hollander E, Papp L, Campeas R, DeCaria C, Liebowitz MR.  More on self mutilation and
        obsessive compulsive disorder.  Can J Psychiatry 33(7):675, 1988. (letter)

23.     Davidson M, Hollander E, Cohen L, Mohs R, Davis KL:  Cholinergic agonists in Alzheimer
        disease patients.  In:  Current Research In Alzheimer Therapy, edited by E. Jacobini and
        R. Becker.  Taylor and Francis, Inc., New York, 1988, pp. 333-337.

24.     Liebowitz MR, Fyer AJ, Gorman JM, Campeas RB, Sandberg DP, Hollander E, Papp LA,
        Klein DF.  Tricyclic therapy of the DSM-III anxiety disorders:  a review with implications
        for further research.  J Psychiatry Res 22 (suppl 1):7-31, 1988.

25.     Fyer AJ, Liebowitz MR, Gorman JM, Campeas R, Levin A, Sandberg D, Fyer M, Hollander E,
        Papp LA, Goetz D, Klein DF.  Effects of clonidine on alprazolam discontinuation in panic
        patients:  a pilot study.  J Clin Psychopharmacol, 8(4):270-274, 1988.

26.     Hollander E, Liebowitz MR, Gorman JM, Cohen B, Fyer AJ, Klein DF.  Cortisol and sodium
        lactate - induced panic.  Arch Gen Psychiatry 46(2):135-140, 1989.

27.     Hollander E, Klein DF.  Differential diagnosis of anxiety disorders.  In Panic Anxiety States,
        edited by P. Kielholz, C. Adams.  Deutscher Arzte-Verlag, Koln, 1989.

28.     Hollander E, DeCaria C, Liebowitz MR.  Biological aspects of obsessive compulsive disorder.
        Psychiatric Annals 19(2):80-87, 1989.

29.     Hollander E, Liebowitz MR, Cohen B, Gorman JM, Fyer AJ, Papp LA, Klein DF.  Prolactin
        and sodium lactate - induced panic.  Psychiatry Res 28(2):181-191, 1989.

30.     Hollander E, Liebowitz MR, Winchel RW, Klumker A, Klein DF.  Treatment of body
        dysmorphic disorder with serotonin reuptake blockers.  Am J Psychiatry 146(6):768-770, 1989.

31.     Papp LA, Martinez JM, Klein DF, Ross D, Liebowitz MR, Fyer AJ, Hollander E, Gorman JM.
        Arterial blood gas charges in panic disorder and lactate-induced panic.  Psychiatry Research

28(2):171-180, 1989.

32.    Goetz RR, Gorman JM, Dillon DJ, Papp LA, Hollander E, Fyer AJ, Liebowitz MR, Klein DF. Do panic patients indiscriminately endorse somatic complaints? Psychiatry Res 29(2): 207-213, 1989.

33.    Hollander E, DeCaria C, Liebowitz MR. Biological aspects of obsessive compulsive disorder. Psychiatry Digest 9:6-8, 1989.

34.    Liebowitz MR, Hollander E, Schneier F, Campeas R, Hatterer J, Papp L, Fairbanks J, Sandberg D, Davies S, Stein M. Fluoxetine treatment of obsessive compulsive disorder: an open clinical trial. J Clinical Psychopharmacology 9(6):423-427, 1989.

35.    Hollander E, Klein DF. Medication. In: Handbook of Phobia Therapy: Rapid Symptom Relief In Anxiety Disorders, Lindemann C (ed.) Northvale, N.J.: Jason Aronson, Inc., 1989, pp. 405-425.

36.    Hollander E, Fairbanks J, DeCaria C, Liebowitz MR. Derealization without depersonalization. Am J Psychiatry 146:1360-1361, 1989. (letter)

37.    Hollander E, Fairbanks J, DeCaria C, Liebowitz MR. Pharmacological dissection of panic and depersonalization. Am J Psychiatry 146(3):402, 1989. (letter)

38.    Liebowitz MR, Hollander E. Lactate-induced anxiety. Biological Psychiatry 25(6):669-670, 1989. (editorial)

39.    Papp LA, Goetz R, Cole R, Klein DF, Jordan F, Liebowitz MR, Fyer AJ, Hollander E, Gorman JM. Hypersensitivity to carbon dioxide in panic disorder. Am J Psychiatry 146(6): 779-781, 1989.

40.    Hollander E, Schiffman E, Cohen B, Rivera-Stein M, Rosen W, Gorman JM, Fyer A, Papp L, Liebowitz MR. Signs of central nervous system dysfunction in obsessive-compulsive disorder. Archives of General Psychiatry 47(1):27-32, 1990.

41.    Hollander E, DeCaria CM, Schneier FR, Schnier HA, Liebowitz MR, Klein DF. Fenfluramine augmentation of serotonin reuptake blockade antiobsessional treatment. J Clin Psychiatry 51(3):119-123, 1990.

42.    Hollander E, Liebowitz MR, DeCaria C, Fairbanks J, Fallon B, Klein DF. Treatment of depersonalization with serotonin reuptake blockers. J Clin Psychopharmacology 10(3):200-203, 1990.

43.    Hollander E, Levin AJ, Liebowitz MR. Biological tests in the differential diagnosis of anxiety disorders. In Clinical Aspects of Panic Disorder, Ballanger J, ed. New York, Wiley-Liss, 1990, pp. 29-44.

44.    Hatterer JA, Gorman JM, Fyer AJ, Campeas RB, Schneier FR, Hollander E, Papp LA, Liebowitz MR. Pharmacotherapy of four men with paruresis. Am J Psychiatry 147(1):109-111, 1990.

45.    Hollander E, Liebowitz MR. Generalized anxiety disorders and panicogenic syndromes. In: Anxiety and the Heart, Byrne DG and Roserman R, eds. New York, Hemisphere Publishing Corp., 1990, pp. 53-72.

46.    Liebowitz MR, Hollander E, Fairbanks J, Campeas R. Fluoxetine for adolescents with obsessive-compulsive disorder. Am J Psychiatry 147(3):370-371, 1990. (letter)

47. Hollander E, Liebowitz MR, DeCaria C, Klein DF. Fenfluramine, cortisol, and anxiety. Psychiatry Research 31(2):211-213, 1990. (letter)

48. Schneier FR, Liebowitz MR, Davies SO, Fairbanks J, Hollander E, Campeas R, Klein DF. Fluoxetine in panic disorder. J Clin Psychopharmacol 10(2):119-121, 1990.

49. Liebowitz MR, Hollander E, Schneier F, Campeas R, Fallon B, Welkowitz L, Cloitre M, Davies S. Anxiety and depression: discrete diagnostic entities? J Clin Psychopharmacol 10(3 Suppl):61S-66S, 1990.

50. Towey J, Bruder G, Hollander E, Friedman D, Erhan H, Liebowitz MR, Sutton S. Endogenous event-related potentials in obsessive-compulsive disorder. Biol Psychiatry 28(2):92-98, 1990.

51. Hollander E, DeCaria CM, Liebowitz MR, Klein DF. Body dysmorphic disorder (Dr. Hollander and associates reply to Thomas) Am J Psychiatry 147:817, 1990.

52. Liebowitz MR, Hollander E. Obsessive-compulsive disorder: psychobiological integration. In: Psychobiology of Obsessive Compulsive Disorder, Zohar J, Insel TR, Rasmussen S, eds. New York, Springer Publishing, 1991, pp. 227-255.

53. Hollander E, Hatterer J, Klein DF. Antidepressants for the treatment of panic and agoraphobia. In: Handbook of Anxiety Disorders Vol. 4: The Treatment of Anxiety, Noyes R, Roth M, Burrows GD, eds. Elsevier Science Publishers B.V., Amsterdam 1990, pp. 207-232.

54. Hollander E. Serotonergic drugs and the treatment of disorders related to obsessive-compulsive disorder. In: Current Treatments of Obsessive-Compulsive Disorder, Pato M, Zohar J, eds. American Psychiatric Press, Inc., Washington, DC, 1991, pp. 173-191.

55. Liebowitz MR, Schneier F, Campeas R, Gorman J, Fyer A, Hollander E, Hatterer J, Papp L. Phenelzine and atenolol in social phobia. Psychopharmacol Bull 26(1):123-125, 1990.

56. Liebowitz MR, Hollander E, Schneier F, Campeas R, Welkowitz L, Hatterer J, Fallon B. Reversible and irreversible monoamine oxidase inhibitors in other psychiatric disorders. Acta Psychiatrica Scandinavica 360:29-34, 1990.

57. Hollander E, Liebowitz MR, Rosen WT. Neuropsychiatric and neuropsychological studies in obsessive compulsive disorder. In: Psychobiology of Obsessive Compulsive Disorder, Zohar J, Insel TR, Rasmussen S, eds. New York, Springer Publishing Co., 1991, pp. 126-145.

58. Hollander E, Liebowitz MR, DeCaria CM. Conceptual and methodological issues in studies of obsessive-compulsive and Tourette's disorders. Psychiatr Dev 7(4):267-296, 1989.

59. Hollander E, Nunes E, DeCaria CM, Quitkin FM, Cooper T, Wager S, Klein DF. Dopaminergic sensitivity and cocaine abuse: response to apomorphine. Psychiatry Research 33(2):161-169, 1990.

60. Hollander E, DeCaria C, Gulley R, Nitescu A, Suckow RF, Gorman JM, Klein DF, Liebowitz MR. Effects of chronic fluoxetine treatment on behavioral and neuroendocrine response to meta-chlorophenylpiperazine in obsessive-compulsive disorder. Psychiatry Research 36(1):1-17, 1991.

61. Hollander E, Neville D, DeCaria C, Mullen L, Schneier FR, Liebowitz MR. On dysmorphophobia misdiagnosed as obsessive-compulsive disorder. Psychosomatics 31(4):468-469, 1990. (letter)

62. Hollander E, Neville D, DeCaria CM, Mullen L. Neurological and structural involvement in

OCD. <u>Neuropsychiatry Neuropsychol Behav Neurology</u> 3:314-315, 1990.

63.     Fallon BA, Liebowitz MR, Hollander E, Schneier FR, Campeas RB, Fairbanks J, Papp LA, Hatterer JA, Sandberg D.  The pharmacotherapy of moral or religious scrupulosity. <u>J Clinical Psychiatry</u> 51(12):517-521, 1990.

64.     Hollander E, DeCaria CM, Aronowitz B, Klein DF, Liebowitz MR, Shaffer D.  A pilot follow-up study of childhood soft-signs and the development of adult psychopathology.  <u>J Neuropsychiatry Clin Neurosci</u> 3(2):186-189, 1991.

65.     Liebowitz MR, Schneier F, Campeas R, Hollander E, Hatterer J, Fyer A, Gorman J, Papp L, Davies S, Gully R, Klein DF.  Phenelzine vs. atenolol in social phobia:  a placebo controlled comparison.  <u>Arch Gen Psychiatry</u> 49(4):290-300, 1992.

66.     Hollander E, DeCaria CM, Nitescu A, Gulley R, Suckow RF, Cooper TB, Gorman JM, Klein DF, MR.  Serotonergic function in obsessive compulsive disorder:  behavioral and neuroendocrine responses to oral m-chlorophenylpiperazine and fenfluramine in patients and healthy volunteers. <u>Arch Gen Psychiatry</u> 49(1):21-28, 1992.

67.     Hollander E, DeCaria C, Nitescu A, Cooper T, Stover B, Gulley R, Klein DF, Liebowitz MR.  Noradrenergic function in obsessive compulsive disorder: behavioral and neuroendocrine responses to clonidine and comparison to healthy controls.  <u>Psychiatry Research</u> 37:161-177, 1991.

68.     Papp LA, Klein DF, Martinez J, Schneier F, Cole R, Hollander E, Fyer AJ, Jordan F, Gorman JM.  The diagnostic and substance specificity of carbon dioxide induced panic.  <u>Am J Psychiatry</u> 150(2):250-257, 1993.

69.     Hollander E, Mullen L, DeCaria C, Skodol A, Schneier FR, Liebowitz MR, Klein DF.  Obsessive-compulsive disorder, depression, and fluoxetine.  <u>J Clin Psychiatry</u> 52(10):418-422, 1991.

70.     Hollander E, Neville D, Frenkel M, Josephson S, Liebowitz MR.  Body dysmorphic disorder: diagnostic issues and related disorders.  <u>Psychosomatics</u> 33(2):156-165, 1992.

71.     Stein DJ, Brun RD, Josephson SC, Hollander E.  Obsessional severity in Tourette's syndrome. <u>J Clin Psychiatry</u> 52(9):388, 1991. (letter)

72.     Hollander E, Stein DJ, DeCaria CM, Saoud JB, Klein DF, Liebowitz MR.  A pilot study of biological predictors of treatment outcome in obsessive compulsive disorder.  <u>Biol Psychiatry</u> 33(10):747-749, 1993.

73.     Stein D, Frenkel M, Hollander E.  Classification of Koro.  <u>Am J Psychiatry</u> 148:1279-1280, 1991. (letter)

74.     Fallon BA, Javitch JA, Hollander E, Liebowitz MR.  Hypochondriasis and obsessive-compulsive disorder:  overlaps in diagnosis and treatment.  <u>J Clin Psychiatry</u> 52(11):457-460, 1991.

75.     Stein DJ, Hollander E, Mullen L, Saoud J, Robinson D, Liebowitz MR.  Comparison of clomipramine, alprazolam and placebo in the treatment of obsessive-compulsive disorder. <u>Human Psychopharmacol</u> 7(6):389-395, 1992.

76.     Stein DJ, Hollander E, Anthony D, Schneier FR, Fallon BA, Liebowitz MR, Klein DF. Serotonergic medications for sexual obsessions, sexual addictions and paraphilias. <u>J Clin Psychiatry</u> 53(8):267-271, 1992.

77.    Stein D, Hollander E.  Anxiety:  stress.  In Mental Health in the Workplace:  A Practical Psychiatric Guide, edited by Kahn JP.  Van Nostrand Reinhold, New York, 1993, pp. 241-272.

78.    Hollander E.  Introduction.  In:  Obsessive-Compulsive Related Disorders.  Hollander E, ed. American Psychiatric Press, Washington, DC 1993, pp. 1-16.

79.    Stein DJ, Hollander E.  Low dose pimozide augmentation of serotonin reuptake blockers in the treatment of trichotillomania.  J Clin Psychiatry 53(4):123-126, 1992.

80.    Josephson SC, Hollander E.  Am I hypochondriac?  OCD Newsletter 4:5-8, 1990.

81.    Josephson SC, Hollander E, Fallon B.  Obsessive-compulsive disorder, body dysmorphic disorder and hypochondriasis:  clinical features and treatment response in twenty one cases. J Clin Psychiatry (in review).

82.    Carrasco JL, Hollander E, Schneier FR, Liebowitz MR.  Treatment outcome of obsessive-compulsive disorder with comorbid social phobia.  J Clin Psychiatry 53(11):387-391, 1992.

83.    Frankel M, Hollander E, Josephson S.  Erotomania and delusional jealousy.  (in preparation)

84.    Hollander E, DeCaria C, Sauoud J, Klein DF, Liebowitz MR.  Neurological soft-signs in obsessive-compulsive disorder.  (in reply).  Arch Gen Psychiatry 48:278-279, 1991.

85.    Hollander E, Stein DJ, Saoud JB, DeCaria CM, Cooper TB, Trungold S, Leibowitz MR, Stanley M.  Effects of fenfluramine on plasma homovanillic acid in healthy controls.  J Neural Transm Gen Sect 90(1):81-84, 1992.

86.    Schneier FR, Chin SJ, Hollander E, Liebowitz MR.  Fluoxetine in social phobia. J Clin Psychopharmacology 12(1):62-64, 1992.

87.    Fallon BA, Campeas R, Schneier FR, Hollander E, Feerick J, Hatterer J, Goetz D, Davies S, Leibowitz MR.  Open trial of intravenous clomipramine in 5 treatment-refractory patients with obsessive-compulsive disorder.  J Neuropsychiatry Clin Neuroscience 4(1):70-75, 1992.

88.    Hollander E, Schiffman E, Cohen B, Rivera-Stein MA, Rosen W, Gorman JM, Fyer AJ, Papp L, Liebowitz MR.  Signs of central nervous system dysfunction in obsessive-compulsive disorder.  Psychiatry Digest 7:11-12, 1990 and Arch Gen Psychiatry 47(1):27-32, 1990. Hollander E, Schiffman E, Cohen B, Rivera-Stein M, Rosen W, Gorman JM, Fyer AJ, Papp L, Liebowitz MR.  Signos de disfuncion del sitema nervioso central en el trastorno obsesivo-compulsivo.  Psychiatry Digest 1:8-9, 1991.

89.    Liebowitz MR, Hollander E, Fallon B, Welkowitz L, Schneier F, Campeas R.  OCD and related disorders.  International Clinical Psychopharmacology (in press).

90.    Gorman JM, Papp LA, Martinez J, Goetz RR, Hollander E, Liebowitz MR, Jordan F.  High-dose carbon dioxide challenge test in anxiety disorder patients.  Biological Psychiatry 28(9): 743-747, 1990.

91.    Hollander E, Nunes E, DeCaria CM, Quitkin F, Cooper TB, Klein DF.  Dopaminergic sensitivity and cocaine abuse:  response to apomorphine.  Psychiatry/Neurology Digest (in press).

92.    Stein DJ, Hollander E, DeCaria C, Trungold S.  OCD:  a disorder with anxiety, aggression, impulsivity and depressed mood.  Psychiatry Research 36(2):237-239, 1991. (letter)

93.    Stein DJ, Hollander E.  Antemortem markers.  In:  Principles and Practice of Geriatric

Psychiatry, Copeland JRM, Abou-Saleh MR, Blazer DG, eds.  John Wiley & Sons Ltd., West Sussex, England, 1994, 335-340.

94.    Stein DJ, Hutt C, Spitz J, Hollander E.  Compulsive picking and obsessive-compulsive disorder. Psychosomatics 34(2):177-181, 1993.

95.    Hollander E, DeCaria CM, Frenkel M, Stein D, Trungold S.  Compulsive gambling, body dysmorphic disorder and Tourette's syndrome:  obsessive-compulsive related disorders. OCD Newsletter May, 1991.  pp. 6.

96.    Phillips KA, Hollander E.  Body dysmorphic disorder:  DSM IV source book review.  In: Volume II DSM IV Source Book, Widiger TA, Frances AJ, Pincus HA, et al, eds. American Psychiatric Press, Inc., Washington, DC (in press).

97.    Hollander E, Stein D, DeCaria CM, Frenkel M, Trungold S, Liebowitz MR.  Obsessive compulsive related disorders.  Biological Psychiatry, Vol. 1.  Excerpta Medica International Congress Series, Racagni G, Brunello N, Fukuda T, eds.  Elsevier Science Publishers, Amsterdam, pp. 680-682, 1991.

98.    Stein DJ, Hollander E.  Cognitive science and obsessive-compulsive disorder.  In: Cognitive Science and Clinical Disorders, Young JE, Stein DJ, eds.  Academic Press, San Diego, CA, 1992, pp. 235-246.

99.    Liebowitz MR, Schneier FR, Hollander E, Welkowitz LA, Saoud JB, Feerick J, Campeas R, Fallon B, Street L, Gitow A.  Treatment of social phobia with drugs other than benzodiazepines.  J Clin Psychiatry 52(suppl)10-15, 1991.

100.   Anthony D, Hollander E.  Sexual compulsions.  In:  Obsessive-Compulsive Related Disorders, Hollander E, ed.  American Psychiatric Press, Inc., Washington, DC, 1993, pp. 139-150.

101.   DeCaria CM, Hollander E.  Pathological (Compulsive) Gambling.  In:  Obsessive-Compulsive Related Disorders, Hollander E, ed.  American Psychiatric Press, Inc., Washington, DC, 1993, pp. 151-178.

102.   Stein DJ, Hollander E, Skodol A.  Pharmacotherapy of hospitalized personality disorder patients: four decades of clinical experience.  Res Commun Biolog Psychol Psychiat 20:81-94, 1995.

103.   Stein DJ, Hollander E.  Dermatology and conditions related to obesssive-compulsive disorder. J Am Acad Dermatol 26:237-242, 1992.

104.   Stein DJ, Hollander E, Skodol AE.  Anxiety disorders and personality disorders:  a review. J Personality Disorders 7(2):87-104, 1993.

105.   Marazziti D, Hollander E, Lensi P, Ravagli S, Cassano GB.  Peripheral markers of serotonin and dopamine function in obsessive-compulsive disorder.  Psychiatry Research 42(1):41-51, 1992.

106.   Hollander E, DeCaria C, Nitescu A, Cooper T, Stover B, Gulley R, Klein DF, Liebowitz MR. Noradrenergic function in obsessive compulsive disorder and normal controls:  neuroendocrine and behavioral responses to clonidine challenge.  Psychiatry Digest 3:29-30, 1992.

107.   Stein DJ, Shoulberg N, Helton K, Hollander E.  The neuroethological model of obsessive-compulsive disorder.  Compr Psychiatry 33(4):274-281, 1992.

108.   Hollander E, McCarley A.  Yohimbine treatment of sexual side effects induced by serotonin reuptake blockers.  J Clin Psychiatry 53(6):207-209, 1992.

109.   Hollander E, Carrasco JL, Mullen LS, Trungold S, DeCaria CM, Towey J. Left hemispheric activation in depersonalization disorder: a case report. Biol Psychiatry 31(11):1157-1162, 1992.

110.   Hollander E, Hwang MY, Mullen LS, DeCaria C, Stein DJ, Cohen L. Clinical and research issues in depersonalization syndrome. Psychosomatics 34(2):193-194, March-April, 1993. (letter)

111.   Stein DJ, Hollander E. Pharmacotherapy of borderline personality disorder. International Psychiatry Today 2:1-9, 1992.

112.   Hollander E, Phillips KA. Body image and experience disorders. In: Obsessive Compulsive Related Disorders, Hollander E, ed. American Psychiatric Press, Inc., Washington, DC, 1993, pp. 17-48.

113.   Hollander E, Mullen LS, Carrasco JL, DeCaria CM, Stein DJ. Symptom relapse in bulimia nervosa and obsessive-compulsive disorder after treatment with serotonin antagonists. J Clin Psychiatry 53(1):28, 1992. (letter)

114.   Stein DJ, Hollander E, Chan S, DeCaria CM, Hilal S, Liebowitz MR. Computerized tomography and soft-signs in obsessive-compulsive disorder. Psychiatry Research 50(3):143-150, 1993.

115.   Hollander E, Frenkel M, DeCaria C, Trungold S, Stein DJ. Treatment of pathological gambling with clomipramine. Am J Psychiatry 149(5):710-711, 1992. (letter).

116.   Hollander E, Stein DJ, DeCaria CM. Impulsivity and compulsivity: symptoms and diagnosis. International Psychiatry Today 2:11-12, 1993.

117.   Schneier FR, Carrasco JL, Hollander E, Campeas R, Fallon B, Saoud J, Feerick J, Liebowitz MR. Alpidem in the treatment of panic disorder. J Clin Psychopharmacol 13(2):150-153, 1993.

118.   Hollander E, Stein DJ, DeCaria CM, Cohen L, Islam M, Frenkel M. Disorders related to OCD - neurobiology. Clinical Neuropharmacology 15:suppl 1:259A-260A, 1992.

119.   Hollander E, Cohen L, DeCaria CM, Stein DJ, Trungold-Apter S, Islam M. Fluoxetine and depersonalization syndrome. Psychosomatics 33(3):361-362, 1992. (letter)

120.   Stein DJ, Hollander E. Further comments on the obsessive-compulsive related disorders and dermatology. J Am Acad Dermatology 12:1034-1035, 1992.

121.   Stein DJ, Hollander E. Trichotillomania: neurobiological and psychosocial perspectives. In: Loss, Grief and Care, edited by Kutscher AH. (in press).

122.   Prichep LS, Mas F, Hollander E, Liebowitz M, John ER, Almas M, DeCaria CM, Levine RH. Quantitative electroencephalographic subtyping of obsessive-compulsive disorder. Psychiatry Research 50(1):25-32, 1993.

123.   Schneier FR, Sauod JB, Campeas R, Fallon BA, Hollander E, Coplon J, Liebowitz MR. Buspirone in social phobia. J Clin Psychopharm 13(4):251-256, 1993.

124.   Stein DJ, Hollander E, Islam MM, Saoud J, DeCaria CM, Cohen L, Mullen L. Impulsive and compulsive symptoms and the obsessive-compulsive spectrum. Harvard J Psychiatry (in review).

125.   Stein DJ, Mullen L, Islam MN, Cohen L, DeCaria CM, Hollander E. Compulsive and impulsive symptomatology in trichotillomania. Psychopathology 28(4):208-213, 1995.

126.    Stein DJ, Hollander E, Cohen L, Frenkel M, Saoud JB, DeCaria C, Aronowitz B, Levin A. Liebowitz MR, Cohen L.  Neuropsychiatric impairment in impulsive personality disorders. Psychiatry Res 48(3):257-266, 1993.

127.    Stein DJ, Hollander E, Klein DF.  Biological markers of depression and anxiety.  Medicographia 16:18-21, 1994.

128.    Hollander E, Stein DJ, Saoud JB, DeCaria CM, Cooper TB, Trungold S, Stanley M, Liebowitz MR. Effects of fenfluramine on plasma pHVA in OCD.  Psychiatry Research 42(2):185-188, 1992. (letter)

129.    Fallon BA, Liebowitz MR, Salmon E, Schneier FR, Jusino C, Hollander E, Klein DF. Fluoxetine for hypochondriacal patients without major depression.  J Clin Psychopharmacol 13(6):438-441, 1993.

130.    Simeon D, Hollander E.  Anxiety disorders, phobias and obsessive-compulsive disorders.  In: Core Readings in Psychiatry, An Annotated Guide to the Literature.  Sacks MH, Sledge WH, Warren C, eds.  American Psychiatric Press, Inc., Washington, DC, 1995.

131.    Hollander E, Simeon D, Gorman JG.  Anxiety Disorders.  In:  The American Psychiatric Press Textbook of Psychiatry (2nd Edition), Hales RE, Yudofsky SC, Talbott JA, eds.  American Psychiatric Press, Inc., Washington, DC, 1994, pp. 495-564.

132.    Stein DJ, Hollander E, Simeon D, Cohen L, Hwang M.  Pregnancy and obsessive-compulsive disorder.  Am J Psychiatry 150(7):1131-1132, 1993. (letter)

133.    Hollander E, Cohen L, Simeon D, Rosen J, DeCaria C, Stein DJ.  Fluvoxamine treatment of body dysmorphic disorder.  J Clin Psychopharmacol 14(1):75-77, 1994.

134.    Stein DJ, Hollander E.  A neural network model of obsessive-compulsive disorder. J of Mind and Behavior 15:25-40, 1994.

135.    Hollander E, Greenwald S, Neville D, Johnson J, Hornig CD, Weissman MM.  Uncomplicated and comorbid obsessive-compulsive disorder in an epidemiological sample.  Depression and Anxiety 4(3):111-119, 1996/1997.

136.    Stein DJ, Keating J, Zar HJ, Hollander E.  A survey of the phenomenology and pharmacotherapy of compulsive and impulsive aggressive symptoms in Prader-Willi syndrome.  J Neuropsychiatry Clin Neurosci 6(1):23-29, 1994.

137.    Towey J, Bruder G, Tenke C, Leite P, DeCaria CM, Friedman D, Hollander E.  Event-related potential and clinical correlates of neurodysfunction in obsessive-compulsive disorder. Psychiatry Research 49(2):167-181, 1994.

138.    Hwang MY, Stein D, Simeon D, Hollander E.  Clozapine, obsessive symptoms, and serotonergic mechanisms.  Am J Psychiatry 150(9):1435, 1993. (letter)

139.    Hwang MY, Martin AM, Lindenmayer JP, Stein D, Hollander E.  Treatment of schizophrenia with obsessive-compulsive features with serotonin reuptake inhibitors.  Am J Psychiatry 150(7): 1127, 1993. (letter)

140.    Hollander E, Hwang MY.  Reply to Terao: Titration of serotonin reuptake blockers. J Clin Psychiatry 54:115, 1993.

141.    Keating JT, Stein DJ, Frenkel M, Hollander E.  Neurological illness and obsessive-compulsive

disorder:  case report and review of the literature.  <u>Neuropsychiatry Neuropsychol Behav Neurology</u> (in review).

142.   Hollander E, Cohen L, Richards M, Mullen L, DeCaria CM, Stern Y.  A pilot study of the neuropsychology of obsessive-compulsive disorder and Parkinson's disease: basal ganglia disorders.  <u>J Neuropsychiatry Clin Neurosci</u> 5(1):104-107, 1993.

143.   Stein DJ, Borchelt P, Hollander E.  Pharmacotherapy of naturally occuring anxiety symptoms in dogs.  <u>Res Comm Psychol Psychiatry Behav</u> 19(1-2):39-48, 1994.

144.   Stein DJ, Hollander E.  Impulsive-aggression and obsessive-compulsive disorder. <u>Psychiatric Annals</u> 23(7):389-395, 1993.

145.   Hollander E.  Obsessive-compulsive spectrum disorders.  <u>Progress Notes</u> 4(1)2-4, 1993.

146.   Simeon D, Hollander E.  Self-mutilation and the relationship to OCD.  <u>OCD Newsletter</u> 7: (1)6;1993.

147.   Hollander E, Stein DJ, DeCaria CM, Cohen L, Saoud JB, Skodol AE, Kellman D, Rosnick L, Oldham J.  Serotonergic sensitivity in borderline personality disorder: preliminary findings. <u>Am J Psychiatry</u> 151(2):277-280, 1994.

148.   Stein DJ, Hollander E.  Reply to Dr. Koblenzer (letter).  <u>J Am Acad Dermatol</u> (in press).

149.   Hollander E, Cohen LJ, Stein D.  Commentary on 'neurochemical predictors and correlates of vulnerability to cocaine use' by King and Flowers.  In <u>NIDA Technical Review:  Individual Differences in the Biobehavioral Etiology of Drug Abuse</u>, NIDA Research Monograph 159, 1996, pp. 264-268.

150.   Hollander E, Cohen LJ, Stein D.  Commentary on 'vulnerability to substance abuse in eating disorders' by Kaye and Wisniewski.  In <u>NIDA Technical Review:  Individual Differences in the Biobehavioral Etiology of Drug Abuse</u>, NIDA Research Monograph 159, 1996, pp. 312-317.

151.   Hollander E, Cohen L, Stein DJ, Simeon D, Hwang M, DeCaria CM.  Fluvoxamine treatment of obsessive compulsive spectrum disorders.  <u>Ann Clin Psychiatry</u> (in press).

152.   Hwang M, Hollander E.  Delusional OCD.  <u>OCD Newsletter</u> 7:8, 1993.

153.   Hollander E, Cohen L.  OCD in African-Americans:  psychobiology and psychopharmacology. In: <u>Anxiety Disorders in African-Americans</u>, Friedman S, ed.  Springer Press, 1994, pp. 185-202.

154.   Stein DJ, Hollander E.  The spectrum of obsessive-compulsive related disorders.  In: <u>Obsessive-Compulsive Related Disorders</u>, Hollander E, ed.  American Psychiatric Press, Inc., Washington, DC, 1993, pp. 241-272.

155.   Carrasco J, Saiz-Ruiz J, Hollander E, Cesar J, Lopez-Ibor JJ. Low platelet monoamine oxidase activity in pathological gambling.  <u>Acta Psychiatr Scand</u> 90(6):427-431, 1994.

156.   Stein DJ, Dodman NH, Borchelt P, Hollander E.  Behavioral disorders in veterinary practice: relevance to psychiatry.  <u>Comprehensive Psychiatry</u> 35(4):275-285, 1994.

157.   Stein DJ, Hollander E, Josephson SC.  Serotonin reuptake blockers for the treatment of obsessional jealousy.  <u>J Clin Psychiatry</u> 55(1):30-33, 1994.

158.   Hadigan CM, Walsh BT, Buttinger C, Hollander E.  Behavioral and neuroendocrine responses

to m-CPP in anorexia nervosa. Biol Psychiatry 37(8):504-511, 1995.

159. Hollander E, Cohen L, Simeon D. Body dysmorphic disorder. Psychiatric Annals 23(7):359-364, 1993.

160. Hollander E. Obsessive compulsive spectrum disorders: an overview. Psychiatric Annals 23(7):355-358, 1993.

161. Simeon D, Hollander E. Depersonalization disorder. Psychiatric Annals 23(7):382-388, 1993.

162. Hwang MY, Hollander E. Schizo-obsessive disorders. Psychiatric Annals 23(7):396-401, 1993.

163. Towey JP, Tenke CE, Bruder GE, Leite P, Friedman D, Liebowitz M, Hollander E. Brain event-related correlates of overfocussed attention in obsessive-compulsive disorder. Psychophysiology 31:535-543, 1994.

164. Stein DJ, Hollander E, Liebowitz MR. Neurobiology of impulsivity and impulse control disorders. J Neuropsychiatry Clin Neurosci 5(1):9-17, 1993.

165. Hollander E. Commentary: disorders related to OCD. Focus on OCD 1:13-14, 1993.

166. Hollander E, DeCaria C, Stein D, Simeon D, Cohen L, Hwang M, Islam M. Behavioral response to m-CPP. Biol Psychiatry 35(6):426-427, 1994. (letter).

167. Stein DJ, Hollander E. Dermatology and conditions related to obsessive-compulsive disorder. Dermatology Digest 3:4, 1993.

168. Stein DJ, Hollander E. Neurobiology of personality disorder: room for research. Human Psychopharmacology 7:409-410, 1992. (letter)

169. Simeon D, Hollander E, Stein DJ, DeCaria CM, Cohen L, Saoud JB, Islam N, Hwang M. Induction of depersonalization by the serotonin agonist m-CPP. Psychiatry Res 58(2):161-164, 1995.

170. Stein DJ, Hollander E. OCD expert (computer program). Mental Health Connections, Lexington, MA, 1993.

171. Hollander E, Cohen LJ, DeCaria CM, Saoud JB, Stein DJ, Trungold S, Cooper TB, Islam MN, Liebowitz MR, Klein DF. Timing of neuroendocrine responses and effect of m-CPP and fenfluramine plasma levels in OCD. Biol Psychiatry 34(6):407-413, 1993.

172. Stein DJ, Hollander E, Cohen L. Neuropsychiatry of OCD. In: Olivier B, Hollander E, Marazziti D, Zohar J, eds. Obsessive Compulsive Disorder. John Wiley and Sons, Ltd. Sussex, England, pp. 167-182.

173. Stein DJ, Patterson R, Hollander E. Expert systems for psychiatric pharmacotherapy. Psychiatric Annals 24(1):37-41, 1994.

174. Hollander E. Potential clinical applications of serotonin drugs. International Clinical Psychopharmacology Serotonin Supplement (in press).

175. Simeon D, Hollander E, Cohen L. Obsessive-compulsive related disorders. In: Olivier B, Hollander E, Marazziti D, Zohar J, eds. Obsessive-Compulsive Disorder. John Wiley and Sons, Ltd. Sussex, England, pp. 53-63.

176. Stein DJ, Simeon D, Hollander E. Imagined ugliness and plastic surgery: current research on

body dysmorphic disorder.  In:  <u>Psychosocial Aspects of Plastic Surgery</u> (in press).

177.   Stein DJ, Hollander E, DeCaria C.  Personality disorders and OCD.  In:  Hollander E, Zohar J, Marazziti D, Olivier B, eds.  <u>Obsessive-Compulsive Disorder</u>.  John Wiley and Sons, Ltd., Sussex, England, pp. 41-51.

178.   Stein DJ, Hollander E, Klein DF.  Anxio-depression: evolution des idees.  In:  Olie JP, Poirier MF, Loo H.  <u>Les Maladies Depressives</u>.  Paris:  Flammarion, 1995.

179.   Hollander E, Cohen LJ.  The assessment and treatment of refractory anxiety.  <u>J Clin Psychiatry</u> 55:[2, suppl]:27-31, 1994.

180.   Aronowitz B, Liebowitz MR, Hollander E, Fazzini E, Durlach-Mistelli C, Frenkel M, Mosovich S, Garfinkel R, Saoud J, DelBene D, Cohen L, Rubin L.  Neuropsychiatric and neuropsychological findings in conduct disorder and attention deficit hyperactivity disorder. <u>J Neuropsychiatry Clin Neurosci</u> 6(3):245-249, 1994.

181.   Stein DJ, Hollander E.  La dermatologie et les affections lie'es au trouble obsessionnel-compulsif. <u>Cutis et Psyche</u> Juin:19-21, 1993.

182.   Stein DJ, Hollander E.  Trichotillomania and the obsessive-compulsive spectrum. <u>Am Soc Clin Psychopharmacol Progress Notes</u> 4:3-4, 1993.

183.   Stein DJ, Prohovnik I, Goldman RG, Hollander E.  Cingulate cortex in compulsivity and impulsivity: a case report.  <u>Neuropsychiatry Neuropsychol Bev Neurol</u> 7(4):308-312, 1994.

184.   Dago P, Hollander E.  Response of non-paraphilic sexual addictions to low-dose fluoxetine. <u>J Clin Psychiatry</u> (in review).

185.   Stein DJ, Hollander E.  Reply to Satel "The diagnostic limits of addiction".  <u>J Clin Psychiatry</u> 54:237-238, 1993. (letter).

186.   Stein DJ, Hollander E, Simeon D, Cohen L.  Impulsivity scores in patients with obsessive-compulsive disorder.  <u>J Nerv Mental Disorders</u> 182(4):240-241, 1994.

187.   Stein DJ, Hollander E, Simeon D, Cohen L, Islam MN, Aronowitz B.  Neurological soft signs in females trichotillomania patients, obsessive-compulsive disorder patients, and healthy control subjects.  <u>J Neuropsychiatry Clin Neurosci</u> 6(2):184-187, 1994.

188.   Aronowitz BR, Hollander E, DeCaria CM, Saoud JB, Cohen L, Stein D, Liebowitz MR, Rosen WG.  Neuropsychology of obsessive compulsive disorder: preliminary findings. <u>Neuropsychiatry Neuropsychol Behav Neurol</u> 7(2):81-86, 1994.

189.   Cohen LJ, Hollander E, DeCaria C, Stein DJ, Simeon D, Liebowitz MR, Aronowitz BR. Specificity of neuropsychological impairment in obsessive-compulsive disorder: a comparison with social phobic and normal control subjects.  <u>J Neuropsychiatry Clin Neurosci</u> 8(1):82-85, 1996.

190.   Stein DJ, Hollander E, DeCaria C, Cohen L, Simeon D.  Behavioural response to m-chlorophenylpiperazine and clonidine in trichotillomania.  <u>J Serotonin Research</u> 4:11-15, 1997.

191.   Stein DJ, Hollander E, Cohen L, Simeon D, Aronowitz B.  Serotonergic responsivity in trichotillomania: neuroendocrine effects of m-chlorophenylpiperazine.  <u>Biol Psychiatry</u> 37(6):414-416, 1995.

192.    Stein DJ, Towey J, Hollander E.  Neuropsychiatry of impulsive-aggression.  In:  Impulsivity and Aggression, Hollander E, Stein DJ, John Wiley and Sons, Sussex, England, pp. 91-105.

193.    Stein DJ, Hollander E.  A neural network approach to obsessive-compulsive disorder.  Journal of Mind and Behavior 15(3):223-237, 1994.

194.    Cohen LJ, Stein DJ, Simeon D, Spadaccini E, Rosen J, Aronowitz B, Hollander E.  Clinical profile, comorbidity, and treatment history in 123 hairpullers: a survey study.  J Clin Psychiatry 56(7):319-326, 1995.

195.    Simeon D, Hollander E, Stein DJ, Cohen L, Aronowitz B.  Body dysmorphic disorder in the DSM-IV field trial for obsessive-compulsive disorder.  Am J Psychiatry 152(8):1207-1209, 1995.

196.    Greist J, Hollander E, Jenike M.  Obsessive compulsive disorder:  a monograph.  Health Science Media, Atlanta, Georgia, 1994.

197.    Greist J, Hollander E, Jenike M.  Obsessive compulsive disorder: a video.  Health Science Media, Atlanta, Georgia, 1994.

198.    Stein DJ, Hollander E, Mullen LS, Saoud JB, Robinson D, DeCaria CM, Liebowitz MR.  Comparison of clomipramine, alprazolam and placebo in the treatment of obsessive-compulsive disorder.  Human Psychopharmacol 7:389-395, 1993.

199.    Stein DJ, Hollander E, Cohen LJ, Frenkel M, Saoud J, DeCaria CM, Aronowitz B, Levin A, Liebowitz MR, Cohen L.  Neuropsychiatric impairment in impulsive personality disorders.  Psychiatry Res 48(3):257-266, 1993.

200.    Cohen L, Hollander E, Badaracco MA.  What the eyes can't see:  diagnosis and treatment of somatic obsessions and delusions.  Harvard Review of Psychiatry 2:160-165, 1994.

201.    Skodol AE, Oldham JM, Hyler SE, Stein DJ, Hollander E, Gallaher PE, Lopez AE.  Patterns of anxiety and personality disorder comorbidity.  J Psychiatric Research 29:361-374, 1995.

202.    Stein DJ, Hollander E, DeCaria CM, Simeon D, Cohen L, Aronowitz B.  m-Chlorophenylpiperazine challenge in borderline personality disorder:  relationship of neuroendocrine respnse, behavioral response, and clinical measures.  Biol Psychiatry 40(6):508-513, 1996.

203.    Stein DJ, Simeon D, Frenkel M, Islam MN, Hollander E.  An open trial of valproate in borderline personality disorder.  J Clin Psychiatry 56(11):506-510, 1995.

204.    Simeon D, Hollander E, Cohen L.  Body dysmorphic disorder (imagined ugliness) - current clinical considerations.  Can Rev Affective Dis pp. 3-7, April, 1994.

205.    Hollander E, Cohen LJ.  The psychobiology and psychopharmacology of compulsive spectrum disorders.  In:  Impulsivity and Compulsivity, Oldham J, Hollander E, Skodol A, eds.  American Psychiatric Press, Inc., pp. 143-166, 1996.

206.    Stein DJ, Hollander E.  Sexual dysfunction associated with the drug treatment of psychiatric disorders:  incidence and treatment.  CNS Drugs 2(1):78-86, 1994.

207.    Hollander E.  Review article:  disorders related to OCD.  Focus on OCD 2(1):2-3, 1994.

208.    Stein DJ, Trestman RL, Mitropoulou V, Coccaro EF, Hollander E, Siever LJ.  Impulsivity and serotonergic function in compulsive personality disorder.  J Neuropsychiatry Clin Neurosci 8(4):393-398, 1996.

209. Stein DJ, Hollander E. Obsessive-compulsive spectrum disorders. J Clin Psychiatry 56(6):265-266, 1995.

210. Koran LM, McElroy SL, Davidson JR, Rasmussen SA, Hollander E, Jenike MA. Fluvoxamine versus clomipramine for obsessive -compulsive disorder: a double-blind comparison. J Clin Psychopharmacology 16:121-129, 1996.

211. Hollander E. Treatment of obsessive-compulsive disorder. Currents of Affective Illness. (August, 1994)

212. Hollander E. Treatment of obsessive compulsive spectrum disorders. Currents of Affective Illness. (September, 1994)

213. Hollander E. Commentary: related disorders. Focus on OCD 2(1):12-13, 1994.

214. Stein DJ, Spadaccini E, Hollander E. Meta-analysis of pharmacotherapy trials for obsessive-compulsive disorder. Int Clin Psychopharmacol 10(1):11-18, 1995.

215. Hollander E, Wong C. Obsessive-compulsive spectrum disorders: introduction. J Clin Psychiatry 56(Suppl 4):3-6, 1995.

216. Hollander E, Wong C. Body dysmorphic disorder, pathological gambling and sexual compulsions. J Clin Psychiatry 56(Suppl 4):7-12, 1995.

217. Simeon D, Stein DJ, Hollander E. Depersonalization disorder and self-injurious behavior. J Clin Psychiatry 56(Suppl 4):36-39, 1995.

218. Hollander E, Wong C, DeCaria C. The relationship between frontal lobe and serotonergic function in OCD. Neuropsychiatry, Neuropsychol Behav Neurol 9:230-233, 1996.

219. Towey JP, Tenke CE, Bruder GE, Leite P, Friedman D, Liebowitz M, Hollander E. Brain event-related potential correlates of overfocused attention in obsessive-compulsive disorder. Psychophysiol 31(6):535-543, 1994.

220. Stein DJ, Simeon D, Cohen LJ, Hollander E. Trichotillomania and obsessive-compulsive disorder. J Clin Psychiatry 56(Suppl 4):28-34, 1995.

221. Stein DJ, Hollander E. Serotonin specific re-uptake inhibitors in obsessive compulsive disorder and related disorders. In: Feighner J and Boyer WF, eds. Selective Serotonin Re-Uptake Inhibitors: Advances In Basic Research and Clinical Practice. John Wiley & Sons, Ltd., Sussex, England, pp. 135-153, 1996.

222. Hollander E, Weiller F, Cohen L, Kwon JH, DeCaria CM, Liebowitz MR, Stein DJ. Neurological soft signs in social phobia. Neuropsychiatry Neuropsychol Behav Neurol 9:182-185, 1996.

223. Foa EB, Kozak MJ, Goodman WK, Hollander E, Jenike MA, Rasmussen SA. DSM-IV field trial: obsessive-compulsive disorder. Am J Psychiatry 152:90-96, 1995. [published erratum appears in Am J Psychiatry 152:654, 1995]

224. Grossman R, Simeon D, Hollander E. Depersonalization disorder. In: Obsessive-Compulsive Disorder Casebook, Volume II: Spectrum Disosrders (in press).

225. Hollander E, Wong C. Developments in the treatment of obsessive-compulsive disorder. Primary Psychiatry 2:28-33, 1995.

226.   Stein DJ, Hollander E.  Neurochemistry of stuttering.  Neuropsychiatry Neuropsychol Behav Neurology 8(3);1995 (letter).

227.   Hollander E, Prohovnik I, Stein DJ.  Increased cerebral blood flow during m-CPP exacerbation of obsessive-compulsive disorder.  J Neuropsychiatry Clin Neurosci 7(4):485-490, 1995.

228.   Wong C, Hollander E.  Other impulse control disorders (kleptomania, compulsive buying, pathological gambling, pyromania).  In:  Obsessive Compulsive Disorder Casebook, Volume II: Spectrum Disorders (in press).

229.   Cohen LJ, Stein D, Hollander E.  Towards an integration of psychological and biological models of OCD:  phylogenetic considerations.  Am J Psychiatry (in review).

230.   Hollander E, Simeon D, Gorman JM.  Anxiety disorders.  In:  Synopsis of Psychiatry, Hales RE and Yudofsky SC.  American Psychiatric Press, Inc., Washington, DC, 1996, pp. 469-524.

231.   Hollander E.  Behavioral response to pharmacological challenges:  potentials and pitfalls. Biol Psychiatry 37(12):831-833, 1995.

232.   Grossman R, Hollander E.  Treatment of obsessive-compulsive disorder with venlafaxine. Am J Psychiatry 153(4):576-577, 1996.

233.   Grossman R, Cohen L, Rosen J, DeCaria C, Hollander E.  Seasonal effects in prolactin response to m-chlorophenylpiperazine challenge in obsessive-compulsive disorder.  Biol Psychiatry 39(11):982-985, 1996.

234.   Wong CM, Hollander E.  Headache response to m-chlorophenylpiperazine in obsessive-compulsive disorder and normal controls.  Biol Psychiatry 40(6):544-546, 1996.

235.   Josephson SC, Hollander E.  Body dysmorphic disorder by proxy. Letter to the Editor. J Clin Psychiatry 1997;58(2):86-87. (letter)

236.   Hollander E, Badenoch J.  New developments in the treatment of OCD.  Treatment Today 7:44-45, 1995.

237.   Wong C, Hollander E.  Obsessive-compulsive spectrum disorders.  OCD Newsletter, June 1995.

238.   DeCaria CM, Aronowitz BR, Twersky-Kengmana R, Hollander E.  Neuropsychology of childhood mental disorders:  integration of phenomenological, neurobiological and neuropsychological findings.  In:  Neuropsychological Functions in Psychiatric Disorders, Calev A, ed., American Psychiatric Press, Inc., Washington, DC, pp 135-231, 1999.

239.   Hollander E, Stein D.  Preface.  In:  Obsessive-Compulsive Disorders:  Etiology, Diagnosis and Treatment.  New York: Marcel Dekker, Inc., v-viii, 1997.

240.   Stein D, Hollander E.  Obsessive-compulsive spectrum disorders.  In:  Obsessive-Compulsive Disorders: Etiology, Diagnosis, and Treatment.  New York: Marcel Dekker, Inc., 47-74. 1997.

241.   Cohen L, Stein D, Hollander E.  Neuropsychiatry of OCD.  In:  Obsessive-Compulsive Disorders: Etiology, Diagnosis, and Treatment.  New York: Marcel Dekker, Inc., 75-88, 1997.

242.   Stein D, Simeon D, Hollander E.  Neurochemistry of OCD.  In:  Obsessive-Compulsive Disorders:  Etiology, Diagnosis, and Treatment.  New York: Marcel Dekker, Inc., 89-98, 1997.

243.    Grossman R, Hollander E.  Body dysmorphic disorder.  In: <u>Current Psychiatric Therapy II</u>, Dunner D, ed.  Philadelphia: W.B. Saunders Company, 1996, p. 364-368.

244.    Dager SR, Hollander E.  Obsessive compulsive disorder (OCD).  In: <u>Current Psychiatric Therapy II</u>, Dunner D, ed.  Philadelphia: W.B. Saunders Company, 1996, p. 322-326.

245.    Milrod B, Busch FN, Hollander E, Aronson A, Siever L.  Clinical case conference: a 23-year old woman with panic disorder treated with psychodynamic psychotherapy.  <u>Am J Psychiatry</u> 5:698-703, 1996.

246.    Stein DJ, Roberts M, Hollander E, Rowland C, Serebro P.  Quality of life and pharmacoeconomic aspects of obsessive-compulsive disorder: a south african survey.  <u>S Afr Med J</u> 86(12 Suppl):1579, 1582-1585, 1996.

247.    Hollander E, Wong CM.  The relationship between executive function impairment and serotonergic sensitivity in obsessive-compulsive disorder.  <u>Neuropsychiatry Neuropsychol Behav Neurology</u> 9(4):230-233, 1996.

248.    Wong CM, Hollander E.  New dimensions in the OCD spectrum: autism, pathological gambling and compulsive buying.  <u>Primary Psychiatry</u> 3:20-34, 1996.

249.    Grossman R, Hollander E.  Compulsive self-injurious behaviors.  <u>OCF Newsletter</u> (in press).

250.    Hollander E, Kwon JH, Stein DJ, Broatch J, Rowland CT, Himelein CA.  Obsessive-compulsive and spectrum disorders:  overview and quality of life issues.  <u>J Clin Psychiatry</u> 57(Suppl 8):3-6, 1996.

251.    Higgins ES, Hollander E.  Summary:  new frontiers in obsessive-compulsive spectrum research for psychiatry and primary care.  <u>J Clin Psychiatry</u> 57:85-87(suppl 8), 1996.

252.    Hollander E, Chapman A.  Obsessive-compulsive spectrum disorders.  In: <u>Proceedings of the Freiburg Obsessive Compulsive Conference</u>, Hohagen F, ed. (in press).

253.    Cherkasky S, Hollander E.  Neuropsychiatric aspects of impulsivity and aggression.  In <u>American Psychiatric Press Textbook of Neuropsychiatry, Third Edition</u>.  Yudofsky SC, Hales RE, eds. Washington, D.C.: American Psychiatric Press, 485-500, 1997.

254.    Foa EB, Jenike M, Kozak MJ, Joffe R, Baer L, Pauls D, Beidel DC, Rasmussen SA, Goodman W, Swinson RP, Hollander E, Turner SM.  Obsessive compulsive disorder.  In: <u>DSM-IV Sourcebook, Volume 2</u>.  Widiger TA, Frances AJ, Pincus HA, Ross R, First MB, Davis WW, eds.  American Psychiatric Press, Inc., Washington, DC, 1996, pp. 549-575.

255.    Simeon D, Hollander E.  Anxiety disorders, phobias, and obsessive-compulsive disorder.  In <u>Core Readings in Psychiatry: An Annotated Guide to the Literature, Second Edition</u>.  Sachs MH, Sledge WH, Warren C, eds.  American Psychiatric Press, Inc., Washington, DC, 1995, pp. 173-193.

256.    Phillips KA, Hollander E.  Body dysmorphic disorder.  In <u>DSM-IV Sourcebook, Volume 2</u>.  Widiger TA, Frances AJ, Pincus HA, Ross R, First MB, Davis WW, eds.  American Psychiatric Press, Inc., Washington, DC, 1996, pp. 949-960.

257.    DeCaria CM, Hollander E, Grossman R, Wong CM, Mosovich SA, Cherkasky S.  Diagnosis, neurobiology, and treatment of pathological gambling.  <u>J Clin Psychiatry</u> 57:80-83(suppl 8), 1996.

258.    Grove G, Coplan JD, Hollander E.  The neuroanatomy of 5-HT dysregulation and panic disorder.

J Neuropsychiatry Clin Neurosci 9(2):198-207, 1997.

259.   Cherkasky S, Hollander E.  Obsessive compulsive disorder.  Int Rev Psychiatry (in press).

260.   Hollander E, Stein D, Kwon J, Broatch J, Himelein C, Rowland C.  A pharmacoeconomic and quality of life study of OCD.  OC Newsletter, p. 7, Apr 1996.

261.   Aronowitz BR, Hollander E.  Treating the treatment resistant patient.  In den Boer JA, Westenberg HGM, eds.  Focus on Obsessive Compulsive Disorder (in press).

262.   Hollander E, Jenike MA, Shahady EJ.  Help for hands that can't stop washing.  Patient Care 30:66-68, 1996.

263.   Wong CM, Hollander E.  Autism and related disorders.  Int Psychiatry Today 6:12, 1996.

264.   Hollander E.  Obsessive compulsive disorder-related disorders:  the role of selective serotonergic reuptake inhibitors .  Int Clin Psychopharmacology 11(Suppl 5):75-87, 1996.

265.   Simeon D, Stein DJ, Gross S, Islam N, Schmeidler J, Hollander E.  A double-blind trial of fluoxetine in pathological skin picking.  J Clin Psychiatry 58:341-347, 1997.

266.   Hollander E, Benzaquen SD.  Is there a distinct OCD spectrum?  CNS Spectrums:  Int J Neuropsychiatric Med 1(1):17-26, 1996.

267.   Hollander E, Benzaquen SD.  Obsessive-compulsive spectrum disorders.  State of the Art in Clinical Psychiatry (in press).

268.   Hollander E, Benzaquen SD.  The obsessive-compulsive spectrum disorders.  International Review of Psychiatry 9:99-109, 1997.

269.   Hollander E, Benzaquen SD.  The obsessive-compulsive spectrum disorder.  In den Boer JA, Westenberg HGM, eds.  Focus on Obsessive Compulsive Disorders.  Amsterdam, The Netherlands: Syn-Thesis Publishers, 33-44, 1997.

270.   Aronowitz BR, Hollander E.  Treating the treatment-resistant patient.  In den Boer JA, Westenberg HGM, eds.  Focus on Obsessive Compulsive Disorders.  Amsterdam, The Netherlands: Syn-Thesis Publishers, 151-168, 1997.

271.   Phillips KA, Hollander E, Rasmussen SA, Aronowitz BA, DeCaria CM, Goodman WK.  A severity rating scale for body dysmorphic disorder:  development, reliability, and validity of a modified version of the Yale-Brown Obsessive Compulsive Scale.  Psychopharmacol Bull 33(1):17-22, 1997.

272.   Simeon D, Cohen LJ, Stein DJ, Schmeidler J, Spadaccini E, Hollander E.  Comorbid self-injurious behavior in 71 female hair-pullers:  a survey study.  J Nerv Ment Dis 185(2):117-119, 1997.

273.   Haznedar MM, Buchsbaum MS, Metzger M, Solimando A, Spiegel-Cohen J, Hollander E.  Anterior cingulate gyrus volume and glucose metabolism in autistic disorder.  Am J Psychiatry 154(8):1047-1050, 1997.

274.   Hollander E, Wong CM.  Spectrum, boundary and subtyping issues:  implications for treatment refractory obsessive-compulsive disorder.  In Obsessive-Compulsive Disorder:  Challenges In Treatment, Goodman WK, Rudorfer MV, Maser J, eds. , Lawrence Erlbaum Associates, Inc., pp. 3-22, 2000.

275.   Hollander E, Grossman R, Stein DJ, Kwon J.  Borderline personality disorder and impulsive-aggression:  the role for divalproex sodium treatment.  J California Alliance for the  Mentally Ill (in press).

276.   Hollander E, Grossman R, Stein DJ, Kwon J.  Borderline personality disorder and impulsive-aggression:  the role for divalproex sodium treatment.  Psychiatric Annals 26(7)S464-S469, 1996.

277.   Grove G, Coplan J, Margolin L, Hollander E.  The neuroanatomy of serotonin (5-HT) dysregulation in obsessive-compulsive disorder.  CNS Spectrums:  Int J Neuropsychiatric Med 1(2):16-23, 1996.

278.   Josephson SC, Hollander E, Fallon B, Stein DJ.  Obsessive-compulsive disorder, body dysmorphic disorder, and hypochondriasis:  three variation on a theme.  CNS Spectrums:  Int J Neuropsychiatric Med 1(2):24-31, 1996.

279.   Wong CM, Hollander E.  New dimensions in the OCD spectrum: autism, pathological gambling, and compulsive buying.  CNS Spectrums:  Int J Neuropsychiatric Med 1(2):44-53, 1996.

280.   Hollander E, DelGiudice-Asch G, Simon L, DeCaria CM, Aronowitz B, Mosovich S, Elder G.  Repetitive behaviors and D8/17 positivity. (letter)  Am J Psychiatry 154(11):1630, 1997.

281.   Simeon D, Hollander E.  Dissociative disorders not otherwise specified.  In Comprehensive Textbook of Psychiatry, Seventh Edition. Kaplan HI and Sadock BJ, eds. Williams & Wilkins, Baltimore, MD 1570-1575, 2000.

282.   Hollander E, Kwon J.  The Seaver Autism Research Center at the Mt. Sinai School of Medicine.  The Advocate, May-June, 12-13, 1997.

283.   Hollander E, Weilgus Kornwasser J.  Counting the cost: the psychosocial and economic burden of OCD.  Focus on OCD 5(1):3-5, 1997.

284.   Hollander E, Cartwright C.  SSRI's in the treatment of OCD.  Depression and Anxiety 8(1):105-113, 1998.

285.   Diaz Marsa M, Carrasco JL, Hollander E.  Dismorfofobia y espectro obsesivo-compulsivo.  Actas Luso-Esp Neurol Psiquiatrienc Afines 24(6)331-337, 1996.

286.   Hollander E, Holmes R.  Interactive treatment algorithms: obsessive-compulsive disorder.  Primary Psychiatry 4(6):32-39, 1997.

287.   Simeon D, Gross S, Guralnik O, Stein DJ, Schmeidler J, Hollander E.  Feeling unreal: 30 cases of DSM-III-R depersonalization disorder.  Am J Psychiatry 154(8):1107-1113, 1997.

288.   Aronowitz BR, DeCaria C, Allen A, Weiss N, Saunders A, Margolin L, Mosovich S, Buchsbaum M, Hollander E.  The neuropsychiatry of autism and asperger's disorder: review of the literature and case reports.  CNS Spectrums:  Int J Neuropsychiatric Med 2(5)43-60, 1997.

289.   Delgiudice-Asch, Hollander E.  Altered immune function in autism.  CNS Spectrums: Int J Neuropsychiatric Med 2(5)61-68, 1997.

290.   Hollander E.  Typology and treatment response within an obsessive-compulsive spectrum: part I.  Currents 4:5-12, 1997.

291.   Hollander E.  Typology and treatment response within an obsessive-compulsive spectrum: part II.  Currents 5:5-12, 1997.

292.   Hollander E.  Obsessive-compulsive disorder:  the hidden epidemic.  J Clin Psychiatry 58(12): 3-6, 1997.

293.   Simeon D, Stein DJ, Hollander E.  Treatment of depersonalization disorder with clomipramine Biological Psychiatry 44(4):302-303, 1998.

294.   DeCaria CM, Hollander E, Mari E, Wong CM, Mosovich S, Cartwright C, Begaz T. Pharmacologic approaches in the treatment of pathological gambling.  Medscape Mental Health 3(3), 1998.

295.   DeCaria CM, Hollander E, Simon L, Holmes R.  Interventions with autistic clients and their families.  Directions in Rehabilitation Counseling (9):117-132, 1998.

296.   Hollander E, Stein DJ, Kwon JH, Rowland C, Wong CM, Broatch J, Himelein C.  Psychosocial function and economic costs of obsessive-compulsive disorder.  CNS Spectrums:  Int J Neuropsychiatric Med 2(10):16-25, 1997.

297.   Cohen LJ, Stein D, Galynker I, Hollander E.  Towards an integration of psychological and biological models of obsessive-compulsive disorder:  phylogenetic considerations.  CNS Spectrums:  Int J Neuropsychiatric Med 2(10):26-44, 1997.

298.   Cartwright C, Hollander E.  Pharmacotherapy of obsessive-compulsive disorder--experience with SSRIs.  Primary Psychiatry 4(9):38-68, 1997.

299.   Hollander E, Cartwright C, Wong CM, DeCaria CM, DelGiudice-Asch G, Buchsbaum MS. A dimensional approach to the autism spectrum.  CNS Spectrums:  Int J Neuropsychiatric Med 3(3):22-39, 1998.

300.   Hollander E, Begaz T, DeCaria CM.  Pharmacological approaches in the treatment of pathological gambling.  CNS Spectrums:  Int J Neuropsychiatric Med 3(6):72-80, 1998.

301.   DeCaria CM, Begaz T, Hollander E.  Serotonergic and noradrenergic function in pathological gambling.  CNS Spectrum:  Int J Neuropsychiatric Med 3(6):38-47, 1998.

302.   Foa EB, Kozak MJ, Goodman WK, Hollander E, Jenike MA, Rasmussen SA.  DSM-IV field trial: obsessive-compulsive disosrder.  In DSM-IV Sourcebook: Volume 4 (Widiger TA, Frances AJ, Pincus HA, Ross R, First MB, Davis W, Kline M, eds.), American Psychiatric Press, Washington, D.C., 1998, pp. 761-776.

303.   Cohen LJ, Kingston P, Bell A, Kwon J, Aronowitz B, Hollander E.  Comorbid personality impairment in body dysmorphic disorder.  Comprehensive Psychiatry 1998.

304.   Hollander E, Aronowitz B.  Comorbid social anxiety and body dysmorphic disorder:  managing the complicated patient.  J Clin Psychiatry 60(9):27-31, 1999.

305.   Cartwright C, DeCaria C, Hollander E.  Pathological gambling: a clinical review.  J Prac Psych and Behav Hlth 4:277-286, 1998.

306.   Hollander E.  Treatment of obsessive-compulsive spectrum disorders with SSRIs.  British J Psychiatry 173(35):7-12, 1998.

307.   Simeon D, Guralnik O, Gross S, Stein DJ, Schmeidler J, Hollander E.  The detection and measurement of depersonalization disorder.  J Nerv Ment Dis 186:536-542, 1998.

308.    Hollander E.  Comorbid social anxiety and body dysmorphic disorder:  managing the complicated patient.  J Clin Psychiatry 60(9):27-31, 1999.

309.    Cartwright C, Hollander E.  SSRIs in the treatment of obsessive-compulsive disorder.  Depression and Anxiety 1:105-113, 1998.

310.    Hollander E.  Managing aggressive behavior in patients with obsessive-compulsive disorder and borderline personality disorder.  J Clin Psychiatry 60:38-44, 1999. (supplement)

311.    Hollander E.  Managing aggressive behavior in patients with obsessive-compulsive disorder and borderline personality disorder.  J Clin Psychiatry 17:28-31, 1999. (monograph)

312.    Hollander E, Rosen J.  OCD spectrum disorders:  impulsivity and the schizo-obsessive subtype.  CNS Spectrums:  Int J Neuropsychiatric Med 4(5):16-21, 1999. (suppl 3)

313.    Hollander E, Simeon D, Gorman JM.  Anxiety disorders.  In The American Psychiatric Press Textbook of Psychiatry, Third Edition, Hales RE, Yudofsky SC, Talbott JA, eds.  American Psychiatric Press, Inc., Washington, D.C.,1999.

314.    Hollander E, Simeon D, Gorman JM.  Anxiety disorders.  In Essentials of Clinical Psychiatry, Hales RE, Yudofsky SC, eds.  American Psychiatric Press, Inc., Washington, D.C., 1999.

315.    Hollander E, Weiller F, Cohen L, Kwon JH, DeCaria CM, Liebowitz MR, Stein DJ.  Neurological soft signs in social phobia.  Focus on Depression & Anxiety 8(1):38-39, 1997.

316.    Hollander E, Brasic JR.  Response to "Tourette's syndrome: [I-123]β-CIT SPECT correlates of Vocal tic severity."  Neurology (in press).

317.    DelGiudice-Asch G, Simon L, Schmeidler J, Cunningham-Rundles C, Hollander E.  A pilot open clinical trial of intravenous immunoglobulin in childhood autism.  J Autism Dev Disorder 29(2):157-160, 1999.

318.    Hollander E, Kwon J, Weiller F, Cohen L, Stein DJ, DeCaria C, Leibowitz M, Simeon D.  Serotonergic function in social phobia: comparison to normal control and obsessive-compulsive disorder subjects.  Psychiatry Research 79:213-217, 1998.

319.    Hollander E, DeCaria C, Mari E, Wong C, Mosovich S, Grossman R, Begaz T.  Short-term single blind fluvoxamine treatment of pathological gambling.  Am J Psychiatry 155:1781-1783, 1998.

320.    Hollander E, DelGiudice-Asch G, Simon L, Schmeidler J, Cartwright C, DeCaria CM, Kwon J, Cunningham-Rundles C, Chapman F, Zabriskie J.  B lymphocyte antigen D8/17 and repetitive behaviors in autism.  Am J Psychiatry 156:317-320, 1999.

321.    Hollander E, Allen A, Prieto Lopez R, Bienstock CA, Grossman R, Siever LJ, Merkatz L, Stein DJ.  A preliminary double blind placebo controlled trial of divalproex sodium in borderline personality disorder.  J Clin Psychiatry 62:199-203, 2001.

322.    DelGiudice-Asch G, Hollander E.  Immune dysfunction in autism.  In Hollander E (ed.)  Autism Spectrum Disorders.  Marcel Dekker, Inc., New York, 2003.

323.    Hollander E, Allen A, Kwon J, Aronowitz B, Schmeidler J, Wong C, Simeon D.  Clomipramine vs. desipramine crossover trial in body dysmorphic disorder:  selective efficacy of serotonin reuptake inhibitors in imagined ugliness.  Arch Gen Psychiatry 56:1033-1039, 1999.

324.    Stein DJ, O'Sullivan RL, Hollander E.  The neurobiology of trichotillomania.  In Trichotillomania.  Stein DJ, Christenson GA, Hollander E, eds.  American Psychiatric Press,

Inc. Washington, DC, 1999.

325. Rauch SL, Benkelfat C, Dager SR, Greenberg BD, Hendler T, Hollander E, Laruelle M, Rosenberg DR, Saxena S, Zohar J, Baxter, Jr LR. Neuroimaging research and neurocircuitry models of obsessive-compulsive disorder: proceedings of the third IOCDC. <u>CNS Spectrums: Int J Neuropsychiatric Med</u> 4:25-34, 1999. (suppl 3)

326. Hollander E, Jenike MA. When OCD takes hold. <u>Patient Care</u> 33:134-153, 1999.

327. Hollander E, Rosen J. Obsessive-compulsive spectrum disorders: a review. In World Psychiatric Association Series Evidence and Experience in Psychiatry. Maj M, Sartorius N, Okasha A, Zohar J, eds. Vol. 4, Second Edition, Chapter 5, pp. 203-224, 2002.

328. Presta S, Marazziti D, Dell'Osso L, Pfanner C, Pallanti S, Cassano GB, Hollander E. Kleptomania: clinical features and comorbidity in an Italian sample. <u>Compr Psychiatry</u> 43(1):7-12, 2002.

329. Hollander E, Cohen L, Simon L. Impulse-control disorders measures. In <u>Handbook of Psychiatric Measures</u>, Task Force for the Handbook of Psychiatric Measures, A. John Rush, Jr., et al. Washington, D.C., American Psychiatric Press, Inc., 2000, pp. 687-712.

330. Hollander E. Psychiatric System Interface Disorders Text Revision Work Group. American Psychiatric Association: Diagnosis and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision. Washington, D.C., American Psychiatric Association, 2000.

331. Hollander E. Insuring a sound financial future for the ACNP. <u>ACNP Bulletin</u> Volume 6, Number 4, p. 11.

332. Professional's Handbook of Psychotropic Drugs. Foreword by Eric Hollander, M.D. Pennsylvania: Springhouse Corporation, 2001.

333. Hollander E, Allen A. Serotonergic drugs and the treatment of disorders related to obsessive-compulsive disorder. In Pato MT and Zohar J <u>Current Treatments of Obsessive-Compulsive Disorder</u>, 2nd Edition. Washington, D.C., American Psychiatric Publishing, Inc., 2001, pp. 193-220.

334. Hollander E, Pallanti S. Current and experimental therapeutics of OCD. In Davis K, Charney D, Coyle JT, Nemeroff C, eds. <u>Neurosychopharmacology: The Fifth Generation of Progress.</u> Philadelphia: Lippincott Williams & Wilkins, 2002, p. 1647-1664.

335. Potenza MN, Hollander E. Pathologic gambling and impulse control disorders. In Davis KL, Charney D, Coyle JT, Nemeroff C, eds. <u>Neuropsychopharmacology: The Fifth Generation of Progress</u>. Philadelphia: Lippincott Williams & Wilkins, 2002, p.1725-1741.

336. Allgulander C, Bandelow B, Brady K, Bradweijn J, Cassano G, Davidson J, Greist J, Gorman J, Hollander E, Kutcher S, Lecrubier Y, Lopez-Ibor JJ, Marazziti D, Montgomery S, Nutt D, Okasha A, Pollack M, Stein D, Swinson R, van Ameringen M, Zohar J. World Council of Anxiety recommendations for the long-term treatment of obsessive-compulsive disorder. In review.

337. Hadley SJ, Koran LM, Yang H, Li D, Park C, Barbato LM, Gerritsen van der Hoop R, Hollander E. SF-36 quality of life changes for OCD patients during a double-blind placebo controlled trial of fluvoxamine CR. <u>J Clin Psychopharmacology</u> (in review).

338. Cohen LJ, McGeoch P, Kingston P, Hollander E, Galynker I. The dimensional assessment of personality impairment: theoretical framework, format, reliability and construct validity. <u>Journal of Personality Disorders</u> (in press).

339.   Allen A, Hollander E.  Psychopharmacological treatments of body image disturbances.  In Body Image:  A Handbook of Theory, Research, and Clinical Practice, Cash TF and Pruzinsky T, eds.  New York:  The Guilford Press, 2002.

340.   Hadley SJ, Newcorn JH, Hollander E.  The neurobiology and psychopharmacology of body dysmorphic disorder.  In Disorders of Body Image, Castle DJ, Phillips KA, eds., Wrightson Biomedical Publishing, Ltd., Philadelphia, 2002.

341.   Stein DJ, Hollander E.  Anxiety and stress.  In Mental Health and Productivity in the Workplace: A Handbook for Organizations and Clinicians, Kahn JP, Langlieb A, eds., Jossey-Bass/Pfeiffer, 2003, pp. 407-432.

342.   Hollander E, Simeon D.  Treatment of personality disorders.  In American Psychiatric Publishing Textbook of Psychopharmacology, Third Edition, Schatzberg AF and Nemeroff CB, eds., American Psychiatric Publishing, Inc., Arlington, VA, 2004, pp. 1049-1066.

343.   Hadley SJ, Greenberg J, Hollander E.  Comorbid social anxiety disorder and body dysmorphic disorder.  Stress Anxiety and Depression (STAND), www.depression.org, 2002.

344.   Hollander E, Posner N, Cherkasky S.  Neuropsychiatric aspects of aggression and impulse control disorders.  In Yudofsky SC, Hales RE, eds., Textbook of Neuropsychiatry and Clinical Neurosciences, 4th ed.  American Psychiatric Press, Inc., Washington, DC, 2002.

345.   Novotny S, Evers M, Barboza K, Rawitt R, Hollander E.  Neurobiology of affiliation: implications for autism spectrum disorders.  In Martin A, Scahill L, Charney DS, Leckman JF, eds., Textbook of Child and Adolescent Psychopharmacology.  Oxford University Press, New York, NY, 2002, pp.195-209.

346.   Greenberg J, Hollander E.  Brain function in impulsive disorders.  Psychiatric Times 20(3):81-85, 2003.

347.   Hollander E, Section Editor.  Anxiety Disorders.  Current Psychiatry Reports.  (in preparation)

348.   Allen A, Hollander E.  Psychopharmacological treatments for body image disturbances. In Body Image: A Handbook of Theory, Research, and Clinical Practice.  Cash TF, Pruzinsky T, eds.  New York:  The Guilford Press, 2002, p. 450-458.

349.   Pallanti S, Baldini Rossi N, Friedberg J, Hollander E.  Psychobiology of impulse-control disorders not otherwise specified (NOS).  In Biological Psychiatry, D'haenen H, den Boer JA, Wilner P, eds.  London:  John Wiley & Sons, Ltd., 2002, pp. 1315-1329.

350.   Hollander E, Simeon D.  Anxiety disorders.  In American Psychiatric Publishing Textbook of Clinical Psychiatry, 4th edition.  Washington, D.C.:  American Psychiatric Publishing, 2003, pp. 543-630.

351.   Hollander E, Scahill L, Aman M et al.  Autism clinical trials:  a model for drug development in psychiatric illness.  CNS Spectrums. (In preparation)

352.   Hollander E, Greenberg J.  Pharmacological treatment of the impulsive-aggression symptom domain in borderline personality disorder.  Psychiatric Times, suppl., 1-4.

353.   Novotny S, Hollander E.  Regional cerebral metabolism and treatment in autism spectrum disorders.  Psychiatry Times Vol. XX, Issue 5, May 2003, pp. 52, 54.

354.   Hollander E, Nowinski CV.  Core symptoms, related disorders, and course of autism.  In Hollander E, ed. Autism Spectrum Disorders.  New York:  Marcel Dekker, Inc., 2003, pp. 15-38.

355.   King AF, Rawitt RR, Barboza KC, Hollander E.  Cognitive and neuropsychological assessment of children with autism spectrum disorders.  In Hollander E, ed. Autism Spectrum Disorders.  New York:  Marcel Dekker, Inc., 2003, pp. 87-99.

356.   DelGiudice G, Hollander E.  Immune dysfunction in autism.  In Hollander E, ed. Autism Spectrum Disorders.  New York:  Marcel Dekker, Inc., 2003, pp. 153-173.

357.   Evers M, Novotny S, Hollander E.  Autism and environmental toxins.  In Hollander E, ed. Autism Spectrum Disorders.  New York:  Marcel Dekker, Inc., 2003, pp. 175-198.

358.   Novotny S, Hollander E.  Antidepressants and anticonvulsants/mood stabilizers in the treatment of autism.  In Hollander E, ed Autism Spectrum Disorders.  New York:  Marcel Dekker, Inc., 2003, pp. 231-245.

359.   Hollander E, Rawitt RR.  Future trends.  In Hollander E, ed. Autism Spectrum Disorders.  New York:  Marcel Dekker, Inc., 2003, pp. 419-422.

360.   Stein DJ, Hollander E, Klein DF.  Anxio-depression: evolution des idees.  In:  Olie J-P, Poirier M-F, Loo H.  Les Maladies Depressives.  Paris:  Flammarion, 2003, pp. 196-201.

361.   Anagnostou E, Hollander E.  Autism Spectrum Disorders.  In Tarazi FI, Schetz JA, eds.  Neurological and Psychiatric Disorders: From Bench to Bedside.  New Jersey: The Humana Press, Inc., p. 131-149.

362.   Hollander E, Samons DM.  Efficacy of paroxetine for relapse prevention in social anxiety disorder.  Current Psychiatry Reports 5(4): 249, 2003.  (clinical trials report)

363.   Hollander E, Friedberg JP, Wasserman S, Yeh C-C, Iyengar R.  The case for the OCD spectrum.  In Abramowitz JS and Houts AC, eds., Handbook of Controversial Issues in Obsessive-Compulsive Disorder, New York: Springer Science + Business Media, Inc., pp. 95-118.

364.   Hollander E, Yeh CC.  Reply to Abramowitz and Deacon: Beyond Anxiety: Etiological and Functional Overlaps Between OCD and OC Spectrum Disorders.  In In Abramowitz JS and Houts AC, eds, Handbook of Controversial Issues in Obsessive-Compulsive Disorder, New York: Springer Science + Business Media, Inc., pp. 137-140.

365.   Hollander E, Kaplan A, Schmeidler J, Yang H, Li D, Koran LM, Barbato LM.  Neurological soft signs as predictors of treatment response to selective serotonin reuptake inhibitors in obsessive-compulsive disorder.  J Neuropsy Clin Neurosci 17(4):472-77, 2005.

366.   Hollander E.  Spectrum view of impulsivity: neurochemistry, behavior, and treatment approaches.  J Clin Psychiatry (in press).

367.   Buchsbaum MS, Hollander E, Pallanti S, Baldini-Rossi N, Platholi J, Newmark R, Bloom R, Sood E.  Positron emission tomography imaging of risperidone augmentation in SRI-refractory patients.  Neuropsychobiology (in press).

368.   Stein DJ, Hollander E, Swann AC, McElroy SL.  Topiramate: an emerging treatment for disordered impulsivity.  (In preparation)

369.   Hollander E, Novotny S, Allen A, Aronowitz B, Cartwright C, DeCaria C.  The relationship between repetitive behaviors and growth hormone response to sumatriptan challenge in adult autistic disorder.  Neuropsychopharmacology 22:163-167, 2000.

370.   Hollander E, Kaplan A, Cartwright C, Reichman D.  Venlafaxine in children, adolescents and young adults with autism spectrum disorders: an open retrospective clinical report. J Child Neurol 15(2):132-135, 2000.

371.   Carrasco JL, Diaz-Marsa M, Hollander E, Cesar J, Saiz-Ruiz J.  Decreased platelet monoamine oxidase activity in female bulimia nervosa.  European Neuropsychopharm 10(2):113-117, 2000.

372.   Diaz-Marsa M, Carrasco JL, Hollander E, Cesar J, Saiz-Ruiz J.  Decreased platelet monoamine oxidase activity in female anorexia nervosa.  Acta Psychiatrica Scandinavica 101:226-230, 2000.

373.   Novotny S, Hollander E, Allen A, Mosovich S, Aronowitz B, Cartwright C, DeCaria C, Dolgoff-Kaspar R. Increased growth hormone response to sumatriptan challenge in adult autistic disorders. Psychiatry Research 94(2):173-177, 2000.

374.   Hollander E, DeCaria CM, Finkell JN, Begaz T, Wong CM, Cartwright C.  A randomized double-blind fluvoxamine/placebo crossover trial in pathological gambling.  Biol Psychiatry 47:813-817, 2000.

375.   Marazziti D, Masala I, Rossi A, Hollander E, Presta S, Giannaccini G, Mazzoni MR, Dell'Osso L, Lucacchini A, Cassano GB.  Increased inhibitory activity of protein kinase C on the serotonin transporter in OCD.  Neuropsychobiology 41:171-177, 2000.

376.   Hollander E, Rosen J.  Impulsivity.  J Psychopharmacol 14(2): S39-S44, 2000.

377.   Allen A, Hollander E.  Body dysmorphic disorder.  In Hollander E and Allen A (eds.) The Psychiatric Clinics of North America: Obsessive-Compulsive Spectrum Disorders, Philadelphia, PA, W.B. Saunders Co., Vol. 23, No. 3, September 2000, pp. 617-628.

378.   Hollander E, Buchalter AJ, DeCaria CM.  Pathological gambling.  In Hollander E and Allen A (eds.) The Psychiatric Clinics of North America: Obsessive-Compulsive Spectrum Disorders, Philadelphia, PA, W.B. Saunders Co., Vol. 23, No. 3, September 2000, pp. 629-642.

379.   Hollander E, Kaplan A, Allen A, Cartwright C.  Pharmacotherapy for obsessive-compulsive disorder.  In Hollander E and Allen A (eds.)  The Psychiatric Clinics of North America: Obsessive-Compulsive Spectrum Disorders, Philadelphia, PA, W.B. Saunders Co., Vol. 23, No. 3, September 2000, pp. 643-656.

380.   Simeon D, Guralnik O, Hazlett EA, Speigel-Cohen J, Hollander E, Buchsbaum MS. Feeling unreal:  a PET study of depersonalization disorder.  Am J Psychiatry 157(11):1782-1788, 2000.

381.   Haznedar MM, Buchsbaum MS, Wei T-C, Hof PR, Cartwright C, Bienstock CA, Hollander E. Limbic circuitry in patients with autism spectrum disorders studied with positron emission tomography and magnetic resonance imaging.  Am J Psychiatry 157(12):1994-2001, 2000.

382.   Vythilingum B, Cartwright C, Hollander E.  Pharmacotherapy of obsessive-compulsive disorder: experience with the selective serotonin reuptake inhibitors.  Int Clin Psychopharmacol Aug; 15 Suppl 2:S7-13, 2000.

383.   Buxbaum JD, Silverman JM, Smith CJ, Kilifarski M, Reichert J, Hollander E, Lawlor BA, Fitzgerald M, Greenberg DA, Davis KL.  Evidence for a susceptibility gene for autism on chromosome 2 and for genetic heterogeneity.  Am J Hum Genet 68:1514-1520, 2001.  Erratum in: Am J Hum Genet 69:470, 2001.

384.   Hollander E, Pallanti S.  5HT1$_D$ function and repetitive behaviors.  Am J Psychiatry 158(6):972-973, 2001.

385.   Buchsbaum MS, Hollander E, Haznedar MM, Tang C, Spiegel-Cohen J, Wei T-C, Solimando A, Buchsbaum BR, Robins D, Bienstock C, Cartwright C, Mosovich S.  Effect of fluoxetine on regional cerebral metabolism in autistic spectrum disorders: a pilot study.  Int J Neuropsychopharmacol 4:119-125, 2001.

386.   Hollander E, Dolgoff-Kaspar R, Cartwright C, Rawitt R, Novotny S.  An open trial of divalproex sodium in autism spectrum disorder.  J Clin Psychiatry 62:530-534, 2001.

387.   Hollander E, Evers M.  New developments in impulsivity.  Lancet 358:949-950, 2001.

388.   Simeon D, Guralnik O, Knutelska M, Hollander E, Schmeidler J.  Hypothalamic-pituitary-adrenal axis dysregulation in depersonalization disorder.  Neuropsychopharmacology 25(5):793-795, 2001.

389.   Mathew SJ, Coplan JD, Perko KA, Goetz RR, de la Neuz M, Hollander E, Liebowitz MR, Fallon BA.  Neuroendocrine predictors of response to intravenous clomipramine therapy for refractory obsessive-compulsive disorder.  Depress Anxiety 14:199-208, 2001.

390.   Silverman JM, Smith CJ, Schmeidler J, Hollander E, Lawlor BA, Fitzgerald M, Buxbaum JD, Delaney K, Galvin P; Autism Genetic Research Exchange Consortium.  Symptom domains in autism and related conditions:  evidence for familiality.  Am J Med Genet 114:64-73, 2002.

391.   Hadley SJ, Greenberg J, Hollander E.  Diagnosis and treatment of body dysmorphic disorder in adolescents.  Curr Psychiatry Rep 4:108-113, 2002.

392.   Hollander E, Bienstock CA, Koran LM, Pallanti S, Marazziti D, Rasmussen SA, Ravizza L, Benkelfat C, Saxena S, Greenberg BD, Sasson Y, Zohar J.  Refractory obsessive-compulsive disorder:  state-of-the-art treatment.  J Clin Psychiatry 63(6):20-29, 2002.

393.   Pallanti S, Hollander E, Bienstock C, Koran L, Leckman J, Marazziti D, Pato M, Stein D, Zohar J; International Treatment Refractory OCD Consortium.  Treatment non-response in OCD: methodological issues and operational definitions.  Int J Neuropsychopharmacol 5:181-191, 2002.

394.   Evers M, Cunningham-Rundles C, Hollander E.  Heat shock protein 90 antibodies in autism.  Mol Psychiatry 7 Suppl 2:S26-8, 2002.

395.   Pallanti S, Quercioli, L, Sood E, Hollander E.  Lithium and valproate treatment of pathological gambling:  a randomized single-blind study.  J Clin Psychiatry 63(7):559-564, 2002.

396.   Pallanti S, Baldini Rossi N, Sood E, Hollander E.  Nefazodone treatment of pathological gambling:  a prospective open-label controlled trial.  J Clin Psychiatry 63:1034-1039, 2002.

397.   Hollander E.  Obsessive-compulsive disorder and spectrum across the life span.  Int J Psychiatry Clin Practice 9(2):79-86, 2005.

398.   DeCaria CM, Pallanti S, Baldini Rossi N, Nora R, Birnbaum M, Hollander E.  Metachlorophenylpiperazine (m-CPP)-induced "high" and prolactin response in pathological gamblers.  Addiction (in review).

399.   Sood ED, Pallanti S, Hollander E.  Serotonin reuptake inhibitors in the treatment of pathological gambling.  Essent Psychopharmacol 5:157-169, 2003.

400.   Hollander E, Novotny S, Hanratty M, Yaffe R, DeCaria CM, Aronowitz BR, Mosovich S. Oxytocin infusion reduces repetitive behaviors in adults with autistic and Asperger's disorders. Neuropsychopharmacology 28:193-198, 2003.

401.   Bandelow B, Zohar J, Hollander E, Kasper S, Moller HJ; World Federation of Societies of Biological Psychiatry Task Force on Treatment Guidelines for Anxiety, Obsessive-Compulsive and Posttraumatic Stress Disorders. World Federation of Societies of Biological Psychiatry (WFSBP) guidelines for the pharmacological treatment of anxiety, obsessive-compulsive and posttraumatic stress disorders. World J Biol Psychiatry 3(4):171-199, 2002.

402.   Allen A, King A, Hollander E. Obsessive-compulsive spectrum disorders. Dialogues Clin Neurosci 5:259-271, 2003.

403.   Hollander E, King A, Delaney K, Smith CJ, Silverman JM. Obsessive-compulsive behaviors in parents of multiplex autism families. Psychiatry Res 117(1):11-16,2003.

404.   Hollander E, Kaplan A, Stahl SM. A double-blind, placebo-controlled trial of clonazepam in obsessive-compulsive disorder. World J Biol Psychiatry 4(1):30-34, 2003.

405.   Hollander E, Kahn, J. Review: in obsessive-compulsive disorder, clomipramine may be more effective than selective serotonin reuptake inhibitors after controlling for other factors . Evid Based Ment Health 6:23, 2003.

406.   Sood ED, Pallanti S, Hollander E. Diagnosis and treatment of pathologic gambling. Curr Psychiatry Rep 5:9-15, 2003.

407.   Hollander E, Tracy KA, Swann AC, Coccaro EF, McElroy SL, Wozniak P, Sommerville KW, Nemeroff CB. Divalproex in the treatment of impulsive aggression: efficacy in cluster B personality disorders. Neuropsychopharmacology 28:1186-1197, 2003.

408.   Hollander E, Friedberg J, Wasserman S, Allen A, Birnbaum M, Koran LM. Venlafaxine in treatment-resistant obsessive-compulsive disorder. J Clin Psychiatry 64:546-550, 2003. Erratum in: J Clin Psychiatry 64:972, 2003.

409.   Hollander E, Koran LM, Goodman WK, Greist JH, Ninan PT, Yang H, Li D, Barbato LM. A double-blind, placebo-controlled study of the efficacy and safety of controlled release fluvoxamine in patients with obsessive-compulsive disorder. J Clin Psychiatry 64:640-647, 2003.

410.   Kaplan A, Hollander E. A review of pharmacologic treatments for obsessive-compulsive disorder. Psychiatr Serv 54(8):1111-8, 2003.

411.   Johnson SM, Hollander E. Evidence that eicosapentaenoic acid is effective in treating autism. J Clin Psychiatry 64(7):848-849, 2003.

412.   Simeon D, Greenberg J, Knutelska M, Schmeidler J, Hollander E. Peritraumatic reactions associated with the World Trade Center disaster. Am J Psychiatry 160:1702-1705, 2003.

413.   Simeon D, Nelson D, Elias R, Greenberg J, Hollander E. Relationship of personality to dissociation and childhood trauma in borderline personality disorder. CNS Spectr 8:755-762, 2003.

414.   Greist JH, Bandelow B, Hollander E, Marazziti D, Montgomery SA, Nutt DJ, Okasha A, Swinson RP, Zohar J; World Council of Anxiety. WCA recommendations for the long-term treatment of obsessive-compulsive disorder in adults. CNS Spectr 8(suppl 1):7-16, 2003.

415.   Pollack MH, Allgulander C, Bandelow B, Cassano GB, Greist JH, Hollander E, Nutt DJ, Okasha A, Swinson RP; World Council of Anxiety.  WCA recommendations for the long-term treatment of panic disorder.  CNS Spectr 8(suppl 1):17-30, 2003.

416.   Stein DJ, Bandelow B, Hollander E, Nutt DJ, Okasha A, Pollack MH, Swinson RP, Zohar J; World Council of Anxiety.  WCA recommendations for the long-term treatment of posttraumatic stress disorder.  CNS Spectr 8(suppl 1):31-39, 2003.

417.   Van Ameringen M, Allgulander C, Bandelow B, Greist JH, Hollander E, Montgomery SA, Nutt DJ, Okasha A, Pollack MH, Stein DJ, Swinson RP; World Council of Anxiety.  WCA recommendations for the long-term treatment of social phobia.  CNS Spectr 8(suppl 1):40-52, 2003.

418.   Allgulander C, Bandelow B, Hollander E, Montogomery SA, Nutt DJ, Okasha A, Pollack MH, Stein DJ, Swinson RP; World Council of Anxiety.  WCA recommendations for the long-term treatment of generalized anxiety disorder.  CNS Spectr 8(suppl 1):53-61, 2003.

419.   Hollander E, Simeon D.  Anxiety disorders.  In Essentials of Clinical Psychiatry, 2nd Edition, Hales RE and Yudofsky SC eds.  Arlington, Va., American Psychiatric Publishing, 2004, pp. 339-422.

420.   Hollander E, Bartz J.  A 48-year-old man with a history of obsessive-compulsive disorder, comorbid bipolar, panic disorders.  Psychiatric Annals 34(11):808-810, 2004.

421.   Hollander E, Evers M.  Review of obsessive-compulsive spectrum disorders: what do we know? where are we going?  Clinical Neuropsychiatry 1(1):32-51, 2004.

422.   Hollander E, Robinson R, Compton D; Autism Clinical Trials Task Force.  New developments in Autism Clinical Trials.  CNS Spectr 9:20-21, 2004.

423.   Hollander E, Phillips A, King BH, Guthrie D, Aman MG, Law P, Owley T, Robinson R.  Impact of recent findings on study design of future autism clinical trials.  CNS Spectr 9:49-56, 2004.

424.   Kaplan A, Hollander E.  Comorbidity in compulsive hoarding: a case report.  CNS Spectr 9:71-73, 2004.

425.   Hollander E, Phillips AT, Yeh C-C.  Targeted treatments for symptom domains in child and adolescent autism.  Lancet 362:732-734, 2003.

426.   Hollander E, Rossi NB, Sood E, Pallanti S.  Risperidone augmentation in treatment-resistant obsessive-compulsive disorder:  a double-blind, placebo-controlled study.  Int J Neuropsychopharmacol 6:397-401, 2003.

427.   Hollander E, Allen A, Steiner M, Wheadon DE, Oakes R, Burnham D; Paroxetine OCD Study Group.  Acute and long-term treatment and prevention of relapse of obsessive-compulsive disorder with paroxetine.  J Clin Psychiatry 64:1113-1121, 2003.

428.   Hollander E. Interview on pathological gambling.  Essent Psychopharmacol 5(3):225-235, 2003.

429.   Simeon D, Knutelska M, Nelson D, Guralnik O.  Feeling unreal: a depersonalization disorder update for 117 cases.  J Clin Psychiatry 64(9):990-997, 2003.

430.   Buxbaum JD, Silverman J, Keddache M, Smith CJ, Hollander E, Ramoz N, Reichert JG.  Linkage analysis for autism in a subset of families with obsessive-compulsive behaviors: evidence for an autism susceptibility gene on chromosome 1 and further support for

susceptibility genes on chromosome 6 and 19.  Mol Psychiatry 9:144-150, 2004.

431.   Pallanti S, Quercioli L, Hollander E.  Social anxiety in outpatients with schizophrenia: a relevant cause of disability.  Am J Psychiatry 161:53-58, 2004.

432.   Allen A, Hollander E.  Similarities and differences between body dysmorphic disorder and other disorders.  Psychiatric Annals 34(12):927-933.

433.   Hazlett EA, Buchsbaum MS, Hsieh P, Haznedar MM, Platholi J, LiCalzi EM, Cartwright C, Hollander E.  Regional glucose metabolism within cortical Brodmann areas in healthy individuals and autism patients.  Neuropsychobiology 49:115-125, 2004.

434.   Novotny S, Hollander E, Phillips A, Allen A, Wasserman S, Iyengar R.  Increased repetitive behaviors and prolactin responsivity to m-chlorophenylpiperazine in adults with autism spectrum disorders.  Int J Neuropsychopharmacol 2004 Sep;7(3):249-54; 2004 May 7:1-6 [Epub ahead of print].

435.   Ramoz N, Reichert JG, Corwin TE, Smith CJ, Silverman JM, Hollander E, Buxbaum JD.  Lack of evidence for association of the serotonin transporter gene, SLC6A4, with autism.  Biol Psychiatry 2006 Apr 6 [Epub ahead of print].

436.   Zohar J, Kennedy JL, Hollander E, Koran LM.  Serotonin-1D hypothesis of obsessive-compulsive disorder: an update.  J Clin Psychiatry 65 Suppl 14:18-21, 2004.  Review.

437.   Pallanti S, Hollander E, Goodman WK.  A qualitative analysis of nonresponse: management of treatment-refractory obsessive-compulsive disorder.  J Clin Psychiatry 65 Suppl 14:6-10, 2004.  Review.

438.   Hollander E, Zohar J.  Beyond refractory obsessions and anxiety states: toward remission.  J Clin Psychiatry 65 Suppl 14:3-5, 2004.

439.   Pallanti S, Hollander E, Goodman WK.  A qualitative analysis of nonresponse: management of treatment-refractory obsessive-compulsive disorder.  J Clin Psychiatry 65 Suppl 14:6-10, 2004.

440.   Zohar J, Kennedy JL, Hollander E, Koran LM.  Serotonin-1D hypothesis of obsessive-compulsive disorder: an update.  J Clin Psychiatry 65 Suppl 14:18-21, 2004.

441.   Rosario-Campos MC, Miguel EC, Quatrano S, Chacon P, Ferrao Y, Findley D, Katsovich L, Scahill L, King R, Woody SR, Tolin D, Hollander E, Kano Y, Leckman JF.  The Dimensional Yale-Brown Obsessive Compulsive Scale (DY-BOCS): an instrument for assessing obsessive-compulsive symptom dimensions.  Mol Psychiatry 2006 Jan 24; [Epub ahead of print].

442.   Anagnostou E, Esposito K, Soorya L, Chaplin W, Wasserman S, Hollander E.  Divalproex vs. placebo reduces irritability associated with fluoxetine treatment in autism.  Int J Neuropsychopharm (in review).

443.   Stein DJ, Hollander E, Swann AC, McElroy SL.  Topiramate: an emerging treatment for disordered impulsivity.  In preparation.

444.   Hollander E, Kaplan A, Pallanti S.  Pharmacological Treatments.  In Pathological Gambling: A Clinical Guide to Treatment, Grant JE, Potenza MN, eds.  Washington, D.C.: American Psychiatric Publishing, Inc., 2004, pp. 189-205.

445.   Simeon D, Greenberg J, Nelson D, Schmeidler J, Hollander E.  Dissociation and posttraumatic stress one year after the World Trade Center disaster: follow-up of a longitudinal survey.  J Clin Psychiatry 66(2):231-7, 2005.

446.     Hollander E, Pallanti S, Allen A, Sood E, Baldini-Rossi N.  Does sustained-release lithium reduce impulsive gambling and affective instability versus placebo in pathological gamblers with bipolar spectrum disorders? Am J Psychiatry 162(1):137-45, 2005.

447.     Hollander E, Swann AC, Coccaro EF, Jiang P, Smith TB.  Impact of trait impulsivity and state aggression on divalproex vs. placebo response in borderline personality disorder.  Am J Psychiatry 162(3):621-4, 2005.

448.     Haznedar MM, Buchsbaum MS, Hazlett E, LiCalzi EM, Cartwright C, Hollander E. Volumetric analysis and 3-dimensional glucose metabolic mapping of the basal ganglia and thalamus in autism spectrum illnesses.  Am J Psychiatry (in review).

449.     Pallanti S, DeCaria CM, Grant JE, Urpe M, Hollander E.  Reliability and validity of the pathological gambling modification of the Yale-Brown Obsessive-Compulsive Scale (PG-YBOCS).  J Gambling Studies 21(4):431-43, 2005.

450.     Hollander E, Soorya L, Wasserman S, Esposito K, Chaplin W, Anagnostou E.  Divalproex sodium vs. placebo in the treatment of repetitive behaviors in autism spectrum disorder.  Int J Neuropsychopharmacol 2005 Aug 15;1-5[Epub ahead of print]; Int J Neuropsychopharmacol 9:209-213, 2006.

451.     Hollander E, Sood E, Pallanti S, Baldini-Rossi, N, Baker B.  Pharmacological treatments of pathological gambling.  J Gambl Stud 21(1):101-110, 2005.

452.     Hollander E, Pallanti S, Baldini Rossi N, Sood E, Baker BR, Buchsbaum M.  Imaging monetary reward in pathological gamblers.  World J Biol Psychiatry 6(2):113-120, 2005.

453.     Haznedar MM, Roversi F, Pallanti S, Baldini-Rossi N, Schnur DB, LiCalzi EM, Tang C, Hof PR, Hollander E, Buchsbaum MS.  Fronto-thalamo-striatal gray and white matter volumes and Anisotropy of their connections in bipolar spectrum illnesses.  Biol Psychiatry 57(7):733-42, 2005.

454.     Hollander E.  Evidence-based therapies in social anxiety disorder (monograph). New York:  Summit Communications, 2006. (in preparation)

455.     Hollander E, Wasserman S, Swanson EN, Chaplin W, Zagursky K, Novotny S. Olanzapine vs. placebo in childhood and adolescent autism:  a double-blind placebo controlled study.  J Am Acad Child Adoles Psychiatry (in review).

456.     Bandelow B, Zohar J, Hollander E, Kasper S, Moller H-J und die WFSBP Task Force on Treatment Guidelines for Anxiety, Obsessive-Compulsive and Posttraumatic Stress Disorders. Medikamentose Behandlung von Angstund Zwangsund posttraumatischen Belastungstorungen. Edition Psychopharmakotherapie.  Stuttgart, Germany: Wissenschaftliche Verlagsgesellschaft mbH Stuttgart, 2005.

457.     Hollander E, Phillips A, Chaplin W, Zagursky K, Novotny S, Wasserman S, Iyengar R. A placebo controlled crossover trial of liquid fluoxetine on repetitive behaviors in childhood and adolescent autism.  Neuropsychopharmacol 30(3):582-9, 2005.

458.     Hollander E, Anagnostou E, Chaplin W, Esposito K, Haznedar MM, LiCalzi EM, Wasserman S, Soorya L, Buchsbaum M.  Striatal volume on magnetic resonance imaging and repetitive behaviors in autism.  Biol Psychiatry 2005 Jun 3 [Epub ahead of print]; Biol Psychiatry 58(3): 226-232, 2005.

459.     Silverman JM, Buxbaum JD, Ramoz N, Reichenberg A, Hollander E, Schmeidler J, Smith CJ, Corwin TE, Kryzak LA.  Autism related routines and rituals associated with a mitochondrial

Aspartate/glutamate carrier polymorphism.  Am J Psychiatry (in review).

460.   Hollander E, Chaplin W, Phillips A, Sumner J, Soorya L, Anagnostou E, Wasserman S. Oxytocin increases social cognition in autism.  Am J Psychiatry (in review).

461.   Kolevzon A, Newcorn JH, Kryzak L, Chaplin W, Watner D, Hollander E, Smith Christopher J, Cook Jr EH, Silverman JM.  The relationship between whole blood serotonin and repetitive behaviors in autism.  Biol Psychiatry (in review).

462.   Dell'Osso B, Hollander E.  The impact of comorbidity on the management of pathological gambling.  CNS Spectr 10(8):619-621, 2005.

463.   Hollander E.  Do you need a psychopharmacologist?  Bottom Line 19(9):13-14, 2005.

464.   Bandelow B, Zohar J, Hollander E, Kasper S, Moller H-J und die WFSBP Task Force on Treatment Guidelines for Anxiety, Obsessive-Compulsive and Posttraumatic Stress Disorders. Medikamentose Behandlung von Angst-und Zwangsund posttraumatischen Belastungsstorungen.: Behandlungsleitlinien der World Federation of Societies of Biological Psychiatry (WFSB). Stuttgart, Germany: Wissenschaftliche Verlagsgesellschaft mbH, 2005.

465.   Hollander E, Sood E, Pallanti S, Baldini-Rossi N, Baker B.  Pharmacological treatments of pathological gambling.  J Gambling Studies 21(1):101-110, 2005.

466.   Hollander E, Dell'Osso B.  Impulse disorders: new developments in an evolving field. Psychiatric Times 22(8):17, 2005.

467.   Dell'Osso B, Altamura AC, Allen A, Hollander E.  Brain stimulation techniques in the treatment of obsessive-compulsive disorder:  current and future directions.  CNS Spectr 10(12):966-79, 2005.

468.   Dell'Osso B, Allen A, Hollander E.  Fluvoxamine: a selective serotonin re-uptake inhibitor for the treatment of obsessive-compulsive disorder.  Expert Opin Pharmacother 6(15):2727-40, 2005.

469.   Dell'Osso B, Allen A, Hollander E.  Comorbidity issues in the pharmacological treatment of pathological gambling: a critical review.  Clin Pract Epidemol Ment Health Oct 10;1:21, 2005.

470.   Sussman, N. (interviewer) Profiles in Psychiatry.  In session with Eric Hollander, M.D. Primary Psychiatry 12(3): 24-27.

471.   Allen A, Hollander E.  Diagnosis and treatment of obsessive-compulsive disorder. Primary Psychiatry 12(12):34-42, 2005.

472.   Hollander E, Dell'osso B.  Advancing the understanding of dysmorphic disorder.  In Maj M, Akiskal HS, Mezzich J, Okasha A, eds,  Somatoform Disorders, Volume 9, NJ: Wiley Publishing, Inc., 2005.

473.   Hollander E, Baker BR, Kahn J, Stein DJ.  Conceptualizing and assessing impulse-control disorders.  In Hollander E, Stein DJ (editors):  Clinical Manual of Impulse Control Disorders. American Psychiatric Publishing, Inc., Washington, DC, 2006, pp. 1-18.

474.   Allen A, Hollander E.  Sexual compulsions.  In Hollander E, Stein DJ (editors):  Clinical Manual of Impulse Control Disorders.  American Psychiatric Publishing, Inc., Washington, DC, 2006, pp. 87-114.

475.    Pallanti S, Baldini Rossi N, Hollander E.  Pathological gambling.  In Hollander E, Stein DJ (editors):  Clinical Manual of Impulse Control Disorders.  American Psychiatric Publishing, Inc., Washington, DC, 2006, pp. 251-289.

476.    Stein DJ, Harvey B, Seedat S, Hollander E.  Treatment of impulse-control disorders.  In Hollander E, Stein DJ (editors):  Clinical Manual of Impulse Control Disorders.  American Psychiatric Publishing, Inc., Washington, DC, 2006, pp. 309-325.

477.    Grant JE, Potenza MN, Hollander E, Cunningham-Williams R, Nurminen T, Smits G, Kallio A.  Multicenter investigation of the opioid antagonist nalmefene in the treatment of pathological gambling.  Am J Psychiatry 163:303-312, 2006.

478.    Simeon D, Knutelska M, Smith L, Baker BR, Hollander E.  A preliminary study of cortisol and norepinephrine reactivity to psychosocial stress in borderline personality disorder with high and low dissociation.  Psychiatric Res (in press).

479.    Simeon D, Hollander E.  Treatment of Personality Disorders.  In Schatzberg AF, Nemeroff CB Essentials of Clinical Psychopharmacology, Second Edition.  American Psychiatric Publishing, Washington, DC, 2006, pp. 689-705.

480.    Ramoz N, Cai G, Reichert JG, Corwin TE, Kryzak L, Smith CJ, Silverman JM, Hollander E, Buxbaum JD.  Family-based association study of TPH1 and TPH2 polymorphisms in autism.  Am J Med Gen 141:B1-7, 2006 (in press).

481.    Bartz JA, Hollander E.  Is obsessive-compulsive disorder an anxiety disorder?  Progress in Neuro-Psychopharmacology & Biological Psychiatry, 2006 Jan 30; [Epub ahead of print].

482.    Simeon D, Hollander E.  Anxiety disorders.  In Simon RI, Hales RE, Textbook of Suicide Assessment and Management.  Washington, D.C.: American Psychiatric Publishing, 2006, p. 313-32.

483.    Dell'Osso B, Nestadt G, Allen A, Hollander E.  Serotonin-norepinephrine reuptake inhibitors in the treatment of obsessive-compulsive disorder:  a critical review.  J Clin Psychiatry 67:600-610, 2006.

484.    Dell'Osso B, Altamura AC, Allen A, Marazziti D, Hollander E.  Epidemiological and clinical updates on impulse control disorders:  a critical review.  European Arch Psychiatry (in press).

485.    Hollander E, Dell'Osso B.  Topiramate plus paroxetine in treatment-resistant obsessive-compulsive disorder.  Int Clin Psychopharmacol 21(3):189-191, 2006.

486.    Wainberg M, Irwin T, Muench F, O'Leary A, Morgenstern J, Parsons J, Hollander E.  Citalopram vs. placebo in the treatment of compulsive secual behaviors in gay and bisexual men.  J Clin Psychiatry 67(12):1968-1973, 2006.

487.    Hollander E, Bartz J, Chaplin W, Phillips AT, Sumner J, Soorya L, Anagnostou E, Wasserman S.  Oxytocin increases retention of social cognition in autism.  Biol Psychiatry (in press).

488.    Anagnostou E, Hollander E.  4 drugs can improve autism's repetitive behaviors:  controlled trials shape evolving treatment approach.  Current Psychiatry 5(4):55-64, 2006.

489.    Hollander E et al.  Serotonin-norepinephrine reuuptake inhibitors in the treatment of obsessive-compulsive disorder:  a critical review.  J Clin Psychiaty 67(4):600-610, 2006.

490.    Hollander E, Alterman R, Dell'Osso B.  Approaching treatment-resistant obsessive-compulsive

disorder with brain stimulation interventions: the state of the art.  <u>Psychiatric Annals</u> 36(7): 480-488, 2006.

491.    Hollander E, Allen A.  Beauty is in the eye of the beholder: new insights in imagined ugliness.  Primary Psychiatry 13(7):37-38, July 2006.

492.    Hadley SJ, Kim S, Priday L, Hollander E.  Pharmacologic treatment of body Dysmorphic disorder.  Primary Psychiatry 13(7):61-69, July 2006.

493.    Hollander E, Swanson E, Anagnostou E, Phillips A, Chaplin W, Wasserman S.  Liquid Fluoxetine versus placebo for repetitive behaviors in childhood autism.  In <u>Progress in Neurotherapeutics and Neuropsychopharmacology</u>, Vol 1.  Cambridge University Press, Cambridge, UK, 2006.

494.    Simeon D, Baker B, Chaplin W, Braun A, Hollander E.  An open-label trial of divalproex extended release in the treatment of borderline personality disorder.  <u>CNS Spectr</u> 12(6): 439-443, 2007

495.    Josephson SC, Hollander E, Sumner J.  Comprehensive treatment of three patients with co-morbid OCPD and ADHD.  <u>CNS Spectr</u> 12(5):338-342, 2007.

496.    Buxbaum JD, Cai G, Chaste P, Nygren G, Goldsmith J, Reichert J, Anckarsater H, Rastam M, Smith CJ, Silverman JM, Hollander E, Leboyer M, Gillberg C, Verloes A, Betancur C.  Mutation screening of the PTEN gene in patients with autism spectrum disorders and Macrocephaly.  <u>Am J Med Genet B Neuropsychiatr Genet</u> 144(4):484-91, 2007.

497.    Autism Genome Project Consortium.  Mapping autism risk loci using genetic linkage and Chromosomal rearrangements.  <u>Nat Genet</u> 39(3):319-328, 2007.

498.    Zohar J, Hollander E, Stein DJ, Westenberg HG; The Cape Town Consensus Group.  Consensus statement.  <u>CNS Spectr</u> 12(2 Suppl 3):59-63, 2007.

499.    Hollander E, Kim S, Khanna S, Pallanti S.  Obsessive-compulsive disorder and obsessive-compulsive spectrum disorders: diagnostic and dimensional issues.  <u>CNS Spectr</u> 12(2 Suppl 3):5-13, 2007.

500.    Muench F, Morgenstern J, O'Leary AO, Parsons JT, Hollander E, Wainberg ML, Lai B, Irwin T.  The consequences of compulsive sexual behavior: the preliminary reliability and validity of the Compulsive sexual behavior consequences scale.  <u>J Sexual Addiction & Compulsivity</u> (in press).

501.    Silverman JM, Buxbaum JD, Ramoz N, Schmeidler J, Reichenberg A, Hollander E, Angelo G, Smith CJ, Kryzak LA.  Autism related routines and rituals associated with a mitochondrial Aspartate/glutamate carrier SLC25A12 polymorphism.  Am J Med Genetics (Neuropsychiatric Genetics).  In press.

502.    Dell'Osso B, Mundo E, Buoli M, Hollander E, Altamura AC.  Disturbo ossessivo-compulsivo e disturbi correlate:  aggiornamenti clinico-biologici e indicazioni future.  <u>Minerva Psichiatr</u> 48:195-210, 2007.

503.    Dell'Osso B, Marazziti D, Hollander E, Altamura AC.  Traditional and newer impulse control disorders:  a clinical update.  <u>Clinical Neuropsychiatry</u> 4(1):30-38, 2007.

Books:

1.    Hollander E (editor):  <u>Obsessive-Compulsive Related Disorders</u>.  American Psychiatric Press, Inc.  Washington, DC, 1993.

2.    Hollander E, Zohar J, Marazziti D, Olivier B (editors):  Current Insights in Obsessive Compulsive Disorder.  John Wiley and Sons, Ltd.  Sussex, England, 1994.

3.    Hollander E, Stein DJ (editors):  Impulsivity and Aggression.  John Wiley and Sons, Ltd., Sussex, England, 1995.

4.    Oldham JO, Hollander E, Skodol A (editors):  Impulsivity and Compulsivity.  American Psychiatric Press, Inc., Washington, DC, 1995.

5.    Sanchez-Plannell J, Hollander E (editors):  Controversies in Dysmorphophobia and Body Dysmorphic Disorder.  American Psychiatric Press, Inc., Washington, DC (in press).

6.    Hollander E, Stein DJ (editors):  Obsessive Compulsive Disorders.  Marcel Dekker, Inc., New York, NY, 1997.

7.    Stein DJ, Hollander E (editors):  Trichotillomania:  New Developments.  American Psychiatric Press, Inc., Washington, DC, 1999.

8.    Simeon D, Hollander E (editors):  Self-Injurious Behaviors:  Assessment and Treatment. American Psychiatric Press, Inc., Washington, DC, 2001.

9.    Hollander E, Wong CM: Contemporary Diagnosis and Management of Depression, Anxiety, and Obsessive-Compulsive Disorders.  Handbooks in Health Care Company, 2000.

10.   Summers M, with Eric Hollander, M.D.:  Everything In Its Place:  My Trials and Triumphs With Obsessive Compulsive Disorder.  Penguin Putnam, New York, 1999.

11.   Stein DJ and Hollander E.  Anxiety disorders comorbid with depression:  social anxiety disorder, post-traumatic stress disorder, generalized anxiety disorder and obsessive-compulsive disorder. Martin Dunitz Ltd., London, England, 2002.

12.   Hollander E, Simeon D.  Concise Guide to Anxiety Disorders.  American Psychiatric Publishing Inc., Washington, D.C., 2003.

13.   Stein DJ, Hollander E (editors):  Textbook of Anxiety Disorders.  American Psychiatric Publishing, Inc., Washington, DC, 2002.

14.   Stein DJ, Hollander E (editors):  Tratado de los Trastornos de Ansiedad.  Ars Medica, Barcelona, Spain, 2004.

15.   Hollander E (editor): Autism Spectrum Disorders. Marcel Dekker, Inc., New York, 2003.

16.   Hollander E, Evers M (editor):  Contemporary Diagnosis and Management of Mood and Anxiety Disorders.  Handbooks In Health Care Company, 2003.

17.   Hollander E, Bakalar N.  Coping with Social Anxiety:  The Definitive Guide to Effective Treatment Options.  Henry Holt and Company, New York, 2005.

18.   Hollander E, Stein DJ (editors):  Clinical Manual of Impulse Control Disorders.  American Psychiatric Publishing, Inc., Washington, DC, 2006.

19.   Hollander E, Anagnostou E (editors):  Clinical Manual for the Treatment of Autism.  American Psychiatric Publishing, Inc., Washington, DC, 2007.

20.   Hollander E, Simeon D: <u>Anxiety Disorders</u> in <u>Board Prep and Review Guide for Psychiatry</u>.
      American Psychiatric Publishing, Inc., Washington, DC, 2006.

# Exhibit C

CV of Dr. McGinity

# CURRICULUM VITAE

## *James William McGinity*
### *Professor of Pharmaceutics*
### *College of Pharmacy*
### *The University of Texas at Austin*
### *Austin, Texas  78712-1074*

I.      <u>Personal</u>

    Born in Brisbane, Australia.  Citizen of the United States. Married; two children.

II.      <u>Education</u>

    B. Pharm. degree in December, 1967, from the University of Queensland, Brisbane, Australia.   Graduated with the Ph.D. degree in Physical Pharmacy from the University of Iowa in May, 1972.  Major Professor was John L. Lach, Ph.D. Short Courses - "Cosmetic Technology" at Columbia University.

III.      <u>Positions Held</u>

    June 12, 1972 to September 30, 1973 - Research Investigator for E.R. Squibb and Sons, New Brunswick, New Jersey.

    October, 1973 to August, 1976 - Associate Professor of Pharmacy at the School of Pharmacy, Texas Southern University, Houston, Texas.

    August, 1976 to August, 1979 - Assistant Professor of Pharmacy, College of Pharmacy, University of Texas at Austin, Austin, Texas.

    September 1, 1979 to August 31, 1985 - Associate Professor of Pharmacy, College of Pharmacy, University of Texas at Austin, Austin, Texas.

    September 1, 1979 to July 2000 - Assistant Director of the Drug Dynamics Institute, University of Texas at Austin, Austin, Texas.

    July 2000 to present-Director of the Drug Dynamics Institute, University of Texas at Austin, Austin, Texas.

    Appointed to the position of Area Coordinator for the Pharmaceutics Area effective September 1, 1982 and Division Head of Pharmaceutics, January, 1983-August 2007.

    September 1, 1985 to present - Professor of Pharmacy, College of Pharmacy, University of Texas at Austin, Austin, Texas.

IV.    Graduate and Undergraduate Courses Presented

    Product Development, PHR 381D, (Graduate Class) – UT Austin
    Advanced Manufacturing Pharmacy, PHR 381G (Graduate Class) – UT Austin
    Advanced Pharmaceutical Processes, PHR 380Q (Graduate Class) – UT Austin
    Recent Advances in Pharmaceutics, PHR 382R (Graduate Class) – UT Austin
    Pharmaceutical Dosage Forms, PHR 356C
    Pharmaceutics I, Lab and Calculations, PHR 133K - UT Austin
    Basic Manufacturing Pharmacy, PHR 266K - UT Austin
    Sterile Pharmaceutical Preparations, PHR 357 - UT Austin
    Pharmaceutics I, PHR 356C and PHR 156P - UT Austin
    PHR 363, PHR 225K and PHR 380M - UT Austin
       Lectures were also presented in the following courses–
          "Pharmacy Orientation" and "Clinical Toxicology" - TSU

V.    Professional Memberships

| | |
|---|---|
| Society of Cosmetic Chemists | 1972-1973 |
| American Pharmaceutical Association | 1969-Present |
| American Association of Pharmaceutical Scientists | 1985-Present |
| (Divisions of Basic Pharmaceutics and Industrial Pharmaceutical Technology) | |
| Rho Chi (Pharmacy Honorary Society) | 1970-Present |
| Phi Lambda Upsilon (Chemistry Honorary Society) | 1971-Present |
| Phi Delta Chi (Pharmacy Professional Fraternity) | 1976-Present |
| Member of the Drug Dynamics Institute, College of Pharmacy, University of Texas | 1974-Present |
| Director of the Drug Dynamics Institute College of Pharmacy, University of Texas | 1995-Present |

VI.    Current Research Interests

1.    Several new techniques to microencapsulate drugs using biodegradable polymers have been developed.  These formulations are currently under investigation along with the various parameters influencing loading dose, drug release characteristics and physico-chemical properties.

2.    Topical Drug Delivery Systems:  Studies with these systems have been concerned with the physical and chemical factors that influence the in vitro diffusion of drug from each vehicle.  Emulsion technology with particular emphasis on micro and multiple emulsion systems.

2

3.  Applications of hot-melt extrusion in the design of pharmaceutical dosage forms.

4.  Sustained-Release Tablets:  Novel controlled-release products have been designed and tested for their release properties <u>in</u> <u>vitro</u>.  Mechanisms of drug release are also being investigated.

5.  Study of the chemical, physical and physico-mechanical properties of polymeric delivery systems including drug delivery by the oral, parenteral and topical routes of administration.

6.  Film coating technology using aqueous and alcoholic systems.  Physico-chemical properties of polymers and processing considerations.

VII.  <u>Honors and Awards</u>

1.  Received award (monetary) for the highest grade in Pharmaceutical Chemistry in final undergraduate year, University of Queensland, 1967.

2.  Recipient of the Lederle Research Award at Texas Southern University for 1974 and 1975.

3.  Listed in the 1975 awards volume of "Outstanding Educators of America."

4.  Listed in the 1976 and 1978 volumes of "Who's Who in the South and Southwest."

5.  Elected to the position of National Secretary for the Basic Pharmaceutics Section of the American Pharmaceutical Association, 1981-1983.

6.  Listed in the 1978-79 volume of "Personalities of the South."

7.  Listed in the 1979-80 volume of "Dictionary of International Biography."

8.  Listed in the first edition of "Personalities of America 1978-80."

9.  Johnson & Johnson Centennial Chair in Pharmacy, 1985-present

10. Fellow of AAPS, 1990.

11. North American Editor for *European Journal of Pharmaceutics and Biopharmaceutics*, 1995.

12. Co-Editor for *European Journal of Pharmaceutics and Biopharmaceutics*, 1996.

13. Chairman of the AAPS Fellows Selection Committee, 1999.

3

14.     Nominated for the 1999 Glaxo Wellcome International Achievement Award that is presented by the Royal Pharmaceutical Society of Great Britain.

15.     Recipient of the 1999 Pharmaceutical Preparation and Particle Design (PPD) Award presented by the Society of Powder Technology Japan.

16.     Feng Zhang, graduate student under the directorship of Dr. McGinity, received the Outstanding Dissertation Award in the Division of Engineering and Materials Sciences from the University of Texas of Austin. (2000). This is the first time a graduate student in Pharmacy has received this award.

17.     Recipient of the APSTJ 2004 Takeru & Aya Higuchi Memorial Lectureship that is presented by The Academy of Pharmaceutical Science and Technology Japan, in July 2004 in Kisarazu, Japan.

18.     Recipient of the 2005 Research Achievement Award in Pharmaceutical Technologies that is presented by the American Association of Pharmaceutical Scientists.

19.     Recipient of the 2006 *Drug Development and Industrial Pharmacy* Outstanding Paper Award for "Controlled Release of a Poorly Water-Soluble Drug from Hot-Melt Extrudates Containing Acrylic Polymers" Yucun Zhu;  Navnit H. Shah;  A. Waseem Malick;  Martin H. Infeld;  James W. McGinity.

VIII.   <u>Committees</u>

1.     Seminar Chairman and Coordinator for the Squibb Institute for Medical Research (Pharm. R & D) 1972-1973.

2.     Curriculum Committee 1974 & 1975.

3.     Library Committee 1975.

4.     Liaison Officer for the American Journal of Pharmaceutical Education, News Section 1974-1976.

5.     Admissions Committee 1976, 1977, 1981, 1982.

6.     Safety Committee 1976-1977.

7.     Subcommittee on Graduate Student Recruitment 1976-present.

8.     Curriculum Committee 1977-1980.

9.     Ad Hoc Committee on Combined Degree Programs 1977-1978.

10.    Minority Recruitment Committee (College of Pharmacy Representative on this University committee 1976-1978).

11.    Member of Steering and Monograph Committee (Academy of Pharmaceutical Sciences) "Codex of Pharmaceutical Excipients" 1977-1980.

12.    Equipment Committee 1980-1989.

13.    Academic Performance Committee 1981-1983.

14.    Administrative and Coordinating Subcommitttee 1982-1984.

15.    Regulations and Scientific Policy Committee, Academy of Pharmaceutical Sciences 1982-1984.

16.    National Secretary for the Basic Pharmaceutics Section of the American Pharmaceutical Association 1981-1983.

17.    Program chairman for the 1983 Arden House Conference, a major conference sponsored by the I.P.T. section of the Academy of Pharmaceutical Sciences.  Conference title:  "Microparticulate Drug Delivery Systems."

18.    UT College of Pharmacy Representative to "Pharmat" 1981-1982.

19.    Member of IIPC - 1980-1985.

20.    Equipment Committee 1980-present.  Committee Chairman, 1988-present

21.    Program Committee for the Basic Pharmaceutics Section of the APhA Academy of Pharmaceutical Sciences Midwest Regional meetings

22.    Program Committee member of the Pharmaceutical Technology Section of the AAPS - annual meetings 1990 & 1991.

23.    Member of AAPS Fellows Selection Committee, 1995-1998.

24.    Member of Intellectual Property Committee, The University of Texas at Austin, 1994-2003.

25.    Member of the U.S.P. committee on polymeric excipients. 1995-1997.

26.    Chairman of the space committee, College of Pharmacy, The University of Texas at Austin, 1995-present.

27.     Member of faculty development committee, College of Pharmacy, The University of Texas at Austin. 1995-present.

28.     Chairman of Self Study Subcommittee on College Resources, 1996-97

29.     Chairman of AAPS Fellows Selection Committee, 1999.

30.     Member of the PDD Research Achievement Award Selection Committee, 1999.

31.     Member of the HØst Madsen Award Selection Committee for the International Pharmaceutical Association.  The award is made available by the Danish Pharmaceutical Association to an eminent pharmaceutical scientist, 1999.

32.     Member of the search committee for the new Director of Intellectual Property. 2003

33.     Member of AAPS PharmSciTech Oustanding Publication award, member of the committee 2003.

34.     Member of the AAPS Books Program Review Team 2003.

35.     Member, AAPS Pharmaceutical Technology Education Committee, 2004-2005.

36.     Member of the Editorial Board for *The Journal of Pharmaceutical Sciences* (January 2005-December 2007).


IX.     Consultantships

        List available on request.


X.      International Presentations

        1.      Third International Symposium on Microencapsulation, Tokyo, Japan. September, 1976.

        2.      First through Fifth International Conferences on Pharmaceutical Technology,  (APGI) Paris, France.  1977, 1980, 1983, 1986 & 1989.

        3.      First International Conference on Powder Technology and Pharmacy, Basel, Switzerland.  June, 1978.

4.      Fourth International Symposium on Microencapsulation, Miami Beach, Florida, U.S.A.  March, 1979.

5.      First British Pharmaceutical Technology Conference, London, England. April, 1980.

6.      Australian Pharmaceutical Science Conference and the Annual Meeting of the Australia and New Zealand Association for the Advancement of Science, Adelaide, Australia.  May, 1980.  Royal Australian Chemical Institute, Sydney, Australia.  May, 1980.

7.      International Symposium on Powder Technology, Kyoto, Japan. September, 1981.

8.      Second British Pharmaceutical Technology Conference, London, England. April, 1982.

9.      Twenty-second Annual International Industrial Pharmacy Conference, Texas, U.S.A.  February, 1983.

10.     Fourth British Pharmaceutical Technology Conference, Edinburgh, Scotland.  April, 1984 (Member of International Review Board).

11.     Rohm Pharma Co., Darmstadt, West Germany.  1984, 1986, 1987, 1988, 1989, 1990,  & 1991.

12.     Eudragit Symposium, Rohm Pharma Co., Darmstadt, West Germany. May, 1985.

13.     Synthelabo Corp., Paris, France, June, 1985.

14.     Kiel University, Kiel, West Germany, February, 1990.

15.     Second World Congress on Particle Technology, Kyoto, Japan, September 1990.

16.     International Conference on Aqueous Polymeric Coating Systems and Related Techniques, Gifu, Japan, September 1990.

17.     SmithKline Beecham Laboratories, Worthing, England, Short Course - "Compaction Technology", April, 1991.

18.     "Eudragit Symposium", Tokyo & Osaka, Japan, November, 1992.

19.     "Polymeric Dispersions for Aqueous Film Coating: Physical-Chemical Properties and Processing Considerations", presented at the symposium "Advances in Delivery of Therapeutic and Diagnostic Agents", Sydney, Australia, December 1992.

7

20.     The 12th Pharmaceutical Technology Conference, Elsinore, Denmark, March, 1993.

21.     9th Annual Microencapsulation Conference, Ankara, Turkey, September 1993.

22.     13th Pharmaceutical Technology Conference, Strasbourg, France, April 1994.

23.     14th Pharmaceutical Technology Conference, Barcelona, Spain, April 1995.

24.     1st World Meeting on Pharmaceutics, Budapest, Hungary, May 1995.

25.     10th International Symposium on Microencapsulation, Austin, Texas, September 1995, Chairman

26.     APV Conference, Mainz, Germany, March '96.

27.     Microencapsulation Mini-Symposium, St. Petersburg, Russia, September '96.

28.     International Biotechnology Meeting, George R. Brown Convention Center, Houston, TX, June '97.

29.     Particulate Powder Design Award Symposium, Hamamatsu, Japan, October '99.

30.     APV/APGI 9th International Conference on Pharmaceutical Technology, Berlin, Germany, April 2000.

31.     "Dry Powder Coating: A Novel Technique for Film Coating Solid Substrates", 29th Conference on Pharmaceutical Technology (sponsored by The Academy of Pharmaceutical Science and Technology, Japan), Kisarazu, Japan, July 2004

32.     "Melt Extrusion and Controlled Release", 41st Annual Pharmaceutical Technologies Arden Conference-Oral Controlled Release Development and Technology, AAPS, West Point, NY, January 2006.

33.     "Influence of Processing on the Properties of Pharmaceutical Dosage Forms Containing Acrylic Polymers: Hot-Melt Extrusion or Film Coating", Rohm Pharma, Darmstadt, Germany, March 2006.

34.     "Curing of Eudragit RL and RS Coatings", "Thermal Processing of Pharmaceutical Powders", "Microencapsulation Technology", "Dry Powder Coating: A Novel Technique for Film Coating Solid Substrates", "Pharmaceutical Patents", "Formulation Design—Application of

Principles of Materials Science", lectures presented at the University of Navarro, College of Pharmacy, Navarro, Spain, May 15-June 3, 2006.

35. "Thermal Processing of Pharmaceutical Powders" presented at Astellas, Shizuoka, Japan, July 17, 2006.

36. "Thermal Processing of Pharmaceutical Powders" presented at Dainippon Sumitomo Pharm, in Osaka, Japan, July 18, 2006.

37. "Pharmaceutical Patents" presented at Aichi Gakuin University, Nagoya, Japan, July 2006.

38. "Physicochemical Factors Influencing Drug Release From Solid Dosage Forms Film Coated by Either a Wet or a Dry Process" presented at The 4th New Pharmaceutical Technology and Engineering Conference, Tokyo, Japan, July 20, 2006.

39. "Physical and Chemical Properties of Melt Extruded Polymeric Drug Delivery Systems", 1st International Symposium on Hot Melt Extrusion, March 21-22, 2007, DeGussa, Frankfurt, Germany.

40. "Novel Approaches to Prevent Physical Aging of Acrylic Polymers", 8th EUDRAGIT® Workshop, April 10-11, 2007, DeGussa, New Brunswick, NJ.

41. "Physical and Chemical Properties of Melt Extruded Polymeric Drug Delivery Systems", 2nd International Symposium on Hot Melt Extrusion, Nuremberg, Germany, September 2007.

42. "Factors Influencing the Selection of Components and Processing Equipment for Pharmaceutical Applications of Hot Melt Extrusion" APV Conference, Ludwigschafen, Germany, March 2008.

XI.   Referee for the Following Journals

1.   Journal of Pharmaceutical Sciences

2.   Science

3.   Pharmacology Biochemistry and Behavior

4.   International Journal of Pharmaceutics

5.    Journal of Microencapsulation
      (Member of International Board of Editors)

6.    Pharmaceutical Research

7.    Journal of Membrane Science

8.    Life Sciences

9.    S.T.P. Pharma Sciences (France)
      (Member of Editorial Board)

10.   Sciences Techniques et Pratiques Pharmaceuticques (Fr.)

11.   Journal of Controlled Release

12.   European Journal of Pharmaceutics and Biopharmaceutics – USA Editor

13.   International Journal of Pharmaceutical Compounding

14.   Drug Development and Industrial Pharmacy
      (Member of Editorial Board)

15.   Pharmaceutical Development and Technology
      (Member of Editorial Board)

16.   Drug Delivery Technology
      (Member of Editorial Advisory Board)

17.   European Journal of Pharmaceutics
      (Member of Editorial Board)

18.   Journal of Pharmacy and Pharmacology

19.   European Journal of Pharmaceutical Sciences
      (Member of Editorial Board)

20.   Tablets and Capsules Magazine
      (Member of Editorial Advisory Board 2003)

21.   Current Drug Delivery

22.   AAPS PharmSci Tech

23.   Biomaterials

24.   Journal of Applied Polymer Science

25.   Journal of Drug Delivery Science and Technology

XII.   <u>Personnel Supervised</u>

1.   Michael R. Harris, Ph.D.  (May, 1981)  Director, Warner Lambert Corp., Morris Plains, New Jersey.

2.   George W. Cuff, Ph.D.  (May, 1982)  Senior Research Scientist, Eli Lilly Co., Indianapolis, Indiana.

3.   Janet C. Walkow, Ph.D.  (August, 1982)  Manager, Rorer Pharmaceuticals, Pennsylvania

4.   Chi-Tze Ku, M.S.  (May, 1983)  Research Chemist, Bristol Myers Squibb, New Brunswick, N.J.

5.   Juliette Castillo, M.S.  (May, 1983)  Lecturer, University of Honduras.

6.   Professor N.T. Naidoo, Ph.D.  (1981-1982)  Post-doctoral Research Scholar, Rhodes University, Grahamstown, South Africa.

7.   Philippe Maincent, Ph.D.  (1981-1983) Post-doctoral Research Fellow from the University of Paris, SUD, France.  Presently  Professor, Nancy University, France.

8.   Masaki Yamamoto  (1982-1983) Visiting Scientist, Takeda Chemical Industries, Osaka, Japan.

9.   Kenzo Ichizuka  (1983-1984) Takeda Chemical Industries, Osaka, Japan, Visiting Scientist.

10.  Claud G. Cameron, Ph.D. (May, 1986) Watson Laboratories, Corona, CA.

11.  Robert O. Williams, III, Ph.D.  (Dec., 1986) Associate Professor, College of Pharmacy, The University of Texas at Austin, Austin, Texas.

12.  Steven M. Liebowitz, Ph.D.  (1986) Visiting Scientist, Senior Research Scientist, Schering Corp., Kenilworth, NJ

13.  Roland Bodmeier, Ph.D. (Dec., 1986) Professor, University of Berlin, Berlin, Germany.

14.  Kuei-Tu Chang,  Ph.D. (Dec. 1986) Senior Research Director, Rexall Sundown, Boca Raton, Florida.

15.  Rafael E. Sarabia, Ph.D., (1985-86) VP, Research & Development, Cima Laboratories, Eden Prairie, Minnesota.

11

16.     George Woo, Ph.D. (May 1988) Research Scientist, Westwood
        Pharmaceuticals, New York.

17.     Susan Ashley, Ph.D. (May 1988)  Research Scientist, Merck Sharp &
        Dohme, West Point, PA.

18.     Jay Thiele, Ph.D. (Dec., 1988) Director of Process Development, Genta
        Inc., San Diego, CA.

19.     Mark Schulze, Ph.D. , (Dec., 1989) Research Scientist, Glaxo, Inc., North
        Carolina

20.     Mark Coffin, Ph.D.  (Dec. 1990) Research Scientist, Glaxo, Inc., North
        Carolina

21.     Michelle Jenquin, Ph.D., (Dec., 1990) Research Scientist, Rhone-Poulenc
        Rorer Pharmaceuticals, Horsham, Pennsylvania

22.     Motokazu Iwata, (1990-91) Visiting Scientist, Dainippon Corp., Osaka,
        Japan

23.     Marcelo Omelczuk, Ph.D., (Dec. 1991) Research Scientist, Sandoz Inc.,
        East Hanover, N.J.

24.     Sakae Obara, Ph.D., (1992-93) Visiting Scientist, Shin-Etsu Chemical Co.,
        Ltd., Tokyo, Japan

25.     Jose Gutierrez-Rocca, Ph.D. (May 1993) Professor at University of South
        Miami, Florida

26.     Steven E. Frisbee, Ph.D., (Dec. 1994), Senior Research Scientist, Biovail
        Technologies, Ltd., Chantilly, Virginia.

27.     Carolyn Aitken Nichol, Ph.D., Postdoctoral Fellow, (1994-1995),
        Assistant Professor, M.D. Anderson Cancer Center, Houston, Texas.

28.     Unchallee Kositprapa, Ph.D., Research Scientist, (1996) Cima
        Laboratories,   Brooklyn Park, Minnesota.

29.     Julia Schulze, Visiting Scientist, (1997-1998), University of Berlin, Berlin,
        Germany.

30.     Stephan Promeluk, (1997) Visiting Scientist, Germany.

31.     Chen-Chao Wang, Ph.D., Senior Scientist, (1997) Therics Inc.,
        Princeton, New Jersey.

32.     Linda Felton, Ph.D., Assistant Professor, (1997) University of New
        Mexico, Albuquerque, New Mexico.

12

33.     Maria Frohoff Hülsmann, Visiting Scientist (1997), Heinrich-Heine-Universität, Dusseldorf, Germany.

34.     Stefanie Bendels, Visiting Scientist, (1997), University of Berlin, Berlin, Germany.

35.     Patrick O'Donnell, Ph.D., Research Scientist, (1997), Ligand Pharmaceuticals, San Diego, California.

36.     Olaf Zindler, Visiting, Scientist (1998-1999), University of Berlin, Berlin, Germany.

37.     Chuanbin Wu, Ph.D., (1999) Manager, Research & Development, Watson Foods Co., Inc, New Haven, Connecticut.

38.     Feng Zhang, Ph.D., Research Scientist, (1999), PharmaForm L.L.C., Dallas, Texas.

39.     Christelle Anquez, Visiting Scientist, (1999), University of Nancy, Nancy, France.

40.     Toru Maejima, Visiting Scientist, (1999), Tanabe Seiyaki Co. Ltd, Japan.

41.     Motonori Kidokoro, Visiting Scientist, (1999), Daiichi Pharmaceutical Co., Ltd., Japan.

42.     Karl Wagner, Ph.D., Visiting Scientist, (2000), Eberhard-Karls-Universität Tübingen, Tübingen, Germany.

43.     Michael A. Repka, Ph.D., (2000), Assistant Professor, University of Mississippi, Oxford, Mississippi.

44.     Eva Gonzalez, Visiting Scientist (2000), Universidad de Santiago de Compostela, Santiago de Compostela, Spain.

45.     Britta Schroeder, Visiting Scientist (2001-02), Freie Universität, Berlin, Germany.

46.     Yucun Zhu, Ph.D. (2002), Research Scientist, KOS Pharmaceuticals, Florida.

47.     L. Diane Bruce, Ph.D. (2002), Research Scientist, Quintilles, Kansas City, Kansas.

48.     John J. Koleng, Ph.D. (2002), Research Scientist, PharmaForm, L.L.C., Dallas, Texas.

13

49.     Caroline Dietzche, Visiting Scientist, (2002), Freie Universität, Berlin, Germany.

50.     Dorothea Sauer, Visiting Scientist. (2002), Freie Universitat, Berlin, Germany.

51.     Anke Fredersdorf, Visiting Scientist, (2003-2003), Freie Universitat, Berlin, Germany.

52.     Michael Crowley, Ph.D. (2003), Research Scientist, PharmaForm, L.L.C.., Dallas, Texas.

53.     Matteo Cerea, Visiting Scientist, (2002-2003), University of Milan, Milan, Italy.

54.     Kevin Kiehm, Visiting Scientist (2003), Goethe University, Frankfurt, Germany.

55.     Anke Reidel, Visiting Scientist (2003), Leipzig Universitat, Leipzig, Germany.

56.     Mamoru Fukuda, Visiting Scientist (2003-2005), Kyorin Pharmaceutical Company, Japan.

57.     Hiroto Onishi, Visiting Scientist (2003-2004), Hoshi University, Japan.

58.     Hiroto Bando, Visiting Scientist (2004-2005), Takeda Chemical Industries, Inc, Japan.

59.     Weijia Zheng, Ph.D. (2004), Research Scientist, Novartis, Cambridge, Massachusetts.

60.     Christopher Young, Ph.D. (2004), Research Scientist, Vertex Pharmaceuticals, Boston, Massachusetts.

61.     Sandra Schilling, Visiting Scientist (2004-2005), Freie Universitat, Berlin.

62.     Gavin Andrews, Ph.D., Visiting Scientist (2005), Queen's University of Belfast, U.K.

63.     Doreen Stimpel, Visiting Scientist (2006), Freie Universitat-Berlin, Germany.

64.     Stephanie Bosselmann, Visiting Scientist (2006), Freie Universitat-Berlin, Germany.

65.     Johan Unga, Visiting Scientist (2006), Chalmers University of Technology, Goteborg, Sweden.

66.  Claudia Tessman, Visiting Scientist (2006-2007), Freie Universitat-Berlin, Germany.

67.  Dave Miller, Ph.D. (2007), Research Scientist, Hoffman LaRoche, Nutley, NJ.

68.  Shawn Kucera, Ph.D. (2007), Senior Research Scientist, Evonik/DeGussa, Piscataway, NJ.

69.  Caroline Dietzsch Bruce, Ph.D. (2008), Research Scientist, PharmaForm LLC, Austin, TX.

70.  Dorothea Sauer, Ph.D. (2008), Research Scientist, Abbott Laboratories, Chicago, IL.

71.  Lonique Coots, (2008), Master's of Science in Pharmaceutics.


Students Currently Being Supervised
        James DiNunzio, Ph.D. Candidate
        Justin Hughey, Ph.D. Candidate
        Sandra Schilling, Ph.D. Candidate
        Alan Watts, Ph.D. Candidate


XIII.  Publications

1.  J.W. McGinity, J.A. Hill and A.L. La Via, "Influence of Peroxide Impurities in Polyethylene Glycols on Drug Stability," Journal of Pharmaceutical Sciences, 64, 356-357 (1975).

2.  J.W. McGinity, A.B. Combs and A.N. Martin, "An Improved Method for Microencapsulation of Soluble Pharmaceuticals," Journal of Pharmaceutical Sciences, 64, 889-890 (1975).

3.  J.W. McGinity and R.L. Brown, "Stabilizing Effect of Inorganic Phosphate Salts on Antibiotic-Steroid Ophthalmic Preparations," Journal of Pharmaceutical Sciences, 64, 1566-1568 (1975).

4.  J.W. McGinity and J.A. Hill, "Influence of Monovalent and Divalent Electrolytes on Sorption of Neomycin Sulfate to Attapulgite and

Montmorillonite Clays,"Journal of Pharmaceutical Sciences , 64, 1566-1568 (1975).

5.   J.W. McGinity, D.D. Maness and G.J. Yakatan, "The Influence of Various Dispersion Methods on the Rate of Dissolution of Sulfabenzamide," Drug Development Communications, 1(5), 369-387 (1974-1975).

6.   J.W. McGinity and J.L. Lach, "In Vitro Adsorption Studies of Various Pharmaceuticals to Montmorillonite," Journal of Pharmaceutical Sciences, 65, 896-902 (1976).

7.   J.W. McGinity, T.R. Patel, A.H. Naqvi and J.A. Hill, "Implications of Peroxide Formation in Lotion and Ointment Dosage Forms Containing Polyethylene Glycols," Drug Development Communications, 2, 505-519 (1976).

8.   J.W. McGinity and J.L. Lach, "Sustained-Release Applications of Montomorillonite Interactions with Amphetamine," Journal of Pharmaceutical Sciences, 66, 63-66 (1977).

9.   J.W. McGinity and C.S. Mehta, "Chronic Administration of Cyanide: Urinary Excretion of Thiocyanate in Male and Female Rats," Acta Pharmacol. et Toxicol., 41, 49-52 (1977).

10.  M.J. Akers, R.D. Schoenwald and J.W. McGinity, "Practical Aspects of Ophthalmic Drug Development," Drug Development and Industrial Pharmacy, 3, 185-217 (1977).

11.  T.P. Faulkner, J.W. McGinity, J.H. Hayden, M. Martinez and E.G. Comstock, "Pharmacokinetic Studies on Tolerance to Multiple Doses of Sedative-Hypnotics in a Poly-Drug Abuse Population I. Secobarbital, "J. Clin. Pharm. and Therap., 23, 36-46 (1978).

12.  J.W. McGinity, "Solving Dissolution Problems with Solid Dispersions," Journal of Pharmaceutical Technology, 2, (3), 50-54 (1978).

13.  C.K. Erickson, K.I. Koch, C.S. Mehta and J.W. McGinity, "Chronic Alcohol Release:  Subcutaneous Silastic Implants in Mice," Science, 199, 1457-1459 (1978).

14.  C.K. Erickson, K.I. Koch, C.S. Mehta and J.W. McGinity, "Chronic Dependence with a Sustained Ethanol Release Implant in Mice," Life Science, 22, 1745-1754 (1978).

15.  J.W. McGinity and C.S. Mehta, "Preparation and Evaluation of a Sustained Morphine Delivery System in Rats," Pharmacol. Biochem. Behav., 9, 705-708 (1978).

16

16.   J. Newburger, S. Hayes, M. Ruff and J.W. McGinity, "Determination of Sodium Chloride Equivalents by Osmometry," Drug Development and Industrial Pharmacy, 5(2), 93-105 (1979).

17.   J.W. McGinity, L.A. Hunke and A.B. Combs, "Effect of Water Soluble Carriers on the Release of Morphine Sulfate from a Silicone Polymer," Journal of Pharmaceutical Sciences, 68, 662-664 (1979).

18.   T.P. Faulkner, J.W. McGinity et al., "Pharmacokinetic Studies on Tolerance to Multiple Doses of Sedative-Hypnotics in a Poly-Drug Abuse Population II. Secobarbital - Amobarbital," Journal of Clinical Pharmacology, 19, 605-616 (1979).

19.   J.W. McGinity, A.B. Combs and A. Martin, "In Vitro Release Characteristics of Sodium Sulfathiazole from Formalin-Treated Nylon Gelatin Microcapsules," In Microencapsulation, T. Kondo, Ed., Techno Inc. Publishing Co., Tokyo, Japan, 57-77 (1979).

20.   J.W. McGinity and M.R. Harris, "Increasing Dissolution Rates of Poorly Soluble Drugs by Adsorption to Montmorillonite," Drug Development and Industrial Pharmacy, 6, 35-48 (1980).

21.   J.W. McGinity and M.R. Harris, "Influence of a Montmorillonite Clay on the Properties of Griseofulvin Tablets," Drug Development and Industrial Pharmacy, 6, 49-59 (1980).

22.   W.H. Riffee, R.E. Wilcox, J.A. Anderson and J.W. McGinity, "Silastic Pellets for Sustained Delivery of Morphine in Mice", Journal of Pharmaceutical Sciences, 69, 980-982 (1980).

23.   J.W. McGinity and M.R. Harris, "Optimization of Slow-Release Tablet Formulations Containing Montmorillonite I.  Properties of Tablets", Drug Development and Industrial Pharmacy, 6(4), 339-410 (1980).

24.   C.K. Erickson, K.I. Koch and J.W. McGinity, "Subcutaneous Silastic Implants:  Maintenence of High Blood Ethanol Levels in Rats Drinking a Liquid Diet," Pharmacology & Biochemistry Behavior, 13, 781-786 (1980).

25.   J.W. McGinity, A. Martin, G.W. Cuff and A.B. Combs, "Influences of Matrixes on Nylon Encapsulated Pharmaceuticals," Journal of Pharmaceutical Sciences, 70 (4), 372-375 (1981).

26.   J.W. McGinity, S. Stavchansky and A. Martin, "Bioavailability in Tablet Technology," in Pharmaceutical Dosage Forms:  Tablets, Vol. 2, H. Liberman and L. Lackman, Editors, M. Dekker, Publisher, Chapter 6, 269-449 (1981).

27.   J.W. McGinity, G.W. Cuff and A.B. Combs, "Microencapsulation of Pharmaceuticals," Aust. J. Pharm. Sci., 10, 17-19 (1981).

28.   M.J. Miralles, J.W. McGinity and A. Martin, "Combined Water-Soluble Carriers for Coprecipitates of Tolbutamide," <u>Journal of Pharmaceutical Sciences</u>, 71, 302-304 (1982).

29.   M.R. Harris and J.W. McGinity, "Optimization of Slow-Release Formulations Containing Montmorillonite II.  Factors Affecting Drug Release," <u>Drug Development and Industrial Pharmacy</u>, 8(6), 783-793 (1982).

30.   M.R. Harris and J.W. McGinity, "Optimization of Slow-Release Formulations Containing Montmorillonite III.  Mechanism of Release," <u>Drug Development and Industrial Pharmacy</u>, 8(6), 795-809 (1982).

31.   C.K. Erickson, S.A. Stavchansky, K.I. Koch and J.W. McGinity, "Sustained Release of Nicotine:  A New Pharmacological Tool," <u>Pharmacology Biochemistry and Behavior</u>, 17, 183-185 (1982).

32.   J.W. McGinity, C.G. Cameron and G.W. Cuff, "Controlled-Release Theophylline Tablet Formulations Containing Acrylic Resins.  I. Dissolution Properties of Tablets," <u>Drug Development and Industrial Pharmacy</u>, 9, 57-68 (1983).

33.   J.W. McGinity, "Drug Delivery Systems," <u>Discovery</u> 8(1), 11-14 (1983).

34.   G.W. Cuff, A.B. Combs and J.W. McGinity, "Effect of Formulation Factors on the Matrix pH of Nylon Microcapsules," <u>Journal of Microencapsulation,</u> 1(1) 27-32 (1984).

35.   J.W. McGinity, P. Maincent, H. Steinfink, "Crystallinity and Dissolution Rate of Tolbutamide Solid Dispersions Prepared by the Melt Method", <u>Journal of Pharmaceutical Sciences.</u> 73, 1441-1444 (1984).

36.   G.W. Cuff and J.W. McGinity, "Expanded Versatility of Microcapsules Prepared by Interfacial Polymerization," <u>Journal of Microencapsulation,</u> 1(4) 343-347 (1984).

37.   M.R. Harris, J.B. Schwartz and J.W. McGinity, "Optimization of Slow-Release Tablet Formulation Containing Sodium Sulfathiazole and Montmorillonite Clay," <u>Drug Development and Industrial Pharmacy,</u> 11(5) 1089-1110 (1985).

38.   J.W. McGinity and G.W. Cuff, "Nylon Encapsulated Pharmaceuticals" in <u>Drug and Enzyme Targeting, Vol. 1</u>, Ed. K.J. Widder and R. Green, Academic Press, Inc., NY, 84-101 (1985).

39.   J.W. McGinity, Chi-Tze Ku, R. Bodmeier and M.R. Harris, "Dissolution and Uniformity Properties of Ordered Mixes of Micronized Griseofulvin and a Directly Compressible Excipient," <u>Drug Development and Industrial Pharmacy,</u> II(4) 891-900 (1985).

40.    J.W. McGinity and M.R. Harris, "Sodium Alginate," <u>Codex of Pharmaceutical Excipients</u>, 257-258 (1986).

41.    J.W. McGinity and M.R. Harris, and K. Patel, "Carbomer," <u>Codex of Pharmaceutical Excipients</u>, 41-42 (1986).

42.    J.W. McGinity, M.R. Harris, and R. Dusch, "Alginic Acid,"<u>Codex of Pharmaceutical Excipients</u>, 5 (1986).

43.    C.G. Cameron and J.W. McGinity, "Controlled-Release Theophylline Tablet Formulation Containing Acrylic Resins, II.  Combination Resin Formulation" <u>Drug Development and Industrial Pharmacy</u>, 13, 1409-1427 (1987).

44.    C.G. Cameron and J.W. McGinity, "Controlled-Release Theophylline Tablet Formulations Containing Acrylic Resins.  III.  Influence of Filler Excipient" <u>Drug Development and Industrial Pharmacy</u>, 13, 303-318 (1987).

45.    J.C. Walkow and J.W. McGinity, "The Effect of Physicochemical Properties on the <u>In Vitro</u> Diffusion of Drug Through Synthetic Membranes and Pigskin I.  Methylsalicylate," <u>International Journal of Pharmaceutics</u>, 35, 91-102 (1987).

46.    J.C. Walkow and J.W. McGinity, "The Effect of Physicochemical Properties on the <u>In Vitro</u> Diffusion of Drug Through Synthetic Membranes and Pigskin II. Salicylic Acid," <u>International Journal of Pharmaceutics</u>, 35, 103-109 (1987).

47.    R. Bodmeier and J.W. McGinity, "Polylactic and Microspheres Containing Quinidine Base and Quinidine Sulphate Prepared by the Solvent Evaporation Technique: I. Methods and Morphology," <u>Journal of Microencapsulation</u>, 4, 279-288 (1987).

48.    R. Bodmeier and J.W. McGinity, "Polylactic and Microspheres Containing Quinidine Base and Quinidine Sulpha Prepared by the Solvent Evaporation Technique: II. Process Parameters Influencing the Preparation of Properties of Microspheres," <u>Journal of Microencapsulation</u>, 4, 289-297 (1987).

49.    A.A. Fus, R.L. Talbert, and J. W. McGinity, "Fate of Ferrous Sulphate Prescription", <u>The American Journal of Medicine</u>, 83, 386-388 (1987).

50.    R. Bodmeier and J.W. McGinity, "The Preparation and Evaluation of Drug-Containing Poly(DL-Lactic Acid) Microspheres Formed by the Solvent Evaporation Method", <u>Pharmaceutical Research</u> 4, 465-471(1987).

51.  R. Bodmeier and J.W. McGinity, "Solvent Selection in the Preparation of Poly (dl-Lactide) Microspheres Prepared by the Solvent Evaporation Method," International Journal of Pharmaceutics, 43, 179-186 (1988).

52.  R. Bodmeier and J.W. McGinity, "Polylactic Acid Microspheres Containing Quinidine Base and Quinidine Sulfate prepared by the Solvent Evaporation Technique: III, Morphology of the Microspheres During Dissolution Studies", Journal of Microencapsulation, 5, 325-330 (1988).

53.  R.O. Williams III and J.W. McGinity, "The Use of Tableting Indices to Study the Compaction Properties of Powders", Drug Development and Industrial Pharmacy, 14, 1823-1844 (1988).

54.  R.O. Williams and J.W. McGinity, "Compaction Properties of Microcrystalline Cellulose and Sodium Sulfathiazole in Combination with Talc or Magnesium Stearate", Journal of Pharmaceutical Sciences 78, 1025-1034 (1989).

55.  M.D. Schulze, R.O. Williams and J.W. McGinity, "Compaction Properties of Acrylic Resin Polymers with Plastic and Brittle Drugs", Drug Development and Industrial Pharmacy 16(5), 741-754 (1990).

56.  M.R. Jenquin, S.M. Liebowitz, R.E. Sarabia and J.W. McGinity, "Physical and Chemical Factors Influencing the Release of Drugs from Acrylic Resin Films", Journal of Pharmaceutical Sciences, 79(9), 811-816 (1990).

57.  M.D. Schulze and J.W. McGinity, "Physical-Mechanical Properties of Spray-Dried and Milled Acrylic Resin Polymers in Combination with a Brittle or Plastic Drug", S.T.P. Pharma Sciences 1(13), 165-171 (1991).

58.  M. Iwata and J.W. McGinity, "Preparation of Multi-phase Microcapsules of Poly (dl-lactic acid) and Poly(d,l-lactic-co-glycolic acid) Containing a W/O Emulsion by a Multiple Emulsion Solvent Evaporation Technique", Journal of Microencapsulation, 9(2), 201-214  (1992).

59.  M.D. Coffin and J.W. McGinity, "Biodegradable Pseudolatexes: The Chemical Stability of Poly (d,l-lactide) and Poly (E-caprolactone) Nanoparticles in Aqueous Media", Pharmaceutical Research, 9(2), 200-205  (1992).

60.  M.O. Omelczuk and J.W. McGinity, "The Influence of Polymer Glass Transition Temperature and Molecular Weight on Drug Release from Tablets Containing Poly (dl-lactic acid)", Pharmaceutical Research, 9(1), 26-32 (1992).

61.  M.R. Jenquin, R.E. Sarabia, S.N. Liebowitz, and J.W. McGinity, "Relationship of Film Properties to Drug Release from Monolithic Films Containing Adjuvants", Journal of Pharmaceutical Sciences, 81, 983-989 (1992).

62.	J. Gutierrez-Rocca and J.W. McGinity, "Influence of Aging on the Physical-Mechanical Properties of Acrylic Resin Films Cast from Aqueous Dispersions  and Organic Solutions", Drug Development and Industrial Pharmacy, 19(3), 315-332, (1993).

63.	M.O. Omelczuk and J.W. McGinity  "The Influence of Thermal Treatment on the Physical-Mechanical and Dissolution Properties of Tablets Containing Poly (d,l-lactic acid)", Pharmaceutical Research, 10(4), 542-548, (1993).

64.	M. Iwata and J.W. McGinity, "Dissolution, Stability, and Morphological Properties of Conventional and Multiphase Poly (D,L-Lactic-Co-Glycolic Acid) Microspheres Containing Water Soluble Compounds", Pharmaceutical Research, 10(8), 1219-1227, (1993).

65.	M.D. Schulze and J.W. McGinity, "Indices of Tableting Performance for Acrylic Resin Polymers with Plastic and Brittle Drugs", Drug Development and Industrial Pharmacy, 19(12), 1393-1441, (1993).

66.	M.R. Jenquin and J.W. McGinity, "Characterization of Acrylic Resin Matrix Films and Mechanisms of Drug-Polymer Interactions", International Journal of Pharmaceutics, 101, 23-34, (1993).

67.	J.C. Gutiérrez-Rocca and J.W. McGinity, "Influence of Water Soluble and Insoluble Plasticizes on the Physical and Mechanical Properties of Acrylic Resin Copolymers", International Journal of Pharmaceutics, 103, 293-301, (1994).

68.	S.E. Frisbee and J.W. McGinity, "Influence of Nonionic Surfactants on the Physical and Chemical Properties of a Biodegradeable Pseudolatex" European Journal of Pharmaceutics and Biopharmacetics, 40(6), 355-363 (1994).

69.	S. Obara and J.W. McGinity, "Properties of Free Films Prepared From Aqueous Polymers by a Spraying Technique", Pharmaceutical Research 11(11), 1562-1567, (1994).

70.	M. Omelczuk and J.W. McGinity, "A Comparative Investigation of the Compaction and Dissolution Properties of Tablets Containing Poly (DL-Lactic Acid) as a Binder and Retardant Polymer", S.T.P. Pharma Sciences, 5(3), 181-185, (1995).

71.	P.B. O'Donnell, M. Iwata, and J.W. McGinity, "Properties of Multiphase Microspheres of Poly (DL-Lactic-Co-Glycolic Acid) Prepared by a Potentiometric Dispersion Technique", Journal of Microencapsulation, 12(2), 155-163, (1995).

72.  C. Wang and J.W. McGinity, "Compaction Properties of Spheronized Binary Granular Mixtures", <u>Drug Development and Industrial Pharmacy</u>, 21(7), 753-779, (1995).

73.  L.A. Felton, M.M. Haase, N.H. Shah, G. Zhang, M.H. Infeld, A.W. Malick and J.W. McGinity, "Physical and Enteric Properties of Soft Gelatin Capsules Coated with Eudragit L 30 D", <u>International Journal of Pharmaceutics</u>, 113, 17-24, (1995).

74.  S. Obara and J.W. McGinity, "Influence of Processing Variables on the Properties of Free Films Prepared from Aqueous Polymeric Dispersions by a Spray Technique", <u>International Journal of Pharmaceutics</u>, 126, 1-10 (1995).

75.  L. Felton, N. Shah, G. Zhang, M. Infeld, A. Malick and J.W. McGinity, "Physica-Mechanical Properties of Film-Coated Soft Gelatin Capsules", <u>International Journal of Pharmaceutics</u>, 127, 203-211, (1996).

76.  C. Aitken-Nichol, F. Zhang & J.W. McGinity, "Hot Melt Extrusion of Acrylic Films", <u>Pharmaceutical Research</u>, 13(5) 804-808, (1996).

77.  C. Wang, G. Zhang, N. Shah, M. Infeld, W. Malick, J.W. McGinity, "Mechanical Properties of Single Pellets Containing Acrylic Polymers" <u>Pharmaceutical Development and Technology</u>, 1(2), 213-222 (1996).

78.  P.B. O'Donnell, J.W. McGinity, "Properties of Multiphase Microspheres of Poly(dl-lactic acid) or Poly(dl-lactic-co-glycolic acid) Produced by Mechanical Agitation, Sonication, or Potentiometric Dispersion," <u>Journal of Microencapsultion</u>, 13(6), 667-677 (1996).

79.  L. Felton, J.W. McGinity, "The Influence of Tablet Hardness and Tablet Hydrophobicity on the Adhesive Properties of an Acrylic Resin Copolymer", <u>Pharmaceutical Development and Technology</u>, 1(4), 381-389 (1996).

80.  P. O'Donnell, C. Wu, J. Wang, B. Oshlack, M. Chasin, R. Bodmeier, J.W. McGinity, "Aqueous Pseudolatex of Zein for Film Coating of Solid Dosage Forms", <u>European Journal of Pharmaceutics and Biopharmaceutics</u>, 43(1), 83-89 (1997).

81.  C. Wang, G. Zhang, N. Shah, M. Infeld, A. Malick, J.W. McGinity, "Influence of Plasticizers on the Mechanical Properties of Pellets Containing Eudragit RS 30D, <u>International Journal of Pharmaceutics</u>, 152, 153-163, (1997)

82.  L. Felton, N. Shah, G. Zhang, M. Infeld, A. Malick, J.W. McGinity, "Compaction Properties of Non-pareil Beads Coated with an Acrylic Resin Copolymer, <u>S.T.P. Pharma Sciences</u>, 7(6), 457-462 (1997).

22

83.    L. Felton & J.W. McGinity, "Influence of Plasticizers on the Adhesive Properties of an Acrylic Resin Copolymer to Hydrophylic and Hydrophobic Tablet Compacts" International Journal of Pharmaceutics, 154, 167-168 (1997).

84.    T. Runge, J.W. McGinity, S. Frisbee, J. Briceno, S. Ottmers, J. Calhoon, C. Hantler, D. Korvick & J. Ybarra, "Enhancement of Brain $p0_2$ During Cardiopulmonary Bypass Using a Hyperosmolar Oxygen Carrying Solution", Art. Cells, Blood Subs., and Immob. Biotech, 25(3), 297-308 (1997).

85.    P.B. O'Donnell & J.W. McGinity, "Preparation of Microspheres by the Solvent Evaporation Technique", Advanced Drug Delivery Reviews, 28, 25-42 (1997)

86.    M. Iwata & J.W. McGinity, "Solvent System for the Preparation of Poly(d,l-lactic-co-glycolic acid) Microspheres Containing Tumor Necrosis Factor-alpha (TNF-□)", International Journal of Pharmaceutics, 160(2), 145-156 (1998).

87.    P. O'Donnell & J.W. McGinity, "Influence of Processing on the Stability and Release Properties of Biodegradable Microspheres Containing Thioridazine Hydrochloride", European Journal of Pharmaceutics and Biopharmaceutics, 45(1), 83-94 (1998).

88.    M. Iwata, Y. Nakamura and J.W. McGinity  "Particle Size and Loading Efficiency of Poly(d,l-lactic-co-glycolic acid) Multiphase Microspheres Containing Water Soluble Substances Prepared by the Hydrous and Anhydrous Solvent Evaporation Methods", Journal of Microencapsulation 16(1), 49-58 (1999).

89.    M.A. Repka, T.G. Gerding, S.L. Repka, and J.W. McGinity, "Influence of Plasticizers and Drugs on the Physical-Mechanical Properties of Hydroxypropylcellulose Films Prepared by Hot Melt Extrusion Drug Development and Industrial Pharmacy, 25(5), 625-623 (1999).

90.    L. Felton and J.W. McGinity, "Influence of pigment concentration and particle size on adhesion of an aqueous-based acrylic polymer to tablet compacts", Drug Development and Industrial Pharmacy, 25(5), 599-606 (1999).

91.    F. Zhang and J.W. McGinity, "Properties of Sustained Release Tablets Prepared by Hot Melt Extrusion" Pharmaceutical Development and Technology, 4(2), 241-250 (1999).

92.    C.B. Wu, J.W. McGinity, "Non-Traditional Plasticization of Polymeric Films", International Journal of Pharmaceutics, 177(1), 15-27, (1999).

23

93.   M. Iwata, Y. Nakamura and J.W. McGinity, "In Vitro and In Vivo Release Properties of Brilliant Blue and Tumor Necrosis Factor-Alpha (TNF-$\alpha$) from Poly(d,l-lactic-co-glycolic acid) Multiphase Microspheres", <u>Journal of Microencapsulation</u>, 16(6), 777-792, (1999).

94.   L. Felton & J.W. McGinity, "Adhesion of polymeric films to pharmaceutical solids", <u>European Journal of Pharmaceutics and Biopharmaceutics,</u> 47, 3-14, (1999).

95.   M. Frohoff-Hülsmann, B.C. Lippold, & J.W. McGinity, "Aqueous ethyl cellulose dispersion containing plasticizers of different water solubility and hydroxypropyl methyl-cellulose as coating material for diffusion pellets II properties of sprayed films", <u>European Journal of Pharmaceutics and Biopharmaceutics</u>, 48(1), 67-75, (1999).

96.   F. Zheng and J.W. McGinity, "Properties of Hot-Melt Extruded Theophylline Tablets Containing Poly(vinyl acetate)", <u>Drug Development and Industrial Pharmacy</u>, 29(6), 938-948, (2000).

97.   C.B. Wu and J.W. McGinity, "Influence of Relative Humidity on the Mechanical and Drug Release Properties of Theophylline Pellets Coated with an Acrylic Polymer Containing Methylparaben as a Non-Traditional Plasticizer", <u>European Journal of Pharmaceutics and Biopharmaceutics</u>, 50(2), 277-284, (2000).

98.   M.A. Repka and J.W. McGinity, "Physical-Mechanical Moisture Absorption and Bioadhesive Properties of Hydroxypropylcellulose Hot-Melt Extruded Films" <u>Biomaterials</u>, 21(14), 1509-1517, (2000).

99.   J.W. McGinity, F. Zhang, M.K. Repka and J.J. Koleng, "Thermal Processing of Pharmaceutical Powders", <u>Pharm Tech Japan</u>, 16(6), 897-913, (2000).

100.   M.A. Repka and J.W. McGinity, "Influence of Vitamin E TPGS on the Properties of Hydrophilic Films Produced by Hot-Melt Extrusion", <u>International Journal of Pharmaceutics</u>, 202(1-2), 63-70, (2000).

101.   J. Liu, F. Zhang and J.W. McGinity, "Properties of Lipophilic Matrix Tablets Containing Phenylpropanolamine Hydrochloride Prepared by Hot-melt Extrusion", <u>European Journal of Pharmaceutics and Biopharmaceutics</u>, 52/2, pp. 181-190, (2001).

102.   M. Kikokoro, N.H. Shah, A.W. Malick, M.H. Infeld, and J.W. McGinity "Properties of tablets containing granulations of ibuprofen and acrylic copolymer prepared by thermal processes", <u>Pharmaceutical Development and Technology</u>, 6(2). 263-275 (2001).

24

103.    T. Maejima and J.W. McGinity, "Influence of Film Additives on Stabilizing Drug Release Rates from Pellets Coated with Acrylic Polymers" Pharmaceutical Development and Technology, 6(2), 205-215 (2001).

104.    M. Repka and J.W. McGinity, "Bioadhesive Properties of Hydroxypropylcellulose Topical Films Produced by Hot-Melt Extrusion", Journal of Controlled Release, 70, 341-351, (2001).

105.    M. Repka and J.W. McGinity, "Influence of Chlorpheniramine Maleate on Topical Hydroxypropycellulose Films Produced by Hot-Melt Extrusion", Pharmaceutical Development and Technology, 6(3), 297-304 (2001).

106.    J.W. McGinity, F. Zhang, M.A. Repka, and J.J. Koleng, "Hot-Melt Extrusion as a Pharmaceutical Process", American Pharmaceutical Review, 4:2, 25-36, (2001).

107.    C.B. Wu and J.W. McGinity, "Influence of Ibuprofen as a Solid-State Plasticizer in Eudragit RS30D on the Physico-chemical Properties of Coated Beads", AAPS PharmSciTech, 2:4, Article 24 (2001).

108.    S.E. Frisbee, K.A. Mehta, and J.W. McGinity, "Processing Factors that Influence the In Vitro and In Vivo Performance of Film Coated Drug Delivery Systems" Drug Delivery Technology, 2:1, pp. 72-76, (2002).

109.    L.A. Felton and J.W. McGinity, "Influence of insoluble excipients on film coating systems", Drug Development and Industrial Pharmacy 28 (3), 225-243, 2002.

110.    Y. Zhu, N.H. Shah, A.W. Malick, M.H. Infeld and J.W. McGinity, "Solid-state plasticization of an acrylic polymer with chlorpheniramine maleate and triethyl citrate", International Journal of Pharmaceutics, 241:2, 301-310, (2002).

111.    M.M. Crowley, F. Zhang, J.J. Koleng and J.W. McGinity, "Stability of Polyethylene Oxide in Matrix Tablets Prepared by Hot-Melt Extrusion", Biomaterials, 23, 4241-4248, (2002).

112.    K.G. Wagner and J.W. McGinity, "Influence of chloride ion exchange on the permeability and drug release of Eudragit RS 30D films", Journal of Controlled Release, 82:2-3, 385-397, (2002).

113.    C. Young, J. Koleng, J.W. McGinity, "Production of Spherical Pellets by a Hot-Melt Extrusion and Spheronization Process", International Journal of Pharmaceutics, 242:1-2, 87-92, (2002).

114.    Y. Zhu, N.H. Shah, A.W. Malick, M.H. Infeld, J.W. McGinity. "Influence of Thermal Processing on the Properties of Chlorpheniramine Maleate

Tablets Containing an Acrylic Polymer" <u>Pharmaceutical Development and Technology,</u> 7:4, 481-489, (2002).

115.   C.B. Wu and J.W. McGinity, "Influence of an Enteric Polymer on Drug Release Rates of Theophylline from Pellets Coated with Eudragit RS 30D", <u>Pharmaceutical Development and Technology,</u> 8:1, 109-116, (2003).

116.   W. Zheng and J.W. McGinity, "Influence of Eudragit® NE 30 D Blended with Eudragit® L 30 D-55 on the Release of Phenylpropanolamine Hydrochloride from Coated Pellets", <u>Drug Development and Industrial Pharmacy,</u> 29:3, 357-366, (2003).

117.   L.D. Bruce, H.U. Petereit, T. Beckert and J.W. McGinity, "Properties of Enteric Coated Sodium Valproate Pellets", <u>International Journal of Pharmaceutics,</u> 264:1-2, 86-90, (2003).

118.   L.D. Bruce, J.J. Koleng and J.W. McGinity, "The Influence of Polymeric Subcoats and Pellet Formulation on the Release of Chlorpheniramine Maleate from Enteric Coated Pellets", <u>Drug Development and Industrial Pharmacy,</u> 29:8, 909-924, (2003).

119.   C.B. Wu and J.W. McGinity, "Influence of Methylparaben as a Solid-State Plasticizer on the Physiochemical Properties of Eudragit® RS-PO Hot Melt Extrudates" <u>European Journal of Pharmaceutics and Biopharmaceutics,</u> 56:1, 95-100, (2003).

120.   C.R. Young, J.J. Koleng and J.W. McGinity, "Properties of Drug-Containing Spherical Pellets Produced by a Hot-Melt Extrusion and Spheronization Process", <u>Journal of Microencapsulation,</u> 20:5, September-October 2003, 613-625, (2003).

121.   L. Felton, J.W. McGinity, "Enteric Film Coating of Soft Gelatin Capsules", <u>Drug Delivery Technology,</u> 3:6, 46-51, (2003).

122.   Y. Zhu, N.H. Shah, A.W. Malick, M.H. Infeld, J.W. McGinity, "Influence of a lipophilic thermal lubricant on the processing conditions and drug release properties of chlorpheniramine maleate tablets prepared by hot-melt extrusion", <u>Journal of Drug Delivery Science and Technology,</u> 14(4), 313-318 (2004).

123.   M.M. Crowley, A. Fredersdorf, B. Schroeder, S. Prodduturi, M.A. Repka, J.W. McGinity, "The Influence of Guaifenesin and Ketoprofen on the Properties of Hot-Melt Extruded Polyethylene Oxide Films", <u>European Journal of Pharmaceutical Sciences,</u> 22, 409-418 (2004).

124.   M.M. Crowley, B. Schroeder, A. Fredersdorf, S. Obara, M. Talarico, S. Kucera, J.W. McGinity, "Physicochemical Properties and Mechanism of

Drug Release from Ethyl Cellulose Matrix Tablets Prepared by Direct Compression and Hot-melt Extrusion", International Journal of Pharmaceutics, 269, 509-522 (2004).

125.   J.W. McGinity, "Hot Melt Extrusion as a Pharmaceutical Process", AAPS Newsmagazine, 7:03, 21-25 (2004)

126.   S. Tumuluri, S. Prodduturi, M. Crowley, S. Stodghill, J.W. McGinity, M. Repka, B. Avery, "The Use of Near-Infrared Spectroscopy for the Quantitation of a Drug in Hot-Melt Extruded Films", Drug Development and Industrial Pharmacy, 30:5, 505-511 (2004).

127.   M. Cerea, W. Zheng, C.R. Young and J.W. McGinity, "Studies on a Novel Powder Coating Process for Attaining Taste Masking and Moisture Protective Films on Tablets" International Journal of Pharmaceutics, 279:1-2, 127-139, (2004).

128.   W. Zheng, M. Cerea, D. Sauer and J.W. McGinity, "Properties of theophylline tablets powder-coated with methacrylate ester copolymers" submitted to Drug Delivery Science and Technology, 14(4), 319-325 (2004).

129.   M.A. Repka and J.W. McGinity, "Hot-Melt Extruded Films for Transmucosal and Transdermal Drug Delivery Applications", Drug Delivery Technolgy, 4:7, 40-47, (2004).

130.   W. Zheng, D. Sauer, and J.W. McGinity, "Influence of hydroxyethylcellulose on the drug release properties of theophylline pellets coated with Eudragit® RS 30D", The European Journal of Pharmaceutics and Biopharmaceutics, 59(1), 147-154, (2005).

131.   C.R. Young, C. Dietzsch and J.W. McGinity, "Compression of Controlled-Release Pellets Produced by a Hot-Melt Extrusion and Spheronization Process", Pharmaceutical Development and Technology, (1), 133-139, (2005).

132.   L.D. Bruce, N.H. Shah, A.W. Malick, M.H. Infeld and J.W. McGinity, "Properties of Hot-Melt Extruded Tablet Formulations for the Colonic Delivery of 5-Aminosalicylic-Acid", European Journal of Pharmaceutics and Biopharmaceutics, 59, 85-97, (2005).

133.   C.R. Young, C. Dietzsch, M. Cerea. T. Farrell, K.A. Fegely, A. Rajabi-Siahboomi, and J.W. McGinity, "Physicochemical characterization and mechanisms of release of theophylline from melt-extruded dosage forms based on a methacrylic acid copolymer", International  Journal of Pharmaceutics, 301(1-2), 112-120, (2005).

134.  J.W. McGinity, "Dry Powder Coating: A Novel Technique for Film Coating Solid Substrates", PharmaSci Tech Japan, 65(3), 134-138 (2005).

135.  H. Onishi, T. Oosegi. Y. Machida and J.W. McGinity, "Preparation and In Vitro Evaluation of Chitosan Microspheres Containing Prednisolone: Comparison of Simple and Conjugate Microspheres", Drug Development and Industrial Pharmacy, 31(7), 597–605, (2005).

136.  R. Bodmeier and J.W. McGinity, "Dry Coating of Solid Substrates with Polymeric Powders", Drug Delivery Technology, 5(9), 45-48, (2005).

137.  A. Reidel, J.W. McGinity and C.S. Leopold, "Solid state interactions between the proton pump inhibitor omeprazole and various enteric coating polymers", Journal of Pharmaceutical Sciences, 95:6, 1342-1353,(2006).

138.  Y. Zhu, K. A. Mehta, J.W. McGinity "Influence of plasticizer level on the drug release from sustained release film coated and hot-melt extruded dosage forms", Pharmaceutical Development and Technology, 11:285-294, (2006).

139.  M. Fukuda, N.A. Peppas, J.W. McGinity, "Properties of Sustained Release Hot-Melt Extruded Tablets Containing Chitosan and Xanthan Gum", International Journal of Pharmaceutics, 310, 90-100, (2006).

140.  H. Bando and J.W. McGinity, "Physicochemical Properties of Eudragit® S100:L100 Films Prepared from Aqueous Dispersions and Organic Solutions", International Journal of Pharmaceutics, 313, 43-38, (2006).

141.  Y. Zhu, N.H. Shah, A.W. Malick, M.H. Infeld, J.W. McGinity, "Controlled Release of a Poorly Water-Soluble Drug from Hot-Melt Extrudates Containing Acrylic Polymers", Drug Development and Industrial Pharmacy, 32:569-583, (2006).

142.  H. Bando and J.W. McGinity, "Relationship between Drug Dissolution and Leaching of Plasticizer for Pellets Coated with an Aqueous Eudragit® S100:L100 Dispersion", International Journal of Pharmaceutics, 323(1-2), 11-17, (2006).

143.  M. Fukuda, N.A. Peppas, J.W. McGinity, "Floating Hot-Melt Extruded Tablets for Gastroretentive Controlled Drug Release System", Journal of Controlled Release, 115(2), 121-129, (2006).

144.  J. Brock Thomas, Courtney M. Creecy, Nicholas A. Peppas, J.W. McGinity, "Synthesis and Properties of Lightly Crosslinked Poly((meth)acrylic acid) Microparticles Prepared by Free Radical Precipitation Polymerization", Polymer Bulletin, 57, 11-20, (2006).

145. D. Miller, M. Fukuda, J.W. McGinity, "The Properties of Chitosan as a Retardant Binder in Matrix Tablets for Sustained Drug Release", <u>Drug Delivery Technology</u>, 6:9, 45-52, (2006).

146. D.A. Miller, J.T. McConville, W. Yang, R.O. Williams III and J.W. McGinity, "Hot-Melt Extrusion for Enhanced Delivery of Drug Particles", <u>Journal of Pharmaceutical Sciences</u>, 96(2), 361-76, (2007).

147. C.R. Young, M.M. Crowley, C. Dietzsch and J.W. McGinity, "Physicochemical Properties of Film-Coated Melt-Extruded Pellets", <u>Journal of Microencapsulation</u>, 24:1, 57-71, (2007).

148. S.A. Kucera, W. Zheng, N.H. Shah, A.W. Malick, M.H. Infeld, J.W. McGinity, "The Use of Proteins to Minimize the Physical Aging of Eudragit® Sustained Release Films", <u>Drug Development and Industrial Pharmacy</u>, 33:7, 717-726, (2007).

149. D. Sauer, L. Coots, W. Zheng, J.W. McGinity, "Influence of processing parameters and formulation factors on the drug release from tablets powder-coated with Eudragit® L 100-55", <u>European Journal of Pharmaceutics and Biopharmaceutics</u>, 67, 464-475, (2007).

150. C. Dietzsch, K.A. Fegely, A.R. Rajabi-Siahboomi and J.W. McGinity, "Crystal Growth Formation in Melt Extrudates", <u>International Journal of Pharmaceutics</u>, 341, 162-172, (2007).

151. H. Onishi, T. Oosegi, Y. Machida, J.W. McGinity, "Eudragit Coating of Chitosan-Prednisolon Conjugate Microspheres and In Vitro Evaluation of Coated Microspheres", <u>Drug Development and Industrial Pharmacy</u>, 33:8, 848-854, (2007).

152. J. Brock Thomas, J.T. Tingsanchali, A.M. Rosales, C.M. Creecy, J.W. McGinity, N.A. Peppas, "Dynamics of poly(ethylene glycol)-tethered, pH responsive networks", <u>Polymer</u>, 48, 5042-5048, (2007).

153. M.A. Repka, M.M. Crowley, S. Thumma, S.B. Upadhye, S.K. Battu, F. Zhang, C. Martin, J.W. McGinity, "Pharmaceutical Applications of Hot-Melt Extrusion: Part I", Review article, <u>Drug Development and Industrial Pharmacy</u>, 33:9, 909-926, (2007).

154. M.A. Repka, M.M. Crowley, S. Thumma, S.B. Upadhye, S.K. Battu, F. Zhang, C. Martin, J.W. McGinity, "Pharmaceutical Applications of Hot-Melt Extrusion: Part II", Review article, <u>Drug Development and Industrial Pharmacy</u>, 33:10, 1043-1057, (2007).

155. J.C. DiNunzio, R.O. Williams III , J.W. McGinity, "A Review of Development and Design Technology for Next Generation Dry Powder Inhalers", <u>Drug Delivery Technology</u>, 7:9, 22-34, (2007).

156.   Sandra U. Schilling, Navnit H. Shah, A. Waseem Malick, Martin H. Infeld and J.W. McGinity, "Citric Acid as a Solid State Plasticizer for Eudragit RS PO", Journal of Pharmacy and Pharmacology, 59:11, 1493-1500 (2007).

157.   M. Fukuda, D.A. Miller, N.A. Peppas, J.W. McGinity, "Influence Of Sulfobutyl Ether beta-Cyclodextrin (Captisol®) On The Dissolution Properties Of A Poorly Soluble Drug From Extrudates Prepared By Hot-Melt Extrusion", International Journal of Pharmaceutics, 350:1-2, 188-196, (2008).

158.   S.A. Kucera, D. Stimpel, N.H. Shah, A.W. Malick, M.H. Infeld, J.W. McGinity, "Influence of Fumed Silicon Dioxide on the Stabilization of Eudragit RS/RL 30 D Film-Coated Theophylline Pellets", Pharmaceutical Development and Technology, 13:245-253, (2008).

159.   G.A. Andrews, D.S. Jones, O.A. Diak. C.P. McCoy. A.B. Watts, J.W. McGinity, "The Manufacture and Characterisation of Hot Melt Extruded Enteric Tablets" European Journal of Pharmaceutics and Biopharmaceutics, 69: 264–273, (2008).

160.   D.A. Miller, J.C. DiNunzio, W. Yang, J.W. McGinity, R.O. Williams III, "Targeted Intestinal Delivery of Supersaturated Itraconazole for Improved Oral Absorption", Pharmaceutical Research, 25:6, 1450-1459, (2008).

161.   D.A. Miller, J.C. DiNunzio, W. Yang, J.W. McGinity, R.O. Williams III, "Enhanced In Vivo Absorption of Itraconazole via Stabilization of Supersaturation Following Acidic-to-Neutral pH Transition", Drug Development and Industrial Pharmacy, 34:890-902, (2008)

162.   Sandra U. Schilling, Caroline D. Bruce, Navnit H. Shah , A. Waseem Malick, and James W. McGinity, "Citric Acid Monohydrate as a Release Modifying Agent in Melt Extruded Matrix Tablets", International Journal of Pharmaceutics, 361, 158-168, (2008).

163.   J.C. DiNunzio and J.W. McGinity, "Hot Melt Extrusion", back page column, Tablets and Capsules, 6:6, 64, (2008).

164.   J. DiNunzio, D. Miller, R.O. Williams III, J.W. McGinity, "Formulating Compositions to Achieve Enhanced Oral Bioavailability Through Supersaturation", Drug Delivery Technology, 8:9, 24-33, (2008).

165.   S. Kucera, C. Tessman, N.H. Shah, A.W. Malick, M.H. Infeld, J.W. McGinity, "The Influence of Ethylcellulose Polymers on the Physical Stability of Theophylline Pellets Coated with Eudragit NE 30D" Journal of Drug Delivery Science and Technology, 18:5, 343-349, (2008).

166.    James C. DiNunzio, Dave A. Miller, Wei Yang, James W. McGinity, Robert O.Williams, III,  "Amorphous Compositions Using Concentration Enhancing Polymers for Improved Bioavailability of Itraconazole", Molecular Pharmaceutics, in press, July 2008.

167.    S.A. Kucera, N.H. Shah, A.W. Malick, M.H. Infeld, J.W. McGinity, "Influence of an Acrylic Polymer Blend on the Physical Stability of Film-Coated Theophylline Pellets" AAPS Pharm Sci Tech, in press, September 2008.

168.    D. Sauer, A. B. Watts, L.B. Coots, W. Zheng, J.W. McGinity, "Influence of polymeric subcoats on the drug release properties of tablets powder-coated with pre-plasticized Eudragit® L 100-55.", International Journal of Pharmaceutics, in press, September 2008.

XIV.    Book Chapters:

1.    J.W. McGinity, A.B. Combs and A. Martin, "In Vitro Release Characteristics of Sodium Sulfathiazole from Formalin-Treated Nylon Gelatin Microcapsules," in *Microencapsulation*, T. Kondo, Ed., Techno Inc. Publishing Co., Tokyo, Japan, pp. 57-77 (1979).

2.    J.W. McGinity, S. Stavchansky and A. Martin, "Bioavailability in Tablet Technology," in *Pharmaceutical Dosage Forms: Tablets, Vol. 2*, H. Liberman and L. Lachman, Editors, M. Dekker, Publisher, Chapter 6, 269-449 (1981).

3.    J.W. McGinity and G.W. Cuff, "Nylon Encapsulated Pharmaceuticals" in *Drug and Enzyme Targeting, Vol. 1*, Ed. K.J. Widder and R. Green, Academic Press, Inc., NY, pp. 84-101 (1985).

4.    Y. Kawashima, H. Takeuchi, T. Handa, W.J. Thiele, D.P. Deen and J.W. McGinity, "Aqueous Based Coatings in Matrix Tablet Formulations" a chapter  in *Aqueous Based Coatings in Pharmaceutical Systems*, Ed. J.W. McGinity, Publ., Marcel Dekker  Inc. New York, NY, (1988),  pp 363-397.

5.    J.W. McGinity and M.D. Coffin, "Cooling Processes and Congealing", in *Encyclopedia of Pharmaceutical Technology, Vol. 3*, Publ. Marcel Dekker, Inc., New York, New York pp 315-335 (1990).

6.    J.W. McGinity, "Applications and Physical-Chemical Properties of Aqueous Polymeric Coatings for Drug Delivery Systems" in *Recent*

*Advances on Aqueous Polymeric Coating Systems and Related Techniques*", Ed. Y Kawahima, pp 1-10 (1990).

7.    J.W. McGinity and S. Stavchansky, "Bioavailability in Tablet Technology" in *Pharmaceutical Dosage Forms: Tablets  Vol. 2*, Ed. H Lieberman, pp 349-569 (1990).

8.    J.W. McGinity, K.T. Chang, and M.O. Omelczuk, "Biodegradable Polymers:  Effect of Thermal Treatment on the Physicomechanical and Dissolution Properties of Compacts", in *Pharmaceutical Technology*, Ed. J. Wells and M. Rubinstein, pp 132-141 (1991).

9.    J.W. McGinity and M, D. Coffin, "Physical and Chemical Stability of Pseudolatex Dispersions of Biodegradable Polymers", in *Microencapsulation of Drugs*, Ed. T.L. Whatley and A.J. Baillie, in Series "Drug Delivery", Ed. A.T. Florence, pp 197-214 (1992).

10.   P.B. O'Donnell and J.W. McGinity, "Pharmaceutical Applications of Minerals", in *Industrial Minerals and Their Uses: A Handbook & Fonnulary*, Ed. P.A. Ciullo, Noyes Publications, 401-433 (1996).

11.   M. Coffin, S. Frisbee, and J.W. McGinity, "Properties of Aqueous Pseudolatex Dispersions of Biodegradable Polymers", chapter in *Aqueous Polymeric Coatings for Pharmaceutical Dosage Forms, 2nd Edition*, Marcel Dekker Inc., (1996).

12.   P. O'Donnell and J.W. McGinity, "Mechanical Properties of Polymeric Films Prepared from Aqueous Polymeric Dispersions", chapter in *Aqueous Polymeric Coatings for Pharmaceutical Dosage Forms,l 2nd Edition*, Marcel Dekker Inc., (1996).

13.   Theme Issue on Microparticles and Microcapsules, J.W. McGinity, Editor, *European Journal of Pharmaceutics and Biopharmaceutics*, Vol. 45, No. 1, (January  1998).

14.   J. Koleng & J.W. McGinity, chapter on Carbomer in *Handbook of Pharmaceutical Excipients, 3rd Edition*, Ed. Arthur H. Kibbe, American Pharmaceutical Association and Pharmaceutical Press, 79-82, (2000).

15.   M. Repka & J.W. McGinity, chapter on Alginic Acid in *Handbook of Pharmaceutical Excipients, 3rd Edition*, Ed. Arthur H. Kibbe, American Pharmaceutical Association and Pharmaceutical Press, 10-12, (2000).

16.   J.W. McGinity, J.J. Koleng, M.A. Repka, and F. Zheng, *Hot  Melt Extrusion Technology*, chapter in the Volume 19 of the *Encyclopedia of Pharmaceutical Technology*, Marcel Dekker, Ed. J. Swarbrick and J.C. Boylan, pp. 203-226 (2000).

17. J.W. McGinity, J.J. Koleng, M.A. Repka, and F. Zheng, *Hot Melt Extrusion Technology*, chapter in the 2nd Edition of the *Encyclopedia of Pharmaceutical Technology*, Marcel Dekker, Ed. J. Swarbrick and J.C. Boylan, pp. 1488-1505 (2002).

18. J.W. McGinity, chapter on Carbomer in *The Handbook of Pharmaceutical Excipients, 4th Ed.*, Ed. Arthur H. Kibbe, American Pharmaceutical Association and Pharmaceutical Press, 89-92 (2003).

19. J.W. McGinity & F. Zhang, "Melt-Extruded Controlled Release Oral Dosage Forms" chapter in *Pharmaceutical Extrusion Technology*, Volume 133 from Drugs and the Pharmaceutical Sciences series, Ed. I. Ghebre-Sellassie, Marcel Dekker, Chapter 10, pp. 183-208, May 2003.

20. D.A. Miller, J.W. McGinity. R.O. Williams III , Book Chapter: "Solid Dispersion Technologies: Improving Oral Drug Therapies", in *Advanced Formulation Design to Optimize Therapeutic Outcomes*, Ed. Williams, Taft and McConville. Informa Healthcare, pp. 451-492, February 2008.

21. J.W. McGinity & D. Miller, "Aqueous Polymeric Film Coating", chapter in *Pharmaceutical Dosage Forms: Tablets, 3rd Edition*, Editors Stephen Hoag and Larry Augsberger, pp. 399-457, June 2008.

22. P.B. O'Donnell, L.A. Felton, J.W. McGinity, "Mechanical Properties of Polymeric Films Prepared From Aqueous Polymeric Dispersions", *Aqueous Polymeric Coatings for Pharmaceutical Dosage Forms, 3rd Edition*, Eds. Felton & McGinity, Informa Healthcare, Chapter 4, pp. 105-128, January 2008.

23. L.A. Felton, J.W. McGinity, "Adhesion of Polymeric Films", *Aqueous Polymeric Coatings for Pharmaceutical Dosage Forms, 3rd Edition*, Eds. Felton & McGinity, Informa Healthcare, Chapter 6, pp. 151-170, January 2008.

24. L.D. Bruce, J.W. McGinity, "Polymer Interactions with Drugs and Excipients", *Aqueous Polymeric Coatings for Pharmaceutical Dosage Forms, 3rd Edition*, Eds. Felton & McGinity, Informa Healthcare, Chapter 13, pp. 369-408, January 2008

25. S. Frisbee, M. Coffin and J.W. McGinity, "Properties of Aqueous Pseudolatex Dispersions of Biodegradable Polymers", *Aqueous Polymeric Coatings for Pharmaceutical Dosage Forms, 3rd Edition,* Eds. Felton & McGinity, Informa Healthcare, Chapter 14, pp. 409-443, January 2008.

26. L.A. Felton, S. Kucera, J.W. McGinity, "Physical Aging of Polymeric Film Coats", *Aqueous Polymeric Coatings for Pharmaceutical Dosage Forms, 3rd Edition*, Eds. Felton & McGinity, Informa Healthcare, Chapter 15, pp. 445-474, January 2008.

XV.   <u>Patents:</u>

1.   J.W. McGinity, "Corticosteroid Phosphate Salts/Neomycin Sulfate Ophthalmic",
<u>U.S. Patent 3,898,330</u> (1975)
<u>Canadian Patent CA 1031262</u> (1978).

2.   R. Morrow, W. Kuebker and J.W. McGinity, "Fresh-gard Dental Lubricant Formulations",  <u>U.S. Patent 4,537,689</u>, (1985).

3.   G.W. Cuff and J.W. McGinity, "Improved Method for Preparing Nylon Microcapsules",  <u>U.S. Patent 4,518,547</u>, (1985).  Foreign patent applications made in West Germany, U.K., and Japan.

4.   J. Schonfeld and J.W. McGinity, "Color Stabilized Hydrogel Dressing and Process",
<u>U.S. Patent Number 4,646,730</u>, (1987).
<u>Canadian Patent CA 1277910</u>,

5.   Kuei-Tu Chang and J.W. McGinity, "Method for Preparing a Solid Sustained Release Form of a Functionally Active Composition",
<u>U.S. Patent Number 5,051,261</u>, (1991).
<u>Canadian Patent CA 1334379</u>, (1995).

6.   J.C. Greco and J.W. McGinity, "Vaginal Progesterone Tablet",
<u>U.S. Patent 5,084,277</u> (1992).

7.   J.C. Greco and J.W. McGinity, "Progesterone Vaginal Tablet",
<u>U.S. Patent 5,116,619</u>, (1992).

8.   J.W. McGinity and S.L. Ashley, "Delivery of Therapeutic Agents",
<u>U.S. Patent 5,227,157</u>, (1993).

9.   J.W. McGinity and M. Iwata, "Preparation and Uses of Multi-Phase Microspheres",
<u>U.S. Patent 5,288,502</u>, (1994).

10.   J.W. McGinity, R. Bodmeier, B. Oshlack, and M. Chasin, "Aqueous Dispersions of Zein and Preparation Thereof",
<u>U.S. Patent 5,324,351</u>, (1994).

11.   B. Oshlack, J.W. McGinity, R. Bodmeier, M. Chasin, "Controlled Release Coatings Derived from Aqueous Dispersions of Zein",
<u>U.S. Patent 5,356,467</u>, (1994).

12.   J.W. McGinity, T. Gerding, R. Bodmeier, "Stick Formulations for Topical Drug Delivery of Therapeutic Agents and Uses Thereof",

34

U.S. Patent 5,597,849 (1997)

13.   R. Bodmeier, T.G. Gerding, J.W. McGinity, "Stick Formulations for Topical Drug Delivery of Therapeutic Agents and Uses Thereof", U.S. Patent 5,622,993, (1997).

14.   V. Stella, J.W. McGinity et al, "Sulfoalkyl Ether Cyclodextrin Based Solid Pharmaceuticals", U.S. Patent 5,874,418, (1999).

15.   V. Stella, J.W. McGinity et al, "Sulfoalkyl Ether Cyclodextrin Based Controlled Release Solid Pharmaceutical Formulations", U.S. Patent 6,046,177, April 4, (2000)
Canadian Patent CA 2289202, May 15, (2005).

16.   J.R. Robinson and J.W. McGinity, "Effervescent Granules and Methods for Their Preparation", U.S. Patent 6,071,539, June 6, 2000.

17.   R. Bodmeier and J.W. McGinity, "Method for Improving the Dispersion of Redispersible Polymer Powders", U.S. Patent 6,169,130, January 2, 2001.

18.   Z. Shaked and J.W. McGinity, "Pharmaceutical Formulation Containing DFMO for the Treatment of Cancer", U.S. Patent 6,277,411, August 21, 2001.

19.   M.A. Repka, S.L. Repka and J.W. McGinity, "Bioadhesive Hot-Melt Extruded Film for Topical and Mucosal Adhesion Applications and Drug Delivery and Process for Preparation Thereof", U.S. Patent 6,375,963, April 23, 2002.

20.   F. Zhang and J. W. McGinity, "Hot-Melt Extrudable Pharmaceutical Formulation" U.S. Patent 6,488,963, December 3, 2002.

21.   J.R. Robinson and J.W. McGinity, "Effervescent Granules and Methods for Their Preparation" U.S. Patent 6,488,961, December 3, 2002.

22.   J.R. Robinson, P. Delmas, J.W. McGinity, "Effervescent Granules and Methods for Their Preparation" U.S. Patent 6,649,186, November 18, 2003.

23.   J.R. Robinson and J.W. McGinity, "Delivery System for Omeprazole and Its Salts", U.S. Patent 6,749,867, June 15, 2004

35

24.   Dave A. Miller, Jason T. McConville, James W. McGinity, Robert O. Williams III, "Stabilized HME Composition with Small Drug Particles" European Patent Application #WO2007001451, April 2007.

XVI.   Books:

1.   J.W. McGinity, ed. Aqueous Polymeric Coatings for Pharmaceutical Dosage Forms, Marcel Dekker publ., (1989).

2.   J.W. McGinity, ed. Aqueous Polymeric Coatings for Pharmaceutical Dosage Forms, 2nd Edition, Marcel Dekker Inc., (1996).

3.   J.W. McGinity and L. Felton, ed., Aqueous Polymeric Coatings for Pharmaceutical Dosage Forms, 3rd Edition, Informa Healthcare, January (2008).

XVII:   Book Reviews:

1.   "Microencapsulation," J.R. Nixon, Editor, Marcel Dekker, Publisher, New York, N.Y. (1976). J. Pharm. Sci., 66, 148 (1977).

2.   "Controlled-Release of Bioactive Materials," R. Baker, Editor, Academic Press, New York, N.Y. (1980). J. Pharm. Sci., 70, 837 (1981).

3.   "Drug Stability:  Principles and Practices", J.T. Carstensen, Editor, Marcel Dekker, Publisher, New York, N.Y. (1990).  J. Pharm. Sci., 80, 98 (1991).

4.   "Handbook of Pharmaceutical Granulation Technology", Second Edition, D.M. Parikh, Taylor and Francis, Boca Raton, FL 2005, Hardback, 656 pages, ISBN: 0824726472, Drug Development and Industrial Pharmacy, 33,1-2 (2007).

11/21/2008

# Exhibit D

CV of Dr. Sawchuk

# RONALD J. SAWCHUK

## *PERSONAL DATA*

| | |
|---|---|
| Present Address: | Department of Pharmaceutics |
| | College of Pharmacy |
| | Room 9-143 Weaver-Densford Hall |
| | University of Minnesota |
| | 308 Harvard Street S.E. |
| | Minneapolis, MN  55455 |
| | Telephone:    (612) 624-0646 |
| | E-mail:    sawch001@umn.edu |
| Home Address: | 14934 Pixie Point Circle SE |
| | Prior Lake, MN  55372 |
| | Telephone:    (952) 226-6507 |
| Born: | May 29, 1940, Toronto, Ontario, Canada |
| Marital Status: | Married, three children |
| Citizenship: | Dual:  U.S. and Canadian |

## *EDUCATION*

| | | |
|---|---|---|
| 1959 | (High School) | Oakwood Collegiate Institute, Toronto |
| | | Secondary School Grade XIII |
| 1963 | B.Sc. Phm. | University of Toronto, Toronto |
| | | Ontario College of Pharmacy Licentiate No. 10748 |
| 1966 | M. Sc. Phm. | University of Toronto, Toronto |
| 1972 | Ph.D. | University of California, San Francisco |
| | | Pharmaceutical Chemistry (Pharmacokinetics) |

## *PROFESSIONAL AND ACADEMIC EXPERIENCE*

| | |
|---|---|
| 1963 - 1965 | Teaching Assistant, University of Toronto |
| 1966 | Community Pharmacist (part-time), Toronto |
| 1966 - 1968 | Teaching Assistant, University of California |
| 1971 - 1972 | Instructor in Pharmaceutics, University of Minnesota |
| 1972 - 1977 | Assistant Professor of Pharmaceutics, University of Minnesota |
| 1977 -1983 | Associate Professor of Pharmaceutics, University of Minnesota |
| 1974 - 1982 | Associate Director, Clinical Pharmacokinetics Laboratory, U of Minnesota |
| 1982 - 1995 | Director, Clinical Pharmacokinetics Laboratory, College of Pharmacy, U of Minnesota |
| 1983 - present | Professor of Pharmaceutics, University of Minnesota |
| 1983 - 1989 | Director of Graduate Studies in Pharmaceutics, University of Minnesota |
| 1983 - 1986 | Acting Head, Department of Pharmaceutics, University of Minnesota |
| 1984 (summer) | Quarter Leave, Sandoz Pharma, Pharmacokinetics and Drug Metabolism Dept., Basel, Switzerland (M. Lemaire) |
| 1991 - 1994 | Director of Graduate Studies in Pharmaceutics, University of Minnesota |
| 1992 (Summer) | Quarter Leave, Sandoz Pharma, Drug Safety, Basel, Switzerland (W. Niederberger) |
| 1996 - 1999 | Member, Board of Directors, Century Mortar Club |
| 1997 (Spring) | Semi-Quarter Leave, Toyama Medical and Pharmaceutical University, Japan (H. Sato) |
| 1997 (Summer) | Semi-Quarter Leave, Novartis AG, PKDM, Basel, Switzerland (J. Vonderscher) |
| 1998 - 1999 | Head, Department of Pharmaceutics, University of Minnesota |
| 2001 (Summer) | Faculty Development Leave, Novartis AG, PKDM, Basel, Switzerland (M. Lemaire ) |

## CURRENT PROFESSIONAL RESPONSIBILITIES

| | |
|---|---|
| 1972 - present | Member, Graduate Program in Pharmacutics, University of Minnesota |
| 1983 - present | Professor of Pharmaceutics, University of Minnesota |
| 1982 - present | Consultant to the pharmaceutical industry |
| 1995 - present | Director, Bioanalytic and Pharmacokinetic Services, University of Minnesota |
| 1995 - present | Editorial Board, *Saudi Pharmaceutical Journal* |
| 1996 - 2007 | Editorial Board, *Journal of Pharmaceutical Sciences* |
| 1996 - present | Member, Graduate Program in Neurosciences, University of Minnesota |
| 2001 - present | Member, Graduate Program in Experimental and Clinical Pharmacology, U of M |
| 2002 - present | Member, Graduate Program in Social, Administrative and Clinical Pharmacy, U of M |
| 2008 - present | Editorial Advisory Board, *AAPS Journal* |
| 2009 - present | Editorial Board, *Xenobiotica* |

## OTHER PROFESSIONAL ACTIVITIES AND RESPONSIBILITIES

Prepared two videotapes on "Pharmacokinetics" for undergraduate instruction
Co-editor of a book with James Blanchard, Ph.D. and B.B. Brodie, Ph.D., entitled "Principles and Perspectives in
    Drug Bioavailability." S. Karger, Publisher, 1979
Assistant Director, Clinical Pharmacokinetics Laboratory, 1974-82
Consultant in the Establishment and Implementation of the Drug Quality Assurance Program, United Hospitals,
    St. Luke's Division, St. Paul, 1975
Participant in Critical Incidents Workshop, PDI - College of Pharmacy, 1977
Assessor in the Pharmacy Assessment Exercises, 1978
Coordinator for Continuing Education in Pharmacy, TV Series 1978, 1980
Expert, Bureau of Drugs and Biologics, Food and Drug Administration, 1982-84
Screening Committee, Abstracts, Basic Pharmaceutics Section, APS, APhA, 1981
Review of Grants, Medical Research Council (Canada) 1980-86
Review of Grants, British Columbia Health Care Foundation, 1981-84
Advisory Consultant, Site Visit Team NIH (NINCDS) Yale University School of Medicine, October 1979
Member, Site Visit Team NIH (NINCDS) University of Utah School of Medicine, January 1983
Member, Special Pharmacology Study Section NIH, April-June 1988
Review of Grants, Idaho State Board of Education, 1989-91
Review of Grants, Greater Minnesota Corporation, 1990-91
Organizer and Symposium Co-Chair, "Microdialysis in Drug Metabolism and Disposition Studies", for the
    Annual AAPS Meeting, San Antonio TX, 1992
Symposium Co-Chair, "Kinetic and Dynamic Challenges of the 90's", for the Annual AAPS Meeting,
    San Diego, CA, 1994
Organizing Committee Member for the NATO Advanced Study Institute, "Pharmacokinetics: From Theory to
    Practice", Erice, Italy, April 5-16, 1994
Co-organizer and Participating Instructor, "Pharmacokinetics for the Pharmacist and Pharmaceutical Scientist"
    University of Milan, Varese, September 10 -15, 1995.
Member, Board of Directors, Century Mortar Club, 1996-present.
National Advisory Committee, FAMU RCMI Program, Tallahasse, FL 1996-present
Co-organizer and Participating Instructor, "Pharmacokinetics for the Biomedical and Pharmaceutical Scientist"
    University of Milan, Varese, September 7 -12, 1997.
Scientific Advisory Committee, 1st Symposium on Microdialysis and Pharmacokinetics, Leiden, The Netherlands
    April 1998
Organizer and Participating Instructor, "Pharmacokinetics for the Biomedical and Pharmaceutical Scientist"
    University of Malta, Msida, September 6 -15, 1998.
Founder, Microdialysis Focus Group, American Association of Pharmaceutical Scientists, 1998.
Scientific Advisory Committee, 2nd International Symposium on Microdialysis in Drug Research and
    Development, Stockholm, Sweden, June 2000

Chair, Microdialysis Focus Group, American Association of Pharmaceutical Scientists, 1998-2000.
Co-Chair, Organizing Committee, 3rd International Symposium on Microdialysis in Drug Research and
    Development, Minneapolis, MN, USA, June 2002
Visiting Professor, Guilin Medical College, Guilin PRC (2002-2007)
Scientific Advisory Committee, 4th International Symposium on Microdialysis in Drug Research and
    Development, Vienna, Austria, June 2004
Scientific Advisory Committee, Abbott Laboratories, for the FDA Critical Path Initiative, September 2004
Scientific Advisory Committee, 5th International Symposium on Microdialysis in Drug Research and
    Development, Leiden, The Netherlands, June 2006
GLP-1 Scientific Advisory Panel, Medtronic, Minneapolis, MN, April 2009-present

## MEMBERSHIP IN PROFESSIONAL AND SCIENTIFIC SOCIETIES

American Association of Pharmaceutical Scientists (Fellow)
American Association for the Advancement of Sciences (Fellow)
American Pharmacists Association (APhA)
American Society for Pharmacology and Experimental Therapeutics
International Society of Anti-Infective Pharmacology
International Society for the Study of Xenobiotics
Technology Park, Heidelberg, Germany
Century Mortar Club (Board of Directors, 1996-98)
Rho Chi Honor Society

## SCHOLARSHIPS, HONORS AND AWARDS

| | |
|---|---|
| 1964 | Scholarship, Canadian Foundation for the Advancement of Pharmacy |
| 1965-66 | National Research Council of Canada |
| 1965 | Warner-Lambert Research Fellowship |
| 1968-70 | National Institute of Health (NIH) Training Grant |
| 1981-82 | Teacher of the Year, College of Pharmacy, University of Minnesota |
| 1986 | Recipient of Horace T. Morse-Amoco Foundation Award |
| 1988 | Fellow, American Association of Pharmaceutical Scientists |
| 1990 | Fellow, American Association for the Advancement of Science |
| 1996 | Hallie Bruce Memorial Lecture Award |
| 1997 | Fellowship, Japanese Society for the Promotion of Science |
| 1999 | Meritorious Manuscript Award, American Association of Pharmaceutical Scientists |
| 2001 | Weaver Medal of Honor |
| 2004 | Distinguished Lecture, Creighton University School of Pharmacy and Health Professions |
| 2005 | Academy of Distinguished Teachers, University of Minnesota |
| 2006 | Distinguished Lecture, Temple University School of Pharmacy |
| 2007 | APhA Research Achievement Award in the Basic Pharmaceutical Sciences |

## COMMITTEE APPOINTMENTS

COLLEGE OF PHARMACY

| | |
|---|---|
| 1972-73, 1973-74 | Student American Pharmaceutical Association Minnesota Chapter (Faculty Advisor) |
| 1972-75 | Student Admissions and Academic Standing Committee, College of Pharmacy |
| 1972-73 | Task Force on College of Pharmacy Organization |
| 1973-74 | Continuing Education Committee |
| 1972-78 | Admissions Committee for Pharm.D. Program, College of Pharmacy (Chair 1973-74; 1977-78) |
| 1974-75 | University of Minnesota Health Sciences B/C Implementation Committee |
| 1974-77 | Constitution and By-laws Committee |
| 1974-75 | Unit K Committee, Graduate School |

| | |
|---|---|
| 1975-76 | Task Force on Pharm.D. Admissions |
| 1976-78 | Professional Education Committee |
| 1977-78 | Task Force on Travel |
| 1977-78 | Anatomy, Physiology, Pathology Study Group |
| 1977-78 | Drug Product Design and Evaluation Study Group |
| 1976-78 | Search Committee for Biopharmaceutics Faculty Member |
| 1977-78 | Search Committee for Assistant Director HCMC |
| 1977-78 | Search Committee for Research Associate, CEP Project D-1 (Chairman) |
| 1978-79 | Pharm.D. Program Planning Committee (Chairman) |
| 1978-79, 1979-80 | Computer Systems Committee (Chairman) |
| 1979-80 | Professional Education Committee (Chairman) |
| 1980-81 | Educational Policy Committee (Chairman) |
| 1980-82 | Externship Committee |
| 1981-82 | Academic Standing Committee |
| 1981-83 | Health Sciences Policy and Review Council |
| 1981-82 | Graduate Faculty Nominations and Course Proposals Committee |
| 1982-83 | Academic Standing Committee (Chairman) |
| 1982-83 | Advisory Committee on Animal Care Facilities |
| 1983-85 | Council of Directors of Graduate Studies |
| 1982-83 | Task Force on Computers |
| 1983 | Search Committee for Department Chairman (Chairman) |
| 1983 | Search Committee for Clinical Faculty at HCMC |
| 1984 | Ad Hoc Committee on External Pharm.D. Program |
| 1984 | Executive Committee (Chairman) |
| 1984 | Search Committee for Dean of College of Pharmacy |
| 1984 | Search Committee for Psychiatry Position, St. Paul-Ramsey Medical Center |
| 1984 | Search Committee for Clinical Faculty at Hennepin County Medical Center |
| 1985 | Endowed Chair in  Pharmaceutics Search Committee (Chair) |
| 1985 | Assistant Professor in Pharmaceutics Search Committee (Chair) |
| 1985 | Appointment, Promotion and Tenure Committee |
| 1985 | Space Committee |
| 1985 | Clinical Assistant Professor (MMC) Search Committee |
| 1985-89 | Executive Committee |
| 1986-87 | Appointment, Promotion and Tenure Committee (Chair) |
| 1986-90 | Educational Policy Committee |
| 1986-87 | Subcommittee of Educational Policy Committee |
| 1986 | Search Committee for Endowed Chair (Chair) |
| 1986-87 | College of Pharmacy Strategic Planning Committee |
| 1986-87 | Subcommittee of Strategic Planning Committee to Develop College Goals and Objectives |
| 1987-90 | Continuing Pharmacy Education Advisory Committee (Chair) |
| 1987-88 | Admissions Committee |
| 1988-89 | Admissions Committee (Chair) |
| 1989-91 | Promotion and Tenure Committee |
| 1991-92 | Promotion and Tenure Committee (Chair-Elect) |
| 1991-92 | General Research Support Committee |
| 1992-93 | Promotion and Tenure Committee (Chair) |
| 1992-93 | General Research Support Committee |
| 1993-94 | Academic Standing Committee (Chair-Elect) |
| 1994-95 | Academic Standing Committee (Chair) |
| 1994-98 | College Computer Committee |
| 1995-96 | Promotion and Tenure Committee |
| 1995-96 | Internal Organization and Leadership Task Force |
| 1996-97 | Nontraditional Pharm.D. Task Force |
| 1997-98 | Search Committee for Endowed Chair in Geriatric Pharmacotherapy |

| | |
|---|---|
| 1997-98 | Admissions Committee |
| 1997-98 | Search Committee for Immunotherapy Faculty Position (Chair) |
| 1998-2000 | Search Committee for Pharmaceutics Faculty Position |
| 2000-2001 | Educational Policy Committee |
| 2001-2002 | Search Committee for ECP Faculty Position |
| 2001-2002 | Educational Policy Committee (Chair) |
| 2001-2002 | Search Committee for Pharmaceutics Faculty Position |
| 2001-2002 | College of Pharmacy Phar. Sci. 2020 Committee, Capital Campaign (Co-Chair) |
| 2001-2004 | College of Pharmacy Faculty Consultative Committee |
| 2002-2003 | Educational Policy Committee (Past Chair) |
| 2002-2003 | College of Pharmacy Collegiate Review Committee (Chair) |
| 2002-2003 | College of Pharmacy Central Council  (Faculty Representative) |
| 2002-2003 | College of Pharmacy Instructional Development Working Group for the Duluth Expansion |
| 2003-2005 | Search Committee for Pharmaceutics Faculty Position at UMD (Chair) |
| 2004-2007 | College of Pharmacy Assessment Committee |
| 2005-2006 | Search Committee for Endowed Chair in Geriatric Pharmacotherapy |
| 2006-2007 | Search Committee for Pharmaceutics Faculty Position |

## UNIVERSITY COMMITTEE APPOINTMENTS

| | |
|---|---|
| 1974-78 | Subcommittee on Academic-Industrial Interface, Academic Relations Committee, 3M Technical Forum |
| 1975-76 | Health Sciences Primary Health Care Program Committee (Alternate), Solicitor for the University of Minnesota Consolidated Fund Drive |
| 1977-78 | Alternate Senator (U. of Minnesota) |
| 1978-81 | Senator (U. of Minnesota) |
| 1984-85 | Health Sciences Learning Resources Committee |
| 1986 | College Delegate to All-University Single Quarter Leave Working Group, Academic Affairs |
| 1989 | Health Sciences Policy and Review Council, Graduate School |
| 1989-91; 1991-93 | Biological Sciences (formerly Plant and Animal Sciences) Policy and Review Council, Graduate School |
| 1991-93 | Graduate Faculty Nominations Subcommittee, Biological Sciences Policy and Review Council, Graduate School |
| 1992-93 | Graduate Faculty Nominations Subcommittee (Chair), Biological Sciences Policy and Review Council, Graduate School |
| 1995-1998 | Biological Sciences Policy and Review Council, Graduate School |
| 1997-98 | Faculty Research Development Proposal Review Committee for the Academic Health Center |
| 2001-2004 | Academic Health Center Faculty Consultative Committee |
| 2001-2002 | SCFP Subcommittee on Twin Cities Facilities and Support Services (STCFSS) |
| 2003 | AHC Seed Grant Review Committee |
| 2003 | AHC FCC Internal Screening Committee for Academy of Excellence Nominees |
| 2004-2007 | All-University Honors Committee, University of Minnesota |

## STATE, NATIONAL, AND INTERNATIONAL COMMITTEE APPOINTMENTS

| | |
|---|---|
| 1974-76 | Representative to AACP Council of Faculties |
| 1977-78 | AACP Task Force on Guidelines for Pharm.D. Accreditation |
| 1980-82 | Academic Advisory Committee, Kellogg Pharmaceutical Scientist Program |
| 1981 | Screening Committee for Academy of Pharmaceutical Sciences, Basic Pharmaceutics Section |
| 1989-present | Member, Scientific Committee, International Pharmaceutical Technology Symposium (FIP) |
| 1990 | Academic Affairs Committee, AACP (Member) |
| 1990 | Program Committee, Controlled Release Society Annual Meeting (Member) |

| | |
|---|---|
| 1989-91 | Continuing Education Committee, State Board of Pharmacy (Member) |
| 1990-95 | USP Committee of Revision (Member) |
| 1991-93 | NIH/NINDS Antiepileptic Drug Development Program (Consultant) |
| 1995 | Fellows Nominations Committee for AAPS, PPDM Section |
| 1995 | Screening Committee for AAPS PPDM Section Abstracts |
| 1997-2000 | Fellows Nominations Committee for AAPS, PPDM Section |
| 1999-2000 | Committee on AAPS Section Structure and Procedure Guideline |
| 2000-2001 | PPDM Vice Chair, American Association of Pharmaceutical Scientists |
| 2000-2002 | Co-Chair, Organizing Committee, 3rd International Symposium on Microdialysis in Drug Research and Development |
| 2001-2002 | PPDM Chair Elect, American Association of Pharmaceutical Scientists |
| 2001-2002 | Annual Program Planning Committee, American Association of Pharmaceutical Scientists |
| 2001-2002 | Program Coordinating Committee, American Association of Pharmaceutical Scientists |
| 2002-2003 | PPDM Section Chair, American Association of Pharmaceutical Scientists |
| 2002-2003 | PPDM Committee for Graduate Student Symposium Awardees, American Association of Pharmaceutical Scientists |
| 2002-2003 | Short Course Program Review Team, American Association of Pharmaceutical Scientists |
| 2003-2004 | PPDM Section Past-Chair, American Association of Pharmaceutical Scientists |
| 2004-2007 | Member-at-Large, American Association of Pharmaceutical Scientists Executive Council |
| 2004-2006 | Clinical and Operational Working Group (CORWG), NASA |
| 2004-2005 | AAPS Executive Council Liaison to the Clinical Sciences section of AAPS |
| 2005-2006 | AAPS Executive Council Liaison to the DDD section of AAPS |
| 2005-2006 | AAPS Executive Council Liaison to the PDD section of AAPS |
| 2005-2006 | AAPS Executive Council Liaison to the 2006 Annual Meeting Program Committee |
| 2005-2006 | AAPS Executive Council Liaison to the 2006 Annual Meeting Screeners |
| 2005-2006 | AAPS Executive Council Liaison to the 2006 Program Coordination Committee |
| 2006 | AAPS Reference Resources Task Force |
| 2006-2007 | AAPS Executive Council Liaison to the APQ section of AAPS |
| 2006-2007 | AAPS Executive Council Liaison to the PT section of AAPS |
| 2006-2007 | AAPS Executive Council Liaison to the International Affairs Committee |
| 2009-present | Epilepsy NINDS Steering Committee |
| 2009-present | NINDS Consortium to Study Bioequivalence of AED Products |

## *INVITED PRESENTATIONS*

Continuing Education Program (6 hours) Minneapolis, MN, 1973.
Upper Midwest Hospital Conference, 1974.
Continuing Education Program (6 hours) Rochester, MN, 1974.
University of Illinois, Chicago, IL, 1974.
Department of Clinical Pharmacology, University of Minnesota, 1974.
AACP Annual Meeting and Teachers' Seminar (Workshop Leader), Lake Kiamesha, NY, 1975.
Debate Symposium, "Drug Product Selection," St. Paul, MN, 1977.
Continuing Education for Minneapolis Veteran Pharmacists (2 hours), Minneapolis, MN, 1978.
Continuing Education in Pharmacy (2 hours), Mankato, MN, 1978
Continuing Education in Pharmacy "Seminar at Sea" (4 hours of instruction), 1978.
HPLC Workshop, Invited Lecturer, Bloomington, MN, 1978.
University of Kentucky, Lexington, KY, 1979.
American Association of Clinical Chemists, Midwest Section, Minneapolis, MN, 1979.
University of Illinois, Chicago, IL, 1979.
Smith Kline Corp., Philadelphia, PA, 1979.
Department of Pathology, St. Cloud Hospital,  St. Cloud, MN, 1979.
Comprehensive Epilepsy Program, Minneapolis, MN, 1979.
University of North Carolina, Chapel Hill, NC, 1979.
Burroughs Wellcome Co., Research Triangle Park, NC, 1979.

St. Paul-Ramsey Medical Center, St. Paul, MN, 1989.

Continuing Education in Pharmacy (4 hours) Minneapolis, MN, September-October, 1981.

Medical Research Council of Canada, Visiting Professor, University of British Columbia, Vancouver, 1982.

Invited Lecturer, National Institutes of Health, Epilepsy Branch, Bethesda, MD, 1982.

Geriatric Research, Education and Clinical Center, Bloomington, MN, September, 1982.

Continuing Education in Pharmacy (6 hours), Duluth, MN, September, 1982.

Ciba-Geigy, Pharmaceuticals Division, Ardsley, December 2, 1982.

Swiss Federal Institute of Technology, Zurich, Switzerland, June 19, 1984.

Biopharmacy Division, Sandoz AG, Basel, Switzerland, June 22, 1984.

Biopharmacy Division, Sandoz AG, Basel, Switzerland, July 24, 1984.

"Cyclosporine Pharmacokinetics in the Rabbit:  In Vivo Disposition and In Situ Absorption Studies," Rhone-Poulenc Visiting Professor, University of Toronto, Ontario, February 5, 1985.

"Pharmacokinetics and Pharmacodynamics," Drug Therapy Symposium VI, St. Paul, MN, February 27, 1985.

"Absorption and Disposition Studies with Cyclosporine," Sandoz, AG, Basel, Switzerland, July 15, 1985.

"Absorption of Cyclosporine from Rabbit Small Intestine Using an In Situ Perfusion Model," Vorstand des Instituts fur Pharmazie U. Lebensmittlechemie der Ludwig-Maximilians-Universitat, Munich, West Germany, July 17, 1985.

"Analytic considerations in the Investigation of the Pharmacokinetics of Cyclosporine," Medizinischen Hochschule, Hanover, West Germany, September 11, 1985.

"Mixed-Order Absorption of a Sustained Release Carbamazepine Tablet in Humans," Institut fur Pharmazeutische Technologie der Johann Wolfgang Goethe-Universitat, Frankfurt am Main, West Germany, May 15, 1986.

"Simultaneous First- and Zero-order Absorption of Commercial Carbamazepine Tablets," 5th Symposium on Biopharmaceutics and Pharmacokinetics, Piestany, Czechoslovakia, May 22, 1986.

"Simultaneous First- and Zero-order Absorption of Tegretol in Human Volunteers," National Institutes of Health, Epilepsy Branch, NINCDS, Bethesda, MD, November 6, 1986.

"Comparison of Plasma AUCs using the Traditional Point-by-Point and Pooled Sample Methods:  Application in the Analysis of Human Pharmacokinetics of Carbamazepine and its metabolites," Food and Drug Administration, Rockville, MD, July 20, 1987.

"Pharmacokinetics in Contemporary Pharmacy Practice," Minneapolis Veteran Pharmacists Association, Richfield, MN, September 15, 1987.

"The Absorption and Disposition Kinetics of Carbamazepine and its Metabolites in Humans," Ciba-Geigy, Summit, NJ, July 23, 1987.

The following four lectures were given in Beijing, Chengdu, and Guilin, China during a visit sponsored by the Chinese Academy of Medical Sciences in late October/early November 1987:

1.  "Theory and Application of a Pharmacokinetic Model in Individualizing Dosing Regimens for the Aminoglycosides."
2.  "First- and Zero-order Absorption of Carbamazepine from Commercial Tablets in Epileptic Patients and Normal Volunteers."
3.  "Significance of Nonlinear Disposition Kinetics in the Adjustment of Dosing Regimens."
4.  "Relative Bioavailability of Phenytoin Formulations:  Problems in Assessment Due to Michaelis-Menten Elimination Kinetics."

"Does Tegretol need to be Dosed TID?"  Comprehensive Epilepsy Program, Minneapolis, MN, March 21, 1988.

"The Kinetics of Absorption of Carbamazepine (Tegretol ) and its Metabolism in Humans," Vorstand des Instituts der Pharmazie, Ludwig-Maximilians Universitat, Munich FRG, June 8, 1988.

"Pharmacokinetic and Physiologic Considerations in Oral Controlled Drug Delivery," Novel Drug Delivery Symposium, Minneapolis, MN, September 20, 1988.

"Clinical Applications of the Two-Compartment Open Model," Regional Kidney Disease Program, Hennepin County Medical Center, Minneapolis, MN, November 16, 1988.

The following five lectures were presented in a Continuing Education in Pharmacy Program:  "Concepts and Applications in Pharmacokinetics, Parts I and II"; "Therapeutic Response and Toxicity"; "Monitoring Drug Therapy"; and "Bioavailability and Bioequivalence", St. Thomas, Virgin Islands, March 8-13, 1989.

"The Pharmacokinetics of Zidovudine (AZT) with Some Observations on the Interaction with Probenecid," Queen's University of Belfast, Belfast, North Ireland, June 15, 1989.

"Pharmacokinetic and Analytical Considerations in Monitoring Zidovudine (AZT) Levels in Children with Aids," Fourth International Congress on Pediatric Laboratory Medicine, Washington, DC, August 23, 1989.

"Inhibition of Zidovudine Metabolism and Excretory Transport," Department of Pharmacodynamics, Semmelweis University of Medicine, Budapest, Hungary, September 13, 1989.

"Evaluating Bioequivalence," Western Michigan Society of Hospital Pharmacists, Grand Rapids, MI, March 2, 1990.

"Effect of Temperature and Medium of Analysis on Cyclosporine Concentration," Canadian Consensus Meeting on Cyclosporine Monitoring, Minaki Lodge, Canada, May 11, 1990.

"Studies of the Interaction between Zidovudine (AZT) and Probenecid in Animals and Humans."  Pharmaceutics and Process R & D, Ayerst Laboratories Inc., Rouse's Point, NY, August 17, 1990.

"Mechanistic Studies to Examine the Effect of Probenecid on the Brain Uptake of Zidovudine," Shanghai Medical University, Shanghai, P.R.C., October 13, 1990.

A lecture series (16 hrs) on the topic of "Clinical Pharmacokinetics and Therapeutic Drug Monitoring" was given to staff members of the Chinese Academy of Medical Sciences and Hospital Pharmacists, Beijing, P.R.C., October 15-20, 1990.

"Comparative Intestinal Absorption of Compounds of Varying Lipophilicity, and the Effect of Absorptive Water Flux."  Lederle Laboratories, Pearl River, NY, September 12, 1991.

"Analysis of Zidovudine Distribution into Specific Brain Regions Utilizing Microdialysis," Bristol Myers-Squibb Research Institute, Princeton, NJ, September 17, 1991.

"Distribution of AZT Into Specific Brain Regions in the Rabbit Utilizing Microdialysis," University of Illinois College of Medicine, Peoria, IL, October 9, 1991.

"Studies on the Transport of Nucleosides into Specific Brain Regions Using Microdialysis with *In Vivo* Calibration."  University of Florida, College of Pharmacy, Gainesville, FL, December 6, 1991.

"Analysis of Zidovudine Distribution into Specific Brain Regions Utilizing Microdialysis," University of Arizona College of Pharmacy, Tucson, AZ, February 17, 1992.

"Regional Considerations in the In Situ Intestinal Absorption of Glycylcycline and Minocycline, and the Effect of Solvent Drag," Lederle Laboratories, Pearl River, NY, May 11, 1992.

"Comparative Absorption of Fluorothymidine and Related Nucleosides in Different Anatomic Intestinal Regions," Lederle Laboratories, Pearl River, NY, May 11, 1992.

"Microdialysis Techniques for the Study of Drug Distribution, and the Problem of Recovery *In Vivo*," Europhor Toulouse, France, June 19, 1992.

"The Use of Microdialysis in Studying the Distribution of  Exogenous Substances in Biological Tissues," Sandoz Pharma, Basel Switzerland, June 24, 1992.

"Inhibition of Brain Distribution and Systemic Clearance of AZT by Probenecid," Sandoz Pharma, Basel Switzerland, June 30, 1992.

"Uptake of Zidovudine (AZT) into Rabbit Brain Using Microdialysis with *In Vivo* Calibration," Knoll AG, Ludwigshafen, Germany, July 1, 1992.

"Microdialysis in the Study of the Distribution and Metabolism of Exogenous Substances," Pharmaceutical Chemical Institute, University of Heidelberg, Heidelberg, Germany, July 2, 1992.

"The Relationship Between Urine and Plasma Concentrations of Lipophilic Drugs: Implications for Therapeutic Drug Monitoring," Sandoz Pharma, Basel Switzerland, July 8, 1992.

"Estimation of the Elimination Rate Constant for Metabolites which Exhibit Formation-Rate Limited Disappearance," Sandoz Pharma, Basel Switzerland, July 23, 1992.

"Experimental Determination of Free Tissue Levels Using Microdialysis," 4th Biennial Conference on Chemotherapy of Infectious Diseases and Malignancies, Prague, Czechoslovakia, August 31, 1992.

"*In Situ* Intestinal Absorption of Tetracycline Derivatives and the Effect of Absorptive Water Flux," Lederle Laboratories, Pearl River, NY, November 13, 1992.

"Reversibility of Carbamazepine Autoinduction upon Dose Termination in Normal Volunteers," Abbott Laboratories, Abbott Park, IL, December 2, 1992.

"Barriers to the Oral Delivery of Drugs," Wyeth-Ayerst Research, Radnor, PA, February 23, 1993.

"Preliminary Results of Studies which Examine the Distribution of the NMDA Antagonist, EAB 515, to Rat Brain," Sandoz Pharma, Basel Switzerland, April 26, 1993.

"Microdialysis Calibration Using the Zero-Net Flux Method and Retrodialysis in Studying the Distribution of Exogenous Substances to Rat Brain," Sandoz Pharma, Basel Switzerland, April 26, 1993.

"Investigation of the Pharmacodynamics of the NMDA Antagonist, EAB 515, in the Rat During Intravenous and Intracerebroventricular Administration." Sandoz Research Institute, Berne, Switzerland, April 28, 1993.

"Comparative Distribution of AZT to Brain Tissue Extracellular Fluid During Intravenous and Intracerebroventricular Infusion." Food and Drug Administration, Rockville, MD, May 21, 1993.

"Interspecies Scaling of Pharmacokinetics in the Evaluation and Development of New Antiepileptic Drugs." Natural Resources Research Institute, University of Minnesota—Duluth, Duluth, MN, August 11, 1993.

"Application of Pharmacokinetic Principles in Practice." Minneapolis Veteran Pharmacists Association, St. Louis Park, MN, September 21, 1993.

"Microdialysis as a Tool to Study Drug Delivery to the Brain." North Jersey American Chemical Society Drug Metabolism Discussion Group, Somerset, NJ, October 7, 1993.

"Graduate Studies and Research Careers in Pharmaceutics." University of Minnesota—Duluth Department of Chemistry, Duluth, MN, December 3, 1993.

"Microdialysis in Pharmacokinetic and Drug Metabolism Studies." 95th Annual Meeting, American Society for Clinical Pharmacology and Therapeutics, New Orleans, LA, April 1, 1994.

"Modeling and Simulation of Complex Pharmacokinetic Systems." NATO Advanced Study Institute, Erice, Italy, April 12, 1994.

"Microdialysis in the Study of Drug Distribution." NATO Advanced Study Institute, Erice, Italy, April 13, 1994.

"Pharmacokinetic Studies Utilizing Microdialysis." Department of Pharmaceutical Chemistry, University of Kansas, Lawrence, KS, May 2, 1994.

"Pharmacokinetic Studies Utilizing Microdialysis and On-Line HPLC." 4th International Workshop in Bioanalysis, Lawrence, KS, July 12, 1994.

"Application of Microdialysis in Pharmacokinetic Studies." Gordon Research Conference in Drug Metabolism, Holderness School, Plymouth, NH, July 20, 1994.

"Microdialysis and its Application in Pharmacokinetic Studies." Ciba-Geigy, Pharmacokinetics and Bioanalytics Division, Ardsley, NY, July 25, 1994.

"Assessing Drug Transport in the Brain with Microdialysis." 9th Annual Meeting, American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

"Applications of Microdialysis in Preclinical Pharmacokinetic Studies." 3M Pharmaceuticals, 3M Center, St. Paul, MN, November 29, 1994.

"Problems in Assessing the Absorption of Carbamazepine from Sustained Release Dosage Forms in Epileptic Patients." Pharmavene, Inc., Gaithersburg, MD, February 23, 1995.

"Selected Preclinical Pharmacokinetic Studies with Tacrine." Parke-Davis Pharmaceuticals, Ann Arbor, MI, May 5, 1995.

"Brain Distribution and Metabolism Studies with Tacrine and Two Hydroxylated Metabolites." Department of Pharmaceutics and Pharmacodynamics, University of Illinois, Chicago, IL, July 28, 1995.

"Microdialysis and its Application in Preclinical Drug Distribution and Absorption Studies." Chiron Corporation, Emeryville, CA, August 18, 1995.

"The Principle of Quantitative Microdialysis and its Application in Preclinical Drug Distribution Studies." Genentech, Inc., South San Francisco, CA, October 9, 1995.

"Graduate Programs and Research Opportunities in Pharmaceutics." 13th Annual Symposium on Pharmaceutical Sciences Graduate Programs, Merrillville, IN, October 21, 1995.

"Principles of Microdialysis and Applications in Preclinical Drug Distribution and Absorption Studies," Wyeth-Ayerst, Pearl River, NY, December 6, 1995.

"Microdialysis in Preclinical Drug Distribution Studies." Dupont Merck, Newark ,DE, December 8, 1995.

"Microdialysis and its Application to the Study of Drug/Metabolite Distribution in the Central Nervous System," University of Pittsburgh, Pittsburgh, PA, January 25, 1996.

"Therapeutic Drug Monitoring:  A Fodor's Guide." Hallie Bruce Memorial Lecture Award, Minnesota Society of Health-Services Pharmacists, Minneapolis, MN, April 13, 1996"

"Preclinical Studies of Drug Distribution to the Brain using Microdialysis." Pharmaceutical Peptides Inc, Cambridge, MA, May 2, 1996.

"Microdialysis and its Application in Nonclinical Studies of Drug Distribution and Absorption." Bristol-Myers Squibb, Pinceton, NJ, June 24, 1996.

"Continuous Monitoring by Microdialysis in Neuropharmacokinetic Investigations." Faculty of Pharmacy, University of Tanta, Tanta, Egypt, March 5, 1997.

"Preclinical Studies of Drug Distribution to the Brain using Microdialysis," Toyama Medical and Pharmaceutical University, Toyama, Japan, April 11, 1997.

"Application of Pharmacokinetic Principles in Individualizing Aminoglycoside Dosing," Toyama Medical and Pharmaceutical University, Toyama, Japan, April 11, 1997.

"Preclinical Studies of Drug Distribution to the Brain using Microdialysis," Meiji College of Pharmacy, Japan, April 18, 1997.

"Individualizing Aminoglycoside Dosing and Once-a-Day Aminoglyocosides," Meiji College of Pharmacy, Japan, April 18, 1997.

"Education of Pharmacists and Pharmaceutical Scientists at the University of Minnesota," 260th Meeting on Continuing Education of Pharmacists, Okuda-Shinmachi, Toyama, Japan, April 26, 1997.

"Pharmacokinetic Basis of Drug-drug Interactions," Novartis Workshop on Metabolic Drug-Drug Interactions, Schluchsee, Germany, October 14, 1997.

"Microdialysis and its Application in Preclinical Pharmacokinetic Studies," Merck  Research Laboratories, West Point PA, December 16, 1997.

"Microdialysis and its Application in Preclinical Pharmacokinetic Studies," Merck and Co, Inc. Rahway NJ, December 17, 1997.

"Brain Distribution Studies employing Microdialysis and Crossover Designs," *1st International Symposium in Drug Research and Development*, Noorwijkerhout, Netherlands, April 3, 1998.

"Application of Sample Pooling in the Time Domain to Estimate CL, Vss and MRT in the Search for Lead Compounds." Chiron Corporation, Emeryville, CA, May 5, 1998.

"Microdialysis as a Sampling Technique in Preclinical Pharmacokinetic Studies." Pfizer Inc, Groton CT, June 18,1998

"Assessing Drug Delivery to the CNS Using Microdialysis Sampling." School of Medicine, University of Minnesota, Duluth,  October 19,1998.

"Pharmacokinetic Studies Using Microdialysis Sampling." American Association of Pharmaceutical Scientists Annual Meeting, San Francisco CA, November 18, 1998.

"Applications of Microdialysis in Pharmacokinetics: Brain, Blood, and Middle Ear Fluid." Bristol-Myers Squibb, Wallingford CT, May 14, 1999.

 "Applications of Microdialysis in Preclinical Pharmacokinetics: Brain, Blood and Middle Ear Fluid." Parke-Davis, Ann Arbor, MI, May 21, 1999.

"Blood Sample Pooling and the Determination of Mean Residence Times in High-Throughput Pharmacokinetic Screening"." Parke-Davis, Ann Arbor, MI, May 21, 1999.

"Role of controlled release formulations in the steady-state pharmacokinetics and pharmacodynamics of anticonvulsants" Impax Pharmaceuticals, Inc, Hayward CA, June 9, 1999.

 "Investigating Neuropharmacokinetics and Drug Delivery to the CNS using Microdialysis.*" 8th International Conference on In Vivo Methods: Monitoring Molecules in Neuroscience.*  Stony Brook NY, June 19-23, 1999.

 "Use of Microdialysis in Pharmacokinetics" at the 8th BMSR Workshop on *Advanced Methods of Pharmacokinetic and Pharmacodynamic System Analysis*, Marina del Rey, CA June 25-26, 1999.

 "Applications of Microdialysis in Preclinical Pharmacokinetics." Amgen, Inc., Thousand Oaks, CA, June 28, 1999.

 "Pharmacokinetic –Pharmacodynamic Principles in Drug Development." Chiron Corporation, Emeryville, CA, August 20, 1999.

"Microdialysis and its Application in Pharmacokinetics: Brain, Blood, and Middle Ear Fluid." Abbott Labs, Abbott Park IL  Aug 27, 1999.

"Distribution kinetics of antibiotics to the chinchilla middle ear"  Department of Biopharmaceutical Sciences, Uppsala University, Uppsala, Sweden, March 16, 2000

"In Vivo Microdialysis as a Tool to Study Site Specific Drug Delivery" *Millennial World Congress of Pharmaceutical Sciences*.  San Francisco CA, April 17, 2000

"In Vivo Microdialysis as a Tool to Study Site Specific Drug Delivery" *Engebretson Symposium on Drug Discovery and Development*.  Minneapolis, MN.  May 18, 2000

"In Vivo Microdialysis as a Tool to Study Drug Delivery".  *19th Annual Robert S. Rozman Memorial Symposium*, Langhorne PA , May 25, 2000

"Basic Principles of Microdialysis, Experimental Setup".  *Course on Basic and Advanced Aspects of In Vivo Microdialysis*", Stockholm, Sweden, June14, 2000.

"Recovery: Basic Idea and Practical Methods". *Course on Basic and Advanced Aspects of In Vivo Microdialysis*", Stockholm, Sweden, June14, 2000.

"Studies of Distribution of Antibiotics to the Middle Ear by Microdialysis" *2nd International Symposium on Microdialysis in Drug Research and Development*, Stockholm, Sweden, June15, 2000.

"Basic Concepts in Clinical Pharmacokinetics"  A 2-Day Course.  Abbott Laboratories, Abbott Park IL and Victory Hospital, Waukegan, IL, July 18-19, 2000

"Microdialysis and its Application in Preclinical Pharmacokinetics: Brain, Blood, and Middle Ear Fluid." Dupont Pharmaceuticals, Wilmington, DE  July12, 2000.

"Pharmacokinetic –Pharmacodynamic Principles in Drug Development." Abbott Labs, Abbott Park IL  Jan 9, 2001

"Biopharmaceutical and Pharmacokinetic Considerations in Delivering Drug to the CNS"  Medtronic Neuro Division, Minneapolis. January 25, 2001

"Clinical Pharmacokinetic Principles in Drug Development." Novartis Pharma, Tokyo, April 12, 2001

"In Vivo Microdialysis as a Tool to Study Site Specific Drug Delivery" Showa University, Tokyo, Japan, April 13, 2001

"In Vivo Microdialysis as a Tool to Study Drug Delivery in Preclinical Studies".  Xi'an Medical College, Xi'an, PRC. April 25, 2001

"Principles of Pharmacokinetics and their Application in Drug Development"  Novartis Pharma, Basel, Switzerland,  July 3, 2001.

"Microdialysis and its Application in Preclinical Studies of Drug Delivery to Target Tissues"  Boehringer-Ingelheim Pharma KG, Dept. of Pharmacokinetics & Drug Metabolism, Biberach, Germany, July 5, 2001.

"Estimation of Intrinsic Clearances and Organ Partition Coefficients in an Organ Perfusion Model" Novartis Pharma, Basel, Switzerland, July 26, 2001.

"Pharmacodynamic Modeling of the Sigmoid Emax Model" Novartis Pharma, Basel, Switzerland, July 31, 2001.

"Prediction of the Pharmacokinetics of Cefdinir in Children from the Results of Animal Studies.  Omnicef® Clinical Advisory Meeting, Dallas, TX, February 9, 2002.

"Applications of Microdialysis in Studying Drug Delivery to Specific Targets".  Guilin Medical School, Guilin PRC, March 28, 2002

"Microdialysis: A Tool to Study Brain Uptake?"  Gordon Research Conference on the Barriers of the CNS, Tilton School, Tilton NH, June 25, 2002

"A Model for the Distribution of Drugs between Plasma, CSF and Parenchyma", Workshop on Microdialysis Techniques in the CNS, Gordon Research Conference on the Barriers of the CNS, Tilton School, Tilton NH, June 26, 2002

"Microdialysis in the Study of  Drug Delivery to the Central Nervous System", Department of Pharmaceutics, Seoul National University, Seoul, South Korea, November 25, 2002.

"Investigating Antibiotic Delivery to the Middle Ear".  Chong Kun Dang Pharma, Cheonan, South Korea, November 27, 2002

"Microdialysis and its Application in Preclinical Pharmacokinetic and Drug Delivery Investigations", 32nd Annual Meeting of the Korean Pharmaceutical Society,  Seoul, South Korea, November 28, 2002.

"Applications of Pharmacokinetic Principles in Drug Development".  Schering-Plough Research Institute. Kenilworth, NJ.  December 19, 2002

"A Course in Pharmacokinetics in Pharmaceutical Development".  Abbott Laboratories.  Harrison Conference Center, Lake Bluff, IL.  May 15-16, 2003

"Characterizing Antibiotic Delivery to the Middle Ear for the Treatment of Otitis Media.  Biomedical Simulations Resource Workshop: Advanced Methods of PK/PD Systems Analysis.   Marina del Rey, CA.  June 20-21, 2003.

"Cerebrospinal Fluid Distribution of Intrathecally Administered Antiviral Nucleosides".  Monitoring Molecules in Neuroscience. 10th International Conference on In Vivo Methods.  Department of Neuroscience, Karolinska Institutet  Stockholm, Sweden.  June 24-27, 2003

"Microdialysis Sampling in Drug Development: Applications in Preclinical Research." Sunrise School, American Association of Pharmaceutical Scientists Annual Meeting, Salt Lake City, UT, October 26, 2003.

"Clinical Pharmacokinetics in Pharmaceutical Development." Abbott Laboratories. Harrison Conference Center, Lake Bluff, IL. July 23-24, 2003.

"Microdialysis Sampling in Drug Development: Applications in Preclinical Research." Sunrise School, American Association of Pharmaceutical Scientists Annual Meeting, Salt Lake City, UT. October 26, 2003.

"The Role of Pharmacokinetics in Drug Discovery." Abbott Laboratories. Harrison Conference Center, Lake Bluff, IL. March 18, 2004.

"Microdialysis and its Application in Preclinical Pharmacokinetic and Drug Delivery Investigations." CDER, Food and Drug Administration, Rockville, MD. March 29, 2004.

"Interspecies Scaling, PB-PK modeling and Microdialysis in Antibiotic Drug Development." Novartis Institute for Biomedical Research, Cambridge, MA. April 9, 2004.

"Does it get to the Target Site? Microdialysis as a Tool to Study Preclinical Drug Distribution and Delivery" Amgen Inc., Thousand Oaks, CA. April 30, 2004.

"Microdialysis of Antibiotics." 4th International Symposium on Microdialysis in Drug Research and Development, Vienna, Austria, June 19, 2004.

"The Chinchilla Microdialysis AOM Model" Pfizer Global Pharmaceuticals, New York, NY. June 25, 2004.

"Advantages of the Chinchilla Microdialysis Model" Scientific Basis for Tissue-Directed Antimicrobial Therapy Symposium, Boston MA, July 21-22, 2004.

"Evaluating Drug Distribution to the Target Site and Predicting Tissue Exposure in Humans from Animal Data" Scientific Advisory Committee, Abbott Laboratories. The FDA Critical Path Initiative and the Role of Modeling/Simulation in Improving the Efficiency of Drug Development. Lake Forest, IL. September 8-9, 2004.

"Assessing Drug Delivery to the Target Site: The Role of Microdialysis in Measuring Tissue Exposure in Animals and Humans." Distinguished Lecture, Creighton University School of Pharmacy and Health Professions, Omaha NE, November 30, 2004.

"Microdialysis—Introduction to Basic Principles and Applications". AAPS Workshop on Microdialysis Principles, Application, and Regulatory Perspectives, Nashville TN, November 4, 2005.

"A Phase I Open-Label, Dose-Ranging Study to Investigate the Safety and Tolerability of Gabapentin Injection Administered Intrathecally in Individuals with Chronic, Intractable Pain: A Pharmacokinetic Report". Medtronic WHQ, Fridley, MN, February 16, 2006.

"Public Outreach and AAPS: Students are the Future of Our Association". Temple University School of Pharmacy, Philadelphia, PA. February 20, 2006.

"Assessing Drug Delivery: Using Microdialysis to Measure Target Site Exposure in Animals and Humans". Wyeth Distinguished Lecture Series, Temple University School of Pharmacy, Philadelphia, PA. February 20, 2006.

"Pharmacokinetics for Scientists Engaged in Drug Discovery". Lundbeck Research, USA. Paramus NJ. February 24, 2006.

"Pharmacokinetic Issues related to Intrathecal Drug Dosing". Medtronic WHQ, Fridley, MN, March 15, 2006.

"TTM Technology: Antibiotic Distribution to Middle Ear Fluid" Abbott Laboratories, Abbott Park, IL. May 16, 2006.

"Trans-tympanic Membrane (TTM) Drug Delivery to the Middle Ear" Alcon Laboratories, Fort Worth TX. Feb 2, 2007.

"Bugs and Drugs: Does the Anti-infective Agent get to the Target Site?". Science Luncheon Presentation. APhA Annual Meeting. Atlanta, GA. March 18, 2007

"Future Perspectives on the Contributions of Microdialysis in Drug Research and Development" Keynote Address. Fifth International Symposium on Microdialysis in Drug Research and Development. Leiden, NE. April 25, 2007.

"Drug Delivery to the Middle Ear across the Tympanic Membrane for Therapy of Acute Otitis Media". Global Gators 6th Symposium on Clinical Pharmacy and Clinical Pharmacology. Munich, Germany. June 9, 2007.

"The Pharmacokinetics of Hydrophilic Drugs during Intrathecal Infusion: the Concept of a Targeted Delivery Advantage". Novartis Pharma AG, Basel, Switzerland. June 13, 2007.

"Trans-tympanic Membrane Delivery of Moxifloxacin into Chinchilla Middle Ear" Alcon Laboratories, Fort Worth TX.  October 15, 2008.

"A Phase I Study to Investigate the Safety and Pharmacokinetics of Intrathecal Gabapentin Injection in Individuals with Chronic Pain".  University of Poitiers, Poitiers, France, April 29, 2009.

# TEACHING AT THE UNIVERSITY OF MINNESOTA

## Undergraduate

| | |
|---|---|
| 1971 - 1972 | Co-instructor in Phar 5680 "Pharmacokinetics" |
| 1971 - 1975 | Discussant in Pharm.D. Conferences |
| 1972 - 1973 | Participating instructor in Phar 5670 |
| 1972 - 1978 | Discussion leader in Pharm.D. I conferences |
| 1972 - 1985 | Course director, Phar 5680 "Pharmacokinetics" |
| 1975 - 1995 | Course director, Phar 5685 "Clinical Pharmacokinetics" |
| 1991 - 1999 | Course director, Phar 5681 "Basic Pharmacokinetic Modeling" |
| 1996 - 1998 | Course director and Participating instructor, Phmc 5460  "Pharmacokinetics" |
| 1998 – 2003 | Course director and instructor, Phar 6216  "Pharmacokinetic Simulation and Data Analysis using SAAM " |
| 1999 - 2004 | Course director and Participating instructor, Phar 6163  "Pharmacokinetics" |
| 1998 - 2004 | Participating instructor in Phar 6164 "Biopharmaceutics" |
| 2004 - present | Participating instructor, Phar 6163  "Pharmacokinetics" |

## Graduate

| | |
|---|---|
| 1972 - 1999 | Course director in Phm 8420 "Modeling Approaches in Pharmacokinetics" participating instructor in Phm 8421, Phm 8425 |
| 1972 - 2005 | Participating instructor in Phm 8100 (Seminar) and Phm 8101 (Pharmaceutics Readings) |
| 1984 - 1999 | Participating instructor in Phm 8425 "Advanced Topics in Pharmacokinetics" |
| 1986 - 1999 | Course co-director in Phm 8105 "Pharmacokinetics Research Seminar" |
| 2000 - 2006 | Course co-director in Phm 8150 "Pharmacokinetics Research Seminar" |
| 2000 - 2006 | Course Co-director and Participating instructor in Phm 8421 "Advanced Pharmacokinetics" |
| 2004 - present | Participating instructor in Phm 8481 "Advanced Neuropharmaceutics" |
| 2006 - present | Participating instructor in Phm 8421 "Advanced Pharmacokinetics" |

# TEACHING AT OTHER SITES

"An Introduction to Clinical Pharmacokinetics" Abbott Laboratories.  Abbott Park, IL,  January 9-10, 2001.
"An Introduction to Clinical Pharmacokinetics" Abbott Laboratories.  Abbott Park, IL,  March 29-30, 2001.
"An Introduction to Clinical Pharmacokinetics" Abbott Laboratories.  Abbott Park, IL,  May 17-18, 2001.
"An Introduction to Clinical Pharmacokinetics" Abbott Laboratories.  Abbott Park, IL,  May 17-18, 2001.
"An Introduction to Clinical Pharmacokinetics" Abbott Laboratories.  Lake Bluff, IL,  November 8-9, 2001.
"An Introduction to Pharmacokinetics" Abbott Laboratories.  Lake Bluff, IL, March 14-15, 2002.
"An Introduction to Pharmacokinetics" Abbott Laboratories.  Abbott Park, IL, July 22-23, 2002.
"An Introduction to Pharmacokinetics" Abbott Laboratories.  Parsippany, NJ, Aug 26-27, 2002.
"An Introduction to Pharmacokinetics" Bristol-Myers Squibb.  Wilmington, DE, September 19-20, 2002.
"An Introduction to Pharmacokinetics" Schering Plough Corp. Kenilworth, NJ, December 19-20, 2002.
"An Introduction to Pharmacokinetics" Abbott Laboratories.  Lake Bluff, IL,  July 23-24, 2003.
"Short Course in Pharmacokinetics for Drug Discovery" Abbott Laboratories. Lake Bluff,  IL.  March 17, 2004.
"Preclinical Pharmacokinetics in Pharmaceutical Discovery."  Bristol-Myers Squibb, Princeton, NJ.  May 6-7, 2004.
"Introduction to Pharmacokinetics" Abbott Laboratories. Abbott Park,  IL, July 27-28, 2004.
"Introduction to Clinical Pharmacokinetics" Millennium Pharmaceuticals, Inc. Cambridge, MA, December 2-3, 2004.
"Introduction to Clinical Pharmacokinetics" Gilead Sciences, Foster City, CA, December 8-9, 2005.
"Basic Pharmacokinetic Concepts for the Pharmaceutical Scientist"  Co-instructor.  Boehringer-Ingelheim

Pharmaceuticals, Inc, USA.  Ridgefield, CT, April 13-14, 2006

"An Introduction to Pharmacokinetics" Lundbeck Research, USA, Inc.  Paramus, NJ, February 24, 2006.

"Basic Pharmacokinetic Concepts for the Pharmaceutical Scientist"  Co-instructor.  Abbott Laboratories. Abbott Park,  IL,  June 4-5, 2007.

"Basic Pharmacokinetic Concepts for the Pharmaceutical Scientist"  Co-instructor.  Theravance, Inc. South San Francisco, CA, August 20-21, 2007.

"Basic Pharmacokinetic Concepts"  Co-instructor.  US Patent and Trademark Office. Alexandria, VA, October 4, 2007.

"Basic Pharmacokinetic Concepts for the Pharmaceutical Scientist"  Co-instructor.  Allergan, Inc.  Irvine, CA. July 24-25, 2008.

"Basic Pharmacokinetic Concepts for the Pharmaceutical Scientist"  Co-instructor.   Abbott Laboratories, Abbott Park,  IL.  August 19-20, 2008.

"Basic Pharmacokinetic Concepts for the Pharmaceutical Scientist"  Co-instructor.  Gilead Sciences, Foster City, CA, October 9-10, 2008.

"Basic Pharmacokinetic Concepts for the Pharmaceutical Scientist"  Co-instructor.  Genentech, South San Francisco, CA, July 23-24, 2009.

"Basic Pharmacokinetic Concepts for the Pharmaceutical Scientist"  Co-instructor.  Abbott Laboratories. Abbott Park,  IL,  July 30-31, 2009.

*TEACHING*      *(CONT'D)*

**Graduate Students Advised**:

| | | |
|---|---|---|
| 1978 | Wargin, W.A. | Ph.D. |
| 1978 | El-Yazigi, A. | Ph.D. |
| 1980 | Mugure Pyron | M.S. |
| 1981 | Sue-Chi Wu | M.S. |
| 1983 | Hsuehling Su | M.S. |
| 1984 | Dale Yu | Ph.D. |
| 1984 | Walid Awni | Ph.D. |
| 1985 | Lillian Riad | M.S. |
| 1985 | Rose Eggerth | Ph.D. |
| 1987 | Hisham Abou-Auda | Ph.D. |
| 1989 | Mohsen Hedaya | Ph.D. |
| 1989 | Ajit K. Shah | Ph.D. |
| 1989 | Lillian Riad | Ph.D. |
| 1991 | Helen Chan | Ph.D. |
| 1992 | William Elmquist | Ph.D. |
| 1992 | Shekman Wong | Ph.D. |
| 1994 | Yanfeng Wang | Ph.D. |
| 1994 | Bimal Malhotra | Ph.D. |
| 1996 | Richard Brundage | Ph.D. |
| 1997 | Zheng Yang | Ph.D |
| 1998 | Belinda Cheung | Ph.D. |
| 2001 | Yue Huang | Ph.D |
| 2001 | Guanfa Gan | Ph.D. |
| 2002 | Joanna Peng | Ph.D |
| 2002 | Tong Zhu | Ph.D. |
| 2004 | Ji Ping | Ph.D |
| 2004 | Wei Liu | Ph.D. |
| 2005 | Yan Song | Ph.D. |
| 2007 | Nael Mostafa | Ph.D. |
| 2007 | Zhihong Li | Ph.D. |

## GRANTS , CONTRACTS, and  OTHER SUPPORT

| | |
|---|---|
| 1972-73 | University of Minnesota Graduate School |
| 1973-74 | University of Minnesota Media Production Fund |
| 1975-78; 1978-80 | NIH/NINCDS Comprehensive Epilepsy Program Contract (Principal Investigator, Project D-1) |
| 1976; 1977 | Medical Education and Research Foundation Grant (Co-investigator with John W. McBride, M.D.) |
| 1976-78 | FDA Contract to Study the Pharmacokinetics and Toxicology of Phenytoin Sodium Products in Clinical Patients |
| 1980-81; 1981-83 | Grant to Support Research Involving the Analysis of Cyclosporin A in Biological Fluids (Sandoz, Inc.) |
| 1982-83; 1983-84 | "Pharmacokinetics and Biopharmaceutic Studies of Cyclosporin A in Selected Animal and *In Vitro* Systems" (NIH; Principal Investigator; Co-investigator, R.P. Enever) |
| 1984 | Comparative Bioavailability of Sodium Phenytoin in Normal Volunteers (Zenith Labs) |
| 1984 | Relative Bioavailability of Carbamazepine in Chewable and Conventional Tablets (Ciba-Geigy) |
| 1984 | Transdermal Delivery of Propranolol (Medtronics) |
| 11/84 - 1/85 | Absorption and Metabolism of Carbamazepine in Normal Volunteers (Ciba-Geigy) |
| 1/85 - 4/85 | Transdermal Absorption of β-Blockers (Medtronics, Inc.) |
| 11/85 - 4/86 | Relative Bioavailability of Sustained Release Oral Dosage Forms of Carbamazepine (Ciba-Geigy) |
| 1/86 - 6/86 | Analysis of Analgesics in Receptor Media (Medtronics) |
| 8/86 - 12/86 | Bioequivalence of Carbamazepine Oral Dosage Forms (Ciba-Geigy) |
| 1/86 - 12/88 | Pharmacokinetics of Diltiazem in the Rabbit (Marion) |
| 2/87 - 9/87 | Bioequivalence of Carbamazepine Dosage Forms Demonstrating Varying Dissolution Rates (Ciba-Geigy) |
| 6/1/87 - 10/15/87 | Effect of Urine Flow on the Renal Clearance of Carbamazepine and its Metabolites in Humans (Ciba-Geigy) |
| 1/88 - 6/88 | Effect of Fasting on the Absorption of Diclofenac Sodium in Normal Human Volunteers (Ciba-Geigy) |
| 4/1/89 - 3/31/92 | Enhancing Brain Uptake of AZT by Transport Inhibition, (NINCDS / NIH) |
| 7/1/89 - 6/30/90 | Induction of Carbamazepine Metabolism as a Function of Dosing Rate in Normal Volunteers (Ciba-Geigy) |
| 9/91 - 6/92 | Brain Distribution of EAB-515 in the Rabbit (Sandoz, Ltd.) |
| 11/91 - 5/92 | *In Situ* Absorption from Rabbit Intestine (Lederle Laboratories) |
| 3/92 - 8/92 | Clinical Studies of the Absorption of an Oral Immunosuppressant (Apotex Laboratories) |
| 11/92 - 10/93 | Brain Distribution of an NMDA-Receptor Antagonist in the Rat (Sandoz, Ltd). |
| 10/92 - 5/93 | Brain Uptake of a CNS-Active Agent (Warner-Lambert) |
| 11/92 - 3/93 | *In Situ* Absorption from Rabbit Intestine (Lederle Laboratories) |
| 9/94 - 5/95 | Population Pharmacokinetic Analysis of A General Anesthetic in Man (Abbott Laboratories) |
| 7/94 - 5/95 | Brain Uptake of a Cholinesterase Inhibitor and its Metabolites (Warner-Lambert) |
| 10/94 - 9/95 | Distribution of Antiviral Nucleosides into Rat Cortex (Bristol-Myers Squibb) |
| 9/95 - 8/96 | Bioanalytical Methods Development of Selected Drugs and Metabolites (MedTox) |
| 1/96-9/96 | Pharmacokinetic Analysis of IL-2 in the Pig (Chiron) |
| 1/96 - 6/98 | Analysis of Selected Macrolides by High-pressure Liquid Chromatography (TAP) |

| | |
|---|---|
| 4/96-10/97 | Brain Penetration of Fosphenytoin and Phenytoin in the Rabbit (Warner-Lambert) |
| 4/96-9/96 | Analysis and Brain Uptake of PPI-457 (Pharmaceutical Peptides, Inc) |
| 7/97-3/98 | Regional Intestinal Absorption of Anti-CMV agents (Bristol-Myers Squibb) |
| 8/97-6/98 | EM574 absorption in the rabbit in situ  (TAP) |
| 7/97-9/97 | Pharmacokinetics of macrolides in  Protocol EM-97-006 (TAP) |
| 11/97-12/97 | Drug Interaction Pharmacokinetic Analysis (McNeil) |
| 8/97-3/98 | Analysis and Pharmacokinetics of Macrolides in EM-97-008 (TAP) |
| 10/97-12/97 | Pharmacokinetics of Slow Release Agents in the CNS (Chiron) |
| 1/98 | LC/MS/MS Equipment Grant  (TAP) |
| 2/98-12/99 | Analysis of Macrolides and Metabolites in EM-97-013 (TAP) |
| 3/98-12/99 | Chemical Stability of Selected Agents (Medtronic) |
| 5/98 | Validation of Analysis of Macrolides in Dog Plasma (TAP) |
| 8/98 | Validation of Analysis of Macrolides in Rabbit Plasma (TAP) |
| 8/98 | Stability of anticancer drugs in solution (Medtronic) |
| 8/98 | EM574 toxicokinetics in the dog (TAP) |
| 12/98 | EM574 toxicokinetics in the rabbit (TAP) |
| 1/99 | Pharmacodynamics of EM574 on LES Pressure (protocol 004) (TAP) |
| 3/99 | Effect of Time of Dosing on Absorption of EM574  (protocol 007(TAP) |
| 4/99 | Effect of Gastric Emptying on the pharmacokinetics of EM574 and its metabolites (protocol 002) (TAP) |
| 2/9 | Stability of FUDR and heparin in solution (Medtronic) |
| 2/99 | Pharmacodynamics and PKs of EM574 and its metabolites during chronic dosing (protocol 029) (TAP) |
| 3/00-8/01 | Pharmacokinetics of CDTR and distribution to middle ear fluid (TAP) |
| 8/00-6-01 | Distribution of ketolides to middle ear fluid (Abbott) |
| 10/01-09/03 | Pharmacokinetics of Ketolides (Abbott) |
| 12/01-11/03 | Pharmacokinetics and Distribution of cefdinir (Abbott) |
| 12/02-12-03 | Effect of a P-Glycoprotein Inhibitor on the Middle Ear Distribution of Clarithromycin (Abbott) |
| 12/02-6-04 | Distribution a Cephalosporin into Middle Ear Fluid in Children with Otitis Media (H LaRoche) |
| 12/02-12-04 | Development and Testing of Formulations for Delivery of Antibiotics to the Middle Ear (Abbott) |
| 5/03-4/05 | A New Approach for the Therapy of Otitis Media (Abbott) |
| 8/04-7/05 | Distribution of Macrolide antibiotics to tissue sites (Pfizer) |
| 5/05-11/05 | Testing the Distribution of Amoxicillin into Middle Ear Fluid in the Chinchilla following Pulsatile Dose Administration (Advancis) |
| 1/06-9-06 | Distribution of Macrolide antibiotics to Pulmonary Tissue and Skeletal Muscle (Pfizer) |
| 9/07-10-08 | Transtympanic Membrane Delivery of an Antibiotic to the Middle Ear (Alcon) |
| 11/07-12-08 | Development of an Acute Otitis Media Middle Ear Microdialysis Model in the Chinchilla with Implanted Tympanostomy Tube (Alcon) |

## *PATENT FILED*

United States Patent. Number 7,220,431 "METHODS AND COMPOSITIONS FOR APPLYING PHARMACOLOGIC AGENTS TO THE EAR."  UMN Docket # Z01159.   RJ Sawchuk and BW Cheung.  Issue Date: May 22, 2007.  Filing Date:  November 27, 2002: #06,306,517

## *PUBLICATIONS*

### BOOKS AND CHAPTERS

J. Blanchard, R.J. Sawchuk and B.B. Brodie, Editors.   <u>Principles and Perspectives in Drug Bioavailability.</u> S. Karger, Basel, 1979.

J. Blanchard and R.J. Sawchuk, "Drug Bioavailability: An Overview" in <u>Principles and Perspectives of Drug Bioavailability</u>, J. Blanchard, R.J. Sawchuk and B.B. Brodie (Editors), S. Karger, Basel, 1979.

I.E. Leppik, J. Shope, R.J. Sawchuk, W.A. Hauser and B. Van Dyne, "Variability of Antiepileptic Drug Levels During Chronic Therapy" in <u>Epileptology</u>, M. Dam, L. Gram and K. Penry (Editors), Raven Press, NY, 1981.

R.J. Sawchuk, "Drug Absorption and Disposition in Burn Patients" in <u>The Pharmacokinetic Basis of Drug Treatment</u>, N. Massoud, L.Z. Benet, and J.G. Gambertoglio (Editors), Raven Press, NY, 1984.

"Use of Microdialysis in Drug Delivery Studies."   Theme Issue.  W.F. Elmquist and R.J. Sawchuk (Editors) *Advanced Drug Delivery Reviews*  45, Nos. 2-3 (2000).

R. J. Sawchuk and B.W.Y. Cheung, "Application of Microdialysis in Pharmacokinetic Studies." in <u>Handbook of Microdialysis: Methods, Applications and Clinical Aspects</u>, B.H.C. Westerink and T.I.F.H. Cremers (Editors), Academic Press, Amsterdam, 2007.


**PROFESSIONAL PUBLICATIONS**

R.J. Sawchuk, "The Plateau Principle in Drug Therapy.  Part 1:  The Principle and Its Application."  *Minn. Pharmacist* 27(6): 19 (1973).

R.J. Sawchuk, "The Plateau Principle in Drug Therapy.  Part 2: Factors Governing Plateau Levels During Chronic Drug Therapy."  *Minn. Pharmacist* 27(7): 8 (1973).

M.C. Meyer, A.B. Straughn, L.J. Leeson, R.H. Levy and R.J. Sawchuk, "Meprobamate Bioavailability Monograph." *JAPhA* NS17, 173 (1977).

R.J. Sawchuk and T.S. Rector, "Burn-Induced Alterations in Drug Absorption and Disposition."  *Minn. Pharmacist* 35: 6-9 (1981).


**SCIENTIFIC PUBLICATIONS (NON-REFEREED)**

I.E. Leppik, J. Cloyd and R.J. Sawchuk, "Coefficient of Variation as a Measure of Compliance" Letter. *Lancet*, October 14, 1978.

**SCIENTIFIC PUBLICATIONS (REFEREED)**

1. R.J. Sawchuk, J.M. Anderson and J.G. Nairn.  "Stirring apparatus for the investigation of unstable strongly adsorbing chemicals." *J. Pharm. Sci.* 55: 1463 (1966).

2. R.J. Sawchuk and J.G. Nairn.  "Rate studies on the binding of bilirubin by ion-exchange resins." *J. Pharm. Sci.* 57: 1896 (1968).

3. R.J. Sawchuk, J. Robayo and K.W. Miller.  "The distribution of propranolol between blood and plasma in hypertensive patients." *Br. J. Clin. Pharmacol.* 1: 440 (1974).

4. R.J. Sawchuk and D.E. Zaske.  "Pharmacokinetics of dosing regimens which utilize multiple intravenous infusions:  gentamicin in burn patients." *J. Pharmacokin. Biopharm.* 4: 183 (1976).

5. D.E. Zaske, R.J. Sawchuk, D.N. Gerding and R.G. Strate.  "Increased dosage requirements of gentamicin in burn patients." *J. Trauma* 16: (1976).

6. R.J. Sawchuk, D.E. Zaske, R.J. Cipolle, W.A. Wargin and R.G. Strate.  "Kinetic model for gentamicin dosing with the use of individual patient parameters." *Clin. Pharmacol. Therap.* 21: 362 (1977).

7. J.C. Cloyd, D.E. Bosch and R.J. Sawchuk.  "Concentration-time profile of phenytoin after admixture with small volumes of intravenous fluids." *Am. J. Hosp. Pharm.* 35: 45-48 (1978).

8. J.D. Wirtschafter, C.R. Volk and R.J. Sawchuk.  "Trans-aqueous diffusion of acetylcholine to denervated iris sphincter muscle:  A hypothetical mechanism for the tonic pupil syndrome (Adie's Syndrome). *Annals of Neurology* 4: 1-5 (1978).

9. D.E. Zaske, R.J. Sawchuk and R.G. Strate.  "The necessity of increased doses of amikacin in burn patients." *Surgery* 84: 603-608 (1978).

10. S.M. Ehlers, D.E. Zaske and R.J. Sawchuk.  "Massive theophylline overdose: rapid removal by charcoal memoperfusion. *JAMA* 240: 474 (1978).

11. I.E. Leppik, V. Ramani, R.J. Sawchuk and R.J. Gumnit.  "Increased clearance of phenytoin during mononucleosis." *NEJM* 300: (1979).

12. H.G. McCoy, R.J. Cipolle, S.M. Ehlers, R.J. Sawchuk and D.E. Zaske.  "Severe methanol poisoning: application of a pharmacokinetic model for ethanol therapy and hemodialysis." *Am. J. Med.* 67: 804-807 (1979).

13. R.J. Sawchuk, T.S. Rector, J.J. Fordice and I.E. Leppik.  "Effect of influenza vaccination on plasma phenytoin concentrations." *Therap. Drug Monitoring* 1: 285-288 (1979).

14. R.J. Sawchuk and T.S. Rector.  "Steady-state plasma concentrations as a function of the absorption rate and dosing interval for drugs exhibiting concentration-dependent clearance:  consequences for phenytoin therapy." *J. Pharmacokin. Biopharm.* 7: 543-555 (1979).

15. S. Pancorbo, R.J. Sawchuk, C. Dashe and M. Schallock.  "Use of a pharmacokinetic model for individualizing intravenous doses of aminophylline." *Eur. J. Clin. Pharmacol.* 16: 251-254 (1979).

16. I.E. Leppik, J.C. Cloyd, R.J. Sawchuk and S.M. Pepin.  "Compliance and variability of plasma phenytoin levels." *Therap. Drug Monitoring* 1: 475-483 (1979).

17. R.L. Kriel, J.C. Cloyd, K.H. Green, R.J. Sawchuk, L.A. Lockman and R. Eggerth.  "The pharmacokinetics of valproic acid in children." *Ann. Neurology* 6: 179 (1979).

18. R.J. Sawchuk and L.L. Cartier.  "Liquid-chromatographic method for simultaneous determination of phenytoin and 5-(4-hydroxyphenyl)-5-phenylhydantoin in plasma and urine." *Clin. Chem.* 26: 835-839 (1980).

19. N.K. Kouchenour, M. Emery and R.J. Sawchuk.  "Phenytoin absorption and metabolism in pregnancy." *Obstetrics and Gynecology* 56: 577-582 (1980).

20. S.E. Chen, R.J. Sawchuk and E.J. Staba.  "American ginseng. III. Pharmacokinetics of ginsenosides in the rabbit." *Eur. J. Drug Metab. Pharmacokin.* 5: 161-168 (1980).

21. D. Baker, J.C. Rotschafer, R.J. Sawchuk, K.B. Crossley and L.C. Solem.  "Vancomycin pharmacokinetics." *J. Pediatr.* 97: 502-503 (1980).

22. R.J. Sawchuk* and T.S. Rector.  "Drug kinetics in burn patients." *Clin. Pharmacokinetics* 5: 548-556 (1980).

23. G.R. Matzke, J.C. Cloyd and R.J. Sawchuk.  "Acute phenytoin and primidone intoxication, a pharmacokinetic analysis." *J. Clin. Pharmacol.* 21: 92-99 (1981).

24. El-Yazigi and R.J. Sawchuk.  "Theophylline absorption and disposition in the rabbit:  oral, intravenous, and concentration-dependent kinetic studies."  *J. Pharm. Sci.* 70: 452-456 (1981).

25. J.H. Fischer, J.C. Cloyd, R.L. Kriel, R. Eggerth and R.J. Sawchuk.  "The effect of concomitant antiepileptic therapy on valproic acid pharmacokinetics."  *Epilepsia* 22: 237 (1981).

26. R.J. Sawchuk and L.L. Cartier.  "Liquid-chromatographic determination of cyclosporin A in blood and plasma." *Clinical Chemistry* 27: 1368-1371 (1981).

27. G.R. Matzke and R.J. Sawchuk.  "Elevated serum phenytoin concentrations in a uremic patient when measured by enzyme-multiplied immunoassay."  *Drug Intell. Clin. Pharm.* 15: 386-387 (1981).

28. R.J. Sawchuk, S.M. Pepin, I.E. Leppik and R.J. Gumnit.  "Rapid and slow release phenytoin in epileptic patients at steady state:  comparative plasma levels and toxicity."  *J. Pharmacokin. Biopharm.* 10: 365-382 (1982).

29. R.J. Sawchuk, S.M. Pepin, I.E. Leppik and R.J. Gumnit.  "Rapid and slow release phenytoin in epileptic patients at steady state:  assessment of relative bioavailability utilizing Michaelis-Menten parameters." *J. Pharmacokin. Biopharm.* 10: 383-391 (1982).

30. J. Rotschafer, K. Crossley, D. Zaske, K. Mead, R.J. Sawchuk and L.D. Solem.  "Pharmacokinetics of vancomycin:  observations in 28 patients and dosage recommendation."  *Antimicrob. Ag. Chemother.* 22: 391-394 (1982).

31. R.J. Sawchuk and L.L. Cartier.  "Liquid-chromatographic method for simultaneous determination of carbamazepine and its epoxide metabolite in plasma." *Clin. Chem.* 28: 2127-2130 (1982).

32. W.A. Wargin, R.J. Sawchuk, J.W. McBride, H.G. McCoy and M.L. Rylander.  "Variable first-pass elimination of propranolol following single and multiple oral doses in hypertensive patients."  *Eur. J. Drug Metab. Pharmacokin.* 7: 183-189 (1982).

33. J.C. Cloyd, R.L. Kriel, J.H. Fischer, R.J. Sawchuk and R.M. Eggerth.  "Pharmacokinetics of valproic acid in children.  I.  Multiple antiepileptic drug therapy."  *Neurology* 33: 185-191 (1983).

34. R.M. Ferguson, R.K. Fidelus, R.J. Sawchuk and K. Gajl.  "The mechanism of action of cyclosporine in man."  *Transpl. Proc.* 15(1): (1983).

35. D.K. Yu and R.J. Sawchuk.  "Gas-liquid chromatographic determination of propylene glycol and plasma and urine." *Clin. Chem.* 29: 2088-2090 (1983).

36. R.J. Sawchuk and G.R. Matzke.   "Contribution of 5-(4-hydroxyphenyl)-5-phenylhydantoin to the discrepancy between phenytoin analyses by EMIT and high pressure liquid chromatography."  *Ther. Drug Monit.* 6: 97-103, (1984).

37. R.K. Sylvester, B. Lewis, K. Caldwell, M. Lobell, R. Perri and R.J. Sawchuk.  "Phenytoin malabsorption secondary to cisplatinum, vinblastine and bleomycin."  *Ther. Drug Monit.* 6: 302-305 (1984).

38. W. Awni and R.J. Sawchuk.  "The pharmacokinetics of cyclosporine.  I.  Single-dose and constant-rate infusion studies in the rabbit." *Drug Metab. Disposition* 13(2): 127-132 (1984).

39. W. Awni and R.J. Sawchuk.  "The pharmacokinetics of cyclosporine.  II.  Blood-plasma distribution and binding studies." *Drug Metab. Disposition* 13(2): 133-138  (1984).

40. K.H. Chan, R.J. Sawchuk, T.A. Thompson, E. Redalieu, W.E. Wagner, Jr., A.R. LeSher, B.J. Weeks, N.R. Hall and A. Gerardin. "Bioequivalence of carbamazepine chewable and conventional tablets: single dose of steady-state studies." *J. Pharm. Sci.* 74(8): 866-870 (1985).

41. A. El-Yazigi and R.J. Sawchuk. "*In vitro - in vivo* correlation and dissolution studies with oral theophylline dosage forms." *J. Pharm. Sci.* 74(2): 161-164 (1985).

42. D.K. Yu, W.F. Elmquist and R.J. Sawchuk. "Pharmacokinetics of propylene glycol in humans during multiple dosing regimens." *J. Pharm. Sci.* 74(8): 876-878 (1985).

43. R.J. Sawchuk and W. Awni. "Absorption of cyclosporine from rabbit small intestine *in situ*." *J. Pharm. Sci.* 75(12): 1151-1156 (1986).

44. G.R. Matzke, R.C. Brundage and R.J. Sawchuk. "Protein binding of phenytoin, p-hydroxyphenytoin, and p-hydroxy phenytoin glucuronide." *J. Clin. Pharmacol.* 26: 677-679 (1986).

45. R.M. Ferguson, D.M. Canafax, R.J. Sawchuk and Simmons R.L. Cyclosporine blood level monitoring: the early posttransplant period. *Transplantation Proceedings.* 18(2 Suppl 1):113-22, (1986).

46. C. Fletcher, R.J. Sawchuk, B. Chinnock, P. de Miranda and H.H. Balfour. "Human pharmacokinetics of the antiviral drug DHPG." *Clin. Pharmacol. Therap.* 40: 281-286 (1986).

47. L.E. Riad, K.K.H. Chan, W.E. Wagner and R.J. Sawchuk. "Simultaneous first- and zero-order absorption of carbamazepine tablets in humans." *J. Pharm. Sci.* 75(9): 897-900 (1986).

48. D.K. Yu and R.J. Sawchuk. "Pharmacokinetics of propylene glycol in the rabbit." *J. Pharmacok. Biopharm.* 15: 1-8 (1987).

49. A.K. Shah and R.J. Sawchuk. "Liquid chromatographic determination of cyclosporine and its metabolites in blood." *Clinical Chemistry* 34: 1467-1471 (1988).

50. M.A. Hedaya and R.J. Sawchuk. "A sensitive liquid chromatographic method for the determination of 3'-azido-3'-deoxythymidine (AZT) in plasma and urine." *Clinical Chemistry* 34:1565-1568 (1988).

51. L.E. Riad and R.J. Sawchuk. "A sensitive method for the simultaneous determination of carbamazepine, its epoxide and transdiol metabolites in plasma by microbore liquid chromatography." *Clinical Chemistry* 34: 1863-1866 (1988).

52. M.A. Hedaya and R.J. Sawchuk. "Effect of probenecid on the renal clearance of zidovudine (AZT) and its distribution into cerebrospinal fluid." *J. Pharm. Sci.* 78: 716-722 (1989).

53. R.J. Sawchuk and M.A. Hedaya. "Modeling the enhanced uptake of zidovudine (AZT) into cerebrospinal fluid: the effect of probenecid." *Pharmaceutical Research* 7: 332-338 (1990).

54. M.A. Hedaya, W.F. Elmquist and R.J. Sawchuk. "Probenecid inhibits the metabolic and renal clearance of zidovudine (AZT) in human volunteers." *Pharmaceutical Research* 7: 411-417 (1990).

55. R. Padmanabhan, J.B. Phipps, G.A. Lattin, and R.J. Sawchuk. "*In vitro* and *in vivo* evaluation of transdermal iontophoretic delivery of hydromorphone." *J. Contr. Rel.* 11: 123-135, (1990).

56. M.A. Hedaya and R.J. Sawchuk. "A sensitive and specific liquid-chromatographic assay for determination of ganciclovir in plasma and urine and its application to pharmacokinetic studies in the rabbit." *Pharmaceutical Research* 7: 1113-1118 (1990).

57. W.F. Elmquist, L.E. Riad, I.E. Leppik and R.J. Sawchuk. "The relationship between carbamazepine urine and plasma concentrations: implications for therapeutic drug monitoring." *Pharmaceutical Research* 8: 282-284 (1991).

58. L.E. Riad and R.J. Sawchuk. "Effect of polyethylene glycol 400 on the intestinal permeability of carbamazepine in the rabbit." *Pharmaceutical Research* 8: 491-497 (1991).

59. L.E. Riad, K.K. Chan, and R.J. Sawchuk. "Determination of the relative formation and elimination clearance of two major carbamazepine metabolites in humans: a comparison between traditional and pooled sample analysis." *Pharmaceutical Research* 8: 541-543 (1991).

60. S.L. Wong and R.J. Sawchuk. "High performance liquid chromatographic determination of 2',3,-didehydro-3'-deoxythymidine (D4T) in human and rabbit plasma and urine and its application to pharmacokinetic studies in the rabbit." *Pharmaceutical Research* 8: 619-623 (1991).

61. A.K. Shah and R.J. Sawchuk. "Effect of coadministration of intralipid on the pharmacokinetics of cyclosporine in the rabbit." *Biopharm. Drug Disp.* 12: 457-466 (1991).

62. L.E. Riad and R.J. Sawchuk. "Absorptive clearance of carbamazepine and selected metabolites in rabbit intestine." *Pharmaceutical Research* 8: 1050-1055 (1991).

63. A.K. Shah, R. C. Brundage, A. Gratwohl and R.J. Sawchuk. "Pharmacokinetic model for the subcutaneous absorption of cyclosporine during chronic dosing in the rabbit." *J. Pharm. Sci.* 81: 491-495 (1992).

64. S.L. Wong, M.A. Hedaya and R.J. Sawchuk. "Competitive inhibition of zidovudine clearance by probenecid during continuous co-administration." *Pharmaceutical Research* 9: 228-235 (1992).

65. S.L. Wong, Y. Wang and R.J. Sawchuk. "Analysis of zidovudine distribution to specific regions in rabbit brain using microdialysis." *Pharmaceutical Research* 9: 332-338 (1992).

66. S.L. Wong, K.S. Van Belle and R.J. Sawchuk. "Distributional transport kinetics of zidovudine between plasma and brain extracellular fluid/cerebrospinal fluid in the rabbit: investigation of the inhibitory effect of probenecid utilizing microdialysis." *J. Pharmacol. Exp. Therap.* 264: 899-909 (1993).

67. Y. Wang, S.L. Wong, and R.J. Sawchuk. "Microdialysis calibration using retrodialysis and zero-net flux: application to a study of the distribution of zidovudine to rabbit cerebrospinal fluid and thalamus." *Pharmaceutical Research* 10: 1411-1419 (1993).

68. L.E. Riad and R.J. Sawchuk. "Transient steady state analysis: application in the determination of the relative formation and elimination clearances of two major carbamazepine metabolites in humans." *Pharmaceutical Research* 10: 1090-1092 (1993).

69. E.H. Abdennebi, N. Khales, R.J. Sawchuk and C.M. Stowe. "Thiamphenicol pharmacokinetics in sheep." *J. Vet. Pharmacol. Therap.* 17: 12-16 (1994).

70. R.L. Oberle, H. Das, S.L. Wong, K.K.H. Chan, and R.J. Sawchuk. "Pharmacokinetics and metabolism of diclofenac sodium in Yucatan miniature pigs." *Pharmaceutical Research* 11: 698-703 (1994).

71. B.K. Malhotra, M. Lemaire, and R.J. Sawchuk. "Investigation of the distribution of EAB 515 to cortical ECF and CSF in freely moving rats utilizing microdialysis." *Pharmaceutical Research* 11: 1223-1232 (1994).

72. E.H. Abdennebi, R.J. Sawchuk and C.M. Stowe. "Thiamphenicol pharmacokinetics in beef and dairy cattle." *J. Vet. Pharmacol. Therap.* 17: 365-368 (1994).

73. W.F. Elmquist, K.K.H. Chan, V.A. John and R.J. Sawchuk.  "Transsynovial distribution:  synovial mean transit time of diclofenac and other non-steroidal antiinflammatory drugs." *Pharmaceutical Research* 12: 1689-1697 (1994).

74. L.E. Riad, R.J. Sawchuk, M.M. MacAlary, and K.K.H. Chan.  "Effect of food on the multiple peak behavior of diclofenac sodium slow release tablets in humans."  *Amer. J. Therap.* 2: 1-6  (1995).

75. A.K. Shah, R.C. Brundage, K.D. Lake and R.J. Sawchuk.  "The estimation of the plasma free fraction of cyclosporine in rabbits and heart transplant patients: the application of a physiologic model of renal clearance." *Biopharm. Drug Disp.* 16: 59-70 (1995).

76. R.J. Sawchuk, J.A. Maloney, L.L. Cartier, R.J. Rackley, K.K.H. Chan and H.S.L. Lau.  "Analysis of diclofenac and four of its metabolites in human urine by HPLC."  *Pharmaceutical Research* 12: 756-752 (1995).

77. Y. Wang and R.J. Sawchuk.  "Zidovudine transport in the rabbit brain during intravenous and intracerebroventricular infusion." *J. Pharm. Sci.*  , 84: 871-876 (1995).

78. E.D. Kharasch, M.D. Karol, C. Lanni and R.J. Sawchuk. "Clinical sevoflurane metabolism and disposition; I.  Sevoflurane and metabolite pharmacokinetics." *Anesthesiology* 82: 1369-1378 (1995).

79. B.K. Malhotra, M. Lemaire, J.F. Brouillard, and R.J. Sawchuk.    "High-performance liquid chromatographic Analysis of (S)-α–amino-5-phosphonomethyl[1,1'-biphenyl]-3-propanoic acid (EAB 515) in brain and blood microdialysate (on-line) and in plasma ultrafiltrate of freely moving rats" *J. Chromatog B: Biomed Appl.* 679: 167-176 (1996).

80. B.W.Y. Cheung, Y. Wang, M. Brewster, and R.J. Sawchuk.  "Brain delivery of carbamazepine during intravenous administration of polyethylene glycol and hydroxyprpyl-β-cyclodextrin formulations.  *s.t.p. pharma sciences*  7: 78-84 (1997).

81. Z. Yang, RC Brundage, R.H. Barbhaiya, and R.J. Sawchuk "Microdialysis studies of the distribution of stavudine into the central nervous system in the freely-moving rat.  *Pharmaceutical Research.* 14: 865-72 (1997)

82. J.W. Bartges, C.A. Osborne, L.J. Felice, L.A. Koehler, L.K. Ulrich, K.A. Bird, M. Chen, and  R.J. Sawchuk. "Bioavailability and pharmacokinetics of intravenously and orally administered allopurinol in healthy beagles" *American Journal of Veterinary Research.* 58: 504-10 (1997)

83. R. Dvorsky, S. Balaz, and R.J. Sawchuk. "Kinetics of subcellular distribution of compounds in simple biosystems and its use in QSAR. J. Theoretical Biology. 185: 213-22 (1997).

84. W.F. Elmquist and R.J. Sawchuk. "Application of microdialysis in pharmacokinetics.  (Invited Review) Pharmaceutical Research 14: 267-288 (1997).

85. M. Brewster, W.R. Anderson, D. Meinsma, D. Moreno, A.I. Webb, L. Pablo, K.S. Estes, H. Derendorf, N. Bodor, R.J. Sawchuk, B.W.Y. Cheung, and E Pop.  "Intravenous and Oral Pharmacokinetic Evaluation of a 2-hydroxyprpyl- -cyclodextrin-based Formulation of Carbamazepine in the dog: Comparison with Commercially Available Tablets and Suspensions.  J. Pharm. Sci. 86: 335-339 (1997)

86. B.K. Malhotra, R.C. Brundage, M. Lemaire, and R.J. Sawchuk.  "Modeling the route of administration-based enhancement in the brain delivery of EAB 515, studied by microdialysis" .J Drug Targeting 4: 277-288 (1997).

87. L.E. Riad and R.J. Sawchuk.  "A partial area difference method for estimating elimination rate constants and distribution volumes of metabolites." J. Pharm Sci. 87: 769-773 (1998).

88. Z. Yang and R.J. Sawchuk "Investigation of distribution, transport and uptake of anti-HIV Drugs to the central nervous system." *Advanced Drug Delivery Reviews*  39: 5-31 (1999).

89. S.C. Chen, R. J. Sawchuk, R.C. Brundage, C Horvath, H.V. Mendenhall, R.A. Gunther,  and R.A. Braeckman. "Plasma and lymph pharmacokinetics of recombinant human interleukin-2 and PEG-modified interleukin-2 in pigs.".  *JPET* 293: 248-259 (2000).

90. M,. Davidson, A. Marwah, R.J. Sawchuk, K. Maki, P. Marwah, C. Weeks, and H. Lardy,. "Safety and pharmacokinetics of escalating doses of 3-acetyl-7-oxo-dehydroepianrosterone in healthy male volunteers" *Clin Invest. Med*.  23: 300-310  (2000).

91. W.F. Elmquist and R.J. Sawchuk.  "Use of microdialysis in drug delivery studies."  *Advanced Drug Delivery Reviews*.  45: 123-124 (2000).

92. R.J. Sawchuk and W.F. Elmquist.  "Microdialysis in the study of drug transporters in the CNS." *Advanced Drug Delivery Reviews*.  45: 295-307 (2000).

93. R.J. Sawchuk D.J. Mulford, and M.D. Mayer.  "Pharmacokinetics of a new cephalosporin."  *J. Resp. Dis.* 22: No. 8 Suppl.  S43-S51 (2001).

94. Y. Huang, P. Ji, A. Inano, Z. Yang, G.S. Giebink, and R.J. Sawchuk.  "Microdialysis studies of the middle ear distribution kinetics of amoxicillin in the awake chinchilla." *J. Pharm. Sci.*, 90: 2088-2098 (2001).

95. G. Gan, L.L. Cartier, Y. Huang, Z. Yang, and R.J. Sawchuk.  "Intestinal absorption and presystemic elimination of the prokinetic agent, EM574, in the rabbit." *J. Pharm. Sci.*,  91: 218-228 (2002).

96. T. Zhu, B.W.Y. Cheung, L.L. Cartier, G.S. Giebink, and R.J. Sawchuk.  "Simultaneous Intravenous and Intramiddle-Ear Dosing to Determine Cefditoren Influx and Efflux Clearances in Middle Ear Fluid in Freely Moving Chinchillas." *J. Pharm. Sci.*,  92: 1947-1956 (2003).

97. J.Z. Peng, R.P. Remmel, and R.J. Sawchuk. "Inhibition of murine cytochrome P4501A by tacrine: in vitro studies." *Drug Metab Dispos*  32: 805-812 (2004).

98. B.W.Y. Cheung, L.L. Cartier, H.Q. Russlie and R.J. Sawchuk.  "The Application of Sample Pooling Methods for Determining AUC, AUMC and Mean Residence Times in Pharmacokinetic Studies" *Fundamental & Clinical Pharmacology*, 19, 347-354 (2005).

99. Z.Yang, Y. Huang, G. Gan, and R. J. Sawchuk.  "Microdialysis Evaluation of the Brain Distribution of Stavudine Following Intranasal and Intravenous Administration to Rats." *J Pharm. Sci.* 94, 1577-88 (2005).

100. P. Jacobson, J. Rogosheske, J. N. Barker, K. Green, J. Ng, D. Weisdorf, Y. Tan, J. Long, R. Remmel, R. Sawchuk, P. McGlave.   Relationship of mycophenolic acid exposure to clinical outcome after hematopoietic cell transplantation. *Clin Pharmacol Ther*.  78: 486-500 (2005).

101. R.J. Sawchuk, B.W.Y. Cheung, P. Ji, and. L. L. Cartier. "Microdialysis Studies of the Distribution of Antibiotics to Chinchilla Middle Ear Fluid." *Pharmacotherapy*  25 (12):  Part 2  140S-145S (2005)

102. B. W. Y. Cheung,  W. Liu,  P. Ji,  L. L. Cartier,  Z. Li,  N. Mostafa,  and R. J. Sawchuk.   "The Chinchilla Microdialysis Model for the Study of Antibiotic Distribution to Middle Ear Fluid." *AAPSJ*  8 (1),  E41-E47 (2006)

103.  Z. Yang, P. Manitpisitkul and R. J. Sawchuk.  "In Situ Studies of Regional Absorption of Lobucavir and Ganciclovir from Rabbit Intestine and Predictions of Dose-Limited Absorption and Associated Variability in Humans *J. Pharm. Sci.*,  95: 2276-2292 (2006).

104.  Z. Yang, G. Gan and R. J. Sawchuk.  "Correlation between Net Water Flux and Absorptive Clearance Determined from In Situ Intestinal Perfusion Studies Does Not Necessarily Indicate a Solvent Drag Effect." *J. Pharm. Sci.*,  2006 Nov 8; [Epub ahead of print]

105.  Y. Huang, Z. Yang,, L. Cartier, B. Cheung, and R. J. Sawchuk  "Estimating Amoxicillin Influx/Efflux in Chinchilla Middle Ear Fluid and Simultaneous Measurement of Antibacterial Effect" Antimicrobial Agents and Chemotherapy, 51 (12): 4336-4341 (2007).

106.  J. Karjagin, S. Lefeuvre, K. Oselin, K. Kipper, S. Marchand, A. Tikkerberi, J. Starkopf, W. Couet and R. J. Sawchuk. "Pharmacokinetics of Meropenem Determined by Microdialysis in the Peritoneal Fluid of Patients With Severe Peritonitis Associated With Septic Shock"   *Clin Pharmacol Ther*. 83: (3) 452-459 (2008).

107.  D.P. Scher, R. J. Sawchuk, B. H. Alexander, and J. L. Adgate.  "Estimating Absorbed Dose of Pesticides in a Field Setting using Biomonitoring Data and Pharmacokinetic Models.  *J Toxicol Environ Health A.* 71: (6) 373-83 (2008).

108.  R. J. Sawchuk.  Liquid-Chromatographic Determination of Cyclosporin A in Blood and Plasma.  Citation Classic.  Clin Chem 54: 2076-2077 (2008).


**ABSTRACTS**

1.  R.J. Sawchuk and T.N. Tozer.  "Mixed first-order and capacity-limited elimination of 4-aminoantipyrine in the rabbit under steady-state conditions."  Fifth International Congress of Pharmacology, Abstracts of Volunteer Papers, p. 202, 1972.

2.  D.E. Zaske, R.B. Johnson, M.T. Spiline, R.J. Sawchuk and K.W. Miller.  "Utilization of total body clearance calculations in the determination of I.V. dose therapy of theophylline in asthmatic patients."   The Pharmacologist 15, 206 (1973)

3.  R.J. Sawchuk, O.A. Olusanya, D.E. Zaske and K.W. Miller.  "Evaluation of the bioequivalence of three theophylline preparations."  Proceedings of the Minnesota Society of Internal Medicine, p. 2, October 1974.

4.  K.W. Miller, P.B. Johnson, D.E. Zaske and R.J. Sawchuk.  "Clinical usefulness of measuring serum theophylline levels."  Proceedings of the Minnesota Society of Internal Medicine, p. 2, October 1974.

5.  D. Schuppan, R.J. Sawchuk, C.S. Hansen, M.L. Funk, R.E. Ober and L.A. Fernandez.  "Comparative study of plasma levels produced by two formulations of R-802, a new synthetic urinary tract anti-bacterial agent:  pharmacokinetics during single and multiple dosing."   APhA Academy of Pharmaceutical Sciences.  Abstract.  Atlanta, GA, November 1975.

6.  D.E. Zaske, D.N. Gerding, R.G. Strate, R.J. Sawchuk and R.M. Jager.  "Rapid elimination of gentamicin in burn patients."  Annual Meeting of the American Burn Association.  Abstract.  Denver, CO, 1975.

7.  M.L. Rylander, W.A. Wargin, R.J. Sawchuk, J.W. McBride, E. Haus and D.E. Zaske.  "The clinical efficacy and pharmacokinetics of propranolol in hypertensive patients."  Eleventh Mid-Year Clinical Meeting of the American Society of Hospital Pharmacists, December 1976.

8.    D.L. Uden, D.E. Zaske, R.J. Sawchuk and R.G. Strate.  "Gentamicin kinetics in burn patients."  Eleventh Mid-Year Meeting of the American Society of Hospital Pharmacists, December 1976.

9.    D.E. Zaske, R.G. Strate and R.J. Sawchuk.  "The necessity of increased doses of amikacin in burn patients."  Eleventh Mid-Year Meeting of the American Society of Hospital Pharmacists, December 1976.

10.   W.A. Wargin, R.J. Sawchuk, R.J. Cipolle, D.E. Zaske and R.G. Strate.  "Application of a kinetic model for establishing gentamicin dosing regimens based on individual patient parameters."   American Pharmaceutical Association Academy of Pharmaceutical Services, November 1976.

11.   R.J. Cipolle, R.J. Sawchuk, R.G. Strate and D.E. Zaske.   "The clinical application of a kinetic model for individualizing gentamicin dose and dosing interval."  Interscience Conference on Antimicrobial Agents and Chemotherapy, October 1976.

12.   K.W. Miller, R.J. Sawchuk, J.J. Fordice and D.E. Zaske.  "The clinical pharmacokinetics laboratory of the University of Minnesota College of Pharmacy."  American Association of Colleges of Pharmacy, July 1976.

13.   R.J. Cipolle, R.J. Sawchuk and D.E. Zaske.  "Computer-assisted individualized gentamicin dosing."  The Second Annual Mid-Western Conference for Clinical Pharmacy Residents, Preceptors and Teachers, 1976.

14.   J.W. McBride, M.L. Rylander, W.A. Wargin, R.J. Sawchuk and D.E. Zaske.  "Propranolol kinetics in hypertension:  a single dose study."  Minnesota Society of Internal Medicine, October 1976.

15.   R.A. Whyte, D.L. Larson, R.J. Sawchuk and P.S. Portoghese.   "Relationships of mouse brain-plasma transfer constants of N-substituted normeperidines to their partition coefficients." Fourteenth Annual Medicinal Chemistry Meeting-in-Miniature, Minneapolis, MN, 1976.

16.   D.E. Zaske, R.G. Strate and R.J. Sawchuk.  "Increased dosage requirements of amikacin in burn patients." Ninth Annual American Burn Association, Anaheim, CA, March 1977.

17.   H.G. McCoy, R.J. Cipolle, S.M. Ehlers, R.J. Sawchuk and D.E. Zaske.   "Severe methanol poisoning: pharmacokinetic basis for successful treatment with ethanol."  12th Annual ASHP Midyear Clinical Meeting, Atlanta, GA, December 1977.

18.   J.C. Cloyd, D.E. Bosch and R.J. Sawchuk.  "Concentration-time profile of phenytoin after admixture with small volumes of intravenous fluids."  12th Annual ASHP Midyear Clinical Meeting, Atlanta, GA, December 1977.

19.   R.J. Sawchuk, S.M. Pepin, J.C. Cloyd, I.E. Leppik and R.J. Gumnit.  "Steady-state analysis of phenytoin kinetics applied to dose adjustments in epileptic patients with comparison to nomogram."  12th Annual ASHP Midyear Clinical Meeting, Atlanta, GA, December 1977.

20.   G.R. Matzke, J.C. Cloyd, R.J. Sawchuk.   "Acute phenytoin and primidone intoxication:   A pharmacokinetic analysis."  12th Annual ASHP Midyear Clinical Meeting, Atlanta, GA, December 1977.

21.   J.C. Rotschafer, C. Foley, D. Zaske and R. Sawchuk.  "Glutethimide overdose:  clinical and kinetic observations of glutethimide and a metabolite."  12th Annual ASHP Midyear Clinical Meeting, Atlanta, GA, December 1977.

22.   R. Carter, D. Zaske, S. Ehlers and R. Sawchuk.  "Charcoal hemoperfusion:  an effective method for removal of theophylline in a severe overdose."  12th Annual ASHP Midyear Clinical Meeting, Atlanta, GA, December 1977.

23.  R.J. Sawchuk, I.E. Leppik and R.E. Cranford.  "Pharmacokinetics of large dose intravenous phenytoin therapy."  11th World Congress of Neurology Meeting, Amsterdam, The Netherlands, September 11-16, 1977.

24.  J.D. Wirtschafter, C.R. Volk and R.J. Sawchuk.  "Trans-aqueous diffusion of acetylcholine to denervated iris sphincter muscle:  a hypothetical mechanism for the tonic pupil syndrome (Adie's Syndrome)."  Association of Research in Vision and Ophthalmology, Sarasota, FL, May 1978.

25.  W.A. Wargin, M.L. Rylander, R.J. Sawchuk and J.W. McBride.  "The pharmacokinetics of orally administered propranolol in hypertensive patients."  APhA Academy of Pharmaceutical Sciences, Phoenix, AZ, 1977.

26.  R.J. Sawchuk, J.C. Cloyd, I.E. Leppik, S.M. Pepin and R.J. Gumnit.  "Steady-state analysis of phenytoin kinetics applied to dose adjustments in epileptic patients."  APhA Academy of Pharmaceutical Sciences, Phoenix, AZ, 1977.

27.  R.J. Cipolle, R.G. Strate, D.E. Zaske and R.J. Sawchuk.  "Amikacin pharmacokinetics:  effect of age on elimination."  Inter-Science Conference on Antimicrobial Agents and Chemotherapy, New York, 1977.

28.  D.E. Zaske, K.B. Crossley, R.J. Sawchuk, D.L. Uden and K.E. Mead.  "Vancomycin kinetics:  excessive steady-state serum levels resulting from recommended dosages."  Interscience Conference on Antimicrobial Agents and Chemotherapy, New York, 1977.

29.  D.E. Zaske, R.J. Sawchuk and R.G. Strate.  "Increased dosage requirements of amikacin in burn patients."  American Burn Assoc., 9th Annual Meeting, Anaheim, CA, April 1977.

30.  S.E. Chen, R.J. Sawchuk and E.J. Staba.  "Pharmacokinetics of ginseng compounds."  2nd International Ginseng Symposium, Seoul, Korea, 1978.

31.  J.C. Cloyd, R.J. Sawchuk, I.E. Leppik and S.M. Pepin.  "The direct linear plot:  use in estimating Michaelis-Menten parameters and individualizing phenytoin dosage regimens in epileptic patients."  Epilepsy International Symposium, Vancouver, Canada, September 10-14, 1978.

32.  I.E. Leppik, V. Ramani, R.J. Sawchuk and R.J. Gumnit.  "Seizures and altered phenytoin metabolism in mononucleosis."  Epilepsy International Symposium, Vancouver, Canada, September 10-14, 1978.

33.  I.E. Leppik, J. Cloyd, R. Sawchuk and D. Fryd.  "Coefficient of variation as an objective measure of compliance."  Epilepsy International Symposium, Vancouver, Canada, September 10-14, 1978.

34.  E. Ramsay, I. Leppik, R. Strauss, B.J. Wilder and R.J. Sawchuk.  "Plasma clearance and volume of distribution of phenytoin during pregnancy."  Epilepsy International Symposium, Vancouver, Canada, September 10-14, 1978.

35.  R.L. Kriel, J.C. Cloyd , K.H. Green, R.J. Sawchuk, L.A. Lockman and R.M. Eggerth.  "The pharmacokinetics of valproic acid in children."  Child Neurology Society, Hanover, NH, September 1979.

36.  P. Subronto, C.M. Stowe and R. Sawchuk.  "Pharmacokinetics of aminophylline in dairy cattle."  Sixtieth Conference of Research Workers in Animal Diseases, Chicago, IL, November 26-27, 1979.

37.  I.E. Leppik, J. Shope, R.J. Sawchuk, W.A. Hauser and B. Van Dyne.  "Variability of antiepileptic drug levels during chronic therapy."  American Academy of Neurology, New Orleans, April 28-May 3, 1980.

38.  R.M. Eggerth, J.C. Cloyd, R.L. Kriel and R.J. Sawchuk.  "Valproic acid pharmacokinetics in epileptic children."  12th Annual Graduate Student Pharmaceutics Research Meeting, Columbus, OH, June 25, 1980.

39. R. Sylvester, R.J. Sawchuk and R. Perri.  "Decreased phenytoin absorption with cis-platinum, vinblastine and bleomycin therapy."  American Society of Clinical Oncology Abstracts, 1981.

40. I.E. Leppik, J. Fischer, R. Kriel and R.J. Sawchuk.  "Altered phenytoin clearance during febrile illness."  American Academy of Neurology, Toronto, Ontario, April 1981.

41. W.M. Awni and R.J. Sawchuk.  "Preliminary pharmacokinetic studies of cyclosporin A in animals."  Fourteenth Annual Graduate Student Pharmaceutics Research Meeting, Morgantown, WV, June 1982.

42. R.M. Ferguson, R. Fidelus-Gort, J.J. Rynasiewicz, K. Gajl-Peczalska, and R.J. Sawchuk.  "The immunosuppressive action of cyclosporin A (CSA) in man."  Annual Meeting of the American Society of Transplant Surgery, London, August 1982.

43. J.H. Fischer, I.E. Leppik, R.L. Kriel, J.D. MacDonald and R.J. Sawchuk.  "Clinical significance of absorption differences between carbamazepine tablet and suspension formulations."  Fourteenth Epilepsy International Symposium, London, August 1982.

44. L.E. Riad and R.J. Sawchuk.  "The pharmacokinetics of carbamazepine in the rabbit."  The Second University of Minnesota/3M Research Poster Session, Minneapolis, MN, May 1984.

45. W.M. Awni and R.J. Sawchuk.  "Cyclosporine pharmacokinetics in the rabbit."  The Second University of Minnesota/3M Research Poster Session, Minneapolis, MN, May 1984.

46. W.F. Elmquist, D.K. Yu and R.J. Sawchuk.  "Propylene glycol pharmacokinetics."  The Second University of Minnesota/3M Research Poster Session, Minneapolis, MN, May 1984.

47. C. Fletcher, R. Sawchuk, B. Chinnock, C. Vicary, L.E. Kirk, P. De Miranda, and H.H. Balfour, Jr.  "Human pharmacokinetics of 9-[2-Hydroxy-1-(hydroxymethyl)ethoxymethyl]guanine."  Interscience Conference on Antimicrobial Agents and Chemotherapy, Minneapolis, MN, September 28, 1985.

48. R.J. Sawchuk, L. Riad and K.K.H. Chan.   "Simultaneous first- and zero-order absorption of carbamazepine (Tegretol ) tablets in humans."  16th Epilepsy International Congress, Hamburg, West Germany, September 6, 1985.

49. W.M. Awni and R.J. Sawchuk.  "Differential absorption of cyclosporine from two consecutive anatomic regions of the small intestine using an *in situ* perfusion model."  Academy of Pharmaceutical Sciences Meeting, Minneapolis, MN, October 20, 1985.

50. H.A. Abou-Auda and R.J. Sawchuk.  "Absorption and metabolism of salicylate esters in rabbit small intestine."  Academy of Pharmaceutical Sciences Meeting, Minneapolis, MN, October 18-24, 1985.

51. L.E. Riad, K.K.H. Chan and R.J. Sawchuk.  "Contribution of epoxide pathway to induction of carbamazepine metabolism during multiple dosing in humans."  Academy of Pharmaceutical Sciences meeting, Minneapolis, MN, October 18-24, 1985.

52. L.E. Riad and R.J. Sawchuk.  "Contribution of epoxide formation to the auto-induction of carbamazepine in the rabbit."  Academy of Pharmaceutical Sciences Meeting, Minneapolis, MN, October 18-24, 1985.

53. R.M. Eggerth and R.J. Sawchuk.  "Investigation of the dose-dependent elimination of phenytoin in the rabbit."  Academy of Pharmaceutical Sciences Meeting, Minneapolis, MN, October 18-24, 1985.

54. L.E. Riad and R.J. Sawchuk.  "Determination of the relative formation of elimination clearance of carbamazepine metabolites in humans:  a comparison of traditional and pooled sample analysis."  Third European Congress of Biopharmaceutics and Pharmacokinetics, Freiburg, Germany, April 21, 1987.

55.   W.F. Elmquist, D.K. Yu, G. Solis and R.J. Sawchuk.  "Physiological modelling of the dependence of renal clearance on urine flow:  propylene glycol pharmacokinetics in man."  Third European Congress of Biopharmaceutics and Pharmacokinetics, Freiburg, Germany, April 21, 1987.

56.   A.K. Shah, K.D. Lake and R.J. Sawchuk.  "Blood levels of cyclosporine A and its metabolites in rabbit and man."  American Association of Pharmaceutical Scientists Annual Meeting, Boston, MA, June 1987.

57.   K.D. Lake, Pharm.D.*, A.K. Shah, Ph.D., R. Emery, M.D. and R.J. Sawchuk, Ph.D.  "Measurement of cyclosporine metabolites in the blood of heart transplant recipients."  American College of Clinical Pharmacy Annual Meeting, May 1987.

58.   A.K. Shah, A. Gratwohl and R.J. Sawchuk.  "Subcutaneous absorption of cyclosporine in rabbits."  2nd International Congress on Cyclosporine, Washington, DC, November 4-7, 1987.

59.   M.A. Hedaya and R.J. Sawchuk.  "The effect of probenecid on the renal excretion of azidothymidine (AZT) in the rabbit."  Third Annual Meeting, AAPS, Orlando, FL, October 29-November 4, 1988.

60.   W.F. Elmquist, K.K.H. Chan, V.A. John and R.J. Sawchuk.  "Transsynovial distribution of diclofenac. "  Third Annual Meeting, AAPS, Orlando, FL, October 29-November 4, 1988.

61.   L.E. Riad and R.J. Sawchuk.  "Administration of site-related differences in carbamazepine disposition in the rabbit."  Third  Annual Meeting, AAPS, Orlando, FL, October 29-November 4, 1988.

62.   A.K. Shah and R.J. Sawchuk.  "Effect of urine flow on the renal clearance of cyclosporine in rabbit."  Third Annual Meeting, AAPS, Orlando, FL, October 29-November 4, 1988.

63.   W.F. Elmquist, L.E. Riad, I.E. Leppik and R.J. Sawchuk.  "Physiological modelling of the dependence of renal clearance on urine flow:  carbamazepine and two metabolites in man."  Third Annual Meeting, AAPS, Orlando, FL, October 29-November 4, 1988.

64.   M.A. Hedaya and R.J. Sawchuk.  "Pharmacokinetic analysis of the enhanced distribution of zidovudine into rabbit cerebrospinal fluid caused by probenecid."  V. International Conference on AIDS, Montreal, June 4-9, 1989.

65.   Y. Wang, M.A. Hedaya and R.J. Sawchuk.  "Effect of mannitol IV infusion on distribution of zidovudine between plasma and cerebrospinal fluid in rabbits."  V. International Conference on AIDS, Montreal, June 4-9, 1989.

66.   M.A. Hedaya, W.F. Elmquist and R.J. Sawchuk.  University of Minnesota, Minneapolis, Minnesota, USA.  "Probenecid inhibits the metabolic and renal clearances of zidovudine in human volunteers."  V. International Conference on AIDS, Montreal, June 4-9, 1989.

67.   M.A. Hedaya and R.J. Sawchuk.  "A sensitive and specific HPLC method for the determination of zidovudine and zidovudine glucuronide in plasma and urine."  V. International Conference on AIDS, Montreal, June 4-9, 1989.

68.   M.A. Hedaya and R.J. Sawchuk.   "A simple and specific liquid-chromatographic method for determination of ganciclovir (DHPG) in plasma and urine."  Fourth Annual Meeting, AAPS, Atlanta, GA, October 21-26, 1989.

69.   L.E. Riad and R.J. Sawchuk.  "Intestinal absorption of carbamazepine in the rabbit."  Fourth Annual Meeting, AAPS, Atlanta, GA, October 21-26, 1989.

70. A.J. Shah and R.J. Sawchuk.  "The effect of altering blood lipids on the pharmacokinetics of cyclosporine in the rabbit." Fourth Annual Meeting, AAPS, Atlanta, GA, October 21-26, 1989.

71. M.A. Hedaya, W.F. Elmquist and R.J. Sawchuk.  "Mechanism of zidovudine (AZT) dose-sparing by probenecid in humans." Fourth Annual Meeting, AAPS, Atlanta, GA, October 21-26, 1989.

72. W.F. Elmquist and R.J. Sawchuk.  "Tissue mean transit time determination from steady-state partition coefficients and tissue/plasma concentration ratios in the post-distributive phase."  Fourth Annual Meeting, AAPS, Atlanta, GA, October 21-26, 1989.

73. L.E. Riad and R.J. Sawchuk.  "Relative bioavailability and effects of food on plasma levels of diclofenac sodium following a single oral dose of Voltaren 100-mg SR tablet."  Fourth Annual Meeting, AAPS, Atlanta, GA, October 21-26, 1989.

74. O.H. Chan and R.J. Sawchuk.  "Intestinal absorption of diltiazem in the rabbit." Fourth Annual Meeting, AAPS, Atlanta, GA, October 21-26, 1989.

75. R.J. Sawchuk.  "Pharmacokinetic and analytical considerations in monitoring zidovudine (AZT) levels in children with AIDS." The Fourth International Congress on Pediatric Laboratory Medicine, Washington, DC, August 23, 1989.

76. K.D. Lake, A.K. Shah, R.W. Emery, D.R. Holder and R.J. Sawchuk.  "The effect of urine flow rate on the renal clearance of cyclosporine in heart transplant recipients."  International Society for Heart Transplantation, Tenth Annual Meeting, Fort Lauderdale, FL, April 4-6, 1990.

77. R.J. Sawchuk.  "Effect of temperature and medium of analysis on CsA concentration."  Canadian Consensus Meeting on Cyclosporine Monitoring, Minaki Lodge, Ontario, May 10-13, 1990.

78. H. Das, S.W. Wong, K. Chan, R.J. Sawchuk and R.L. Oberle.  "Pharmacokinetics and metabolism of diclofenac sodium (Voltaren) after IV and oral administration to Yucatan miniswine." Eastern Regional AAPS meeting, New Brunswick, NJ, June 3-5, 1990.

79. S.M. Wong and R.J. Sawchuk.  "Interaction of zidovudine and probenecid at steady state."  NATO Advanced Study Institute Symposium "New Trends in Pharmacokinetics." Erice, Sicily, September 4-15, 1990.

80. W.F. Elmquist and R.J. Sawchuk.  "Tissue mean transit time determination from steady-state partition coefficients and tissue/plasma concentration ratios in the postdistributive phase."  NATO Advanced Study Institute Symposium "New Trends in Pharmacokinetics," Erice, Sicily, September 4-15, 1990.

81. A.K. Shah, R.J. Sawchuk, A. Gratwohl and R.C. Brundage.  "Modeling subcutaneous absorption of cyclosporine A in rabbits."  NATO Advanced Study Institute Symposium "New Trends in Pharmacokinetics," Erice, Sicily, September 4-15, 1990.

82. L.E. Riad, K.K.H. Chan and R.J. Sawchuk.  "Effects of dosing rate on carbamazepine enzymatic induction in normal volunteers." NATO Advanced Study Institute Symposium "New Trends in Pharmacokinetics," Erice, Sicily, September 4-15, 1990.

83. W.F. Elmquist, L.E. Riad, I.E. Leppik and R.J. Sawchuk.  "The relationship between carbamazepine urine and plasma concentrations:  implications for therapeutic drug monitoring." AAPS Fifth Annual Meeting, Las Vegas, NV, November 4-8, 1990.

84. S.M. Wong, L.E. Riad, P. Degen, V. John, K. Chan and R.J. Sawchuk.  "Comparison of plasma concentrations of diclofenac sodium and its metabolites during single and multiple dosing of Voltaren SR tablet in humans." AAPS Fifth Annual Meeting, Las Vegas, NV, November 4-8, 1990.

85.  O.H. Chan and R.J. Sawchuk.  "Saturable first-pass elimination of diltiazem during intestinal absorption in the rabbit."  AAPS Fifth Annual Meeting, Las Vegas, NV, November 4-8, 1990.

86.  L.E. Riad and R.J. Sawchuk.  "Carbamazepine enzymatic induction:  extent and effects of dosing rate in normal volunteers."  AAPS Fifth Annual Meeting, Las Vegas, NV, November 4-8, 1990.

87.  Y.-F. Wang, M.A. Hedaya and R.J. Sawchuk.  "Comparative absorption and disposition pharmacokinetics of AZT and AZddU in rabbits."  AAPS Fifth Annual Meeting, Las Vegas, NV, November 4-8, 1990.

88.  S.L. Wong and R.J. Sawchuk.  "Investigation of distribution of zidovudine into the brain by microdialysis."  AAPS Fifth Annual Meeting, Las Vegas, NV, November 4-8, 1990.

89.  S.L. Wong and R.J. Sawchuk.  "Interaction of zidovudine and probenecid at steady state."  AAPS Fifth Annual Meeting, Las Vegas, NV, November 4-8, 1990.

90.  S.L. Wong, Y.-F. Wang and R.J. Sawchuk.  "Brain/plasma distribution kinetics of zidovudine (AZT) in the rabbit using microdialysis."  1991 Symposium on Microdialysis and Allied Analytical Techniques, Indianapolis, IN, May 16-17, 1991.

91.  K. Van Belle, S.L. Wong, Y.-F. Wang and R.J. Sawchuk.  "Comparative delivery and distribution kinetics of zidovudine (AZT) and AZddU into the rabbit brain by microdialysis."  1991 Symposium on Microdialysis and Allied Analytical Techniques, Indianapolis, IN, May 16-17, 1991.

92.  Y.-F. Wang, S.L. Wong and R.J. Sawchuk  "*In vitro* and *in vivo* calibration of microdialysis probes using retrodialysis."  1991 Symposium on Microdialysis and Allied Analytical Techniques, Indianapolis, IN, May 16-17, 1991.

93.  B.W. Cheung, L.E. Riad and R.J. Sawchuk.  "Comparative uptake of selected anticonvulsant drugs into rabbit brain."  1991 Symposium on Microdialysis and Allied Analytical Techniques, Indianapolis, IN May 16-17, 1991.

94.  L.E. Riad, K.K. Chan, J.A. Maloney and R.J. Sawchuk.  "Reversibility of carbamazepine autoinduction upon dose termination in normal volunteers."  AAPS Sixth Annual Meeting, Washington, DC, November 17-21, 1991.

95.  S.L. Wong, M.A. Hedaya and R.J. Sawchuk.  "Modeling the competitive inhibition of renal and nonrenal clearance of zidovudine by probenecid."  AAPS Sixth Annual Meeting, Washington, DC, November 17-21, 1991.

96.  K. Van Belle, S.L. Wong, Y.-F. Wang and R.J. Sawchuk.  "Comparison of pharmacokinetics and CNS distribution of coadministered AZT and AZddU by microdialysis."  AAPS Sixth Annual Meeting, Washington, DC, November 17-21, 1991.

97.  Y.-F. Wang, S.L. Wong and R.J. Sawchuk.  "*In vitro* and *in vivo* calibration of microdialysis probes using retrodialysis:  application to the study of brain/plasma distribution of zidovudine."  AAPS Sixth Annual Meeting, Washington, DC, November 17-21, 1991.

98.  W.F. Elmquist, L.E. Riad, I.E. Leppik and R.J. Sawchuk.  "The relationship between urine and plasma concentrations of carbamazepine and phenytoin in epileptic patients on chronic therapy."  AAPS Sixth Annual Meeting, Washington, DC, November 17-21, 1991.

99.  S.L. Wong, Y.-F. Wang, and R.J. Sawchuk.  "Effect of dose on distribution of zidovudine (AZT) into rabbit brain using microdialysis with *in vivo* calibration."  AAPS Sixth Annual Meeting, Washington, DC, November 17-21, 1991.

100. W.F. Elmquist, I.E. Leppik and R.J. Sawchuk.  "Physiological modeling of the dependence of renal clearance on urine flow II:  phenytoin and HPPH in humans."  American Association of Pharmaceutical Scientists Annual Meeting, Washington, DC, November 17-21, 1991.

101. R.J. Sawchuk.  "Study of zidovudine distribution into the CNS utilizing microdialysis."  25th Annual Higuchi Research Seminar, Lake of the Ozarks, MO, March 8-11, 1992.

102. Y.F. Wang and R.J. Sawchuk. "Microdialysis studies of brain/plasma distribution of AZT during intraventricular and intravenous infusion."  AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

103. S.L. Wong, K. Van Belle, and R.J. Sawchuk.  "A microdialysis study of probenecid's effect on the transport kinetics of zidovudine in rabbit brain."  AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

104. S.L. Wong, and R.J. Sawchuk.  "Pharmacokinetic interaction of zidovudine and salicylic acid during continuous infusion." AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

105. S.L. Wong, and R.J. Sawchuk.  "Effect of salicylic acid on the distribution of zidovudine between plasma and cerebrospinal fluid."  AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

106. R.C. Brundage, K.K.H. Chan, and R.J. Sawchuk.  "Population pharmacokinetic modeling of nicotine following transdermal drug administration."  AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

107. R.C. Brundage, K.K.H. Chan, and R.J. Sawchuk.  "Population pharmacokinetics of diclofenac potassium using routinely collected experimental data." AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

108. W.F. Elmquist and R.J. Sawchuk.  "Simulation of the effect that the time delay in sampling from the bladder has on urine concentrations:  implications for therapeutic drug monitoring using urine specimens." AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

109. J.P. Zhong, Y.F. Wang and R.J. Sawchuk.  "Absorption of three antiviral nucleosides from different anatomic regions of rabbit intestine."  AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

110. Y.F. Wang, S.L. Wong, and R.J. Sawchuk.  "On-line microdialysis calibration using retrodialysis and the zero-net flux method:  application to a study of the distribution of AZT to rabbit CSF and thalamus." AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

111. R.J. Sawchuk.  "Comparative distribution of AZT into brain tissue extracellular fluid during intravenous and intraventricular infusion using microdialysis."  26th Annual Higuchi Research Seminar, Lake of the Ozarks, MO, March 14-17, 1993.

112. Y. Wang and R.J. Sawchuk, "Comparison of renal clearance of AZdU following IV bolus and constant-rate Infusion."  8th Annual Meeting, American Association of Pharmaceutical Scientists, Orlando, FL, November 14-18, 1993.

113. Y. Wang and R.J. Sawchuk.  "Assessment of oral absorption of AZT and AZdU in the rabbit using deconvolution."  8th Annual Meeting, American Association of Pharmaceutical Scientists, Orlando, FL, November 14-18, 1993.

114.   Y. Wang, Y. Wei and R.J. Sawchuk.  "Microdialysis studies of carrier-mediated transport of AZT from brain to plasma during intracerebroventricular infusion."  8th Annual Meeting, American Association of Pharmaceutical Scientists, Orlando, FL, November 14-18, 1993.

115.   B.K. Malhotra, M. Lemaire, and R.J. Sawchuk.  "Investigation of the CNS distribution of EAB 515 in freely moving rats by microdialysis."  8th Annual Meeting, American Association of Pharmaceutical Scientists, Orlando, FL, November 14-18, 1993.

116.   A.K. Shah, R.C. Brundage, K.D. Lake and R.J. Sawchuk.  "Estimation of plasma free fraction (fu) of cyclosporine (CYA) in the rabbit and heart transplant (HT) patients by NONMEM using a physiological model of renal clearance (CLr)."   8th Annual Meeting, American Association of Pharmaceutical Scientists, Orlando, FL, November 14-18, 1993.

117.   B.K. Malhotra, R.C. Brundage, M. Lemaire, and R.J. Sawchuk.  "Modeling of the CNS distribution of EAB 515 following IV and ICV administration."  5th Symposium:  Frontiers of Pharmacokinetics and Pharmacodynamics, Baltimore, MD, April 18-20, 1994.

118.   R.C. Brundage, B.K. Malhotra, J.A. Maloney and R.J. Sawchuk.  "Brain distribution of tacrine and the 1-hydroxy and 2-hydroxy tacrine metabolites determined by microdialysis in freely-moving rats."  5th Symposium:  Frontiers of Pharmacokinetics and Pharmacodynamics, Baltimore, MD, April 18-20, 1994.

119.   Y. Wang and R.J. Sawchuk.  "CNS Distribution of inulin-[$^{14}$C]-carboxylic acid in rabbits."  9th Annual Meeting, American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

120.   B.K. Malhotra, R.C. Brundage and R.J. Sawchuk.  "Simultaneous microdialysis of portal and jugular blood following IV bolus and oral lavage in freely-moving rats."  9th Annual Meeting, American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

121.   R.C. Brundage, B.K. Malhotra, J.A. Maloney and R.J. Sawchuk.  "Brain distribution of tacrine and its 1- and 2-hydroxylated metabolites determined by microdialysis in freely-moving rats."  9th Annual Meeting, American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

122.   B.K. Malhotra, R.C. Brundage, Y. Wang and R.J. Sawchuk.   "Dialysis membrane-limited and aqueous boundary layer-limited *in vitro* microdialysis recovery."  9th Annual Meeting, American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

123.   B.W.Y. Cheung, Y. Wang and R.J. Sawchuk.  "Preliminary studies of effects of hydroxy-propyl-beta-cyclodextrin on carbamazepine distribution into rabbit brain."  9th Annual Meeting, American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

124.   R.J. Sawchuk, J.A. Maloney, L.L. Cartier, R.J. Rackley, K.K.H. Chan and H.S.H. Lau.  "Analysis of diclofenac and four of its metabolites in human urine by HPLC."  9th Annual Meeting, American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

125.   R.C. Brundage, M. Lemaire and R.J. Sawchuk.  "Modeling of the CNS distribution of EAB 515 following IV and ICV administration."  9th Annual Meeting, American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

126.   B.K. Malhotra, M. Lemaire, J.F. Brouillard and R.J. Sawchuk.   "High-performance liquid chromatographic (HPLC) analysis of EAB 515 in brain and blood microdialysate (on-line) and in plasma ultrafiltrate of freely-moving rats."   10th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, November 5-9, 1995.

127.  R.J. Sawchuk, R.C. Brundage, E.D. Kharasch and M.D. Karol.  "Physiological-based pharmacokinetic (PBPK) modeling of sevoflurane, a volatile anesthetic."  10th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, November 5-9, 1995.

128.  R.C. Brundage, S. Thomas Forgue and R.J. Sawchuk.   "Comparative distribution of a series of aminoacridines of varying polarities into rat cortex using microdialysis."   10th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, November 5-9, 1995.

129.  Z. Yang, R.C. Brundage, L.L. Cartier, J.A. Maloney and R.J. Sawchuk.  "Development of a microdialysis method to study brain distribution of stavudine (d4t) in freely-moving rats."  10th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, November 5-9, 1995.

130.  B.K. Malhotra, R.C. Brundage and R.J. Sawchuk.  "Estimation of presystemic disposition of drugs based upon combination of area ratios and deconvolution."  10th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, November 5-9, 1995.

131.  M.A. Osman, R. J. Sawchuk, and M.K. Youssef.  "In Situ Absorption of the Antiviral drug, stavudine, from the rabbit intestine."  European Symposium on Formulation of Poorly Available Drugs for Oral Administration, Paris, February 5- 6, 1996.

132.  M.A. Osman, R.J. Sawchuk, and M.K. Youssef.  "Ganciclovir (DHPG), an antiviral nucleoside that exhibits high absorptive clearance in the rabbit colon *in situ*."  European Symposium on Formulation of Poorly-available Drugs for Oral Administration, Paris, February 5- 6, 1996.

133.  B. K. Malhotra, M. Lemaire, J.F. Brouillard, and R.J. Sawchuk.   "High-performance liquid chromatographic (HPLC) analysis of EAB 515 in brain and blood microdialysate (on-line) and in plasma ultrafiltrate of freely-moving rats."   11th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, October 29-31, 1996.

134.  R.J. Sawchuk, R.C. Brundage, E.D. Kharasch, and M.D. Karol.  "Physiologically-based pharmacokinetic (PBPK) modeling of sevoflurane, a volatile anesthetic."  11th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, October 29-31, 1996.

135.  R.C. Brundage, S.T. Forgue, and R.J. Sawchuk.  "Comparative distribution of a series of aminoacridines of varying polarities into rat cortex using microdialysis." 11th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, October 29-31, 1996.

136.  Z. Yang, R.C. Brundage, L.L. Cartier, J.A. Maloney, and R.J. Sawchuk.   "Development of a microdialysis method to study brain distribution of stavudine (d4T) in freely-moving rats."  11th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, October 29-31, 1996.

137.  B.K. Malhotra, R. C. Brundage, and R. J. Sawchuk. "Estimation of presystemic disposition of drugs based upon combination of area ratios and deconvolution."   11th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, October 29-31, 1996.

138.  Z. Yang and R.J. Sawchuk. "A modified solvent drag model and its application in studying intestinal absorption of polar drugs."  12th Annual Meeting, American Association of Pharmaceutical Scientists, Boston, MA, November 2-6, 1997.

139.  Z. Yang and R.J. Sawchuk. "Estimating the intestinal absorptive clearance of drugs: consideration of water absorption during in situ single-pass perfusion studies."   12th Annual Meeting, American Association of Pharmaceutical Scientists, Boston, MA, November 2-6, 1997.

140.   Z. Yang, P. Manitpisitkul, F.P. LaCreta, C.K. Knupp, R.H. Barbhaiya, and R.J. Sawchuk.  "*In situ* studies of the regional absorption of lobucavir and ganciclovir from rabbit intestine." American Association of Pharmaceutical Scientists Annual Meeting, San Francisco, CA, November 15-19, 1998.

141.   Z. Yang, Y. Huang, G. Gan, and R.J. Sawchuk.  "Microdialysis evaluation of the brain distribution of stavudine following intranasal administration." American Association of Pharmaceutical Scientists Annual Meeting, San Francisco, CA, November 15-19, 1998.

142.   Z Yuan, P. Ji, S. Giebink, and R.J. Sawchuk.  "Antibiotic Middle Ear Pharmacokinetics by Microdialysis." American Association of Pharmaceutical Scientists Annual Meeting, San Francisco, CA, November 15-19, 1998.

143.   R.J. Sawchuk, P. Ji, Y. Huang.  "Distribution of Amoxicillin in Middle Ear Fluid Using Microdialysis Sampling." Higuchi Research Seminar, Lake of the Ozarks, MO, March 14-17, 1999.

144.   Y. Huang, and R.J. Sawchuk.   "Antibiotic Pharmacokinetics in Chinchilla Middle Ear using Microdialysis." Association of Pharmaceutical Scientists Midwest Regional Meeting, Chicago, IL, May 17, 1999

145.   R.J. Sawchuk, P. Ji, Y. Huang, and S. Giebink.  "Kinetics of Transport of Antibiotics to Middle Ear Fluid Using Microdialysis Sampling." Seventh International Symposium on Recent Advances in Otitis Media, Fort Lauderdale, FL, June 1-5, 1999.

146.   G. Gan, and R.J. Sawchuk. "Intestinal Absorption and Pre-Systemic First Pass Elimination of Minocycline and Propranolol in Rabbits" *American Association of Pharmaceutical Scientists Annual Meeting*, New Orleans, LA, November 14-18, 1999.

147.   B.W.Y. Cheung, L.L. Cartier, H. Q. Russlie, and R.J. Sawchuk. "Using Sample Pooling Methods in the Determination of AUC and AUMC in Pharmacokinetic Studies" *American Association of Pharmaceutical Scientists Annual Meeting*, New Orleans, LA, November 14-18, 1999.

148.   Y. Huang, L.L. Cartier, and R.J. Sawchuk. "Analysis of Clarithromycin by Chemiluminescence: In Vitro/InVivo Microdialysis Studies" *American Association of Pharmaceutical Scientists Annual Meeting*, New Orleans, LA, November 14-18, 1999.

149.   P. Guo, P. Ji, B.W.Y. Cheung, J.B. McCarthy, and R.J. Sawchuk. "Fibronectin Peptide (FN C/H V-Y) Assay and Stability in Human and Rat Plasma" *American Association of Pharmaceutical Scientists Annual Meeting*, New Orleans, LA, November 14-18, 1999.

150.   R. J. Sawchuk, B. W. Y. Cheung, L. L. Cartier, H. Q. Russlie, T. Zhu, Y. Huang, G. S. Giebink, D. Mulford and M. Mayer. "Kinetics oOf Cefditoren Distribution to Middle Ear Fluid in The Unanesthetized Chinchilla" *40th Interscience Conference on Antimicrobial Agents and Chemotherapy.* Toronto, ON, September 17-20, 2000

151.   G.S. Giebink, T.M. Sheehy, M. Quartey, R.J. Sawchuk, M. Mayer Cefditoren Pharmacodynamics for Streptococcus Pneumoniae (Pnc) Acute Otitis Media (AOM) in the Chinchilla Model" *40th Interscience Conference on Antimicrobial Agents and Chemotherapy.* Toronto, ON, September 17-20, 2000.

152.   Y. Huang, R. J. Sawchuk.   "Studies of the Middle Ear Distribution Kinetics of Amoxicillin in the Awake Chinchilla Using Microdialysis". *American Association of Pharmaceutical Scientists Annual Meeting*, Indianapolis, IN, October 29- November 2, 2000.

153.   J.Z. Peng, R.C. Brundage, and R.J. Sawchuk.  "Study of Presystemic Elimination of 4-mono-methylamino-antipyrine (MAAP) after Consecutive Doses in Freely Moving Rats Using On-line

Microdialysis". *American Association of Pharmaceutical Scientists Annual Meeting*, Indianapolis, IN, October 29- November 2, 2000.

154.  T. Zhu, Y. Huang, L.L. Cartier, R. J. Sawchuk "In Vitro Microdialysis and Protein Binding Studies of Cefditoren" *American Association of Pharmaceutical Scientists Annual Meeting*, Indianapolis, IN, October 29- November 2, 2000.

155.  G. Gan, L. L. Cartier, Y. Huang, Z. Yang, R. J. Sawchuk  "Intestinal Absorption and Presystemic Elimination of the Prokinetic Agent, EM574, in Rabbits" *American Association of Pharmaceutical Scientists Annual Meeting*, Indianapolis, IN, October 29- November 2, 2000.

156.  L. C. Musib, J. C. Cloyd, A.K. Birnbaum, T. J. Hietpas, R. J. Sawchuk, I. E. Leppik, T. R. Browne, S. F. Holloway, G. S. Holden, J. O. Rarig.   "Preliminary Report on Phenytoin Bioavailability in the Elderly Using an Intravenous Stable-Labeled Isotope". *American Association of Pharmaceutical Scientists Annual Meeting*, Indianapolis, IN, October 29- November 2, 2000.

157.  Z. Yang, L. M. Zadjura, C. J. D'Arienzo, D. B. Wang-Iverson, R. J. Sawchuk  "Use of Sample Pooling in Drug Discovery to Screen for Pharmacokinetic Properties of Compounds in Rats" *American Association of Pharmaceutical Scientists Annual Meeting*, Indianapolis, IN, October 29- November 2, 2000.

158.  R.J. Sawchuk, Y. Huang, P. Ji, M. Quartey, G.S. Giebink.   "Influx/Eflux Penetration Clearance of Amoxicillin between Plasma and Middle Ear Fluid in Freely Moving Chinchillas using Microdialysis" *4th Extraordinary International Symposium on Recent Advances in Otitis Media,*  Sendai, Japan, April 16-20, 2001.

159.  T. Zhu, B. W. Cheung, L.L. Cartier, G. S. Giebink, D.J. Mulford, M.D. Mayer, R.J. Sawchuk.  " Study of Cefditoren Distribution Kinetics to Middle Ear Fluid in Freely-moving Chinchillas Using Microdialysis." *American Association of Pharmaceutical Scientists Annual Meeting*, Denver, CO, October 21-25, 2001.

160.  W. Liu, B.W. Cheung, L.L. Cartier,  T. Zhu, M.M. Paris, R.J. Sawchuk.  " In vitro/In vivo Microdialysis and Protein Binding Studies of the ketolide antibiotic, ABT-773."  *American Association of Pharmaceutical Scientists Annual Meeting*, Denver, CO, October 21-25, 2001.

161.  Y. Huang, R.J. Sawchuk.  " Estimation of Amoxicillin Influx and Efflux Clearance between Plasma and Middle Ear Fluid Following Simultaneous Systemic and Local Ear Doses in Awake Chinchilla Using Microdialysis."  *American Association of Pharmaceutical Scientists Annual Meeting*, Denver, CO, October 21-25, 2001.

162.  J.Z. Peng, R.C. Brundage, R.J. Sawchuk. "The Influence of Drug Pre-exposure on First-pass Metabolism of Tacrine in Rats." *American Association of Pharmaceutical Scientists Annual Meeting*, Denver, CO, October 21-25, 2001.

163.  J.Peng, R.J.Sawchuk, and R.P.Remmel "Mechanism-based inactivation of CYP1A2 by tacrine" *11th North American Meeting of the International Society for the Study of Xenobiotics*, Orlando, FL.  October 27- 31, 2002.

164.  Y.Song, L.L.Cartier, B.W Cheung, R J Sawchuk.  "An Animal Model for Multi-site CSF Disposition Studies of Intrathecally Administered Agents". *American Association of Pharmaceutical Scientists Annual Meeting*, Toronto, Ontario, Canada.  November 10-14, 2002.

165.  J.Z.Peng, R.Remmel, R.J.Sawchuk. "Modeling And Simulation Of In Vivo PK Profiles Based On Mechanism-based Inhibition From In Vitro Studies: Inactivation Of CYP1A2 by Tacrine" *American Association of Pharmaceutical Scientists Annual Meeting*, Toronto, Ontario, Canada.  November 10-14, 2002.

166.  Y.Song, L.L.Cartier, B. Cheung, R.J. Sawchuk. "Multi-site CSF Disposition Studies of Intrathecally Administered Antiviral Nucleosides in a Novel Animal Model". *8th International Meeting of the International Society for the Study of Xenobiotics*, Dijon France.  April 27-31, 2003

167.  W. Liu, B. W. Y. Cheung, R. J. Sawchuk. "Distribution Kinetics of Cethromycin in the Chinchilla Middle Ear". *8th International Symposium on Recent Advances in Otitis Media*. Fort Lauderdale, FL.  June 3 - 7, 2003

168.  P Ji, L Cartier, B W Y Cheung, R J Sawchuk.  "Distribution Kinetics Of Cefdinir Between Plasma And Middle Ear Fluid In The Freely Moving Chinchillas".  *American Association of Pharmaceutical Scientists Annual Meeting*, Salt Lake City, UT.  October 26-30, 2003.

169.  W. Liu, B. W. Y. Cheung, R J Sawchuk. "Efflux Transport Of Cethromycin Following Direct Intra-bulla Dosing In The Chinchilla Middle Ear".  *American Association of Pharmaceutical Scientists Annual Meeting*, Salt Lake City, UT.  October 26-30, 2003.

170.  Y. Song and R. J. Sawchuk.  "Pharmacokinetics of Zidovudine and Stavudine in the Cerebrospinal Fluid after Intrathecal Administration in a Novel Rabbit Model".  *American Association of Pharmaceutical Scientists Annual Meeting*, Baltimore, MD.  November 8, 2004.

171.  N. Mostafa and R. J. Sawchuk. "Determination of Ofloxacin Clearance from the Middle Ear Fluid using Microdialysis". *American Association of Pharmaceutical Scientists Annual Meeting*, Nashville, TN.  November 7, 2005.

172.  Z.  Li,  B. W. Y. Cheung,  L. Cartier, and R. J. Sawchuk. "The Possible Role of P-glycoprotein in the Distribution of Clarithromycin to the Middle Ear".  *American Association of Pharmaceutical Scientists Annual Meeting*, Nashville, TN.  November 7, 2005.

173.  R. J. Sawchuk, L. M. Page, and R. L. Rauck.  "Pharmacokinetics of Gabapentin Injection in Cerebrospinal Fluid and Plasma with Intrathecal Administration".  FDA Science Forum, Washington, DC. April 18, 2006.

174.  R. J. Sawchuk .  "Bugs and Drugs: Does the Anti-infective Agent get to the Target Site?" *American Pharmacists Association Annual Meeting*, Atlanta, GA.  March 18, 2007.

175.  R. J. Sawchuk .  "Future Perspectives on the Contributions of Microdialysis in Drug Research and Development"  Fifth International Symposium on Microdialysis in Drug Research and Development. Leiden, NE. April 25, 2007.

176.  R.J. Sawchuk .  "Drug Delivery to the Middle Ear across the Tympanic Membrane for Therapy of Acute Otitis Media".  Global Gators 6th Symposium on Clinical Pharmacy and Clinical Pharmacology. Munich, Germany.  June 9, 2007.

177.   T. Wang, R. J. Sawchuk and W. F. Elmquist. "Modeling Distributional Kinetics:  Comparison of Two Methods Based on a Partial-Areas Analysis". *American Association of Pharmaceutical Scientists Annual Meeting*, San Diego, CA, November 13, 2007.

178.   L. Laksiri, C. Dahyot-Fizelier, S. Lefeuvre, S. Marchand, O. Mimoz, R. J. Sawchuk, and W. Couet. "Microdialysis Study of Imipenem Distribution in the Peritoneal Fluid of Patients with Peritonitis". Interscience Conference on Antimicrobial Agents and Chemotherapy, Washington, DC. October 26, 2008.

.

# Exhibit E

CV of Dr. Thakker

# CURRICULUM VITAE

**Dhiren R. Thakker**                                      **RESIDENCE:** 317 Dalton Drive
                                                           Raleigh, NC 27615
                                                           (919) 870 5126 (Res)
                                                           (919) 962 0092 (Office)
                                                           (919) 966 3525 (FAX)
                                                           Dhiren_thakker@unc.edu

**PERSONAL:**   Married, two children, Date of birth: January 25, 1949, Citizen of USA

**EDUCATION:**   Ph.D.   (Biochemistry) University of Kansas, Lawrence, KS, 1975
                 M.S.    (Pharmaceutical Chem.) Columbia University, NY, 1972
                 B.S.    (Pharmacy) Bombay University, Bombay, India, 1970

**PROFESSIONAL EXPERIENCE**

**2/96 - current**
Ferguson Distinguished Professor of Pharmaceutical Sciences
Division of Molecular Pharmaceutics (formerly Division of Drug Delivery and Disposition), School of Pharmacy (now UNC Eshelman School of Pharmacy)
University of North Carolina at Chapel Hill
Chapel Hill, NC 27599

**8//08 – current**
Associate Dean, Economic Development and International Partnerships
UNC Eshelman School of Pharmacy

**7/98 - 4/08**
Associate Dean, Research and Graduate Education
School of Pharmacy (now UNC Eshelman School of Pharmacy)

**2/96 -7/05**
*Joint appointment:* Pharmacology
University of North Carolina at Chapel Hill
Chapel Hill, NC 27599

**12/95 - 2/96**
Visiting Professor
Pharmaceutics Division, School of Pharmacy
University of North Carolina at Chapel Hill,
Chapel Hill, NC 27599

**3/92 - 11/95**
Director, Drug Metabolism Department, Glaxo Research Institute,
Research Triangle Park, NC 27709

**7/90 - 2/92**
Department Head, Drug Metabolism Department, Glaxo Research Institute,
Research Triangle Park, NC  27709

**12/87 - 7/90**
Section Head, Bioorganic Mechanisms Section, Drug Metabolism Department, Glaxo Inc., Research Triangle Park, NC 27709

**6/93 - 2/96**
Adjunct Professor, Department of Pharmacology, School of Medicine, University of North Carolina, Chapel Hill, NC 27514

**11/90 - 2/96**
Adjunct Professor, Department of Medicinal Chemistry, School of Pharmacy, University of North Carolina, Chapel Hill, NC  27514

**1/84 - 12/87**
Senior Investigator, Laboratory of Molecular Pharmacology, Division of Biochemistry and Biophysics, Center for Drugs and Biologics, Food and Drug Administration, Bethesda, MD 20892.

**9/78 - 1/84**
Senior Staff Fellow/Research Chemist, Laboratory of Bioorganic Chemistry, National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases, National Institutes of Health.

**9/76 - 8/78**
Staff Fellow, Laboratory of Chemistry, National Institute of Arthritis, Metabolism, and Digestive Diseases, National Institutes of Health.

**9/75 - 8/76**
Visiting Fellow, Laboratory of Chemistry, National Institute of Arthritis, Metabolism and Digestive Diseases, National Institutes of Health.

**MANAGEMENT EXPERIENCE**

**1. Led and Managed the Preclinical Drug Metabolism Department at Glaxo Research Institute**
- The department consisted of a staff of 36 including 19 Senior Scientists with Ph.D. or equivalent experience.
- The annual operating budget was $6 million, and the capital budget was approximately $1.5 million.
- The primary responsibility of the department was to conduct non-clinical metabolism, pharmacokinetic and toxicokinetic studies in support of development candidates, and to  participate in the discovery and selection of new drug candidates to achieve optimum metabolic and pharmacokinetic profiles.
- The department also had the responsibility to synthesize radioisotope-labeled compounds for the Research and Development Divisions.

**2. As a member of the Technical Development Team (management team), participated in the coordination of exploratory development programs.**

- The Technical Development Team had representation from Toxicology, Drug Metabolism, Pharmaceutics, Analytical Chemistry, Process Chemistry, Clinical Pharmacology, Regulatory Affairs, and Project Planning.
- The Technical Development Team participated in the formulation of strategies for exploratory development (preclinical through phase I/phase II) of drug candidates and was responsible for the implementation of these strategies.

**3. Interacted with the FDA on the non-clinical ADME issues.**

**4. As a member of the Research Management Committees, participated in the management of Discovery Programs in Cancer, Metabolic Diseases, and Inflammation.**

**PROFESSIONAL ACTIVITIES:**

Co-Editor, Medicinal Research Reviews, 2001-2006

Editorial Board, J. Pharm. Sci., Since 1997.

Advisory Board, Office of Technology Development, UNC-Chapel Hill

Advisory Board, Office of Business and Economic Development, UNC-Chapel Hill

Advisory Board, Carolina Student Biotechnology Network, UNC, Chapel Hill

Editorial Board, Current Drug Metabolism, 1999-2002.

Editorial Board, Drug Metabolism and Disposition, 1994-1997.

Board of Directors and Scientific Advisory Board, Qualyst Inc. since 2001.

Drug Development Advisory Board, Scios Inc. (subsidary of J & J), 2001-2005.

Science and Technology Advisory Board, Oread Inc., 1997-2000.

Scientific Advisory Board, Navicyte, 1999-2001.

Awards Committee, Society for Biomolecular Screening (SBS), 2003-2006.

AAPS Taskforce on Drug Discovery Interface, 2005

Founding Member of the Steering Committee, RTP Drug Metabolism Discussion Group, 1999-2002.

Member of the External Review Committee
Graduate Program, School of Pharmacy, University of Washington, Seattle, 2001.

Basic Pharmacology Advisory Committee
Pharmaceutical Manufacturers' Association Foundation, 1994-1996.

Special Emphasis Panel, National Institute of General Medical Sciences, NIH, 1996.

Organizer - Short Course on "Designing Safe Drugs - Integration of Disposition Studies in Drug Discovery and Development", Residential School on Medicinal Chemistry, Drew University

Organizer and Chair– Short Course on "Prodrug Design – Enhanced and Targeted Delivery of Therapeutic Agents" at the 7th North American ISSX Meeting, October 1996, Sand Diego, CA.

Chair - Special Symposium on *"Drug Delivery and Prodrug Technologies"* at the 31st  ACS Western Regional Meeting held in October 1995.

Chair - Session on *"Integration of Preclinical ADME Studies in the Preclinical and Clinical Safety Assessment"* at the annual meeting of the Drug Information Association, 1994.

Chair - Session on *"Delivery and Disposition of Peptides and Oligonucleotides-Current Status and Future Challenges"* at the annual meeting of the International Society for the Study of Xenobiotics held in October 1994.

Special reviewer for Geriatric Review Committee, Institute on Aging, 1985.

Reviewer for Investigational New Drug (IND) applications primarily dealing with Interferons and Monoclonal antibodies, 1984-1987.

Reviewer for several leading journals including Nature, Cancer Research, Journal of American Chemical Society, Molecular Pharmacology, Carcinogenesis, Chemico-Biological Interactions, Analytical Biochemistry, Toxicology and Applied Pharmacology, and Chemical Research in Toxicology, Drug Metabolism and Disposition, Pharmaceutical Research, Journal of Pharmaceutical Sciences, Journal of Experimental Therapeutics.

Served as a consultant to Amgen, Amylin Pharmaceuticals, BASF Bioscience, Du Pont Pharmaceuticals, Glaxo Wellcome, ICAgen, Intercardia, Parke Davis, Proctor & Gamble, Synaptics, Triangle Pharmaceuticals, Trimeris, Wyeth, Pozen, Ontogen, Chiron, Scios, *Medivation, Arete, Virobay, Sanofi-Aventis, USVP venture partners (Italicized – consulted during 2007).*

Served as an Expert Witness for Wyeth in Wyeth v. Impax Laboratories, Inc. (deposed – Nov 2007).

**HONORS AND
     AWARDS:**       FELLOW, American Association of Pharmaceutical Scientists.

SATO MEMORIAL INTERNATIONAL AWARD presented by the Pharmaceutical Society of Japan in 1987.

PHILLIP NEWMARK AWARD for "Excellence in Biochemical Research" at the University of Kansas in 1974.

DISSERTATION FELLOWSHIP at the University of Kansas in 1975.

GRADUATE HONORS FELLOW at the University of Kansas.

Placed SECOND in Bombay University at the B. Pharm. degree examination.

**RESEARCH:**

(1)   Mechanisms of drug transport across biological barriers

(2)   Regulation and modulation of tight junctions in biological barriers

(3)   Targeted drug delivery to solid tumors via prodrugs

(4)   Gene therapy: in vivo disposition of genes

(5)   Stereoselectivity of cytochrome P450 isoenzymes

(6)   Metabolic activation of xenobiotics to mutagens and carcinogens

**<u>Ph.D.</u>**

(1)   Development of specific irreversible inhibitors of the enzyme, COMT, which plays an important role in the metabolism of epinephrine, norepinephrine, dopamine, as well as several catecholic endogenous compounds and xenobiotics.

(2)   Study of relationship between physico-chemical properties of 8-hydroxyquinolines and their COMT inhibitory activity (Hansch approach).

(3)   Affinity chromatography of COMT.

(4)   Chemical modification of functional groups on COMT active-site.

**<u>M.S.</u>**

Synthesis of imidazole derivatives as potential chymotryptic agents.

**FUNDING:**     **Current:**

1.   Interplay between CYP3A Metabolism and P-glycoprotein Efflux During Intestinal Absorption of Dual Substrates
    Dhiren Thakker, PI
    2006-2008
    $199,968 (total cost)

2. A High Throughput Assay for Cytochrome P450-Mediated Metabolism
   Dhiren Thakker, PI
   North Carolina Biotechnology Center (CFG grant - $100,000), Qualyst ($20,000)
   2003-2005
   $120,000 (total costs)

3. Novel Absorption Enhancers
   Dhiren Thakker, PI
   North Carolina Biotechnology Center (SBRA - $150,000).Qualyst ($100,000)
   2005-2006
   $250,000 (total costs)

4. NC-Pediatric Pharmacology Research Unit
   Ross McKinney (Duke), PI; Ralph Raasch, co-PI; Dhiren Thakker; Director, In Vitro
   Metabolism and Transporter Core
   NICHD, NIH
   2004-2008
   $657,000 (total costs)

5. Elucidation of Mechanisms underlying Modulation of CYP3A Metabolism by P-gp
   Efflux during Intestinal Absorption of Dual Substrates
   Dhiren Thakker, PI
   PhRMA Foundation – Predoctoral Fellowship to Beverly Mowry
   2005-2007
   $40,000

**Past:**
5. Identification of the Transporter(s) for Hydrophilic Cationic Drugs for Photoaffinity
   Labeling
   Dhiren Thakker, PI
   University Research Council
   $4,000, 2002-2003

6. Paracellular Transport of Drugs across Intestinal Epithelium
   Dhiren Thakker, PI
   Ariad Pharmaceuticals
   $30,000 total cost, 2002-2003

7. Intestinal Transport of Drugs
   Dhiren Thakker, PI
   Arena Pharmaceuticals
   $30,000 total cost, 2002-2003

8. Development of a High Throughput Assay to Assess Susceptibility of Drug
   Candidates to Cytochrome P450 (CYP)-mediated Metabolism
   Dhiren Thakker, PI
   Bristol Myeres Squibb
   $322,540 total costs, 2001-2003

Thakker CV, November 2008

9. Intestinal Transport of Cationic Hydrophilic Compounds
   Dhiren Thakker, PI
   NIH
   $1,255,083 total costs, 2002 – 2006, not funded

10. Regulation of Intestinal Epithelial Tight Junctions by Phospholipase C
    Dhiren Thakker, PI
    Senior Research Award
    Crohn's & Colitis Foundation of America
    $230,000 total costs, 2002-2003, not funded

11. Paracellular Transport across Intestinal Epithelium - Structural Requirements for Paracellular Transport of Drug Molecules
    Dhiren Thakker, PI
    Bristol Myeres Squibb
    $70,000 total cost, 2001-2002

12. Dual Radioisotope Labeling of Plasmid DNA
    Dhiren Thakker, PI
    North Carolina Biotechnology Center
    $55,000, not funded

13. P-Glycoprotein Modulates Opioid Peptide Pharmacodynamics
    Gary Pollack, PI, Dhiren Thakker (5% effort)
    NIH
    $687,079 total costs, 1999 – 2001, not funded

14. Pharmacological Modulation of the Permeability of the Intestinal Epithelium and Elucidation of Role Played by Biochemical Barriers
    Dhiren Thakker, PI
    Parke-Davis
    $31,000/year for 2 years, 1999-2001 (year one funded)

15. Role of P-gp in the Transport of Drugs Across Intestinal Epithelium
    Dhiren Thakker, PI
    Du Pont Pharmaceuticals Co.
    $25,000/year for 2 years, 1999-2001

16. Modulation of Tight Junctions in the Intestinal Epithelium
    Dhiren Thakker, PI
    Glaxo Wellcome, Inc.
    $35,000, 1999

17. Optimization of Metabolism and PK Properties
    Dhiren Thakker, PI
    Glaxo Wellcome, Inc. - Glaxo Wellcome - UNC Drug Discovery Program
    $125,000, 1998

18. Barriers to Oral Drug Delivery

Glaxo Wellcome, Inc.
RTP, NC
$250,000, 1996-1998

19. Combinatorial Approach for Optimizing ADME Properties of Drug Candidates
    Diversity Sciences Center, Duke University
    Durham, NC
    $60,000, 1997/98

20. Combinatorial Approach for Development of Structure-Metabolism Relationships
    North Carolina Biotechnology Center
    RTP, NC
    $40,000, 1997-1998

**STUDENTS AND**
**FELLOWS:**      **Graduate Students:**
1.  Kiho Lee (MCNP) - Ph.D., May 2000
2.  Hui Ouyang (MCNP) – Ph.D., Dec 2001
3.  Peter Ward (Pharmcology) – Ph.D., May 2001
4.  Matt Troutman (DDD) – Ph.D., July 2001
5.  Gururaj Rao (DDD) – Ph.D., May 2003
6.  Chee Ng (DDD) - (Chair, Dissertation Committee and co-advisor), Ph.D., May 2003
7.  Seongwong Hong (MCNP) –Ph.D., May 2004
8.  David Bourdet (DDD)- Ph.D., August, 2005
9.  Stephanie Faucette (Molecular Pharmaceutics) – Ph.D., May 2006
10. Richard Graham (Molecular Pharmaceutics) – Ph.D., May 2006
11. Tim Tippin (Molecular Pharmaceutics), Ph.D., Dec 2006
12. Beverly Mowrey (Molecular Pharmaceutics), Ph.D. Aug 2007
13. Ryan Klein (Molecular Pharmaceutics), Ph.D. Dec 2007
14. Xin Ming (Molecular Pharmaceutics), Ph.D. expected Aug 2008
15. Will Proctor (Molecular Pharmaceutics) 2nd year
16. Matthew Dufek (Molecular Pharmaceutics) 2nd year
17. Chester Costales (Molecular Pharmaceutics) 1st year
18. Souzan Yanni (U. Leuven, Belgium) 2nd year

**Postdoctoral Fellows:**
1.  Dr. Yan Gao (2006- 2008)
2.  Darkhan Utepbergenov (2005-2007)
3.  Dr. Lorraine King (2001-1002)
4.  Dr. Johne Ansede (2001-2003)
5.  Dr. Dongzhou Liu  (1996-1998)
6.  Dr. Shailesh Desai (1996-1999)
7.  Dr. Cuiping Chen  (1997-1998)
8.  Dr. Sonia Serron   (1997-1998)
9.  Dr. Pieter Annaert (1998-1999)
10. Dr. Ashwin Patel   (1998-2000)

**Research Assistant Professor:**
1.  Dr. Steven Qian (2004-2005)

**Visiting Scientist:**
1.  Souzan Yanni
2.  Dr. Harish Padh, Director, PERD Center, Ahmadabad, India   (June – September 2006)

| | |
|---|---|
| **DISSERTATION COMMITTEES:** | 1. Cuiping Chen, DDD (Ph.D. 1997) |
| | 2. Catherine Booth, DDD (Ph.D. 1997) |
| | 3. Xinrong Liu, DDD (Ph.D. 1998) |
| | 4. Mark Bush, DDD (Ph.D. 1999) |
| | 5. Kay Rittenhaus, DDD (Ph.D. 1999) |
| | 6. James Whisnant, DDD (M.S. 1999) |
| | 7. Mark Summerville, DDD (Ph.D. 2000) |
| | 8. Jennifer(Quin) Dong, DDD (Ph.D. 2000) |
| | 9. Claude Degenais, DDD (Ph.D. 2001) |
| | 10 Preethi Krishnan, MCNP (Ph.D. 2001) |
| | 11. Christopher Lowden, MCNP (Ph.D. 2001) |
| | 12. Jessica Smith, DDD (Ph.D., 2001) |
| | 13. Jian Zong, DDD (Ph.D., 2002) |
| | 14. Ryan Turncliff, DDD (Ph.D. 2004) |
| | 15. Chris Matheny, DDD (Ph.D. 2003) |
| | 16. Lian Zhou, MCNP (Ph.D., 2002) |
| | 17. Carolyne Cyne (Pharmacology - Ph.D. committee) |
| | 18. Peter Sazani, Pharmacology (Ph.D., 2002) |
| | 19. Craig Lee, Exp. Therapeutics (Chair) (Ph.D., 2006) |
| | 20. Scott Barrow, Toxicology Curriculum (Ph.D., 2004) |
| | 21. Enzo Palma Molecular Pharmaceutics (Ph.D. 2006) |
| | 22. Dongmei Liu, Molecular Pharmaceutics (Chair) (Ph.D. expected in 2007) |
| | 23. Jian Jiang, Curriculum in Applied and Material Sciences (Ph.D. expected in 2007) |
| | 24. Xihong Xu, Chemistry, Duke University (Ph.D. 2008) |

**PUBLICATIONS:**  Co-author of 145 publications which include papers in the peer reviewed journals, review articles and book chapters (List Attached), co-editors of 2 books, and co-inventor on 6 patents (issued and pending).

**AFFILIATIONS:**
(1) American Chemical Society (ACS)
(2) American Association for Advancement of Science (AAAS)
(3) American Society of Pharmacology and Experimental Therapeutics (ASPET)
(4) American Association for Cancer Research (AACR)
(5) American Association of Pharmaceutical Scientists (AAPS)
(6) International Society for the Study of Xenobiotics (ISSX)
(7) Indian Association for Cancer Research

## PUBLICATIONS

1. Borchardt, R.T. and Thakker, D.: Affinity Labeling of Catechol-O-Methyltransferase with N-Iodoacetyl-3,5-dimethoxy-4-hydroxyphenylethylamine. Biochem. Biophys. Res. Commun., 54: 1233-1239, 1973.

2. Borchardt, R.T. and Thakker, D.R.: Catechol-O-methyltransferase. 6. Affinity Labeling with N-Iodoacetyl-3,5-dimethoxy-4-hydroxyphenylalkylamines. J. Med. Chem., 18: 152-158, 1975.

3. Borchardt, R.T. and Thakker, D.R.: Affinity Labeling of Catechol-O-methyltransferase by N-Halonacetyl Derivatives of 3,5-Dimethoxy-4-hydroxyphenylethylamine and 3,4-Dimethoxy-5-hydroxyphylethylamine. Kinetics of Inactivation. Biochemistry, 14: 4543-4551, 1975.

4. Borchardt, R.T., Cheng, C.G. and Thakker, D.R.: Purification of Catechol-O-methyltransferase. 8. Structure-Activity Relationships for Inhibition by 8-Hydroxyquinolines. J. Med. Chem., 63: 69-77, 1975.

5. Bochardt, R.T., Thakker, D.R., Warner, V.D., Mirth, D.B. and Sane, J.M.: Catechol-O-methyltransferase. 8.Structure-Activity Relationships for Inhibition by 8-Hythyltransferase. J. Med. Chem., 19: 558-560, 1976.

6. Brochardt, R.T. Reid, J. R., Thakker, D.R., Liang, Y.O., Wightman, R.W. and Adams, R.N.: Catechol-O-methyltransferase. 9. Mechanisms of Inactivation by 6-Hydroxydopamine. J. Med. Chem., 19: 1201-1209, 1976.

7. Borchardt, R.T. and Thakker, D.R.: Evidence for Sulfhydryl Groups at the Active Site of Catechol-O-methyltransferase. Biochim. Biophys. Acta, 445: 598-609, 1976.

8. Borchardt, R.T. and Thakker, D.R.: Affinity Labeling of Catechol-O-Methyltransferase using N-Haloacetyl Derivatives of 3,5-Dimethoxy-4-hydroxyphenylethylamine and 3,4-Dimethoxy-5-hydroxyphenylethylamine. In Jacoby, W.B. and Wilchek, M. (Ed.): Methods in Enzymology - Affinity Labeling. New York, Academic Press, 1977, Vol. 46, pp. 554-561.

9. Lu, A.Y.H., Levin, W., Vore, M. Conney, A.H., Thakker, D.R., Holder, G. and Jerina, D.M.: Metabolism of Benzo[a]pyrene by Purified Liver Microsomal Cytochrome P-448 and Epoxide Hydrase. In Freudenthal, R.I. and Jones, P.W. (Ed.): Polynuclear Aromatic Hydrocarbons: Chemistry, Metabolism, and Carcinogenesis. New York, Raven Press, 1976, Vol. 1, pp. 115-126.

10. Thakker, D.R., Yagi, H., Lu, A.Y.H., Levin, W., Conney, A.H. and Jerina, D.M.: Metabolism of Benzo[a]pyrene IV. Conversion of (+)-Trans-7,8-dihydroxy-7,8-dihydrobenzo[a]pyrene to the Highly Mutagenic 7,8-Diol-9,10-epoxides, Proc. Natl. Acad. Sci. USA, 73: 3381-3385, 1976.

11. Thakker, D.R., Yagi, H., Akagi, H., Koreeda, M., Lu, A.Y.H., Levin, W., Wood, A. W., Conney, A.M.: Metabolism of Benzo[a]pyrene VI. Stereoselective Metabolism of Benzo[a]pyrene and Benzo[a]pyrene 7,8-Dihydrodiol to Diol Epoxides. Chem.-Biol. Interact., 16: 281-300, 1977.

12. Thakker, D.R., Yagi, H., Levin, W., Lu, A.Y.H., Conney, A.H. and Jerina, D.M.: Stereospecificity of Microsomal and Purified Epoxide Hydrase from Rat Liver: Hydration of Arene Oxides of Polycyclic Hydrocarbons. J. Biol. Chem., 252: 6328-6334, 1977.

13. Yagi, H., Thakker, D.R. Hernandex, O., Koreeda, M. and Jerina, D.M.: Synthesis and Reactions of the Highly Mutagenic 7,8-Diol-9,10-epoxides of the Carcinogen Benzo[a]pyrene. J. Am. Chem. Soc., 99: 1604-1611, 1977.

14.   Yagi, H., Thakker, D.R., Mah, H.D., Koreeda, M. and Jerina, D.M.: Absolute Stereochemistry of the Highly Mutagenic 7,8-Diol-9,10-epoxides Derived from the Potent Carcinogen trans-7,8-Dihyroxy-7,8-dihydrobenzo[a]pyrene. J. Am. Chem. Soc., 99: 2358-2359, 1977.

15.   Whalen, D.L. Montemarano, J.A., Thakker, D.R., Yagi, H. and Jerina, D.M.: Changes of Mechanism and Product Distributions in the Hydrolysis of benzo[a]pyrene 7,8-Diol-9,10-epoxide metabolites Induced by Changes in pH. J. Am. Chem. Soc., 99: 5522-5524, 1977.

16.   Wood, A.W., Chang, R.L., Levin, W., Yagi, H. Thakker, D.R., Jerina, D.M., and Conney, A.H.: Differences in Mutagenicity of the Optical Enantiomers of the Diastereomeric Benzo[a]pyrene 7,8-Diol-9,10-epoxides. Biochem. Biophys. Res. Commun., 77: 1389-1396, 1977.

17.   Wood, A.W., Levin, W., Ryan, D., Thomas, P.E., Yagi, H., Mah, H.D., Thakker, D.R., Jerina, D.M., and Conney, A.H.: High Mutagenicity of Metabolically Activated Chrysene 1,2-Dihydrodiol: Evidence for Bay Region Activation of chrysene. Biochem. Biophys. Res. Commun., 78: 847-854. 1977.

18.   Levin, W., Wood, A.W., Lu, A.Y.H., Ryan, D., West, S., Thakker, D.R., Yagi, H., Jerina, D.M., and Conney, A.H.: Role of Purified Cytochrome P-448 and Epoxide Hydrase in the Activation and Detoxification of Benzo[a]pyrene. In Jerina, D.M. (Ed.): Drug Metabolism Concepts. Washington, D.C., American Chemical Society, 1977, ACS Symposium Series 44, pp. 99-126.

19.   Jerina, D.M. Lehr, R., Shaefer-Ridder, M., Yagi, H., Karle, J.M., Thakker, D.R., Wood, A.W., Lu, A.Y.H., Ryan, D., West, S., Levin, W., and Conney, A.H.: Bay Region Epoxides of Dihydrodiols: A Concept which Explains the Mutagenic and Carcinogenic Activity of Benzo[a]pyrene and Benzo[a]amthraceme. In Hiatt, H., Watson, J.D. and Winsten, I. (Ed.): Origins of Human Cancer. New York, Cold Spring Harbor Laboratories, 1977, PP. 639-658

20.   Levin, W., Lu, A.Y.H., Ryan, D., Wood, A.W., Kapitulnik, J., West, S.,Huang, M.T., Thakker, D.R., Holder, G., Yagi, H., Jerina, D.M. and Conney, A.H.: Properties of the Liver Microsomal Monooxygenase System and Epoxide Hydrase: Factors Influencing the Metabolism and Mutagenicity of Benzo[a]pyrene. In Hiatt, H., Watson, J.D., and Winsten, I. (Ed.): Origins of Human Cancer. New York, Cold Spring Harbor, Cold Spring Harbor Laboratories, 1977, pp.659-682.

21.   Bresnick, E., Stoming, T.A., Vaught, J.B., Thakker, D.R., and Jerina, D.M.: Nuclear Metabolism of Benzo[a]pyrene and of (+)-trans-7,8-Dihydroxy-7,8-dihydrobenzo[a]pyrene.   Comparative Chromatographic Analysis of Alkylated DNA. Arch. Biochem. Biophys., 183: 31-37, 1978.

22.   Lehr, R.E., Yagi, H., Thakker, D.R., Levin, W., Wood, A.W., Conney, A.H. and Jerina, D.M.: The Bay Region Theory of Polycyclic Aromatic Hydrocarbon Induced Carcinogenicity. In Freudenthal, R.I. and Jones, P.W. (Ed.): Polynuclear Aromatic Hydrocarbons: Chemistry, Metabolism and Carcinogenesis. New York, Raven Press, Vol. 2., pp.231-241.

23.   Thakker, D.R., Levin, W., Stoming, T.A., Conney, A.H., and Jerina, D.M.: Metabolism of 3-Methylcholanthrene by Rat Liver Microsomes and a Highly Purified Monooxygenase System With and Without Epoxide Hydrase. In Freudenthal, R.I., and Jones, P.W.(Ed.): Polynuclear Aromatic Hydrocarbons: Chemistry, Metabolism and Carcinogenesis. New York, Raven Press, 1978, Vol. 2., pp.253-264.

24.   Thakker, D.R., Yagi, H., and Jerina, D.M.: Analysis of Polycyclic Aromatic Hydrocarbons and Their Metabolites by High Pressure Liquid Chromatography. In Packer, L. and Fleischer, S. (Ed.): Methods in Enzymology: Biomembranes. New York, Academic Press, 1978, Vol. 51 (part C), pp. 279-296.

25.   Thakker, D.R., Levin, W., Wood, A.W., Conney, A.H., Stoming, T.A., and Jerina, D.M.: Metabolic Formation of 1,9,10-Trihydroxy-9,10-dihydro-3-methylcholanthrene:   A   Potential   Proximate   Carcinogen   from 3-Methylcholanthrene. J. Am. Chem. Soc., 100: 654-647, 1978.

26.    Thakker, D.R., Yagi, H., Lehr, R.E., Levin, W., Lu, A.Y.H., Change, R.L., Wood, A.W., Conney, A.H., and Jerina, D.M.: Metabolism of trans-9,10-Dihydroxy-9,10-dihydrobenzo[a]pyrene Occurs Primarily by Arylhydroxylation Rather than Formation of a Diol Epoxide.  Mol. Pharmacol., 14: 502-513, 1978.

27.    Levin, W., Thakker, D.R., Wood, A.W., Chang, R.L., Lehr, R.E., Jerina, D.M. and Conney, A.H.: Evidence that Benzo[a]anthracene 3,4-Diol-1,2-epoxide is an Ultimate Carcinogen on Mouse Skin.  Cancer Res., 38: 1705-1710, 1978.

28.    Jerina, D.M., Yagi, H., Thakker, D.R., Karle, J.M., Mah, H.D., Boyd, D.R., Gadaginamath, G., Wood, A.W., Beuning, M., Chang, R.L. Levin, W., and Conney, A.H.:  Stereoselective Metabolic Activation of Polycyclic Aromatic Hydrocarbons.  In Cohen, Y. (Ed.):  Advances in Pharmacology and Therapeutics, Vol. 9, Toxicology. New York, Pergamon Press, 1978, pp. 53-62.

29.    Jerina, D.M. Yagi, H., Lehr, R.E., Thakker, D.R., Schaefer-Ridder, M., Karle, J.M., Levin, W., Wood, A.W., Change, R.L., and Conney, A.H.:  The bay-Region Theory of Carcinogenesis by Polycyclic Aromatic Hydrocarbons.  In Gelboin, H.V. and Ts'o P.O.P. (Ed.):  Polycyclic Hydrocarbons and Cancer: Chemistry, Molecular Biology, and Environment.  New York, Academic Press, 1978, pp. 173-188.

30.    Jerina, D.M., Thakker, D.R., Yagi, H., Levin, W. Wood, A.W., and Conney, A.H.:  Carcinogenicity of Benzo[a]pyrene Derivatives:  The Bay-Region Theory.  In Pure and Applied Chemistry.  Vol. 50, Oxford, England, Pergamon Press, 1978, pp. 1033-1044.

31.    Buening, M.K., Wislocki, P.G., Levin, W., Yagi, H., Thakker, D.R., Akagi, H., Koreeda, M. Jerina, D.M., Conney, A.H.: Tumorigenicity of the Optical Enantiomers of the Diastereriomeric Benzo[a]pyrene 7,8-Diol-9,10-epoxides in Newborn Mice:  Exceptional Acitivity of (+)-7,8-Dihydroxy, 9,10-epoxy-7,8,9,10-tetrahydrobenzo[a]pyrene. Proc. Natl. Acad. Sci. USA, 75: 5358-5361, 1978.

32.    Wood, A.W., Chang, R.L., Levin, W., Thomas, P.E., Ryan, D., Stoming, T.A., Thakker, D.R., Jerina, D.M., and Conney, A.H.,; Metabolic Activation of 3-Methylcholanthrene and Its Metabolites to Mutagenes Towards Bacteria and Mammalian Cells.  Cancer Res., 33:  3398-3404, 1978.

33.    Kapitulnick, J., Wislocki, P.G., Levin, W., Yagi, H., Thakker, D.R., Akagi, H., Koreeda, M., Jerina, D.M., and Conney, A.H.: Marked Differences in the Carcinogenic Activity of Optically Pure (+) and (-) Trans-7,8-Dihydroxy-7,8-Dihydrobenzo[a]pyrene in Newborn Mice.  Cancer Res., 38:  2661-2665, 1978.

34.    Jerina, D.M., Yagi, H., Thakker, D.R., Lehr, R.E., Karle, J.M., Shaefer-Ridder, M., Levin, W., Wood, A.W., and Conney, A.H.: The Bay-Region Theory of Polycyclic Aromatic Hydrocarbon-Induced Carcinogenicity.  In Bolt, H. (Ed.):  Primary Liver Tumors.  Lancaster, England, MTP Press, Ltd., 1979, pp.253-260.

35.    Thakker, D.R., Yagi, H., Karle, J.M., Lehr, R.E., Levin, W., Ryan, D., Thomas, P.E., Conney, A.H., and Jerina, D.M.: Metabolism of Benzo[a]anthracene by Rat Liver Microsomes and by Purified Cyto- chrome P-448 with and without Epoxide Hydrase.  Mol. Pharmacol., 15:  174-189, 1979.

36.    Wood, A.W., Levin, W., Chang, R.L., Yagi, H., Thakker, D.R., Lehr, R.E., Jerina, D.M., and Conney, A.H.:  Bay region activation of carcinogenic polycyclic hydrocarbons.  In Jones, P. and Leber, P. (Eds.):  Polynuclear Biology, Carcinogenesis and Mutagenesis, Vol. 4.  Ann Arbor, Michigan, Ann Arbor Science Publishers, Inc. 1979, pp. 531-551.

37.    Lehr, R.E., Taylor, C.W., Kumar, S., Levin, W., Chang, R., Wood, A.W., Conney, A.H., Thakker, D.R., Yagi, H., Mah., H.D., and Jerina, D.M.:  Differences in Metabolism Provide a Basis for the Low Mutagenicity and Carcinogenicity of Benzo[e]pyrene Compared to Benzo[a]pyrene.  In Jones, P.W. and Leber, P. (Eds.): Polynuclear Aromatic Hydrocarbons: Third International, Symoposium on Chemistry and Mutagenesis Vol.4. Ann Arbor, Michigan, Ann Arbor Science Publishers, Ins., 1979, pp. 37-49.

38.    Thakker, D.R., Nordqvist, M., Yagi, H., Levin, W., Ryan, D., Thomas, P., Conney, A.H., and Jerina, D.M.: Comparative Metabolism of a Series of Polycyclic Aromatic Hydrocarbons by Rat Liver Microsomes and Purified Cytoxcrome P-450.  In Jones, P.W. and Leber, P.(Eds.):  Polynuclear Biology, Carcinogenesis and Mutagenesis, Vol. 4.  Ann Arbor, Michigan, Ann Arbor Science Publishers, Inc., 1979. pp. 455-472.

39.    Nordqvist, M., Thakker, D.R., Levin, W., Yagi, H., Ryan, D.E., Thomas, P.E., Conney, A.H., and Jerina, D.M.: The Highly Tumorigenic 3,4-Dihydrodiol is a Principal Metabolite Formed from Dibenzo[a,h]anthracene by Liver Enzymes. Mol. Pharmacol., 16: 634-655, 1979.

40.    Levin, W., Buening, M.K., Wood, A.W., Change, R.L., Thakker, D.R.,Jerina, D.M., and Conney, A.H.: Tumorigenic Activity of 3-Methlcholanthrene Metabolites on Mouse Skin and in Newborn Mice.  Cancer Res., 39: 3549-3553, 1979.

41.    Wislocki, P.G., Buening, M.K., Levin, W., Lehr, R.E., Thakker, D.R., Jerina, D.M., and Conney, A.H.: Tumorigenicity of the Diastereometic Benzo[a]anthracene 3,4-diol-1,2-epoxides and the (+) and (-)-Enantiomers of Benzo[a]anthracene 3,4-dihydrodiol in Newborn Mice.  J. Natl. Cancer Inst., 63: 201-204, 1979.

42.    Wood, A.Q., Levin, W., Thakker, D.R., Yagi, H., Chang, R.L., Ryan, D.E.,Thomas, P.E., Dansette, P.M., Whittaker, N., Turujman, S., Lehr, R.E., Kumar, S., Jerina, D.M., and Conney, A.H.:  Biological Activity of Benzo[e]pyrene:  An Assessment Based on Mutagenic Activities and Metabolic Profiles of the Polycyclic Hydrocarbon and its Derivatives.  J. Biol. Chem., 254: 4408-4415, 1979.

43.    Yagi, H. Thakker, D.R., Lehr, R.E., and Jerina, D.M.: Benzo-ring Diol Epoxides of Benzo[e]pyrene and Triphenylene.  J. Org. Chem., 44:  3449-3442, 1979.

44.    Whalen, D.L., Ross, A.M., Manlenmarano, J.A., Thakker, D.R., Yagi, H., and Jerina, D.M.: General Acid Catalysis in the Hydrolysis of Benzo[a]pyrene 7,8-diol-9,10-epoxides.  J. Am. Chem. Soc., 101: 5086-5088, 1979.

45.    Chang, R.L., Wood, Levin, W., Mah, H.D., Thakker, D.R., Jerina, D.M., and Conney, A.H.: Differences in Mutagenicity and Cytotoxicity of (+)- and (-)-Benzo[a]pyrene 4,5-oxide:  A Synergistic Interaction of Enantiomers.  Proc. Natl. Acad. Sci. USA., 76: 4280-4284, 1979.

46.    Thakker. D.R., Levin, W., Yagi, Turujman, S., Kapadia, D., Conney,A.H., and Jerina, D.M.: Absolute Stereochemistry of the Trans Dihydrodiols Formed from Benzo[a]anthracene by Liver Microsomes.  Chem.-Biol. Interact., 27:  145-161, 1979.

47.    Nordqvist, M., Thakker, D.R. Yagi, H., Lehr, R.E., Wood, A.W., Levin, W., Conney, A.H., and Jerina, D.M.: Evidence in Support of the Bay Region Theory as a Basis for the Carcinogenic Activity of Polycyclic Aromatic Hydrocarbons.  In Bhatnagar, R.S. (Ed.): Molecular Basis of Environmental Toxicity.  Ann Arbor, Michigan, Ann Arbor, Michigan, Ann Arbor Science Publishers, Inc., 1980, pp. 329-357.

48.    Lehr, .R.E., Kumar, S., Levin, W., Wood, A.W., Chang, R.L., Buening, M.K., Conney, A.H., Whalen, D.L., Thakker, D.R., Yagi, H., and Jerina, D.M.: Benzo[a]pyrene Dihydrodiols and Diol Epoxides: Chemistry, Mutagenicity and Tumorigenixcity.  In Bjorseth, A. and Dennis, A.J. (Eds.): Polynuclear Aromatic Hydrocarbons: Chemistry and Biological Effects.  Columbus, Ohio, Battelle Press, 1980.

49.    Jerina, D.M., Yagi, H., Thakker, D.R., Lehr, R.E., Wood, A.W., Levin, W., and Conney, A.H.:  Bay-region Activation of Polycyclic Aromatic Hydrocarbons to Ultimare Mutagens and Carcinogens.  In Coon, M.J., Conney, A.H., Estabrook, R.W., Gelboin, H.V., Gillete, J.R., and O'Brian, P. (Eds.): Microsomes, Drug Oxidations, and Chemical Carcinogenesis.  New York, Academic Press, Inc., 1980, pp. 1041-1051.

50.    Thakker, D.R., Levin, W., Yagi, H., Tada, M., Conney, A.H., and Jerina, D.M.:  Comparative Metabolism of Dihydrodiols of Polycyclic Aromatic Hydrocarbons to Bay-region Diol Epoxides.  In Bjorseth, A. and Dennis, A.J.

(Eds.): Polynuclear Aromatic Hydrocarbons: Chemistry and Biological Effects. Columbus, Ohio, Battelle Press, 1980, pp. 267-286.

51. Thakker, D.R., Yagi, H., Levin, W., Wood, A.W., Conney, A.H., and Jerina, D.M.: Metabolic Activation of Polycylic Aromatic Hydrocarbons at the Bay-region. In Breimer, D.D. (Ed.): Towards Better Safety of Drugs and Pharmaceutical Products. Amsterdam, Elsevier/North-Holland, Biomedical Press, 1980, pp. 207-226.

52. Thakker, D.R., Yagi, H., Whalen, D.L., Levin, W., Wood, A.W., Conney, A.H., and Jerina, D.M.: Metabolic Formation and Reactions of Bay-region Diol Epoxides: Ultimate Carcinogenic Metabolites of Polycyclic Aromatic Hydrocarbons. In McKinney, J.R. (Ed.): Environmental Health Chemistry: The Chemistry of Environmental Agents as Potential Human Hazards. Ann Arbor, Michigan, Ann Arbor Science Publishers, Inc., 1980, pp. 383-401.

53. Levin, Wayne, Buening, Mildred K., Wood, Alexander W., Chang, Richard L., Kedzierski, Bogdan, Thakker, Dhiren R. Boyd, Derek R. Gadaginamath, Guru S., Armstrong, Richard N. Yagi, Haruhiko, Karle, Jeane M., Slaga, Thomas J., Jerina, Donald M., and Conney, Allan H.: An Enantiomeric Interaction in the Metabolism and Tumorigenicity of (+)- and (-)-Benzo[a]pyrene 7,8-oxide. J. Biol. Chem., 255: 9067-9074, 1980.

54. Conney, A.H., Levin, W., Wood, A.W., Yagi, H., Thakker, D.R., Lehr, R.E., and Jerina, D.M.: Metabolism of Polycyclic Aromatic Hydrocarbons to Reactive Intermediates with High Biological Activity. In Coulston, R. and Shubik, P. (Eds.): Human Epidemiology and Animal Laboratory Correlations in Chemical Carcinogenesis. Norwood, NJ, Ablex Publishing Corp., 1980, pp. 153-183.

55. Jerina, D.M., Sayer, J.M., Thakker, D.R., Yagi, H., Levin, W., Wood, A.W., and Conney, A.H.: Carcinogenicity of Polycyclic Aromatic Hydrocarbons: The Bay-region Theory. B. Pullman, P.O.P. Ts'O and H. Gelboin (Eds.). Carcinogenesis: Fundamental Mechanisms and Environmental Effects. Dordecht, Holland, D. Reidel Publishing Co., 1980, pp. 1-12.

56. Kedzierski, B., Thakker, D.R., Armstrong, R.N., and Jerina, D.M.: Absolute Configuration of the K-region 4,5-Dihydrodiols and 4,5-Oxide of Benzo[a]pyrene. Tetrahedron Letters, 22: 405-408, 1980.

57. Wood, A.W., Change, R.L. Huang, M.-T., Levin, W., Lehr, R.E., Kumar, S., Thakker, D.R., Yagi, H., Jerina, D.M., and Conney, A.H.: Mutagenicity of Benzo[a]pyrene and Triphenylene Tetrahydroepoxides and Diol Epoxides in Bacterial and Mammalian Cells. Cancer Res., 40: 1985-1989, 1980.

58. Thakker, D.R., Levin, W., Buening, M. Yagi, H., Lehr, R.E., Wood, A.W., Conney, A.H., and Jerina, D.M.: Species Specific Enhancement by 7,8-Benzoflavone of Hepatic Microsomal Metabolism of Benzo[a]pyrene 9,10-dihydrodiol to Bay-region Epoxides. Cancer Res., 41: 1938.

59. Nordqvist M., Thakker, D.R., Levin, W., Yagi, H., Conney, A.H., and Jerina, D.M.: Metabolism of Chrysene and Phenanthrene to Bay-region Diol Epoxides by Rat Liver Enzymes. Mol. Pharmacol., 19: 168-178, 1981.

60. Vyas, K.P., Thakker, D.R., Levin, W., Yagi, H., Conney, A.H., and Jerina, D.M.: Stereoselective Metabolism of the Optical Isomers of Trans-1,2-dihydroxy-1,2-dihydrophenanthrene to Bay-region Diol Epoxides by Rat Liver Microsomes. Chem.-Biol. Interact., 38: 203-213, 1982.

61. Yagi, H., Vyas, K.P., Tada, M., Thakker, D.R., and Jerina, D.M.: Synthesis of the Enantiomeric Bay-region Diol Epoxides of Benz[a]anthracene and Chrysene. J. Org. Chem., 47: 1110-1117, 1982.

62. Jerina, D.M., Sayer, J.M., Yagi, H., Croisy-Delcey, M., Ittah, Y.,      Thakker, D.R., Wood, A.W., Chang, R.L., Levin, W., and Conney, A.H.: Highly Tumorigenic Bay-region Diol Epoxides from the Weak Carcinogen Benzo[c]phenanthrene. Adv. Exp. Med. Biol.: Biological Reactive Intermediates, IIA. Snyder, R., Parke, D.V., Kocsis, J., Jollow, D.J., and Gibson, G.G.m (Eds.): Plenum Publishing Co., New York, 1982, pp. 501-524.

63.   Thakker, D.R., Levin, W., Yagi, H., Conney, A.H., and Jerina, D.M.: Regio-and Stereoselectivity of Hepatic Cytochrome P-450 toward Polycyclic Aromatic Hydrocarbon Substrates.   Adv. Exp. Med. Biol.: Biological Reactive Intermediates, IIA.  Snyder, R., Parke, D.V., Kocsis, J., Jollow, D.J., and Gibson, G.G., (Eds.):  Plenum Publishing Co., New York.  1982, pp. 525-539.

64.   Thakker, D.R., Levin, W., Yagi, H., Tada, M., Ryan, D.E., Thomas, P.E., Conney, A.H., and Jerina, D.M.: Stereoselective    Metabolism   of   the   (+)-and   (-)-Enantiomers   of Trans-3,4-dihydroxy-3,4-dihydrobenzo[a]anthraceme  by  Rat  Liver  Microsomes  and  by  a  Purified  and Reconstituted Cytochrome P-450 System.  J. Biol. Chem., 257: 5103-5110, 1982.

65.   Van Bladeren, P.J., Armstrong, R.N., Cobb, D., Thakker, D.R., Ryan, D.M.: Stereoselective Formation of Benz[a]anthracene  (+)-(5S,6R)-oxide  and  (+)-(8R,9S)-oxide  by  a  Highly  Purified  and  Reconstituted  System Containing Cytochrome P-450c.  Biochem. Biophys. Res. Commun., 106:  602-609, 1982.

66.   Thakker, D.R., Yagi, H., Nordqvist, M., Lehr, R.E., Levin, W., Wood, A.W., Chang, R.L., Conney, A.H., and Jerina, D.M.: Polycyclic Aromatic Hydrocarbons and Carcinogenesis:  The Bay-region Theory.  In Arcos, J.C., Woo, Y.-T., and Argus, M.F. (Eds.): Chemical Induction of Cancer.  New York, Academic Press, Inc., 1982, pp. 727-746.

67.   Levin, W., Wood, A., Chang, R., Ryan, D., Thomas, P., Yagi, H., Thakker, D., Vyas, K., Boyd, C., Chu, S.-Y., Conney, A., and Jerina, D.: Oxidative Metabolism of Polycyclic Aromatic Hydrocarbons to Ultimate Carcinogens.  Drug Metabolism Reviews., 13: 555-580. 1982.

68.   Jerina, D.M., Michaud, D.P., Feldmann, R.J., Armstrong, R.N., Vyas, K.P., Thakker, D.R., Yagi, H., Thomas, P.E., Ryan,  D.E.,  and  Levin,  W.:  Stereochemical  Modeling  of  the  Catalytic  Site  of  Cytochrome  P-450c.   Fifth International Symposium on Microsomes and Drug Oxidations, (Microsomes, Drug Oxidations, and Drug Toxicity).  SATO, R. and KATO, R. (Eds.), Japan Scientific Societies Press, Tokyo, 1982, pp. 195-201.

69.   Yagi, H., Thakker, D.R., Vyas, K.P., Chang, R.L., Wood, A.W., Levin, W., Conney, A.H., and Jerina, D.M.: The Role of Relative and Absolute Stereochemistry in the Expression of Mutagenic and Carcinogenic Activity of Metabolites from Polycyclic Aromatic Hydrocarbons.  Fifth International Symposium on Microsomes and Drug Oxidations (Microsomes, Drug Oxidations and Drug Toxicity).  SATO, R. and KATO, R.  (Eds.), Japan Scientific Societies Press, Tokyo, 1982, pp. 539-540.

70.   Lehr, R.E., Wood, A.W., Levin, W., Conney, A.H., Thakker, D.R., Yagi, H., and Jerina, D.M.: The bay region theory: History and Current Perspectives.  Polycyclic Aromatic Hydrocarbons: Physical and Biological Chemistry. Sixth International Symposium, Dennis, A.J. and Cooke, W.M. (Eds.), Battelle Press, Columbus, Ohio, 1982, pp. 859-971.

71.   Vyas, K.P., Yagi, H., Thakker, D.R., Chang, R.L., Wood, A.W., Levin, W., Conney, A.H., and Jerina, D.M.: Stereoselectivity in the Metabolism, Mutagenicity and Tumorigenicity of the Polycyclic Aromatic Hydrocarbon Chrysene.   Polycyclic  Aromatic  Hydrocarbons:   Physical  and  Biological  Chemistry.  Sixth  International Symposium, Dennis, A.J. and Cooke, W.M. (Eds.), Battelle Press, Columbus, Ohio, 1982, pp. 859-871.

72.   Thakker, D.R., Kirk, K.L., and Creveling, C.R.:  Enzymatic O-methylation of Norephrine: Studies on the Site of Methylation by High Pressure Liquid Chromatography.  The Biochemistry of S-Adenosylmethionine and Related Compounds, Usdin, E., Borchardt, R., and Creveling, C.R. (Eds.), MacMillan Press, London, 1982, pp. 473-477.

73.   Vyas, K.P., Levin, W., Yagi, H., Thakker, D.R., Ryan, D.E., Thomas, P.E., Conney, A.H., and Jerina, D.M.: Stereoselective  Metabolism  of  the  (+)-and  (-)-Enantiomers  of  Trans-1,2-dihydroxy-1,2-dihydrochrysene  to Bay-region 1,2-Diol-3,4-epoxide Diastereomers by Rat Liver Enzymes.  Mol. Pharmacol., 22: 182-189, 1982.

74.   Buhler, D.R., Unlu, F., Thakker, D.R., Slaga, T.J., Newman, M.S., Levin, W., Conney, A.H., and Jerina, D.M.: Metabolism and Tumorigenicity of 7-, 8-, 9-, and 10-Fluorobenzo[a]pyrenes.  Cancer Res., 42: 4779-4783, 1982.

**75.** Bhuler, D.R., Unlu, F., Thakker, D.R., Slaga, T.J., Conney, A.H., Wood, A.W., Chang, R.L., Levin, W., and Jerina, D.M.: Effect of a 6-Fluoro Substituent on the Metabolism and Biological Activity of Benzo[a]pyrenes. Cancer Res., 43: 1541-1549, 1983.

**76.** Ittah, Y., Thakker, D.R., Levin, W., Croisy-Delcey, M., Ryan, D.E., Thomas, P.E., Conney, A.H., and Jerina, D.M.: Metabolism of Benzo[c]phenanthrene by Rat Liver Microsomes and by a Purified Monooxygenase System Reconstituted with Different Forms of Cytocchrome P-450. Chem.-Biol. Interact., 45: 15-28, 1983.

**77.** Vyas, K.P., Thakker, D.R., Yagi, H., Sayer, J.M., Levin, W., and Jerina, D.M.: Regioselectivity and Stereoselectivity in the Metabolism of Trans-1,2-dihydroxy-1,2-dihydrobenz[a]anthracene. Mol. Pharmacol., 24: 115-123, 1983.

**78.** Yagi, H., Thakker, D.R., Ittah, Y., Croisy-Delcey, M., and Jerina, D. M.: Synthesis and Assignment of Absolute Configuration to the Trans-3,4-dihydrodiols and 3,4-Diol-1,2-epoxides of Benzo[c]phenanthrene. Tetrahedron Lett., 24: 1349-1352, 1983.

**79.** Wood, A.W., Chang, R.L., Levin, W., Yagi, H., Thakker, D.R., van Bladeren, P.J., Jerina, D.M., and Conney, A.H.: Mutagenicity of the Enantiomers of the Diasteriomeric Bay-region Benz[a]anthracene 3,4-Diol-1,2-epoxides in Bacterial and Mammalian Cells. Cancer Res., 43: 5821-5825, 1983.

**80.** Levin, W., Chang, R.L., Wood, A.W., Yagi, H., Thakker, D.R., Jerina, D.M., and Conney, A.H.: High Stereoselectivity Among the Optical Isomers of the Diasteremeric Bay-region Epoxides of Benz[a]anthracene in the Expression of Tumorigenic Activity. Cancer Res., 44: 929-933, 1984.

**81.** Levin, W., Wood, A.W., Chang, R.L., Newman, M.S., Thakker, D.R., Conney, A.H., and Jerina, D.M.: The Effect of Steric Strain in the Bay-region of Polycyclic Aromatic Hydrocarbons: Tumorigenicity of Akyl-substituted Benz[a]anthracenes. Cancer Lett., 20: 139-146, 1984.

**82.** Wood, A.W., Change, R.L., Levin, W., Thakker, D.R., Yagi, H., Jerian, D.M., and Conney, A.H.: Mutagenicity of the Enantioners of the Diastereomeric Bay-Region Benzo[c]phenanthrene 3,4-Diol-1,2-epoxides in Bacterial and Mammalian Cells. Cancer Res., 44: 2320-2324, 1984.

**83.** Jerina, D.M., Yagi, H., Thakker, D.R., Sayer, J.M., Van Bladeren, P.J., Lehr, R.E., Whalen, D.L., Levin, W., Wood, A.W., and Conney, A.H. Identification of the Ultimate Carcinogenic Metabolites of the Polycyclic Aromatic Hydrocarbons: Bay-region (R,S)-Diol-(S,R)-epoxides. In Caldwell J. and Paulson, G. D. (Editors): Foreign Compound Metabolism. Taylor and Francis Ltd., London, 1984, pp. 257-266.

**84.** Thakker, D.R., Yagi, H., Sayer, J.M., Kapur, U., Levin, W., Change, R.L., Wood, A.W., Conney, A.H., and Jerina, D.M.: Effects of a 6-Fluoro Substituent on the Metabolism of Benzo[a]pyrene 7,8-Dihydrodiol to Bay-region Diol Epoxides by Rat Liver Enzymes. J. Biol. Chem., 259: 11249-11256, 1984.

**85.** Thakker, D.R., Yagi, H., Levin, W., Wood, A.W., Conney, A.H., and Jerina, D.M.: Metabolic Activation of Polycyclic Aromatic Hydrocarbons to Ultimate Carcinogens. In Anders M.W., (Eds.): Bioactivation of Foreign Compounds. Academic Press, New York, 1985, pp. 177-241.

**86.** Jerina, D.M., Sayer, J.M., Yagi, H., Van Bladeren, P.J., Thakker, D.R., Levin, W., Chang, R.L., Wood, A.W., and Conney, A.H.: Stereoselective Metabolism of Polycyclic Aromatic Hydrocarbons to Carcinogenic Metabolites. In Boobis, A.R., Caldwell, J., deMattis, S., and Elcombe, C.R., (Eds.): Microsomes and Drug Oxidations. Proceedings of the 16th International Symposium. Taylor and Francis, Ltd. London, 1985, pp. 310-319.

**87.** Thakker, D.R., Boehlert, C., Kirk. K.L., Antkowiak, R., and C.R. Creveling: Regioselectivity of Catechol O-Methyltransferase: The Effect of pH on the Site of O-Methylation of Fluorinated Norepinephrines. J. Biol. Chem., 261: 178-184, 1986.

88.   Thakker, D.R., Levin, W., Yagi, H., Yeh, H.J.C., Ryan, D.E., Thomas, P. E., Conney, A.H. and Jerina, D.M.: Stereoselective Metabolism of (+)-(S,S)- and(-)-(R,R)-Enantiomers of Trans-3,4-dihydroxy-3,4-dihydrobenzo[c]phenanthrene by Rat and Mouse liver Microsomes and by a Purified and Reconstituted Cytochrome P-450 System.  J. Biol. Chem., 261: 5404-5413, 1986.

89.   Levin, W., Chang, R.L., Wood, A.W., Thakker, D.R., Yagi, H., Jerina, D.M. and Conney, A.H.: Tumorigenicity of Optical Isomers of the Bay-region 3,4-Diol-1,2-epoxides of Benzo[c]phenanthrene in Murine Tumor Models. Cancer Res., 46: 2257-2261, 1986.

90.   Boyd D.R., Kennedy, D.A., Malone, J.F., O'Kane, G., Thakker, D.R., Yagi, H. and Jerina, D.M.: Synthesis and Absolute Configuration of The Arene 1,2-Oxide and Trans-1,2-Dihydrodiol Metabolites of Triphenylene. Crystal Structure of (-)-(1R,2R)-Trans-2-bromo-1-menthyloxy-1,2,3,4-tetrahydrotriphenylene.   J. Chem. Soc. Perkin Transactions I, 369-375, 1987.

91.   Van Bladeren, P.J., Balani, S.K., Sayer, J.M., Thakker, D.R., Boyd, D.R., Ryan, D.E., Thomas, P.E., Levin, W. and Jerina, D.M.: Stereoselective Formation of Benzo[c]phenanthrene (+)-(3S,4R)- and (+)-(5S,6R)-Oxides by Cytochrome P-450c in a Highly Purified and Reconstituted System.  Biochem. Biophys. Res. Commun., 145: 160-167, 1987.

92.   Yagi, H., Sayer, J.M., Thakker, D.R., Levin, W. and Jerina, D.M.: Novel Bay-region Diol Epoxides from 6-Fluorobenzo[a]pyrene. J. Am. Chem. Soc., 109: 838-846, 1987.

93.   Thakker, D.R., Levin, W., Wood, A.W., Conney, A.H., Yagi, H. and Jerina, D.M. Stereoselective Biotransformation of Polycyclic Aromatic Hydrocarbons to Ultimate Carcinogens.  In Waisser, I.W. and Drayer, D.E.(Eds.):  Drug Stereochemistry: Analytical Methods and Pharmacology. Marcel Dakker, New York, 1988, pp. 271-296.

94.   Thakker, D.R., Boehlert, C., Mirsadeghi, S., Levin, W., Ryan, D.E., Thomas, P.E., Yagi, H., Pannell, L., Sayer, J.M., and Jerina, D.M.: Differential Stereoselectivity on Metabolism of Triphenylene by Cytochromes P-450 in Liver Microsomes from 3-Methylcholanthrene and Phenobarbital-treated Rats. J. Biol. Chem., 263: 98-105, 1988.

95.   Thakker, D.R., Boehlert, C., Kirk, K.L., and Creveling, C.R.: Interaction of Fluorinated Catecholamines with Catechol O-Methyltranferase.  In Dahlstrom A., Sandler, M. and Belmaker, R. (Eds.):  Progress in Catecholamine Research, Part A: Basic Aspects and Peripheral Mechanisms.  Alan R. Liss, New York, 1988.

96.   Chang, R.L., Wood, A.W., Conney, A.H., Yagi, H., Sayer, J.M., Thakker, D.R., Jerina, D.M., and Levin, W.: Role of Diaxial versus Diequatorial Hydroxyl Groups in the Tumorigenic Activity of a Benzo[a]pyrene Bay-region Diol Epoxides. Proc. Natl. Acad. Sci. USA., 84: 8633-8636,  1988.

97.   Prasad, G.K.B., Mirsadeghi, S., Boehlert, C., Byrd, A., and Thakker, D.R.: Oxidative Metabolism of the Carcinogen 6-Fluorobenzo[c]phenanthrene.  Effect of a K-region Fluoro Substituent on the Regioselectivity of Cytochromes P-450 in Liver Microsomes from Control and Induced Rats. J. Biol. Chem., 263: 3676-3683, 1988.

98.   Mirsadeghi, S., Prasad, G. K. B., Whittaker, N., and Thakker, D.R.: Synthesis of K-region Monofluoro- and Difluorobenzo[c]phenanthrenes. J. Org. Chem., 54: 3091-3096, 1989.

99.   Thakker, D.R.: Perspective: Polycyclic Aromatic Hydrocarbon-DNA Adducts and Chemical Carcinogenesis, Drug Metabolism News Letter, 18: 1-2, 1988.

100.   Thakker, D.R. and Creveling, C.R.: O-Methylation. In Mulder, G. (Ed.) Conjugation Reactions in Drug Metabolism, An Integrated Approach.  Taylor and Francis, London, pp. 193-232, 1989.

101.   Iyer, R..P., Phillips, L.R., Biddle, J.A., Thakker, D.R., and Egan, W.: Synthesis of Acyloxyalkyl Acylphosphonates as Potential Prodrugs of the Antiviral, Trisodium Phosphonoformate (Foscarnet Sodium).  Tetrahedron Lett., 30: 7141-7144, 1989.

102.   Patrick, M.A., Sethi, S., Unger, S., Mirsadeghi, S., Ribeiro, A., and Thakker, D.R.: A Novel Reaction of a Polycyclic Aromatic Hydrocarbon o-Quinone with Acetone.  J. Org. Chem., 56: 888-891, 1991.

103.   Thakker, D.R., Boehlert, C., Levin, W., Ryan, D.E., Thomas, P.E., and Jerina, D.M.: Novel Stereoselectivity of Rat Liver cytochromes P450 Toward Enantiomers of Trans-1,2-dihydrodiol of Triphenylene.  Arch. Biochem. Biophys., 288: 54-63, 1991.

104.   Gan, L.-S, Hsyu, P.-H., Pritchard, J.F., and Thakker, D.R.: Mechanism of Intestinal Absorption of Ranitidine and Ondansetron Transport across Caco-2 Cell Monolayers.  Pharmaceutical Res. 10: 1722-1725, 1993.

105.   Augustijn, P., Gan, L.-S., Bradshaw, T., Hendren, W., and Thakker, D.R.: Evidence for the Presence of Multidrug Resistance Protein on the Apical side of the Caco-2 Cell Monolayers, Biochem. Biophys. Res. Commun., 197: 360-365 (1993).

106.   Gan, L.-S., Niederer, T., Eads, C., and Thakker, D.R.: Evidence for Predominantly Paracellular Transport of Thyrotropin-Releasing Hormone (TRH) Across Caco-2 Cell Monolayers. Biochem. Biophys. Res. Commun., 197: 771-777 (1993).

107.   Thakker, D.R. and St. Claire, R.L. Book Review - Chromatography Today, J. Am. Chem. Soc., 115: 8890 (1993).

108.   Creveling, C.R. and Thakker, D.R.: Conjugation -DeConjugation Reactions. In Kauffman, S, ed.   Drug Metabolism and Toxicity: Handbook of Experimental Pharmacology,  vol 112, pp. 189-219, 1994.

109.   Gan, L.-S., Eads, C., Niederer, T., Bridgers, A., Yanni, S., Hsyu, P.-H., Pritchard, F.J., and Thakker, D.R. Use of Caco-2 Cells as an In Vitro Intestinal Absorption and Metabolism Model. Drug Development and Industrial Pharmacy, 20: 615-631, 1994.

110.   Prakash, S.R., Correa, I.D., Gan, L.-S., Chism, JP., Arrendale, R.F., Miwa, G.T., and Thakker, D.R. Tumor Targeting by Reductive Activation of Nitroimidazole Carbamate. In Allen, J (Ed.). In Synthesis and Application of Isotopically Labelled Compounds, John Wiley, London, pp. 573-576, 1995.

111.   Sinhababu, A., Gan, L.-S., Lee. F, Boehlert, C.C., and Gan, L.-S., Yanni, S.B., Thakker, D.R.: High Performance Liquid Chromatographic Purification, Optimization of the Assay and Properties of Ribonucleoside Diphosphate Reductase from Rabbit Bone Marrow. Arch. Biochem. Biophys., 317: 285-291, 1995.

112.   Gan, L.-S., Moseley, M.A., Khosla, B., Augustijns, P.F., Bradshaw, T.P., Hendren, R.W., and Thakker, D.R.: CYP3A-Like Cytochrome P450-Mediated Metabolism and Polarized Efflux of Cyclosporin A in Caco-2 Cells: Interaction between the Two Biochemical Barriers to Intestinal Transport, Drug Metabolism and Disposition, 24: 344-349, 1996.

113.   Sinhababu, A. and Thakker, D.R.:  Prodrugs of Anticancer Agents. Advanced Drug Delivery Reviews, 19, 241-273, 1996.

114.   Gan, L.-S. and Thakker, D.R.: Applications of the Caco-2 Model in the Design and Development of Orally Active Drugs: Elucidation of Biochemical and Physical Barriers Pose by the Intestinal Epithelium. Advanced Drug Delivery Reviews, 23, 77-98, 1997.

115.   Kang, S.H., Sinhababu, A.K., Cory, J.G., Mitchell, B.S., Thakker, D.R., and Cho, M.J.: Cellular Delivery of Nucleoside Diphosphates: Aprodrug Approach.  Pharmaceutical Res., 14, 706-712, 1997.

116.    Gan, L.-S., Yanni, S., and Thakker, D.R.: Modulation of the Tight Junctions of the Caco-2 Cell Monolayers by $H_2$-antagonists.  Pharmaceutical Res., 15, 54-58, 1998.

117.    Lee, K. and Thakker, D. R.: Saturable Transport of H2-Antagonists Ranitidine and Famotidine Across Caco-2 Cell Monolayers.  J. Pharm. Sci., 88, 680-687, 1999.

118.    Liu, D. Z.., LeCluyse, E. L., and Thakker, D. R.:  Dodecylphosphocholine (DPC)-mediated Enhancement of Paracellular Permeability and Cytotoxicity in Caco-2 Cell Monolayers. J. Pharm. Sci., 88, 1161-1168, 1999.

119.    Liu, D. Z., Morris-Natschke, S. L., Kucera, L. S., Ishaq, K. S., and Thakker, D. R.: Structure-Activity Relationships for Enhancement of Paracellular Permeability by 2-Alkoxy-3-alkylamidopropylphosphocholines across Caco-2 Cell Monolayers.  J. Pharm. Sci., 88, 1169-1174, 1999.

120.    Ward, P. D., Tippin, T. K., Thakker, D. R.: Enhancement of Paracellular Permeability by Modulation of Epithelial Tight Junctions, Pharmaceutical Science and Technology Today, 3, 346-358, 2000.

121.    Troutman, M. D., Luo, G., Gan, S.-S., and Thakker, D. R.: The Role of P-Glycoprotein in Drug Disposition – Significance to Drug Development.  In Drug-Drug Interactions: From Basic Pharmacokinetic Concepts to Marketing Issues (Rodrigues, D., Ed.), Marcel Dekker, 2001, pp. 295-357.

122.    Alfrangis, L. H., Thakker, D.  R., Pope, M., Christensen, I. T., Hovgaard, L., Frokjaer, S.  Structure-absorption Relationships for Tetrapeptides in MDCK Cells.  Eur. J. Pharm. Sci., in press, 2002.

123.    Annaert, P. P., Ryan, T., Booth, C., Thakker, D. R., and Brouwer, K. P-glycoprotein-mediated *In Vitro* Biliary Excretion of Rhodamine 123 in Sandwich-cultured Rat Hepatocytes. Drug Metab. Disp., 29, 1277-1283, 2001.

124.    Chen C., and Thakker, D. R.: The Fallacy of Using Adrenochrome Reaction for Measurement of Reactive Oxygen Species formed During Cytochrome P450-mediated Metabolism of Xenobiotics. J. Pharmacol. Exp. Therap., 300, 417-420, 2002.

125.    Ouyang, H., Morris-Natschke, S. L., Ishaq, K. S., Ward, P., Liu, D. Z.,  Leonard, S., and Thakker, D. R.: Structure-activity Relationship for Enhancement of Paracellular Permeability across Caco-2 Cell Monolayers by 3-Alkylamido-2-alkoxypropylphosphocholines, J. Med. Chem. 45, 2857-2866, 2002.

126.    Lee, K., Ng, C., Brouwer, K.L.R., and Thakker, D. R.: Role of a Basolateral Tranporter and P-glycoprotein in the Secretory Transport of Ranitidine and Famotidine across Caco-2 Cell Monolayers. J. Pharmacol. Exp. Ther., 303, 1-7, 2002.

127.    Ward, P. D., Troutman, M. D., Desai, S. and Thakker, D. R.:  Phospholipase C-γ Regulates Tight Junction Permeability of Epithelial Barrier by Phosphorylation of the Tight Junction-associated Protein ZO-2.  J. Biol. Chem., 277, 35760-35765, 2002..

128.    Zhou, L., Voyksner, R. D., Hall, J. E., Thakker, D. R., Srephens, C. E., Anbazhagan, M., Boykin, D. W.,  Tidwell, R. R.: Characterizing the Fragmentations of 2,5-Bis(4-amidinophenyl)furan-bis-O-methylamidoxime and Selected Metabolites Using Ion Trap Mass Spectrometry. Rapid Commun. Mass Spect., 16: 1078-85, 2002.

129.    Zhou, L., Lee, K., Thakker, D. R.,   Boykin, D., Tidwell, R. R., Hall, J. E.: Transport of 2,5-Bis(4-amidinophenyl)furan and its Novel Orally Active O-methylamidoxime Prodrug Across Caco-2 Cell Monolayers. Pharm. Res., 19: 1689-1695, 2002.

130.    Ward. P. D., Ouyang, H., and Thakker, D. R. : Role of Phospholipase C-β in the Modulation of Epithelial Tight Junction Permeability. J. Pharmacol. Exp. Ther., 304: 1-10, 2003.

131.    Troutman, M. D. and Thakker, D. R.: Rhodamine 123 Requires Carrier-Mediated Influx for its Activity as a P-glycoprotein Substrate in Caco-2 Cells. Pharm. Res., 20, 1192-1199, 2003

132.    Troutman, M. D. and Thakker, D. R.: The Efflux Ratio Cannot Assess P-glycoprotein-mediated Attenuation of Absorptive and Secretory Transport Across Caco-2 Cell Monolayers.  Pharm. Res., 20,1200-1209, 2003

133.    Troutman, M. D. and Thakker, D. R.: Novel Experimental Parameters to Quantify the Modulation of Absorptive and Secretory Transport of Compounds by P-glycoprotein in Cell Culture Models of Intestinal Epithelium.  Pharm. Res., 20,1210-1226, 2003

134.    Ansede, J. H. and Thakker, D. R.: In Vitro High Throughput Screening for Inhibition and Metabolic Stability of Compounds Towards Cytochrome P450-mediated Oxidative Metabolism.  J. Pharm. Sci., 93, 239-255, 2004

135.    Bourdet, D. L., Lee, K, and Thakker, D. R.: Photoaffinity Labeling of the Anionic Sites in Caco-2 Cells Mediating Saturable Transport of Hydrophilic Cations Ranitidine and Famotidine.  J. Med. Chem., 47, 2935-2938, 2004.

136.    Thakker, D. R.: Strategic Use of Preclinical Pharmacokinetic Studies and In Vitro Models in Optimizing ADME Properties of Lead Compounds. In: Optimizing Drug-Like Properties During Discovery Lead Optimization. (Ed. Borchardt RT, Hageman, MJ, Kerns EH, Stevens, JL, and Thakker, DR), Arlington, VA, AAPS Press, 2006, pp 1-24.

137.    Bourdet, D. L., Pritchard, J. B. and Thakker, D. R.:  Differential Substrate and Inhibitory Activities of Ranitidine and Famotidine toward hOCT1 (SLC22A1), hOCT2 (SLC22A2), and hOCT3 (SLC22A3). J. Pharmacol. Exp. Ther., 315, 1288-1297, 2005.

138.    Bourdet, D. L., and Thakker, D. R.:  Saturable Absorptive Transport of Ranitidine in Caco-2 Cells: Role of pH-dependent Organic Cation Uptake System and P-glycoprotein.  Pharm. Res., 23, 1265-1177, 2006.

139.    Bourdet, D. L., Pollack, G. L., and and Thakker, D. R.: Iintestinal Transport of Hydrophilic Cations: A Kinetic Modeling Approach to Elucidate the Role of Uptake and Efflux Transporters and Paracellular vs. Transcellular Transport in the Absorptive Transport of Ranitidine. Pharm. Res., 23, 1178-1187, 2006.

140.    Yanni, S. and Thakker, D. R.: Prodrugs: Absorption, Distribution, Metabolism, and Excretion (ADME) Issues. In Prodrugs: Challenges and Rewards (Ed Stella VJ, Borchardt RT, Hageman MJ, Oliyai R, Jilley JW, and Maag H.), Arlington VA, AAPS Press, 2006, pp 313-352.

141.    Knight, B., Troutman, M, and Thakker,   D. R.: Deconvoluting P-glycoprotein's Effect on Intestinal SYP3A: A Major Challenge. Current Opinions in Pharmacology, 6, 1-5, 2006.

142.    Tippin, T.K., Thakker D.R.: Biorelevant Refinement of the Caco-2 Cell Culture Model to Assess Efficacy of Paracellular Permeability Enhancers. J Pharm Sci, 97, 1977-1993 2008.

143.    Troutman, M., Luo, G., Knight, B. M., Thakker, D., and Gan, L. S.: The Role of P-Glycoprotein in Drug Disposition: Significance to Drug Development in Drug-drug Interactions (Rodrigues A. D., ed.), Marcel and Dekker, New York, NY, 2008, pp. 359-434.

144. Yanni, S.B., Annaert, P. Augustijns, P., Bridges, A.A., Gao, Y., Benjamin, Jr., D.K., and Thakker, D.R. Role of Flavin-containing Monooxygenase in Oxidative Metabolism of Voriconazole by Human Liver Microsomes. Drug Met Disp, 36, 1119-1125, 2008.

145. Proctor, W.R., Bourdet, D.L., and Thakker, D.R. Mechanisms Underlying Saturable Intestinal Absorption of Metformin. Drug Met Disp., 36, 1650-1658, 2008.

146. Ming X., Ju, W., Wu, H., Tidwell, R.D., Hall, J.E., and Thakker, D.R. Transport of Dicationic Drugs Pentamidine and Furamidine by Human Organic Cation Transporters. Drug Met Disp., in press.

## BOOKS

1. Pharmaceutical Profiling in Drug Discovery for Lead Selection.  Borchardt, R. T., Kerns, E. H., Lipinski, C. A. Thakker, D. R., and Wang, B. (Editors).  AAPS Press, Arlington, VA, 2004.

2. Optimizing Drug-Like Properties during Discovery Lead Optimization.  Borchardt R. T, Hageman, M. J., Kerns E. H., Stevens, J. L., and Thakker, D. R. (Editors) AAPS Press, Arlington, VA, 2006.

## PATENTS

1.  Method of Screening Candidate Compounds for Susceptibility to Oxidative Metabolism, US 6,312,917.
2.  PLC-based Absorption Enhancers, patent pending
3.  Amide Phospholipid-like Compounds as Drug Absorption Enhancers, patent pending.
4.  Pharmacokinetic Tool and Method for Predicting Metabolism of a compound in a Mammal, WO 02/10746
5.  High Throughput Reactive Oxygen Species-Based Cytochrome P450 Inhibition Assay. US patent filed.
6.  Methods and Kits for Determining Metabolic Stability of Compounds. US Patent filed.
7.  Drect Activation of Human Phospholipase Cß3 (HPLCß3) by U73122 in Dodecylmaltocide (DDM) Mixed Micelles via Alkylation at Cysteine Residues, US Patent filed.

**ABSTRACTS**

1. Borchardt, R.T. and Thakker, D.R. "Affinity Labeling of Catechol-O-methyltransferase," 9th Midwest American Chemical Society Meeting, 1973, Lawrence, Kansas.

2. Borchardt, R.T. and Thakker, D.R.: "Affinity Labeling of Catechol-O-methyltransferase," 10th Midwest American Chemical Society Meeting, 1974, Iowa City, Iowa.

3. Borchardt, R.T., Thakker, D.R. and Cheng, C.F.: "Purification of Catechol-O-methyltransferase by Affinity Chromatography," 10th Midwest American Chemical Society Meeting," 1974, Iowa City, Iowa.

4. Borchardt, R.T. and Thakker, D.R.: "Affinity Labeling of Catechol-O-methyltransferase," 6th International Congress of Pharmacology, 1975, Helsinki, Finland.

5. Jerina, D.M., Yagi, H., Thakker, D.R., Holder, G., Hernandez, O., Dansette, P.M., Cheng, P., Wislocki, P., Lu, A.Y.H., Wood, A.W., Levin, W. and Conney, A.H.: "A Metabolism oriented Approach to the Carcinogenicity of Benzo[a]pyrene," Alfred Benzo Symposium X, 1976, Copenhagen.

6. Thakker, D.R., Lu, A.Y.H., Levin, W., Conney, A.H. and Jerina, D.M.: "Stereospecificity of Rat Liver Cytocherome P-450 Monooxygenase and Epoxide Hydrase," Federation of American Societies of Experimental Biology, 1977, Chicago, Illinois.

7. Bresnick, E., Vaught, J.B., Thakker, D.R., Jerina, D.M. and Stoming, T.A.: Nuclear Metabolism of Benzo[a]pyrene and of (+)-Trans-7,8-dihydroxy-7,8-dihydrobenzo[a]pyrene," Proceedings of American Association for Cancer Research, 19, 1977.

8. Karle, J.M., Lehr, R.E., Yagi, H., Thakker, D.R., Jerina, D.M., Wood, A.W., Levin, W. and Conney, A.H.: "Carcinogenesis by Polycyclic Aromatic Hydrocarbons: The Bay-Region Theory," Proceeding of American Association for Advancement of Sciences, 1978.

9. Thakker, D.R., Levin, W., Wood, A.W., Conney, A.H., Stoming, T.A. and Jerina, D.M.: "9,10-dihydrodiols of 1-hydroxy-3-methylcholanthrene: Potential Proximate Carcinogens Derived from 3-methylcholanthrene," Proceedings of American Association for Cancer Research, 19, 200, 1978.

10. Thakker, D.R., Yagi, H., Lehr, R.E., Levin, W., Lu, A.Y.H., Chang, R.L., Wood, A.W., Buening, M., Conney, A.H. and Jerina, D.M.: "Metabolism of Benzo[a]pyrene 9,10-Dihydrodiol," Federation Proceedings, 37, 749, 1978.

11. Thakker, D.R., Levin, W., Turujman, S., Kopadia, D., Conney, A.H. and Jerina, D.M.: "Absolute Stereochemistry of the Trans Dihydrodiols Formed from Benzo[a]anthracene by Rat Liver Microsomes," Proceedings of American Association for Cancer Research, 20, 1979.

12. Thakker, D.R., Levin, W., Yagi, H., Tada, M., Conney, A.H. and Jerina, D.M.: "Comparative Metabolism of Dihydrodiols of polycyclic aromatic hydrocarbons to bay-region diol epoxides," The Fourth International Symposium on Polynuclear Aromatic Hydrocardons, Columbus, Ohio, 1979.

13. Thakker, D.R., Yagi, H., Levin, W., Wood, A.W., Conney, A.H. and Jerina, D.M.: "Metabolic formation and reactions of diol epoxide: Ultimate Carcinogenic Metabolics of the polycyclic aromatic hydrocarbons," 178th National ACS Meeting, American Chemical Society Division of Environmental Chemistry, Abstract #81, Washington, DC.

14. Thakker, D.R., Levin, W., Wood, A.W., Lehr, R.E., Kumar, S., Conney, A.H. and Jerina, D.M.: "Metabolism and Metabolic Activation of Benzo[e]pyrene 9,10-dihydrodiol by Hepatic Microsomes from Several Species, "Proceedings of the American Association for Cancer Research, 21, 89, 1980.

15. Thakker, D.R., Levin, W., Yagi, H., Tada, M., Ryan, D.G., Thomas, P.E., Conney, A.H. and Jerina, D.M.: "Stereoselective Metabolism of (+)- and (-)-Benzo[a]anthracene 3,4-dihydrodiols by Rat Liver Microsomes and a Reconstituted Cytochrome P-450 System," Proceeding of the American Association for Cancer Research, 22, 98, 1981.

16. Thakker, D.R., Ittah, Y., Levin, W., Crosy-Delcey, M., Conney, A.H. and Jerina, D.M.: "Metabolism of Benzo[c]phenathrene by Rat Liver Microsomes and by a Highly Purified and Reconstituted Cytochrome P-450 System," 13th International Cancer Congress, Seattle, WS, 1982.

17. Vyas, K.P., Yagi, H., Tada, M., Thakker, D.R., Ryan, D.E., Thomas, P.E., Conney, A.H., Levin, W., and Jerina, D.M.: "Stereoselective Metabolism of the (+)- and (-)-Enantiomers of Trans-1,2-dihydroxy-1,2-dihydrochrysene to Bay-region 1,2-Diol-3,4-epoxides by Rat Liver Enzymes," Federal Proceedings, 41,1222, 1982.

18. Thakker, D.R., Bubler, D., Yagi, H., Unlu, F., Kapur, U., Slaga, T.J., Conney, A.H., Change, R.L., Wood, A.W., Levin, W., and Jerina, D.M.: "Metabolism of 6-Fluorobenzo[a]pyrene (FBP) to Bay-region Diol Epoxides by Rat Liver Microsomes," Proceedings of the American Association for Cancer Research, 24, 75, 1983.

19. Van Bladeren, P., Thakker, D.R., Vyas, K., Yagi, H., Ryan, D., Thomas, P., Levin, W., and Jerina, D.M.: "Mapping the Active Site of Cytochrome P-450c with (+)- and (-)-Trans-1,2-dihydroxy-1,2-dihydrobenz[a]anthracene and Anthracene," Proceedings of the American Association for Cancer Research, 24, 75, 1983.

20. Wood, A., Chang, R.L., Levin, W., Thakker, D.R., Yagi, H., Jerina, D.M., and Conney, A.H.: "Mutagenicity of Enantiomers of the Diastereomeric Bay-region Benzo[c]phenanthrene 3,4-diol-1,2-epoxides," Proceeding of American Association for Cancer Research, 24, 95, 1983.

21. Thakker, D.R., Yagi, H., Levin, W., Ryan, D., Thomas, P.E., Conney, A.H., and Jerina, D.M.: "Regio- and Stereoselective Metabolism of (+)-and (-)-Benzo[c]phenanthrene 3,4-dihydrodiols to Bay-region Diol Epoxides, Bisdihydrodiols and Phenolic Dihydrodiols." Proceedings of the American Association for Cancer Research, 25, 118, 1984.

22. Wood, A.W., Change, R.L., Levin, W., Yagi, H., Thakker, D.R., Sayer, J.M., Jerina, D.M. and Conney, A.H.: "Effects of a 6-Fluoro Substituent on the Biological Activity of Bay-region Diol Epoxides of Benzo[a]pyrene." Proceedings of the American Association for Cancer Research, 25, 97, 1984.

23. Chang, R.L., Levin, W., Wood, A.W., Thakker, D.R., Yagi, H. Jerina, D.M., and Conney, A.H.: "Tumorigenicity of the Enantiomers of the Diastereomeric Bay-region Benzo[c]phenanthrene 3,4-diol-1,2-epoxides (B[c]ph Diol Epoxides) on Mouse Skin and in Newborn Mice." Proceedings of the American Association for Cancer Research, 25, 97, 1984.

24. Thakker, D.R., Yagi, H., Levin, W., Sayer, J.M., Change, R.L., Wood, A.W., Conney, A.H., and Jerina, D.M.: "Effects of a 6-Fluoro Substituent on the Metabolic Formation and Mutagenic Activity of the Bay-region 7,8-Diol-9,10-epoxides of Benzo[a]pyrene." Proceeding of the 6th International Symposium on Microsomes and Drug Oxidations, 1984.

25. Thakker, D.R., Shirai, N., Levin, W., Ryan, D.E., Thomas, P.E., Lehr, R.E., Conney, A.H., and Jerina, D.M.: "Metabolism of Dibenz[c,h]acridine by Rat Liver Microsomes and by Cytochrome P-450c With and Without Epoxide Hydrolase." Proceedings of the American Association for Cancer Research, 26, 114, 1985.

26. Thakker, D.R., Boehlert, C., Levin, W., Yagi, H., and Jerina, D.M.: "Metabolism of Triphenylene by Liver Microsomes from Control, Phenobarbital (PB)-treated and 3-Methylcholanthrene (MC)-treated Rats." Proceedings of the American Association of Cancer Research, 26, 113, 1985.

27. Thakker, D.R., Boehlert, C., Kirk, K.L., and Creveling, C.R.: "Site-selective O-Methylation of Fluorinated Norepinephrines by Catechol O-Methyltransferase." Proceedings of the International Symposium on the Biochemistry of S-Adenosylmethionine as a Basis for Drug Design, 1985.

28. Wood, A.W., Levin, W., Chang, R.L., Lehr, R.E., Thakker, D.R., Yagi, H., Sayer, J.M., Jerina, D.M. and Conney, A.H.: "Stereochemical and Electronic Determinants of the Mutagenicity and Tumorigenicity of Polycyclic Hydrocarbon Bay-region Diol Epoxides." Proceeding of UCLA Symposium on Biochemical and Molecular Epidemiology of Cancer, 1985.

29. Thakker, D.R., Levin, W., Yagi, H., Yeh, H.J.C., Ryan, D.E., Thomas, P. E., Conney, A.H. and Jerina, D.M.: "Stereoselectivity in the Metabolism of (+)-(S,S)- and (-)-(R,R)-Benzo[c]phenanthrene 3,4-dihydrodiols by Rat and Mouse Liver Microsomes and by Cytochrome P-450c." Proceedings of the American Association of Cancer Research, 27, 116, 1986.

30. Thakker, D.R., Boehlert, C., Levin, W., Conney, A.H., Ryan, D.E., Thomas, P.E., Yagi, H. and Jerina, D.M.: "Novel Stereoselectivity in the Metabolism of the Enantiomeric Trans 1,2-Dihydrodiols of Triphenylene to Diol Epoxides by Hepatic Cytochromes P-450." Proceedings of the American Association for Cancer Research, 27, 116, 1986.

31. Prasad, G., Boehlert, C. and Thakker, D.R.: "Metabolism of Carcinogenic 6-Fluorobenzo[c]phenanthrene by Hepatic Cytochromes P-450 from Control and Induced Rats." Proceedings of the American Association for Cancer Research, 28, 124, 1987.

32. Schaffer. V. Mpanza, Z. and Thakker, D.R.: "Stereoselective Metabolism of (+)-(1S,2S)- and (-)-(1R,2R)-Dihydrodiols of Naphthalene by Hepatic Cytochromes P-450 from Control and Induced Rats." Federation Proceedings, 46, 865, 1987.

33. Ayubi, N., Boehlert, C., Creveling, C.R. and Thakker, D.R.: "Purification of Catechol O-Methyltransferase by High Performance Liquid Chromatography." Federation Proceedings 46, 2277, 1987.

34. Mirsadeghi, S., Prasad, G. and Thakker, D.R.: "Synthesis of Fluorinated Benzo[c]phenanthrenes." Proceedings of the pacific regional meeting of the American Chemical Society, 1987.

35. Thakker, D.R.: "Stereochemical Considerations in the Metabolic Activation of Polycyclic Aromatic Hydrocarbons to Ultimate Carcinogens." Proceedings of the Pharmaceutical Society of Japan, 48-50, 1987.

36. Prasad, G., Mirsadeghi, S., Boehlert, C., and Thakker, D.R.: "Influence of a Fluoro Substituent on the Regio- and Stereoselectivity of Rat Liver Cytochrome(s) P-450 in the Metabolism of Benzo[c]phenanthrenes." Proceedings of the 2nd Annual Meeting of International Society for the Study of Xenobiotics, 1988.

37. Patrick, M.A., Sethi, S., Unger, S., Rebeiro, A., Mirsadeghi, S., and Thakker, D.R.: "A Novel Reaction of K-Region o-Quinones of Polycyclic Aromatic Hydrocarbons With Acetone." Proceedings of the 199th Annual Meeting of American Chemical Society, 1990.

38. Patrick, M., Levin, W., Wood, A.W., Mirsadeghi, S., and Thakker, D.R.: "Metabolic Basis for Low Tumorigenicity of 6,7-Difluorobenzo[c]phenanthrene (6,7-F$_2$BcPh)." Proceedings of the American Association for Cancer Research, 31, 112, 1990.

40. Boehlert. C., Lee, F., Gan, L.-S., Levesque, D., Sinhababu, A.K., and Thakker, D.R.: "Rapid and Reproducible Purification of Ribonucleoside Diphosphate Reductase from Rabbit Bone Marrow by HPLC Gel Filtration and Kinetics of Its Inactivation." Proceedings of the American Association for Cancer Research, 31, 11, 1990.

41. Prakash, S.R., Correa, I.D., Unger, S., Davis, I., Miwa, G.T., and Thakker, D.R.: "Study of the Solvolysis of Nitrogen Mustards by $^1$H NMR." Proceedings of the American Association for Cancer Research, 31, 332, 1990.

42.  Sinhababu, A. K., Boehlert, C., Levesque, D., Gan, L.-S., and Thakker, D. R.: "Mechanism of Inhibition of Ribonucleoside Diphosphate Reductase from Rabbit Bone Marrow by 2'azido-2'-deoxycytidine-5'diphosphate." Proceedings of the American Association for Cancer Research, 32, 12, 1991.

43.  Lahey, A. P., Niederer, T., Tung, T., St. Claire III, R. L., Gan, L.-S., and Thakker, D. R.: "Transport and Metabolism of Dipeptide L-Alanyl-L-alanine in a Cell culture System for the Intestinal Epethelium." The FASEB Journal, A762, 1991.

44.  Thakker, D. R., Patrick, M. A., Prasad, K. B., Boehlert, C., and Mirsadeghi, S.: "Effect of the Fluoro Substituent on the Regio- and Stereoselectivity of Cytochromes P-450-catalyzed Oxidation of Polycyclic Aromatic Hydrocarbons." Proceedings of the Third International Meeting of the International Society for the Study of Xenobiotics (ISSX),302, 1991.

45.  Gan, L.-S., Hsyu, P.-H, Pritchard, J.F., and Thakker, D.R.:  "Study of Intestinal Absorption of Ranitidine and Ondansetron Using the In Vitro Caco-2 Cell Culture System." Pharmaceutical Research, 8, S217, 1991.

46.  Sinhababu, A.K., Levesque, D.L., Ghate, J., and Thakker, D.R.: "Inactivation of Ribonucleoside Diphosphate Reductase from Rabbit Bone Marrow by Nucleotide 2',3'-Dialdehydes."  Proceedings of the American Association for Cancer Research, 33, 1992.

47.  Sinhababu, A.K., Boehlert, C.C., Levesque, D.L., Yanni, S.B., Gan, L.-S., and Thakker, D.R.:  "Inactivation of Ribonucleoside Diphosphate Reductase from Rabbit Bone Marrow by 2'-Azido-2'-deoxyCDP."  Proceedings of the American Association for Cancer Research, 33, 29, 1992.

48.  Levesque, L.L., Sinhababu, A.K., Keefer, L.K., Saavedra, J.E. and Thakker, D. R.: "Inhibition of Ribonucleoside Diphosphate Reductase from Rabbit Bone Marrow by Nitric Oxide/Nucleophile Complexes." American Association of Cancer Research, 1993.

49.  Gan, L.-S., Eads, C., Niederer, T., and Thakker, D.R.: Study of Intestinal Transport of Glycylsarcosine and Thyrotropin-Releasing Hormone Using the In Vitro Caco-2 Cell Culture System. FASEB Journal, 7, A578, 1993.

50.  Bradshaw, T.P., Brouwer, K.L.R., and Thakker, D.R.: The study of the Hepatic Extraction of Thyrotropin Releasing Hormone and Its Free Acid Analogue Using Isolated Rat Hepatocytes and Isolated Perfused Rat Liver Model.  ISSX Proceedings, 4, 221, 1993.

51. Augustijns, P., Bradshaw, T., Gan, L.-S., Hendren, W. and Thakker, D. Drug Transport Modulation by a Polarized Efflux System in Caco-2 Cells. Journal de Pharmacie de Belgique, 1994.

52. Bridgers, A., Russell, D., Gan, L.-S., Brown, F., Profeta Jr., S., and Thakker, D.: "The Influence of Molecular Structure on Drug Transport across Intestinal Epithelial Caco-2 Cells." The FASEB Journal, 8, A3, 1994.

53. Gan. L.-S., Boehlert, C., Thakker, D., and Serabjit-Singh, C.: "Inhibition of CYP1A, CYP2B, and CYP3A Activities by 5HT$_3$ Antagonists." The FASEB Journal, 8, A1248, 1994.

54. Yanni, S., Gan, L.S., and Thakker, D.R.: "Modulation of Tight Junctions of Intestinal Epithelia by H2-Antagonists." Pharmaceutical Research, 11, S250, 1994.

55. Prakash, S., Correa, I., Gan, L.-S., Chism, J., Arrendale, R., Miwa, G., and Thakker, D.: "Tumor Targeting by Reductive Activation of Nitroimidazole Carbamates." Proceedings of 5th International Symposium on the Synthesis and Applications of Isotopically Labelled Compounds, 1994.

56. Gan, L.-S., Moseley, A., Khosla, B., Augusijns, P., Bradshaw, T., Hendren, W., and Thakker, D.: "Formation and Polarized Efflux of Cyclosporin A Metabolites in the In Vitro Caco-2 Cell Culture System." The FASEB Journal, 9, A367, 1995.

**57.** Thakker, D.R. and Sinhababu, A.K.: "Prodrug Design: Opportunities for Cancer Chemotherapy." Proceedings of the Western Biotech Conference, San Diego, CA, p.172, 1995.

**58.** Gan, L.-S. and Thakker, D.R.: "Attenuation of Polarized Efflux of Matrix Metalloprotease (MMP) Inhibitors across Caco-2 Cell Monolayers via Prodrug Approaches." Pharmaceutical Research, 13, S240, 1996.

**59.** Desai, S.R., Liu, D.Z., and Thakker, D.R.: "The Unusual Effect of Pyridyl Group on the Transcellular Transport of Compounds Across the Caco-2 Cell Monolayers." Pharmaceutical Research, 14, S21, 1997.

**60.** Liu, D.Z. and Thakker, D.R.: "Modulation of Caco-2 Cell Tight Junctions by Dodecylphysphorylcholine (DPC)." Pharmaceutical Research, 14, S23, 1997.

**61.** Lee, K. and Thakker, D.R.: "Modulation of the Tight Junctions in Caco-2 Cell Monolayers by $H_2$-Antagonists." Pharmaceutical Research, 14, S23, 1997.

**62.** Lee, K. and Thakker, D. R.: A Novel Saturable Mechanism for the Paracellular Drug Transport across Caco-2 cell Monolayers, PharmSci, 1, S-452, 1998.

**63.** Lee, K. and Thakker, D. R.: Photoaffinity Labeling of the Anionic Cellular Components Mediating Paracellular Saturable Transport of Cations across Caco-2 Cell Monolayers, PharmSci, 1, S-452, 1998.

**64.** Lee, K. and Thakker, D. R.: Potential for Drug-Drug Interactions in the Absorption of Cationic Compounds across Intestinal Epithelium, PharmSci, 1, S-453, 1998.

**65.** Desai, S. R., Lee, K. and Thakker, D. R.: Use of the Nonionic Surfactant Polysorbate 80 in the Measurement of Intrinsic Transport Rate of Highly Lipophilic Compounds across Caco-2 Cell Monolayers, PharmSci, 1, S-456, 1998.

**66.** Chen, C., Ramirez, S., Kinder, D. S., Geysen, H. M., and Thakker, D. R..: Determination of Permeability of Peptoids from a Combinatorial Library with Caco-2 Assay System, PharmSci, 1, S-139, 1998.

**67.** Chen, C., Ward, P. D., and Thakker, D. R.: Inactivation of Cytochrome P450 3A4 (CYP3A4) by Epinephrine and Adrenochrome, PharmSci, 1, S-37, 1998.

**68.** Chen, C. and Thakker, D. R.: The Fallacy of the Use of Adrenochrome Reaction for Measurement of Cytochrome P450-mediated Reactive Oxygen Species (ROS) Formation. PharmSci, 1, S-600, 1998.

**69.** Liu, D.Z., Morris-Natschke, S. L., Ishaq, K.S., and Thakker, D. R.: Structural Requirements for Synthetic Phospholipids that Modulate Tight Junction Permeability across Caco-2 Cells. PharmSci, 1, S-453, 1998.

**70.** Annaert, P.P. Laethem, R.M., Thakker, D.R., LeCluyse, E.L., Brouwer, K.L.R.: *In Vitro* Biliary Excretion of the P-glycoprotein (P-gp) Substrate Rhodamine-123 (rh123) by Sandwich-Cultured Rat Hepatocytes. PharmSci.1999.

**71.** Lee, K., Thakker, D.R.: Carrier-Mediated Secretory Transport of $H_2$-Antagonists Ranitidine and Famotidine across Caco-2 Cell Monolayers. PharmSci.1999.

**72.** Troutman, M., Thakker, D.R.: Structure-Activity Relationship for P-glycoprotein (P-gp) mediated Efflux of Steroids during Transport Across Caco-2 Cells. PharmSci.1999.

**73.** Ward, P.D., Thakker, D.R.: Hexadecylphospocholine (HPC) is a Highly Potent Enhancer of Paracellular Permeability across MDCK and Caco-2 Cell Monolayers. PharmSci.1999.

74. Desai, S.R., Thakker, D.R.: The Solid Phase Synthesis of Intestinal ACAT Inhibitor RP64477. 218th ACS National Meeting, New Orleans, LA (1999).

75. Rao, G.A., Rabinowitz, J., Samulski, R.J, and Thakker D.R: A Novel Method For Dual Isotope (3H/14C) Labeling Of Plasmid DNA. PharmSci, 1, S-629 1999.

76. Liu, D.Z., Ward, P.D., and Thakker, D.R.: Redistribution and Hyperphosphorylation of Epithelial Tight Junctional Components by Dodecylphosphocholine. PharmSci. 2000.

77. Ward, P.D., Ouyang, H., and Thakker, D.R.: Phospholipase C Inhibition is Associated with the Increase in Paracellular Permeability across MDCK Cell Monolayers. PharmSci. 2000.

78. Troutman M.D., Carson S.W., Hill-Zabala C.E., and Thakker D.R.: Activation and Inhibition of P-glycoprotein (P-gp) Mediated Efflux of Digoxin by St. John's Wort Extract. PharmSci. 2000.

79. Troutman M.D. and Thakker D.R.: Permeability of a 6-Aza, 17-Carboxylate Steroid across Caco-2 cell monolayers is affected by basolaterally and apically directed transporters other than P-glycoprotein(P-gp). PharmSci. 2000.

80. Ward, P.D., Troutman, M.D., Desai, S., and Thakker, D.R.: 3-Nitrocoumarin Increases Paracellular Permeability Across MDCK Monolayers by Inhibition of Phospholipase C And Hyperphosphorylation of Tight Junction Protein, ZO-2. PharmSci. 2001.

81. Rao, G.A., Rabinowitz, J., Samulski, R.J., and Thakker D.R: A Novel Method For Site-Specific Dual Isotope (3H/14C) Labeling Of  Plasmid DNA. American Society of Gene Therapy 4th Annual Meeting, Seattle, WA, 2001.

82. Troutman M.D. and Thakker D.R.: Efflux Ratio does not predict the role of P-glycoprotein (P-gp) in attenuating the intestinal absorption of its substrates.  PharmSci. 2001.

83. Troutman M.D. and Thakker D.R.: P-glycoprotein (P-gp) is not repsonsible for the inability of rhodamine 123 to enter Caco-2 cells across apical membrane during absorptive transport.  PharmSci. 2001.

84. Hong, S. and Thakker, D.R.: A fluorescent derivative of famotidine provides evidence that absorptive transport of famotidine and ranitidine across Caco-2 cell monolayers occurs primarily via paracellular route.  PharmSci. 2001.

85. Bourdet, D. L. and Thakker, D. R., Evidence For Carrier-Mediated Apical Uptake of Ranitidine in Caco-2 Cells, AAPS, 2003.

86. Hong, S., Balimane, P., Chong, S., Morrison, R. A., and Thakker, D. R.: Use of Saturable Transport Mechanism of Ranitidine across Caco-2 Cell Monolayers to Screen Hydrophilic Compounds with Good Oral Absorption *In Vivo*, AAPS, 2003.

87. Hong, S. and Thakker, D. R.: Evaluation of Paracellular and Transcellular Contribution to Absorptive Transport of Ranitidine and Famotidine across Caco-2 Cell Monolayers, AAPS, 2003.

88. Klein, R. R.,  Yanni, S., Hong, S., and Thakker, D. R.: Role of Phospholipase C in the Regulation of Tight Junction Permeability across Caco-2 Cell Monolayers, AAPS, 2003.

89. Tippin, T. K., Morgan, D. G., and Thakker, D. R.: GI Contents but Not Serum Impact Cell Association and Efficacy of Amphiphilic Paracellular Permeability Enhancers, AAPS, 2003.

90. Ansede, J. H. and Thakker, D. R.: Development of a High-Throughput Assay for Measuring the Metabolic Stability of Compounds Towards Cytochrome P450 Oxidative Metabolism, ISSX, 2003.

91.  Bourdet[1], D.L., Pritchard, J.B., and Thakker, D.R: Interaction Of $H_2$-Antagonists With Human Organic Cation Transporters Hoct1 (Slc22a1), Hoct2 (Slc2a2), And Hoct3 (SLC22A3), AAPS, 2004.

92. Bourdet, D.L., Hong, S., and Thakker, D.R.: Absorptive Transport And Apical Uptake Of Quaternary Ammonium Organic Cations In Caco-2 Cells: Differential Uptake And Efflux Mechanisms For $Mpp^+$ And Tea, AAPS, 2004.

93. Bourdet, D.L.,  Hong, S and Thakker, D.R.: Absorptive Transport And Uptake Of Quaternary Ammonium Organic Cations In Caco-2 Cells: Differential Uptake And Efflux Mechanisms For $Mpp^+$ and Tea, AAPS, 2004

94. Klein, R.R., Hong, S.,  Zhao, B, and Thakker, D.R.: Role For Phospholipase C-Beta In The Regulation Of Tight Junction Permeabiilty Across Caco-2 Cells, AAPS, 2004.

95.  Hong, S., and Thakker, D.R.: A Nove Method To Assess Paracellular Vs. Transcellular Contribution To Absorptive Transport Across Caco-2 Cell Monolayers, AAPS, 2004.

96.  Tippin, T.K., and Thakker, D. R.: Modeling GI Motility And Its Impact On Efficacy And Flux Of Paracellular Permeability Enhancers In Caco-2 Cell Monolayers, AAPS, 2004.

97.  Ansede, J.H., Brouwer, K.R., and Thakker, D.R.: Development of A High Throughput Reactive Oxygen Species-Based Cytochrome P450 3a4 Inhibition Assay (ACCURATE™-IA), ISSX, 2004.

98.  Bourdet, D.L., Pritchard, J.B., and Thakker, D.R.: Interaction of $H_2$-Antagonists With Human Organic Cation Transporters hOCIT1 (Slc22a1), hOCT2 (Slc22a2), And hOCT3 (SLC22A3), ISSX, 2004.

99.  Bourdet, D.L., Ming, X. and Thakker, D.R.: Do Organic Cation Transporters (Slc22a1-5) Have A Role In The Intestinal Absorption Of Hydrophilic Cationic Drugs?, AAPS Workshop On Drug Transporters – From Bench To Bedside, 2005.

100. Boudet, D. L. and Thakker, D. R., Intestinal Transport of Hydrophilic Cations: A Kinetic Modeling Approach to Elucidate the Role of Uptake and Efflux Transporters and Paracellular vs. Transcellular Transport in the Absorptive Transport of Ranitidine, AAPS, 2005.

101. Bourdet, D. L. and Thakker, D. R., Intestinal Transport of Hydrophilic Cations: A Kinetic Modeling Approach to Elucidate the Role of Uptake and Efflux Transporters and Paracellular vs. Transcellular Transport in the Absorptive Transport of Ranitidine, AAPS, 2005.

102. Klein R, Boudon, D., and Thakker, D. R. Paracellular Permeability Enhancers U73122 and Alkylphosphocholines Inhibit Phospholipase C β Isozymes In A Cell-Free System, AAPS, 2005.

103. Tippin T. K., Cummings, C. A., and Thakker, D. R. A Cell Culture Model to Evaluate Local and Systemic Toxicity of Intestinal Paracellular Permeability, AAPS, 2005.

104. Ming, X., Hong, S., and Thakker, D. R. Evidence for Cell Membrane Damage by EGTA During $Ca^{+2}$-switch Experiment in Caco-2 Cells to assess Paracellular Transport of Compounds, AAPS, 2005.

105. Ming, X., Bourdet, D. L., and Thakker, D. R. Gene Expression Profile of Human Organic Cation Transporters along the Gastrointestinal Tract and in Caco-2 Cells, AAPS, 2005.

106. Ming, X., and Thakker, D. R. Expression and Functional Activity of the Heteromeric Organic Solute Transporter alpha-beta in Caco-2 Cells, AAPS, 2006

107. Proctor, W., Bourdet, D. L., and Thakker, D. R. A Kinetic Modeling Approach to Determine the Role of Uptake Transporters and Relative Contribution of Paracellular vs. Transcellular Transport in the Absorptive Transport of Metformin in Caco-2 Cells, AAPS, 2006.

108. Mowrey, B. and Thakker, D.R. CYP3A-mediated Metabolism of Terfenadine During Absorptive Transport across Intestinal Tissue from P-gp-deficient and P-gp-competent Mice., AAPS , 2006

109. Ming, X., Knight, B., and Thakker, D. R. Involvement of Multidrug Resistance-associated Proteins (MRPs) in Intestinal Transport of the Anti-allergic Drug Fexofenadine, AAPS Transporter Meeting, 2007.

110. Proctor, W., and Thakker, D. R. Saturable Absorptive Transport of Metformin across Caco-2 Cell Monolayers Occurs Predominantly via a Novel Paracellular Transport Mechanism, AAPS Transporter Meeting, 2007

111. Knight, B., and Thakker, D. R. Transport/Metabolism Interplay for Loperamide and Terfenadine in the CYP3A-Expressing Caco-2 Cell Model, AAPS Transporter Meeting, 2007.

112. Klein, R. and Thakker, D. R. A role for phospholipase Cβ in the regulation of paracellular permeability in a human intestinal epithelial cell line. *FASEB J.* 21:729.8 2007.

113. Klein, R.R., Bourdon, D.M., Wagner, C.D., White, W.L., Williams, J.D., and Thakker, D.R. Direct activation of human phospholipase Cβ3 (hPLCβ3) by U73122 in dodecylmaltoside (DDM) mixed micelles via alkylation at cysteine residues. *FASEB J.* 21:729.9 2007.

## INVITED LECTURES

**1.** Clinical Society of Washington, Rockville, MD., 1976.

**2.** Department of Pharmacology, George Washington University, Washington, D.C., 1977.

**3.** Department of Chemistry, George Washington University,  Washington,  D.C., 1977.

**4.** Syntex Pharmaceutical Co., Palo Alto, CA., 1978.

**5.** Departments of Medicinal Chemistry and Biochemistry, University of Kansas, Lawrence, KS, 1978.

**6.** Environmental Health Chemistry Symposium, American Chemical Society, Washington, DC., 1979.

**7.** 39th International Congress of Pharmaceutical Sciences, Brighton, U.K., 1979.

**8.** Department of Chemical Technology, Bombay University, Bombay, India, 1980.

**9.** Cancer Research Institute, Bombay, India, 1980.

**10.** Bristol Myers Laboratories, Syracuse, NY., 1980.

**11.** Laboratory of Developmental Pharmacology, National Institute of Child Health and Human Development, NIH, Bethesda, MD., 1981.

**12.** Laboratory of Biochemistry and Metabolism, NIADDK, NIH, Bethesda, MD., 1981.

**13.** International Symposium on Biological Reactive Intermediates, Gilford, Surrey, U.K., 1981.

**14.** Interx-Merck Pharmaceutical Co., Lawrence, KS., 1982.

**15.** Smith Kline Beckman, Philadelphia, PA., 1982.

**16.** Indian Pharmaceutical Association, Bombay, India, 1983.

**17.** Cancer Research Institute, Bombay, India, 1983.

**18.** National Center for Drugs and Biologics, FDA, Bethesda, MD., 1983.

**19.** Department of Pharmaceutical Chemistry, University of Kansas, Lawrence, KS., 1984.

**20.** Smith Kline Beckman, Philadelphia, PA., 1985.

**21.** Cancer Research Institute, Bombay, India, 1986.

**22.** Central Drug Research Institute, Lucknow, India, 1986.

**23.** Bhabha Atomic Research Center, Bombay, India, 1986.

**24.** Hochest Pharmaceuticals, Bombay, India, 1986.

**25.** 6th International Catecholamine Symposium, Jerusalem, Israel, 1987.

26. SATO Memorial International Award Lecture at the 107th Annual Meeting of the Pharmaceutical Society of Japan, Kyoto, Japan, 1987.

27. Nagoya City University, Facility of Pharmaceutical Sciences, Nagoya, Japan, 1987.

28. Tohuku University, Research Institute for Tuberculosis and Cancer Sendai, Japan, 1987.

29. Keio University School of Medicine Tokyo, Japan, 1987.

30. Tokyo College of Pharmacy, Tokyo, Japan, 1987.

31. National Institute of Hygienic Sciences, Tokyo, Japan, 1987.

32. Department of Chemical Technology, Bombay University, Bombay, India, 1987.

33. Laboratory of Bioorganic Chemistry, NIDDk, Bethesda, MD., 1987.

34. Carcinogen Risk Assessment, Banbury Center, Cold Spring Harbar, 1987.

35. Pharmaceutical Institute, School of Medicine, Keio University, Tokyo, Japan, 1988.

36. Tokyo College of Pharmacy, Tokyo, Japan, 1988.

37. Dept. of Pharmaceutical Sciences, Nagoya City University, Nagoya, Japan, 1988

38. Dept. of Medicinal Chemistry, University of North Carolina, 1989.

39. Dept. of Medicinal Chemistry, University of North Carolina, 1990 (presented 3 lectures in a Course on Drug Metabolism).

40. Dept. of Medicinal Chemistry, University of North Carolina, 1991 (presented 3 lectures in a Course on Drug Metabolism).

41. Dept. of Pharmacology, University of North Carolina, 1991.

42. Annual Meeting of the PMA Drug Metabolism Section, New Orleans, 1991.

43. 25th Annual Higuchi Symposium, Lake of the Ozarks, 1992.

44. Enz Lecture, Dept. of Pharmaceutical Chem., University of Kansas, 1992

45. Dept. of Medicinal Chemistry, University of North Carolina, 1992 (presented 3 lectures in a course on Drug Metabolism).

46. Dept. of Medicinal Chemistry, University of North Carolina, 1993 (presented 3 lectures in a course on Drug Metabolism).

47. Dept. of Chemistry, Catholic University, Washington, D.C., 1993.

48. Lab of Bioorganic Chemistry, NIDDK, NIH, 1993.

49. Chaired a session on the "Integration of Preclinical ADME studies in the Preclinical and Clinical Safety Assessment" at the National Meeting of Drug Information Associatoin, at Wahington, D.C., 1994.

50. Chaired a session on "Delivery and Disposition of Peptides and Oligonucleotides- Current Status and Future Challenges" at the annual meeting of the International Society for the Study of Xenobiotics (ISSX), Raleigh, NC, October 1994.

51. Chaired a Special Symposium on "Drug Delivery and Prodrug Technologies" at the 31st ACS Western Regional Meeting, San Diego, CA, October 1995.

52. Conference on "Lead Generation and Optimization", Princeton, NJ, September, 1996.

53. Organized a short course presented a talk on Prodrugs at the 7th North American ISSX Meeting, San Diego, October 1996.

54. Winter Conference on "Medicinal and Bioorganic Chemistry", Steamboat Springs, Colorado, January, 1997.

55. Third International Symposium on Innovations in Pharmaceutical Sciences and Technology", Ahmadabad, India, February 1997.

56. S.N.D.T. College of Pharmacy, Bombay University, Bombay, India, February, 1997.

57. Tata Institute for Cancer Research, Bombay, India, February, 1997.

58. Amylin Pharmaceuticals, San Diego, CA, April, 1997

59. Merck Research, West Point, PA, April, 1997.

60. Proctor & Gamble, Cincinnatti, OH, June, 1997.

61. AAPS Southeast Regional Meeting, Research Triangle Park, NC, June, 1997.

62. Drew University, (faculty), Princeton, NJ, July, 1997.

63. DuPont Merck, Newark, DE, July 1997.

64. Formulations and Drug Delivery, ACS Conference, San Diego, CA, October 1997.

65. Glaxo wellcome, Inc. Pharmaceutics Division, RTP, NC, January, 1998.

66. Swiss Chemical Society – Minisymposium on Oral Drug Delivery, Basel Switzerland, May, 1998.

67. University of Leuven, Workshop on Industry – Academic Collaborations, Leuven, Belgium, May 1998.

68. Glaxo Wellcome, Inc., Biomet Division, Ware, U.K., May, 1998.

69. AAPS Western Regional Meeting, San Francisco, CA, May, 1998.

70. AAPS Southeastern Regional Meeting, RTP, NC, June, 1998.

71. 28th Annual Gordon Research Conference on Drug Metabolism, Plymouth, NH, July, 1998.

72. Drew University, (faculty), Princeton, NJ, July, 1998.

73. Pfizer, Inc., Groton, CT, July, 1998.

**74,** Bristol-Meyer Squibb, Inc., Wallingford, CT, July, 1998.

**75.** School of Pharmacy, University of Michigan, Ann Arbor, MI, September, 1998.

**76.** Higuchi Research Seminar, Lake of Ozarks, MO, March, 1999.

**77.** Glaxo Wellcome, Pharmaceutics Dept., RTP, NC, March, 1999.

**78.** BASF, Boston, MA, June, 1999.

**79.** Parke Davis, Inc., Ann Arbor, MI, July, 1999.

**80.** Novartis, East Hanover, NJ, September, 1999.

**81.** Institute for Innovative Research, (faculty), San Diego, CA, December, 1999.

**82.** Agouron Pharmaceuticals, San Diego, CA, December 1999.

**83.** Glaxo Wellcome (Pharmaceutics), RTP, NC, March 2000.

**84.** Laboratory of Biorganic Chemistry, NIDDK, NIH, Bethesda, MD, May 2000

**85.** Pratt Fellowship Program, NIH, Bethesda, MD, May 2000

**86.** Wyeth-Ayerst, Pearl River, N.Y., June 2000

**87.** Drew University (faculty), Princeton, NJ, June 2000

**88.** Chiron, CA, 2001.

**89.** Roche, Palo Alto, CA, 2001

**90.** Guilford Pharmaceuticals, Baltimore, MD, 2001

**91.** Drew University (faculty), Princeton, NJ, 2001

**92.** Drew University (faculty), Course Organizer, priceton, NJ, 2001

**93.** Transform Pharmaceuticals, Boston, MA, 2001

**94.** Bristol-Myers Squibb, Princeton, NJ, 2001

**95.** Albany Biolomolecules, Albany, NY, 2001

**96.** Lilly Pharmaceuticals, Indianapolis, IN, 2001

**97.** 3-D Pharmaceuticals, Philadelphia, PA, 2001

**98.** Pfizer, Ann Arbor, MI, 2002

**99.** Gilford Pharmaceuticals, Baltimore, MD, 2002

**100.** Pfizer (Agouron), San Diego, CA, 2002

**101.** Serono Pharmaceuticals, Soreno, Switzerland, 2002

**102.** Avantis, Frankfurt, Germany, 2002

**103.** Bristol Myers Sqibb, Lawrenceville, NJ, 2002

**104.** Avantis, Pearl River, NJ, 2002

**105.** Roche, Nutley, NJ, 2002

**106.** Pfizer, Groton, CT, 2002

**107.** GPEN, Detriot, MI, 2002

**108.** GlaxoSmithKline, Philadelphia, PA, 2002

**109.** Arena Pharmaceuticals, San Diego, CA, 2002

**110.** Drew University, Newark, NJ, 2003

**111.** Novartis, Jolla CA, 2003

**112.** AstraZeneca, Boston, MA, 2003

**113.** Fibrogen, San Francisco, CA 2003

**114.** ADMET-1, San Diego, CA 2004

**115.** AstraZeneca, San Diego, CA 2004

**116.** LabFusion, Boston, Ma 2004

**117.** Millennium, Cambridge, MA 2004

**118.** Schering-Plough, Kenilworth, NJ 2004

**119.** Neurocrine, San Diego, CA 2004

**120.** Abbott, Abbott Park, IL 2004

**121.** Pfizer, Groton, CT, 2005

**122.** ICOS, Bothell, WA, 2005

**123.** SCIOS, Inc. San Francisco, CA, 2005

**124.**  Biogen, Cambridge, MA 2005

**125.**  Genzyme, Framingham, MA 2005

126.   Sunesis, San Francisco, CA 2005

127.   Drew University, Newark, NJ 2005

128.   Amgen, Boston, MA, 2005
       "Probing the Intestinal Epithelial Barrier: A Tortuous Journey"

129.   Pediatric Pharmacology Research Unit Network Meeting, Washington, D. C., 2005
       "Implementing In Vitro Drug Disposition Studies to Improve Pediatric Therapy – Challenges and Opportunities"

130.   Cambridge Healthcare Institute – Mastering Medicinal Chemistry/ADME In-depth, San Francisco, CA, 2006
       "ADME In-depth: A Medicinal Chemistry Perspective" (Lead Lecture)

131.   Scitech Center, Mumbai, India, 2006
       "Integration of ADME in Drug Discovery: Past, Present, and Future"

132.   Indian Drug Manufacturers' Association Meeting – Bioavailability and Bioequivalence, Mumbai, India, 2006.
        "Integration of ADME in Drug Discovery: Past, Present, and Future"

133.   PERD Center, Ahmedabad, India, 2006
        "Integration of ADME in Drug Discovery: Past, Present, and Future"

       "Probing the Intestinal Epithelial Barrier: A Tortuous Journey"


134.   Drew University, Madison, NJ, 2006.
       "Use of Preclinical Pharmacokinetics and In Vitro Models to Assess Problems of Poor Oral Bioavailability" (with
       Kim Brouwer)

       "Role of Intestinal and Hepatic Metabolism in Drug Clearance – Chemical Strategies to Optimize Metabolic
       Clearnce"

135.   Genentech, San Francisco, CA, 2006.
       "Use of Preclinical Pharmacokinetics and In Vitro Models to Assess Problems of Poor Oral Bioavailability" (with
       Kim Brouwer)

       "Role of Intestinal and Hepatic Metabolism in Drug Clearance – Chemical Strategies to Optimize Metabolic
       Clearnce"

136.   New Jersey Drug Metabolism Discussion Group, Newark, NJ, 2006.
       Intestinal Drug Transport: A Black Box or a Target for Rational Design of Orally Active Drugs?

137.   Bristol Myers Squibb, NJ, 2006.
       Interplay of Transport and Metabolism in the Intestinal Epithelium

138.   Nektar Pharmaceuticals, Mobile, Alabama/San Diego, CA, 2007
       "Use of Preclinical Pharmacokinetics and In Vitro Models to Assess Problems of Poor Oral Bioavailability" (with
       Kim Brouwer)

       "Role of Intestinal and Hepatic Metabolism in Drug Clearance – Chemical Strategies to Optimize Metabolic
       Clearnce"

139.   Molecular Medicine Tri-Conference – ADMET short course, San Francisco, CA, February, 2007.
       Lead Speaker - In Vitro ADME Assays: Strategic Application to Drug Discovery

140.    New England Drug Metabolism Discussion Group Symposium, Boston, MA, April 2007
        "Drug Metabolism-Pharmacokinetics-guided (DM/PK-guided) Lead Optimization: A Historical Perspective of a Paradigm Shift"

141.    Bayer Pharmaceuticals, Dusseldorf, Germany,  January 2008
        "Use of Preclinical Pharmacokinetics and In Vitro Models to Assess Problems of Poor Oral Bioavailability" (with Kim Brouwer)

        "Role of Intestinal and Hepatic Metabolism in Drug Clearance – Chemical Strategies to Optimize Metabolic Clearnce"

141.    Molecular Medicine Tri-Conference – ADMET short course, San Francisco, CA, March, 2008.
        Lead Speaker – "*In Vitro* ADME Assays: Strategic Application to Drug Discovery"

# Exhibit F

CV of Dr. Thisted

# Ronald A. Thisted
*June, 2009*

| | |
|---|---|
| Department of Health Studies | Department of Statistics |
| The University of Chicago | The University of Chicago |
| 5841 South Maryland Avenue (MC 2007) | 5734 University Avenue |
| Chicago, Illinois 60637 | Chicago, IL 60637 |
| (773) 834-1242 | |
| email: thisted@health.bsd.uchicago.edu | http://health.bsd.uchicago.edu/thisted/ |

**Education:**
Ph.D. (Statistics) Stanford University, 1977.
M.S. (Statistics) Stanford University, 1973.
B.A. (Mathematics, Philosophy) Pomona College, 1972. Magna cum laude

**Professional:** *All at the University of Chicago:*

2005– Member, Center for Cognitive and Social Neuroscience
2001–2008 Member, Institute for Mind and Biology
2000– Director, Biostatistics Core Facility, University of Chicago Cancer Research Center
1999– Chairman, Department of Health Studies
1999– Co-Director, Clinical Research Training Program
1996– Professor, Department of Health Studies
1993–1998 Co-Director, Robert Wood Johnson Clinical Scholars Program
1993– Professor, Committee on Clinical Pharmacology and Pharmacogenomics
1992– Professor, Departments of Statistics, Anesthesia & Critical Care, and the College
1989–1992 Associate Professor, Department of Anesthesia and Critical Care
1982–1992 Associate Professor, Department of Statistics and the College
1979–1982 Leonard Jimmie Savage Assistant Professor, Department of Statistics and the College
1976–1982 Assistant Professor, Department of Statistics and the College

**Honors:**
Phi Beta Kappa, Pomona College, 1972.
National Science Foundation Graduate Fellow, 1973–1976.
Sigma Xi, The University of Chicago, 1977.
The Llewellyn John and Harriet Manchester Quantrell Award for Excellence in Undergraduate Teaching, 1981.
Faculty, National Center for Advanced Medical Education, 1990–1992.

**Professional Societies:**
American Association for the Advancement of Science (Elected Fellow, 1992)
    1994–1997 Electorate Nominating Committee, Section on Statistics
American Statistical Association (Elected Fellow, 1988)
    1987–1989 Section on Statistical Graphics, Chair (1988)
    1994–1996 Executive Committee, Section on Statistical Education
    1994–1996 Section Representative, Section on Statistical Computing
American Public Health Association
Association for Computing Machinery
Biometric Society
Institute of Mathematical Statistics
    1987–1990 Nominating Committee
    1989–1993, 1999–2002 Management Committee, *Current Index to Statistics*

**Editorial:**
*Computing Reviews*, Reviewer (1978–1987).
*J American Statistical Assoc*, Associate Editor (1979–1985, 1987–1988).
*SIAM J Scientific and Statistical Computing*, Editorial Board (1983–1985).
*ACM Trans on Math Software*, Associate Editor (1990–1992).
*Current Index to Statistics*, Database Ed. (1994); Managing Ed. (1995); Editor (1996–1998).

## Selected Publications

### Books

[1] *Elements of Statistical Computing: Numerical Computation.* Chapman & Hall: London. 1988.

### Original Articles

[2] "The Prediction of Homicide with the Rorschach" (D Lester, J Kendra, R Thisted, W Perdue). *J. Clinical Psych.*, **31**, (1976), 752.

[3] "Estimating the Number of Unseen Species: How Many Words Did Shakespeare Know?" (B Efron, RA Thisted). *Biometrika*, **63**, (1976), 435-447.

[4] *Ridge Regression, Minimax Estimation, and Empirical Bayes Methods.* Ph.D. Thesis, Department of Statistics, Stanford University (1976).

[5] "Prediction of Homicide and Suicide: A Test in a Healthy Risk-Taking Group" (D Lester, JM Kendra, RA Thisted). *Perceptual and Motor Skills*, **44**, (1977), 222.

[6] "Teaching Statistical Computing Using Computer Packages" (with Discussion), *The American Statistician*, **33**, (1979), 27–35.

[7] "User Documentation and Control Language I: Evaluation and Comparison of Statistical Computer Packages." *Computers & Education*, **3**, (1979), 135–141.

[8] "Predicting a Multitude of Time Series" (RA Thisted, WE Wecker). *Journal of the American Statistical Association*, **75**, (1980), 81–86.

[9] "Lactic Acidemia in Reye's Syndrome" (JH Tonsgard, PR Huttenlocher, RA Thisted). *Pediatrics*, **69**, (1982), 64–69.

[10] "Maximum Likelihood Estimation of Isotonic Modal Regression" (T Sager, R Thisted). *Annals of Statistics*, **10**, (1982), 690–707.

[11] "Safety and Efficacy of Chymopapain (Chymodiactin) in Herniated Nucleus Pulposus With Sciatica: Results of a Randomized, Double-blind Study" (MJ Javid, EJ Nordby, LT Ford, WJ Hejna, WW Whisler, C Burton, DK Millett, LL Wiltse, EH Widell Jr, RJ Boyd, StE Newton, RA Thisted). *Journal of the American Medical Association*, **249:18**, (1983), 2489–2494.

[12] "A Statistical Study of Mate Choice: Sexual Selection in a Plethodontid Salamander (*Desmognathus Ochrophæus*)," (L Houck, SJ Arnold, RA Thisted). *Evolution*, **39**, (1985), 370–386.

[13] "Chymodiactin in Patients with Herniated Lumbar Intervertebral Disc(s): An Open-Label, Multicenter Study," (DJ McDermott, K Agre, M Brim, FJ Demma, J Nelson, RR Wilson, RA Thisted). *Spine*, **10**, (1985), 242–249.

[14] "Decreased Incidence and Mortality of Anaphylaxis to Chymopapain," (J Moss, MF Roizen, EJ Nordby, RA Thisted, JL Apfelbaum, BD Schreider, DJ McDermott). *Anesthesia and Analgesia*, **64**, (1985), 1197–1201.

[15] "Computing Environments for Data Analysis," (with Discussion), *Statistical Science*, **1**, (1986), 259–275.

[16] "Did Shakespeare Write a Newly-Discovered Poem?" (R Thisted, B Efron). *Biometrika*, **74**, (1987), 445–455.

[17] "Cervical Injury in Head Trauma," (GL Neifeld, JG Keene, G Hevesy, J Leikin, A Proust, RA Thisted). *Journal of Emergency Medicine*, **6**, (1988), 203–207.

[18] "Patient-Applied Podofilox for Treatment of Genital Warts," (KR Beutner, MA Conant, AE Friedman-Kien, M Illeman, NN Artman, RA Thisted, DH King). *Lancet*, (1989, April 15), 831–834.

[19] "Using a National Health Care Data Base to Determine Surgical Complications in Community Hospitals: Lumbar Discectomy as an Example" (L Ramirez, R Thisted). *Neurosurgery*, **25**, (1989), 218–225.

[20] "Complications and Demographic Characteristics of Patients Undergoing Lumbar Discectomy in Community Hospitals," (L Ramirez, R Thisted). *Neurosurgery*, **25**, (1989), 226–231.

[21] "Increased Risk for Gestational Diabetes Mellitus Associated with Insulin Receptor and Insulin-like Growth Factor II Restriction Fragment Length Polymorphisms" (C Ober, KS Xiang, RA Thisted, KA Intovina, CJ Wason, S Dooley). *Genetic Epidemiology*, **6**, (1989), 559–569.

[22] "Alcohol after Midazolam Sedation: Does it Really Matter?," (JL Lichtor, J Zacny, K Korttila, JL Apfelbaum, BS Lane, G Rupani, RA Thisted, C Dohrn), *Anesthesia & Analgesia*, **72**, (1991), 661–666.

[23] "Spreading Depression Increases Immunohistochemical Staining of Glial Fibrillary Acidic Protein," (RP Kraig, L Dong, R Thisted, CB Jaeger). *Journal of Neuroscience*, **11(7)**, (1991), 2187–2198.

[24] "Intravenous Lidocaine does not Cause Shivering-like Tremor or Alter Thermoregulation," (B Glosten, DI Sessler, LG Östman, EAM Faure, L Karl, RA Thisted). *Regional Anesthesia*, **16**, (1991), 218–222.

[25] "The Automated Interview *vs.* the Personal Interview: Do Patient Responses to Preoperative Health Questions Differ?" (RE Lutner, MF Roizen, CB Stocking, RA Thisted, S Kim, PC Duke, P Pompeii, CK Cassel). *Anesthesiology*, **75**, (1991), 394–400.

[26] "Predictors of Body Surface Area" (Y Wang, J Moss, R Thisted). *Journal of Clinical Anesthesia*, **4**, (1992), 4–10.

[27] "Alcohol After Intravenous Midazolam-Fentanyl Sedation: Effects on Psychomotor Functioning," (JL Lichtor, J Zacny, JL Apfelbaum, BS Lane, G Rupani, RA Thisted, C Dohrn, K Kortilla). *British Journal of Anesthesia*, **67**, (1991) 579–584.

[28] "Sleep and Psychiatric Disorders: A Meta-Analysis," (RM Benca, WH Obermeyer, RA Thisted, JC Gillin). *Archives of General Psychiatry*, **49**, (1992), 651–668. With editorial.

[29] "Thromboelastogram Fails to Predict Postoperative Hemorrhage in Cardiac Patients," (JS Wang, CY Lin, WT Hung, MF O'Connor, RA Thisted, BK Lee, RB Karp, MW Yang). *Annals of Thoracic Surgery*, **53**, (1992), 435–439.

[31] "Central Temperature Changes are not Perceived During Epidural Anesthesia," (B Glosten, DI Sessler, EAM Faure, L Karl, RA Thisted). *Anesthesiology*, **77**, (1992), 10–16.

[32] "The Risk of Human Immunodeficiency Virus in Surgeons, Anesthetists, and Medical Students," (JM Buergler, R Kim, RA Thisted, MF Roizen). *Anesthesia & Analgesia*, **75**, (1992), 118–124.

[33] "Reassessment of Preoperative Laboratory Testing Has Changed the Test-Ordering Patterns of Physicians" (A Macario, MF Roizen, RA Thisted, S Kim, FK Orkin, C Phelps). *Surgery, Gynecology & Obstetrics*, **175**, (1992), 539–547.

[34] "Echocardiographic Analysis of Dysfunctional and Normal Myocardial Segments Before and Immediately After Coronary Artery Bypass Graft Surgery," (P Voci, F Bilotta, S Aronson, G Scibilia, Q Caretta, C Mercanti, B Marino, R Thisted, MF Roizen, A Reale). *Anesthesia & Analgesia*, **75**, (1992), 213–218.

[35] "The Influence of Intravenous Albunex Injections on Pulmonary Arterial Pressure, Gas Exchange, and Left Ventricular Peak Intensity," (R Walker, JG Weincek, S Aronson, J Zaroff, D Glock, R Thisted, SB Feinstein). *Journal of the American Society of Echocardiography*, **5**, (1992), 463–470.

[36] "In Vitro Effects of Aprotinin on Activated Clotting Time Measured with Different Activators," (JS Wang, CY Lin, WT Hung, RA Thisted, RB Karp). *Journal of Thoracic and Cardiovascular Surgery*, **104**, (1992), 1135–1140.

[37] "Can Patients Use an Automated Questionnaire to Define Their Current Health Status?" (MF Roizen, D Coalson, RS Hayward, J Schmittner, RA Thisted, JL Apfelbaum, CB Stocking, P Pompei, DE Ford, *et al*). *Medical Care*, **30**, (1992), MS74–84.

[38] "Disease-Specific Survival Following Routine Prostate Cancer Screening by Digital Rectal Examination," (GS Gerber, IM Thompson, R Thisted, GW Chodak). *Journal of the American Medical Association*, **269**, (1993), 61–64.

[39] "The Interaction between Alcohol and the Residual Effects of Thiopental," (JL Lichtor, JP Zacny, DW Coalson, DC Flemming, A Uitvlugt, JL Apfelbaum, BS Lane, RA Thisted). *Anesthesiology*, **79**, (1993), 28–35.

3

[40] "A proposal to use confidence intervals for visual analog scale data for pain measurement to determine clinical significance," (S Mantha, R Thisted, J Foss, JE Ellis, MF Roizen). *Anesthesia & Analgesia,* **77**, (1993), 1041–1047.

[41] "The initial clinical experience of 1819 physicians in maintaining anesthesia with propofol: Characteristics associated with prolonged time to awakening," (JL Apfelbaum, TH Grasela, CC Hug, CH McLeskey, ML Nahrwold, MF Roizen, TH Stanley, RA Thisted, CA Walawander, PF White). *Anesthesia & Analgesia,* **77**, (1993), S10–14.

[42] "The role of pharmacoepidemiology research in postmarketing surveillance and anesthesia practice/critical care medicine," (TH Grasela, WD Watkins, CC Hug, CH McLeskey, ML Nahrwold, MF Roizen, TH Stanley, RA Thisted, CA Walawander, PF White, JL Apfelbaum). *Anesthesia & Analgesia,* **77**, (1993), S44–50.

[43] "Hemodynamic effects of propofol: Data from over 25,000 patients," (CC Hug, CH McLeskey, ML Nahrwold, MF Roizen, TH Stanley, RA Thisted, CA Walawander, PF White, JL Apfelbaum, TH Grasela). *Anesthesia & Analgesia,* **77**, (1993), S21–29.

[44] "Adverse events in a multicenter Phase IV study of propofol: Evaluation by anesthesiologists and PACU nurses," (CH McLeskey, CA Walawander, ML Nahrwold, MF Roizen, TH Stanley, RA Thisted, PF White, JL Apfelbaum, TH Grasela, CC Hug). *Anesthesia & Analgesia,* **77**, (1993), S3–9.

[45] "Phase IV study of propofol: Validation of the data set," (ML Nahrwold, MF Roizen, TH Stanley, RA Thisted, CA Walawander, PF White, JL Apfelbaum, TH Grasela, CC Hug, CH McLeskey). *Anesthesia & Analgesia,* **77**, (1993), S34–43.

[46] "How do anesthesiologists select patients when introducing a new drug into practice?" (MF Roizen, TH Stanley, RA Thisted, CA Walawander, PF White, JL Apfelbaum, TH Grasela, CC Hug, CH McLeskey, ML Nahrwold). *Anesthesia & Analgesia,* **77**, (1993), S30–33.

[47] "Effects on recovery when isoflurane is used to supplement propofol-nitrous oxide anesthesia," (PF White, TH Stanley, JL Apfelbaum, TH Grasela, CC Hug, CH McLeskey, ML Nahrwold, MF Roizen, RA Thisted, CA Walawander). *Anesthesia & Analgesia,* **77**, (1993), S15–20.

[48] "Predictive and Diagnostic Tests of Renal Failure: A Review," (M Kellen, S Aronson, MF Roizen, J Barnard, RA Thisted). *Anesthesia & Analgesia,* **78**, (1994), 134–142.

[49] "Association of Preoperative Risk Factors with Postoperative Acute Renal Failure," (BK Novis, MF Roizen, S Aronson, RA Thisted). *Anesthesia & Analgesia,* **78** , (1994), 143–149.

[50] "Results of Conservative Management of Clinically Localized Prostate Cancer," (GW Chodak, RA Thisted, GS Gerber, J-E Johansson, J Adolfsson, G Jones, G Chisholm, B Moskovitz, J Warner). *New England Journal of Medicine,* **330**, (1994), 242–248.

[51] "Relative Effectiveness of Four Preoperative Tests for Predicting Adverse Cardiac Outcomes After Vascular Surgery: A Meta-Analysis," (S Mantha, MF Roizen, J Barnard, RA Thisted, JE Ellis, J Foss). *Anesthesia & Analgesia,* **79**, (1994), 422–433.

[52] "Premedication with Oral and Transdermal Clonidine Provides Safe and Efficacious Postoperative Sympatholysis," (JE Ellis, G Drijvers, S Pedlow, SP Laff, MJ Sorrentino, JF Foss, M Shah, JR Busse, S Mantha, J McKinsey, J Osinski, RA Thisted, MF Roizen). *Anesthesia & Analgesia,* **79**, (1994), 1133–40.

[53] "Mucosal allergy in the absence of systemic allergy in nasal polyposis and rhinitis: a meta-analysis," (JS Shatkin, KG Delsupehe, RA Thisted, JP Corey). *Otolaryngology – Head & Neck Surgery,* **111(5)**, (1994), 553–6.

[54] "Estimation of the association between desipramine and the risk for sudden death in 5 to 14-year-old children," (J Biederman, RA Thisted, L Greenhill, ND Ryan). *Journal of Clinical Psychiatry,* **56**, (1995), 87–93.

[55] "A comparison of intraarticular morphine to bupivicaine for pain control following local knee arthroscopy in the day surgery setting: A prospective, randomized, double-blinded study," (JW Jaureguito, JF Wilcox, SJ Cohn, RA Thisted, B Reider). *American Journal of Sports Medicine,* **23**, (1995), 350–3.

4

[56] "Prospective, randomized, double-blind trial of BQ-123 and bosentan for prevention of vasospasm following subarachnoid hemorrhage in monkeys." (A Hino, BK Weir, RL Macdonald, RA Thisted, et al) *Journal of Neurosurgery*, **83,** (1995), 503–9.

[57] "Resolved: cardiac arrhythmias make desipramine an unacceptable choice in children." (JS Werry, J Biederman, R Thisted, L Greenhill, et al) *Journal of the American Academy of Child & Adolescent Psychiatry*, **34,** (1995), 1239–45; discussion 1245–8.

[58] "Short-term outcomes after cryosurgical ablation of the prostate in men with recurrent prostate carcinoma following radiation therapy," (GT Bales, MJ Williams, M Sinner, RA Thisted, GW Chodak), *Urology*, **46**(5), (1995), 676–80.

[59] "Results of radical prostatectomy in men with clinically localized prostate cancer," (GS Gerber, RA Thisted, PT Scardino, HG Frohmuller, FH Schroeder, DF Paulson, AW Middleton, Jr., DB Rukstalis, JA Smith, Jr., PF Schellhammer, M Ohori, GW Chodak), *JAMA*, **276**(8), (1996), 615–9.

[60] "Eye injuries after nonocular surgery. A study of 60,965 anesthetics from 1988 to 1992," (S Roth, RA Thisted, JP Erickson, S Black, BD Schreider), *Anesthesiology*, **85**(5), (1996), 1020–7.

[61] "Glutamine protects intestinal epithelial cells: Role of inducible HSP70," (PE Wischmeyer, MW Musch, MB Madonna, R Thisted, EB Chang), *Am J Physiol*, **272** *(Gastrointest Liver Physiol*, **35***)*, 1997, G879–G884.

[62] "Postcesarean analgesia with both epidural morphine and intravenous patient-controlled analgesia: Neurobehavioral outcomes among nursing neonates." (B Wittels, B Glosten, EAM Faure, AH Moawad, M Ismail, J Hibbard, JA Senal, SM Cox, SC Blackman, L Karl, RA Thisted) *Anesthesia & Analgesia*, **85** (1997) 600–606.

[63] "Results of radical prostatectomy in men with locally advanced prostate cancer: multi-institutional pooled analysis." (Gerber GS, Thisted RA, Chodak GW, Schroder FH, Frohmuller HG, Scardino PT, Paulson DF, Middleton AW Jr, Rukstalis DB, Smith JA Jr, Ohori M, Theiss M, Schellhammer PF) *European Urology*. **32(4),** (1997) 385–390.

[64] "SPECT brain imaging in epilepsy: a meta-analysis." (Devous MD Sr, Thisted RA, Morgan GF, Leroy RF, Rowe CC) *Journal of Nuclear Medicine*, **39(2),** (1998) 285–293.

[65] "Computer Architecture," *Encyclopedia of Biostatistics*, Wiley: New York. (1998).

[66] "Is geographic variation in hip fracture rates related to current or former state of residence?" (DS Lauderdale, RA Thisted, J Goldberg) *Epidemiology*, **9**(5), (1998) 574–577.

[67] "Tryptase levels are not increased during vancomycin-induced anaphylactoid reactions" (CL Renz, D Laroche, JD Thurn, HA Finn, JP Lynch, R Thisted, J Moss) *Anesthesiology*, **89,** (1998) 620–625.

[68] "Clinical trials in general surgical journals: are methods better reported?" (LP Schumm, JS Fisher, RA Thisted, J Olak) *Surgery*, **125(1),** (1999) 41–45.

[69] "Comparing methods of clinical measurement: Reporting standards for Bland and Altman analysis" (S Mantha, MF Roizen, LA Fleischer, R Thisted, J Foss) *Anesthesia & Analgesia*, **90** (2000) 593–602.

[70] "New scoring system identifies kidney outcome with radiation therapy in acute renal allograft rejection" (Chen LM, Godinez J, Thisted RA, Woodle ES, Thistlewaite JR, Powers C, Haraf D) *Int J Radiat Oncol Biol Phys*, **46(4)** (2000) 999–1003.

[71] "A meta-analysis and overview of the literature on treatment options for left-sided ulcerative colitis and ulcerative proctitis" (Cohen RD, Woseth DM, Thisted RA, Hanauer SB) *Am J Gastroenterol*, **95(5)** (2000) 1263–76.

[72] "The impact of contralateral breast cancer on the outcome of breast cancer patients treated with mastectomy," (I Abdalla, R Thisted, R Heimann) *Cancer J Sci Am*, **6(4)** (2000) 266–72.

[73] "SPECT perfusion imaging in the diagnosis of Alzheimer's disease: A clinical-pathologic study," (W Jagust, R Thisted, MD Devous, Sr., R Van Heertum, H Mayberg, K Jobst, AD Smith, N Borys), *Neurology*, **56**(7), (2001), 950–6.

5

[74] "Clinical efficacy of topical docosanol 10% cream for herpes simplex labialis: A multicenter, randomized, placebo-controlled trial," (SL Sacks, RA Thisted, TM Jones, RA Barbarash, DJ Mikolich, GE Ruoff, JL Jorizzo, LB Gunnill, DH Katz, MH Khalil, PR Morrow, GJ Yakatan, LE Pope, JE Berg), *J Am Acad Dermatol*, **45**(2), (2001), 222–30.

[75] "BIS monitoring to prevent awareness during general anesthesia," (MF O'Connor, SM Daves, A Tung, RI Cook, R Thisted, J Apfelbaum), *Anesthesiology*, **94**(3), (2001), 520–2.

[76] "Impact of Interpreter Services on Delivery of Health Care to Limited-English-proficient Patients," (E Jacobs, DS Lauderdale, D Meltzer, J Shorey, W Levinson R Thisted) *JGIM*, **16** (2001) 468–74.

[77] "Bone mineral density and fracture among prevalent kidney stone cases in the Third National Health and Nutrition Examination Survey," (DS Lauderdale, RA Thisted, M Wen, MJ Favus), *Journal of Bone Mineral Research*, **16**(10), (2001), 1893–8.

[78] "The effects of morphine on human articular cartilage of the knee: an in vitro study," (JW Jaureguito, JF Wilcox, RA Thisted, C Phillips, B Cunningham, B Reider), *Arthroscopy*, **18**(6), (2002), 631–6.

[79] "Are There Social Determinants of Health?" (RA Thisted), *Perspectives in Biology and Medicine*, **46**(3 Suppl), (2003 Summer), S65–S73.

[80] "Exercise Capacity and the Risk of Death in Women: The St James Women Take Heart Project," (M Gulati, DK Pandey, MF Arnsdorf, DS Lauderdale, RA Thisted, RH Wicklund, AJ Al-Hani, HR Black), *Circulation* **108**(13), (2003), 1554–9.

[81] "Causes and Consequences of Kidney Loss in Patients with Nephrolithiasis," (E Worcester, JH Parks, MA Josephson, RA Thisted, FL Coe), *Kidney International*, **64**(6), (2003), 2204–13.

[82] "Postoperative Maintenance of Crohns Disease Remission With 6-Mercaptopurine, Mesalamine, or Placebo: A 2-Year Trial," (SB Hanauer, BI Korelitz, P Rutgeerts, MA Peppercorn, RA Thisted, RD Cohen, DH Present). *Gastroenterology*, **127**, (2004), 723–729.

[83] "Treatment of Pseudobulbar Affect in ALS with Dextromethorphan/Quinidine: A Randomized Trial," (BR Brooks, RA Thisted, SH Appel, WG Bradley, RK Olney, JE Berg, LE Pope, RA Smith), *Neurology*, **63**, (2004), 1364–1370.

[84] "Measuring Pseudobulbar Affect in ALS," (RA Smith, JE Berg, LE Pope, RA Thisted), *Amyotrophic Lateral Sclerosis and Other Motor Neuron Disorders*, Sep;5 Suppl 1: (2004) 99–102.

[85] "Validation of the CNS Emotional Lability Scale for pseudobulbar affect (pathological laughing and crying) in multiple sclerosis patients," (RA Smith, JE Berg, LE Pope, JD Callahan, D Wynn, RA Thisted), *Multiple Sclerosis*, **10**, (2004), 679–685.

[86] "The Effect of Physician Disclosure of Financial Incentives on Trust," (W Levinson, A Kao, AM Kuby, RA Thisted), *Archives of Internal Medicine*, **165**(6), (2005), 625–630.

[87] "Distinct temporal phases in the behavioral pharmacology of LSD: dopamine $D_2$ receptor-mediated effects in the rat and implications for psychosis," (D Marona-Lewicka, RA Thisted, DE Nichols), *Psychopharmacology* (Berl), **180**, (2005), 427–435.

[88] "The Prognostic Value of a Nomogram for Exercise Capacity in Women," (M Gulati, HR Black, LJ Shaw, MF Arnsdorf, CNB Merz, MS Lauer, TH Marwick, DK Pandey, RH Wicklund, RA Thisted), *New England Journal of Medicine*, **353**(5), (2005), 468–475.

[89] "Prognostic Value of the Duke Treadmill Score in Asymptomatic Women," (M Gulati, MF Arnsdorf, LJ Shaw, DK Pandey, RA Thisted, D Lauderdale, R Wicklund, AJ Al-Hani, HR Black), *American Journal of Cardiology*, **96**, (2005), 369–375.

[90] "Not All Patients Want to Participate in Decision-Making. A National Study of Public Preferences," (W Levinson, A Kao, A Kuby, RA Thisted), *Journal of General Internal Medicine*, **20**(6), (2005), 531–535.

[91] "Breastfeeding history and overweight in Latino preschoolers," (M Kersey, R Lipton, M Sanchez-Rosado, J Kumar, R Thisted, J Lantos), *Ambulatory Pediatrics*, **5**(6), (2005), 355–358.

[92] "Randomized Controlled Trial of Dextromethorphan/Quinidine for Pseudobulbar Affect in Multiple Sclerosis," (H Panitch, R Thisted, R Smith, L Pope, J Berg), *Annals of Neurology*, **59**,(2006), 780–787.

[93] "Loneliness as a specific risk factor for depressive symptoms in older adults: Cross-sectional and longitudinal analyses," (JT Cacioppo, ME Hughes, LJ Waite, LC Hawkley, R Thisted), *Psychology and Aging*, **21**(1), (2006), 140–151.

[94] "Dextromethorphan and Quinidine in Adult Patients With Uncontrolled Painful Diabetic Peripheral Neuropathy: A 29-Day, Multicenter, Open-Label, Dose-Escalation Study," (RA Thisted, L Klaff, SL Schwartz, JP Wymer, NW Culligan, G Gerard, LE Pope, JE Berg), *Clinical Therapeutics*, **28**: 1607–1618, (2006).

[95] "From social structural factors to perceptions of relationship quality and loneliness: The Chicago Health, Aging, and Social Relations Study," (LC Hawkley, ME Hughes, LJ Waite, CM Masi, RA Thisted, JT Cacioppo), *J Gerontol B Psychol Sci Soc Sci.*, **63(6):** S375–S384 (2008).

[96] "Loneliness predicts reduced physical activity: Cross-sectional & longitudinal analyses," (LC Hawkley, RA Thisted, JT Cacioppo), *Health Psychology*, **28(3):** 354–63 (2009).

[97] "VLDL best predicts aortic root atherosclerosis in LDL receptor deficient mice," (PA Vanderlaan, CA Reardon, RA Thisted, GS Getz), *J Lipid Res.*, **50(3):** 376–85 (2009). Epub 2008 Oct 28.

## Computer Software and Data Bases

[98] *The Literary Detective* (SA Kurtz, RA Thisted). Version 0.14. Computer software for Macintosh computers. The University of Chicago: Chicago, Illinois. 1989.

[99] *Current Index to Statistics/Extended Database, 1993 Edition.* (BE Trumbo, RA Thisted, Eds). Bibliographic database of the statistical literature on CD-ROM. American Statistical Association and Institute of Mathematical Statistics. 1993.

[100] *Current Index to Statistics/Extended Database, 1994 Edition.* (RA Thisted, Editor; B Trumbo, M Wichura, Eds). *CD-ROM.* American Statistical Association and Institute of Mathematical Statistics. 1994.

[101] *Current Index to Statistics/Extended Database, 1995 Edition.* (RA Thisted, Michael Wichura, Eds). *CD-ROM.* American Statistical Association and Institute of Mathematical Statistics. 1995.

[102] *Current Index to Statistics/Extended Database, 1996 Edition.* (Michael Wichura, Ronald Thisted, Klaus Hinkelmann, Eds). *CD-ROM.* American Statistical Association and Institute of Mathematical Statistics. 1996.

[103] *Current Index to Statistics/Extended Database, 1997 Edition.* (Michael Wichura, Ronald Thisted, Klaus Hinkelmann, Eds). *CD-ROM.* American Statistical Association and Institute of Mathematical Statistics. 1997.

[104] *Current Index to Statistics/Extended Database, Release 7.* (Michael Wichura, Ronald Thisted, Klaus Hinkelmann, Eds). *CD-ROM.* American Statistical Association and Institute of Mathematical Statistics. 1998.

[105] *Current Index to Statistics/Extended Database, Release 8.* (Michael Wichura, Ronald Thisted, Klaus Hinkelmann, Eds). *CD-ROM.* American Statistical Association and Institute of Mathematical Statistics. 2000.

## Book Chapters, Comments, Reviews, and Other Publications

[106] Comment on "A Simulation Study of Alternatives to Ordinary Least Squares," by Dempster, Schatzoff, and Wermuth, *Journal of the American Statistical Association*, **72**, (1977), 77–106.

[107] *Operations Research: Principles and Practice*, by Phillips, Ravindran, and Solbert. (Book Review) *Journal of the American Statistical Association*, **72**, (1977), 692–693.

[108] *Statistical Methods for Digital Computers*, by Enslein, Ralston, and Wilf. (Book review) *Computing Reviews*, **20**, (1979), 309–312.

[109] Comment on "A Critique of Some Ridge Regression Methods," by Smith and Campbell, *Journal of the American Statistical Association*, **75**, (1980), 81–86.

[110] "The Effect of Personal Computers on Statistical Practice". *Computer Science and Statistics: Thirteenth Symposium on the Interface*, W. F. Eddy, ed. (1981), 25–30.

[111] "Decision-Theoretic Regression Diagnostics." *Statistical Decision Theory and Related Topics III*, **2** (1982), S. S. Gupta and J. Berger, eds. Academic Press: New York, 363–382.

[112] "A Remark on AS 127: Generation of Random Orthogonal Matrices" (M Tanner, R Thisted). *Applied Statistics*, **31**, (1982), 190–192.

[113] "Treatment of Depression," (Letter) *Journal of the American Medical Association*, **249:18**, (1983), 2457–2458.

[114] "An Appraisal of Statistical Graphics," in *Statistics: An Appraisal*, H. A. David and H. T. David, eds., Iowa State University Press, (1984), 605–624.

[115] *Statistical Software: A Comparative Review*, by Ivor Francis. (Book Review) *SIAM Review*, **26**, (1984), 294-297.

[116] "Hacking Away at Morality," (Letter) *Communications of the ACM*, **27**, (1984), 8. ["Privacy" should read "piracy." Editorial correction, **27**, (1984), 176.]

[117] "The Use of Computers in Statistical Research," (WF Eddy, PJ Huber, DE McClure, DS Moore, W Stuetzle, R Thisted). Report of an Institute of Mathematical Statistics Panel. (1986).

[118] "Knowledge Representation For Expert Data Analysis Systems," in *Computer Science and Statistics: 17th Symposium on the Interface*, DM Allen, ed. North-Holland (1986), 43–48.

[119] "Representing Statistical Knowledge and Search Strategies for Expert Data Analysis Systems," Chapter 11 in *Artificial Intelligence and Statistics*, William A. Gale, editor. (1986) Addison-Wesley: Reading, Massachusetts. 267–284.

[120] "Tools for Data Analysis Management," in *Computer Science and Statistics: Eighteenth Symposium on the Interface*, Thomas Boardman, Editor. (1986) American Statistical Association: Washington, 152–159.

[121] "Sources of Error in Graphical Perception: A Critique and an Experiment" (M Morris, R Thisted). *Proceedings of the Section on Statistical Graphics*. (1986). American Statistical Association: Washington, 43–48.

[122] *Elements of Graphing Data*, by William S. Cleveland. (Book review) *Computing Reviews*, (1986), 179–180.

[123] Comment on "Collinearity and least squares regression," by G. W. Stewart, *Statistical Science* **2**, (1987), 91–93.

[124] *Statistical Image Processing and Graphics*, Edward J. Wegman and Douglas J. DePriest, editors. (Book review) *Technometrics* **30**, (1988), 126–127.

[125] *Graphical Exploratory Data Analysis*, by S. H. C. du Toit, A. G. W. Steyn, and R. H. Stumpf. (Book review) *Journal of the American Statistical Association*, **84**, (1989), 614.

[126] "Distribution of Editorial-Board Membership for Statistics Journals," (Letter) *The American Statistician*, **45**, (1991), 170–171.

[127] *Linear Least Squares Computations*, by R. W. Farebrother. (Book review) *Technometrics*, **33**, (1991), 368–369.

[128] "Complications of Patients Undergoing Lumbar Discectomy in Community Hospitals," (L Ramirez, R Thisted). chapter in *Complications of Spinal Surgery*, Edward Tarlov, ed., American Association of Neurological Surgeons: Park Ridge, (1991).

[129] "Computers and Modern Statistics," (RA Thisted, PF Velleman). Chapter 3 in *Perspectives on Contemporary Statistics*, David Hoaglin and David F. Moore, eds. Mathematical Association of America: Washington. (1992).

[130] "Interdisciplinary Statistics Education." In *Modern Interdisciplinary University Statistics Education: Proceedings of a Symposium*, Committee on Applied and Theoretical Statistics, National Research Council (1994), 110–116.

[131] *Artificial Intelligence Frontiers in Statistics*, D. J. Hand, editor. (Book review) *Journal of the American Statistical Association*, **89**, (1994), 719–720.

8

[132] "Incidence of postdural puncture headache in morbidly obese parturients [letter]," (E Faure, R Moreno, R Thisted). *Regional Anesthesia*, **19(5)**, (1994), 361–363.

[133] "On 'Smoking is not a predictor of mortality and morbidity following coronary artery bypass grafting' by JR Utley, et al." (Invited Commentary) (J Olak, R Thisted) *Journal of Cardiac Surgery*, **11**, (1996) 385–6.

[134] "Re: Long-term survival and mortality in prostate cancer treated with noncurative intent [letter; comment]," (GW Chodak, RA Thisted), *Journal of Urology*, **155**(6), (1996), 2039; discussion 2039–41.

[135] Comment on "The Gaussian Hare and the Laplacian Tortoise: Computability of Squared-Error versus Absolute-Error Estimators," by Stephen Portnoy and Roger Koenker, *Statistical Science*, **12**, (1997), 296–298.

[136] "6-Mercaptopurine and Mesalamine for prevention of relapse after conservative surgery for Crohn's Disease," [Reply to Letter] (SB Hanauer, R Cohen, RA Thisted, P Rutgeerts, DH Present, BI Korelitz), *Gastroenterology*, **128**(1), (2005), 249–251.

[137] "Treatment of Crohn's disease: the 'Long' of it," [Editorial] (SB Hanauer, RA Thisted), *Gastroenterology*, **128**(7), (2005), 2164–6.

[138] "Baseline Adjustment: Issues for Mixed-Effect Regression Models in Clinical Trials," *ASA Proceedings of the Joint Statistical Meetings,* 386–391. American Statistical Association (Alexandria, VA). (2006).

[139] "Happiness and the invisible threads of social connection: The Chicago Health, Aging, and Social Relations Study." (JT Cacioppo, LC Hawkley, A Kalil, ME Hughes, L Waite, RA Thisted). Chapter 10 in *The Science of Subjective Well-Being,* Michael Eid and Randy J. Larsen, eds. Guilford Press: New York. (2008), 195–219.

[140] "Multilevel investigations: Conceptual mappings and perspectives." (JT Cacioppo, GG Berntson, RA Thisted). Chapter 17 in *Biosocial Surveys,* Committee on Advances in Collecting and Utilizing Biological Indicators and Genetic Information in Social Science Surveys. M Wienstein, JW Vaupel, and KW Wachter, eds. The National Academy Press: Washington, DC (2008), 367–380.

## Selected Grants and Contracts

5K30 HL04093-02 Coe, F. (PI) 6/1/99–9/27/07 (NIH)
*Clinical Research Training Program*
Roles: Program Co-Director, Seminar Director

UL1 RR024999 Solway, J. (PI) 9/28/07–present (NIH)
*Clinical and Translational Science Award*
Roles: Population Sciences Cluster Director, Clinical Research Training Program Co-Director

P01 AG18911 Cacioppo, J. (PI) 7/1/01–6/30/06 (NIH)
*Social Isolation, Health and the Aging Process; Biostatistical Core B*
Role: Director, Biostatistics Core

2 P30 CA14599-28 Le Beau, M. (PI) 4/1/02–present (NIH/NCI)
*UCCRC-Cancer Center Support Grant; Subproject: Biostatistics Facility*
Role: Scientific Director of Biostatistics, Executive Committee of Cancer Center

U01 DK62429 Cho, J (PI) 9/30/02–present (NIH/NIDDK)
*IBD Genetics Consortium Data Coordinating Center*
Role: Co-Investigator, Data Management Core

R01 NS40229 Frank (PI) 9/18/99–6/30/03 (NIH)
*Hemicraniectomy for Swelling from Cerebral Infarction*
Role: Director, Data Coordinating Center

Cassell, C. (PI) 7/1/93–6/30/95
Thisted, R. (PI) 7/1/95–6/30/98
Levinson, W. (PI) 7/1/98–6/30/01
Lantos, J. (PI) 7/1/02–6/30/06 (Robert Wood Johnson Foundation)
*Clinical Scholars Program*
Role: Co-PI to 1998, Co-Director to 1999; Core-Faculty; Advisory Board

## Teaching

### Recent Courses

2009 Health Studies 327: Biostatistical Methods
    Seminar in Clinical Research Methods (30 weeks)
    Medicine 777: Advanced Clinical Pharmacology (Lecture: Pharmacoepidemiology)
    Family Medicine 304: Epidemiology and Clinical Investigation (Lecture: Screening Tests)

2008 Health Studies 327: Biostatistical Methods
    Seminar in Clinical Research Methods (30 weeks)
    Statistics 307/Computer Science 378: Numerical Computation

2007 Health Studies 327: Biostatistical Methods
    Seminar in Clinical Research Methods (30 weeks)
    Medicine 777: Advanced Clinical Pharmacology (Lecture: Pharmacoepidemiology)
    Statistics 307/Computer Science 378: Numerical Computation

2006 Health Studies 327: Biostatistical Methods
    Seminar in Clinical Research Methods (30 weeks)
    Medicine 777: Advanced Clinical Pharmacology (Lecture: Pharmacoepidemiology)

2005 Statistics 307: Numerical Computation
    Seminar in Clinical Research Methods (30 weeks)

2004 Health Studies 327: Biostatistical Methods
    Health Studies 541: Epidemiology and Clinical Investigation
        (Lecture: Chronic Disease Epidemiology)
    Medicine 777: Advanced Clinical Pharmacology (Lecture: Pharmacoepidemiology)
    Medicine 603: Critical Appraisal of Medical Literature (Lecture: Statistical issues)
    Seminar in Clinical Research Methods (30 weeks)

2003 Health Studies 541: Epidemiology and Clinical Investigation
    Health Studies 327: Biostatistical Methods
    Medicine 777: Advanced Clinical Pharmacology (Lecture on Pharmacoepidemiology)
    Medicine 603: Critical Appraisal of Medical Literature (Lecture: Statistical issues)
    Seminar in Clinical Research Methods (30 weeks)

2002 Health Studies 541: Epidemiology and Clinical Investigation
    Medicine 777: Advanced Clinical Pharmacology (Lecture on Pharmacoepidemiology)
    Medicine 603: Critical Appraisal of Medical Literature (Lecture: Statistical issues)
    Seminar in Clinical Research Methods (30 weeks)

2001 Health Studies 541: Epidemiology and Clinical Investigation
    Statistics 224: Applied Regression Analysis
    Medicine 777: Advanced Clinical Pharmacology (Lecture on Pharmacoepidemiology)
    Medicine 603: Critical Appraisal of Medical Literature (Lecture: Statistical issues)
    Seminar in Clinical Research Methods (30 weeks)

<h2 style="text-align:center">University Committees</h2>

**Current appointments:**

Executive Committee, Clinical Research Training Program, 1999–.
Executive Committee, Biological Sciences Division, 2000–.
Committee of Basic Science Chairs, Biological Sciences Division, 1999–.
University of Chicago Medical Center, Budget Oversight Committee, 2007–.
Executive Committee, Institute of Translational Medicine (CTSA), 2007–.
Faculty Science Review Committee, 2009–.

**Previous appointments (since 1988):**

Committee of Clinical Chairs, Biological Sciences Division, 1999–2006.
Executive Committee, University of Chicago Cancer Research Center, 2000–2005.
Advisory Committee, Robert Wood Johnson Clinical Scholars Program, 1999–2006.
Search Committee (Chair), Chairman of Department of Psychiatry, 2003–2004.
Committee to Review Appointments and Promotions, 2003–2004.
Tenure and Tracks Committee, 2003–2004.
Committee to Advise the Provost on Federal Wide Assurance (Chair), 2003.
Research Aims Committee, Division of Biological Sciences, 2002–2003.
Search Committee, Chairman of Department of Obstetrics & Gynecology, 2000–2003.
Faculty Committee to Advise the President on the Dean of the Biological Sciences Division, 2001–2002.
Search Committee, Chairman of Department of Family Medicine, 2000–2002.
Provost's Committee on Medical Informatics, 2000–2001.
Clinical Translational Advisory Group, Biological Sciences Division, 1999–2001.
Co-chair, Committee on Law and Medicine, BSD and Law School, 1999–2000.
Working Group on Clinical Data Sharing, 1999–2001.
Executive Committee, Department of Anesthesia & Critical Care, 1994–1998.
Institutional Review Board, Division of Biological Sciences, 1983–1986, 1987–1997.
Faculty Campus Planning Committee, 1993–1996.
College Curriculum Committee, 1990–1996.
Board of Computing Activities and Services 1981–1986, 1991–1994.
Physical Sciences Division, Space/Facilities Committee, 1992–1994.
Committee on Family Practice (BSD), 1993.
Provost's Committee on Health Studies, 1993.
Health Studies Committee (BSD), 1991–1992.
College Council, 1979–1982, 1983-1986, 1989–1992.
Working Committee on Public Computing, 1987–1988.

<h2 style="text-align:center">Refereeing, 2005–</h2>

*Annals of Statistics*
*Regulatory Pharmacology and Toxicology*
*Journal of Clinical Oncology*
*Journal of Surgical Research*
*Neuropsychopharmacology*
*Perspectives in Biology and Medicine*
*Statistics in Medicine*
NIH, Center for Scientific Review (Surgery, Anesthesiology and Trauma study section)

11

NIH, Center for Scientific Review (Challenge Grant Editorial Panel HDM-P)
NSF, Division of Mathematical Sciences